UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN K. BAILEY,                                    *
       Plaintiff identified in caption of First
       Amended Petition for Damages,

FAYE LARCHE; GILBERT                               *         CIVIL ACTION
LARCHE; ROLAND BROUSSARD; ELDORA
CASTELL; LIONEL CASTELL, SR.; CLIFTON                        JUDGE
SMITH; CLIFTON SMITH; CHARLES
ANDERSON; JENCY ANDERSON; AUGUST                             SECTION " "
FAVAROTH; HELEN CARTER; EMILY
JONES; TAMYRA BACCHUS-WALLACE;                               MAGISTRATE
BARBARA BAPTISTE;
OLIVIA BARTHOLOMEW; NEKITA BOURNE;
ERNEST BROWN; BEATRICE CAMBRIDGE;
BRENDA CHAPMAN; DOROTHY P. CLOUD;
MARY R. COSSE; KRISTY DELVALLE;
SHOUN EVANS; CORA JEAN FERRAND;
ROSA FUSELIER; CHAUNCEY GREEN;
D'WANNA GREEN-HAYES; WILMA T.
HURLEY; STEVE JOHNSON; MARENTHIA M.
LAGARDE; JOHN LOPEZ, JR.; JOANN
PATTERSON; BETTY RICHARDSON;
O'SHEIA ROBINSON; COREY ROBINSON;
LATANYA ROBERTS; TERRENCE ROBERTS;
RHONDA ROW; LYNETTE SMITH; DENEEN
M. STEWART; ALVIN TURNER; THE ESTATE
OF EUGENE J. WALLACE; VERDELL
WHARTON; ESTELLA WILEY; JEANELL
WILLIAMS; JOANN WILFRED; CHARLES
WILLIAMS,
       Plaintiffs listed in "Exhibit B" to First
       Amended Petition for Damages,

EDWINA BLACKSTONE; HARRY                           *
FRANATOVICH; CONSTANCE DAVIS;                      *
RICHARD HOWARD; MICHAEL                            *
CALLAGHAN; BRYAN BAGNETTO; JOANNE                  *
URSIN; TONY COLLINS; DONNA PEARSON;                *
HARRIET BATTISTE; JULIENNE GRENIER;                *
BRANDY STOKES; DEDRECK STEWART;                    *
THELMA TOPEY; LIONEL CARMOUCHE;                    *

1

CYNTHIA BURTHLONG; PROPHET FOX;                *
JEFFREY NED; IDA EUGENE; SPENCER               *
WASHINGTON; WILLIE MAE WILSON;                 *
HORACE BYNUM SR.; NAOMI WILLIAMS;              *
MARY SHERMAN; BENNIE FRANCIS SR.;              *
HOLSA BROWN; PATRICIA GRANT; WANDA             *
POLK; LINDA JOHNSON; ERNEST JOHNSON;           *
RONALD STIMAGE; VERNON LEWIS;                  *
NOELLA THONN; CLARISSA SHERMAN;                *
NEVELLE BELL; RAYMOND LIETEAU;                 *
WALI ABDEL-RAOOF; JOHN TUCKER;                 *
THERESA FECKE; EMILY PRICE; JOSEPHINE          *
BECHET; KIMBERLY ROBINETTE; RITA               *
BENNETT; ADLINE TENNYSON; JANET                *
TROULLIER; HILDA TENNYSON; ANTHONY             *
PICOT JR.; LENNY ALVAREZ; MARIE                *
ALBERT; RICHARD VOSS; WINIFRED                 *
BRADFORD; NONA HONORE; EVA EVANS;              *
SOPHIA BEECHAM; BERNICE JOINER;                *
DIANE OLIVE; LEONARD MOORE; MARY               *
WALKER; NORMAN PALAZZO; GLORIA                 *
BENANDI; LONNIE SWAIN; SONJA                   *
ALRIDGE; LOUISE GIVENS; MARY STARKS;           *
MARY CROOKS; LEONA GRANDISON;                  *
LORRAINE THORNTON; LYNETTE                     *
JORDANA; LAN NGUYEN; JOANN GILES;              *
SANDRA EDGERSON; MELANIE                       *
STALNAKER; ALISKA MOFFETT; DALE                *
WHITFIELD; CATHERINE CRUZ; SHEILA              *
VINCENT; FRANK MCDANIEL; LANA                  *
GAMBLE; DEIDRE GANT-HUTCHINSON;                *
VINCENT FORTE; JEAN TERRIE; JANICE             *
GORDON; TRUEVEEN CARNEY; LYDIA                 *
WASHINGTON; STEPHANIE MARIGNY;                 *
WILLIE CLAY; MARILYN BOURGEOIS;                *
BARBARA DUPLESSIS; JOYCE TWINE;                *
CHARLES USNER; GLENDER LONG; GREG              *
MORALES JR.; CHERYL HERNANDEZ;                 *
SANDRA PETERS; ETHELLEE HOOKER;                *
ALVIN CLAVO SR.; MARTHA LOFTON;                *
JEANNE ROUSE; DONALD HARRIS SR.;               *
MARY ANNE LOCANTRO; SANDRA                     *
WILLIAMS; COREY DAVIS; MANUEL                  *
GAGLIANO; R.E. PAYNE; STEPHEN CLARK;           *
GAYNELL DESPINASSE; ROSE EAGLETON;             *
MELANIE LECOMPTE; JOYCELYN                     *

2

BRUNSON; DAVID ERNST; PRISCILLA          *
MONROE; OVADER LORIO; ANNIE              *
MONTANA; JOHN GUZZARDO; AUDRY            *
STEWARD; HAZEL RALPH; SUE CHAN-          *
JOHNSON; PEARL RICE; PEARL RICE;         *
CHARLES SMITH; LAVONSELL ROGERS;         *
MARY SHARP; PENNIE RILEY-FALKINS;        *
PAUL ROBERTSON SR.; MANUEL PINTO JR.;    *
BEULAH FORSTALL; ANDRE MCCARTHY;         *
ELOISE BLUNT; WILLIE MAE                 *
DANGERFIELD; TRACI BERRY-OWENS;          *
LEENETTE FRANCIS-JUPITER; KAREN          *
BIAGAS; CHARLES MAXWELL; LUCY            *
RAMSON; STEVEN LEAKE; WALTER BIAS;       *
EFREM WILSON; ELLEN COOPER; LILLY        *
STEIN; CHRISTOPHER LOVE; RONALD          *
BARTON; JEANNE MARTIN; CORY VIDAL;       *
IRI SKINNER; JAMES RHODES; IRENE         *
LEAUMONT; DELORIS PLAIN; MABEL           *
BARLEY; CATHY LUTER; COLUMBUS            *
WILLIAMS; LEEANNA THOMAS; ROSE           *
UHLICH; MICHAEL BROUSSARD SR.; JEAN      *
HALL; JON CRENSHAW; PATRICIA             *
DERUISE; FAYE JERNIGAN; JOYCE SCOTT-     *
CLIPPS; ANTOINETTE WHARTON;              *
CAROLYN JAMES; PAUL LANAUX;              *
TIERNEY DECUIR; YVETTE ALBERT;           *
SHEILA WALKER; CYNTHIA VAUGHN;           *
MERLIN MCCORMICK; CHERYLE COLLINS;       *
CLYNTIE MARTIN; DEIADRE ROBINSON;        *
HAROLD MORRIS; LEON BURTON;              *
MELINDA CUBBAGE; SCOTT FARRELL;          *
BELINDA UNBEHAGEN; LIVINGSTONE           *
LEWIS; ROBIN HILLS; JESSIE NORRIS;       *
PATRICE WILLIAMS; TERRY                  *
QUEBEDEAUX; GREGORY CARTER; ROSE         *
MORRIS; WANDA STAMPS; NANCY              *
DATTALO; ANTONIO GIBSON; RAPHAEL         *
GIMENEZ; CRAIG JOHNSON; GENEVA           *
OGLESBY; TERRIUS HILLIARD;               *
JACQUELINE THOMAS; ODEAL SULLIVAN;       *
RONALD LAMOTHE; PATRICIA DEVENS;         *
PATRICK PARENTON; GWENDOLYN              *
PERKINS; JOSEPHINE PHILLIPS; REBECCA     *
SCOTT-SHALLOWHORNE; JENARD BLAINE;       *
EZZARD WILSON; EARL LONG; CORINNE        *

ELLOIE; VICTOR DURAPAU JR.; DENNIS          *
SCHEUERMANN; JUNG IAN TUSA; DORIS           *
WARREN; HAROLD BLAPPERT; JOHN               *
GOLDEN; MILDRED WHITE; CATHERINE            *
JOHNSON; DALE DELPIT; LORENTZ               *
FRACHTLING; CHARLES DRAGO; EASTER           *
MYERS; MATHILDA LALLY; DOROTHY              *
CARTER; ANNA CLAY; KAREN CAMERON;           *
VERNON ERNST; ELLA FONTENOT; ERIK           *
ANDERSON; ETHELLEE HOOKER; SHELIA           *
SAWYER; WANDA VARNADO; PERCY                *
PAYNE; DAVID GOODMAN SR.; TERRY             *
LEBAN; CHRISTINA SORRELS-GUILLOT;           *
HARRIS IRVIN JR.; OSAGIE ODEH;              *
HERBERT JOHNSON; LEATRICE CANFIELD;         *
ISHANTI FREEMAN; LYNN WILLIAMS-             *
MORGAN; BERNICE GRANT; KAREN                *
WEBSTER; MICHELLE BANKS; PATRICIA           *
PATTERSON; MARVA LEWIS; TRACYE              *
MASSEY; SHIRLEY HUGHES; GRACE               *
WILLIAMS; PATRICIA JACKSON; WALLACE         *
FRANCOIS; DEBBIE BOYLE; JOHNNIE             *
DRIVER; WAYNE MELERINE; JOYCE               *
JACKSON; KAGERINE DOLISON; TRUMAN           *
GUICHARD; JOSEPH BLAZIO; WILLIAM            *
DOYLE; ANTHONY DARANDA; WOODROW             *
CORMIER SR.; HAROLD JOSEPH; DEBRA           *
THORNTON; MICHAEL WASHINGTON;               *
ROBERTA JACKSON; SHELIA WEBB; JULIA         *
THOMAS; ALEC CAUSEY; GLEN CYRES;            *
MARY CRANEY; FIDEL BLANCO; GWEN             *
MANCUSO; SELMA JONES; BETTY                 *
ALEXANDER; CLAIRESSA SMITH; JANICE          *
VALLERY; CONNIE WASHINGTON;                 *
CYNTHIA SPENCER; ANDREW JACKSON;            *
CAROLYN MOSES; MOIRA GUICE; ERIC            *
BROWN; VERDELL MOORE; STANLEY               *
LENOX; TRACY NORWOOD; AUGUSTINE             *
MCCORMICK; JIMMIE MAE TAYLOR;               *
ROBIN THOMAS; TRACIE TOWNS;                 *
SYLVESTER O'NEAL; LYDIA WASHINGTON;         *
DEBORAH IGIDI; BELINDA FLY; BELINDA         *
FLY; CECILE FERRAND; CONSTANCE              *
CLARK; ROSE DUVERNAY; CATHARINA             *
GRABER; CHARLES SHUFF; HARVEY               *
WATSON SR.; ROWENA ROBINSON; DEBBIE         *

MOORE; LYNN POPE; YUVANCHA                    *
WINESBERRY; GERALDINE TORRES;                 *
SHELIA DILLON; RUTHIE MCCARVY;                *
DAVID WILLIAMS; JANICE PORTER; UCHA           *
UMAH; CAROL CELESTIN; TERRY                   *
JOHNSON; DONALD KEELEN; PATRICIA              *
SAVOY; LYNN PICQUET; CARLOS                   *
BARGANIER; CHARLES DRAGO; DANIELLE            *
BARTLEY; KEITH LANGLOIS; MARCUS               *
MORRIS; DAVID SINGLETARY; JESSICA             *
GIBSON; PAULA BRADFORD-TAYLOR;                *
GAIL MILLER; BIRDELL DENNIS;                  *
JUANETTA MCCARVY; SHELDON CLARK               *
SR.; CELESTE JACKSON; KENNETH GIBSON;         *
KERMIT BRAZLEY; KERMIT BRAZLEY;               *
KERMIT BRAZLEY; KERMIT BRAZLEY;               *
KERMIT BRAZLEY; KERMIT BRAZLEY;               *
KENNETH HAINES; SHAWANDA WRIGHT;              *
GAY FORD; RUTH ENNA; VIRGINIA                 *
PLEASANT; APRIL ALRIDGE; HATTIE               *
HALEY; LINDA WILSON; RHONDA                   *
JOHNSON; KARL MOLDEN; ETHEL CLARK;            *
SANDY TOPEY; JOYCE DAVIS; ROSA                *
FORGES; GERTIE WASHINGTON; BRENDA             *
BARABINO; RICHARD ENCALADE; JACKIE            *
STEPP; LISA MIMS; AARON LABAT;                *
LUCILLE HARDEN; ESTER SMITH; TRINA            *
JOHNSON; ANITA COBBINS; LAUREL                *
BABBITT; GERALD CAMERON; GLENDA               *
WATTERS; JOYCE TOUSSAINT; LINDA               *
THOMAS; ANNETTE FRANKLIN; JUDY                *
JENKINS; MARY LOUISE ADAMS; LISA              *
COX; LISA COX; BRUCE YOUNGBLOOD;              *
KATHLEEN GARDERE; JOAN CARDRICHE;             *
REBECCA HOLMES; NATALEE                       *
WASHINGTON; JOSEPH PAILLOT; MYRTLE            *
SMITH; JOSEPH SPURLOCK; EVELYN                *
DEBARDELEBEN; LEVI CARTER; BARBARA            *
ROSS; DELEASE WILLIAMS; ANGELIA               *
REYNOLDS; STEPHANIE SANDER; KAREN             *
BROWN; MELVIN HENRY; FRANK MAYES;             *
WILSON BOWIE; DARRELL YOUNG;                  *
SAMMIE SCHENKER-FRIEDMAN; SHERYL              *
ANN GIBSON; RICHARD GATTIS; MARION            *
BROWN; VERNA BROWN-ARCHIE;                    *
EARLEEN JONES; VERNON BESSE SR.;              *

5

CLYDE SICARD; LYNDA DYER; NAT                    *
LOCASCIO; CALANDTHIA RANDALL;                    *
QURANCE WILLIAMS; MAURA                          *
RICHARDSON; JOHNNY TIBBS JR.; DONNA              *
JACKSON; VIRDEL GILLARD; WAYNE                   *
SCHAUB; GAIL LOMBARD; MARY                       *
DUCKSWORTH; AUDREY WHITTINGTON;                  *
DOROTHY THURMAN; ALLEN HENRY SR.;                *
THELMA SINGLETON; LISA METOYER;                  *
LIONEL CORNU; DEBRA ALBRIGHT;                    *
CYNTHIA JONES-DOUGLAS; TAMRA                     *
ROBINSON; EDWARD GASPER JR.; LESTER              *
MOREAUX; CLIFTON JUSTIN SR.; SHANNON             *
WATTERS; LILLIE BANKS; CARLENE                   *
WILLIAMS; GARRY LUTER; GARRY LUTER;              *
LISA COX; AMY CORCA; DOROTHY                     *
POWELL; DIANNA ABRAHMS; SHIRLEY                  *
LACROIX; KIRK LANDRY; JORICEEN                   *
CARTER; RONALD BIERRIA; MARY                     *
MURRAY; BEVERLY DORSEY; ETHEL                    *
WILLIAMS; CAROLINE BROWN;                        *
MARGARET SCHOENNAGEL; TANGELA                    *
STEWART; GILBERT CAMBRE; EDITH                   *
MURDOCH; JOHN GOLDEN; JOHN GOLDEN;               *
CECILLE WILLIAMS; VICTOR BRUNO;                  *
NORMAN BOURQUE; KELLY JESSIE;                    *
CHARLES DRAGO; DAVID BRELAND JR.;                *
RON LEMOINE SR.; WILEY ATES;                     *
KATHERINE JAHNCKE; ROGER                         *
MCCONNELL; GERTRUDE HEBERT; DEBRA                *
MARTINEZ; PATSY DAVIS; ALEXANDER                 *
BYRD JR.; MARIA GUERRERO; LINDA                  *
STALLS; ENRIQUE CERDA; ERIC HARDY;               *
PAMELA COLLINS; JOANNE SERIO; JESSIE             *
LEE; GAYLE HURSEY; ELAINE MURPHREE;              *
LEVY ARMSTRONG; PAULA DAVIS;                     *
BARBARA FLEMING; BURDELL ROBINSON;               *
MICHAEL MARTIN; FRANK HARPSTER;                  *
EMANUEL PAUL; SULLIVAN SMITH SR.;                *
PATRICIA BROWN-THOMAS; GLENN                     *
PLAISANCE; REGINA GUIDRY; DIANA                  *
SCHWINDT; NETTIE HOGAN; ROBERT                   *
SHAHINE JR.; LEON FULTON; MARK                   *
BOUDREAUX; LESLIE MARTINEZ;                      *
EPHRAIM NJIKE; BRENDA AKERS; ALFED               *
FELTON; WILLIE JOHNSON; VICKIE                   *

6

THOMAS; LYNN WILLIAMS-MORGAN;                *
ETHELYN WEBB; DOROTHY LAFRANCE;             *
ROBIN JAMES; CHANTELL PIERRE;               *
STEPHANIE JONES; LIONEL PARKER JR.;         *
SONJA BRUNIOUS; ARDELL WALTERS;             *
ELIZABETH PIER; KERRY LLOPIS;               *
HERMENESE DUNN; PATRICIA WOODS;             *
DAVID GIARDINA; DIANNE CAMPBELL-            *
SANDERS; EMMETT MESSICK; CARLO              *
JAMES; WALTER AMEDEE; SHIRLEY               *
TAYLOR; VIRGINIA HILL; PATRICIA             *
CARNEY; GLORIA JAMES; DENISE MORRIS;        *
ULAH LEE; KEVIN CORMIER; JANICE             *
SMITH; ALMARIE FORD; KAREN ACOSTA;          *
FELTUS LEE; ROSALIN TRENCH; EVELYN          *
RIVERA; JEROME LACIURA; SHELLY              *
DAUTERIVE; GRETA THOMPSON; DIANA            *
HAUCK; WANDA SANTA MARINA;                  *
SALVADOR TORTORICH; ANGELA                  *
MORRELL; CAROL HOCKE; DUKE                  *
FRANCISCO SR.; MICHAEL ARMSTRONG;           *
JAMES HONORE; DEBRA ADAMS; EARLINE          *
LANGFORD; EMILY SIGUR; AARON ASH;           *
HEATHER LECHNER; LYNETTE MCKENZIE;          *
ELAINE JACKSON; GEORGE GREEN;               *
DEBORAH IGIDI; JAMES THORNTON; LOUIS        *
JOHNSON JR.; CARROLL MURRAY TURNER;         *
ANTHONY ROMANO; BESSIE JONES;               *
SHIRLEY MARTIN; STEPHEN SNYDER; LOIS        *
ST. CYR; RONALD CORDIER; URSULA             *
WATTS; EDNA CALLAHAN; DANIEL                *
LUTHER; LEONARD JONES III; PATRICIA         *
ROBINSON; NATHANIEL HARTFORD JR.;           *
KIMBERLY LABRUZZA; MARY WEST; JOHN          *
CURTIS; JOELLEN MAYEAUX; PETRINA            *
JOHNS; ANNA FASIC; KAREN CLAVERIE;          *
EUGENE LEFEVRE; DAVID MCNEIL;               *
ESTRELLITA WALLACE; AUDREY                  *
JOHNSON; RONALD HEBERT; HENRY               *
MOLDEN; ROBERT PAMPAS; CLARENCE             *
CARTER; GERALDINE BLANCHARD;                *
RANDIE POROBIL; RANDIE POROBIL; SAM         *
SLAVICH; FREDDIE SAWYER JR.; ERIC           *
CAMPO; PARRY CARDON; PATRICK                *
CAMPO; DAVID WALTER; BARBARA                *
CARROLL; JOHN EBLEN; RANSDELL               *

HEBERT; JESSE LEBLANC; THERESA PIER;        *
JAMES SCHULZ JR.; VINCENT CANZONERI;        *
SHERRY WILKERSON; EDWIN                     *
BUSTAMANTE SR.; TROY CHESTNUT;              *
RUDOLPH DEBOSE SR.; LEROY WALKER;           *
WILDERETTE SMITH-PRESS; ROSE PONS;          *
KARL BURKE; GEORGE THOMAS; TROI             *
VIGNE; GREGORY MARSHALL SR.;                *
MICHAEL ROBERTS; EMANUEL LEVI JR.;          *
RUBY WASHINGTON; ANDRE SPEARS;              *
KAREN ROTH-ARRIGO; ALLEN AUGLAIR;           *
BETTY DALTON; GWENDOLYN JASMINE;            *
CHERITA ADAMS; JOHN SMITH; JASPER           *
ROLAND; LISA MORRIS; BARRY BUISSON;         *
DONALD BOTSAY JR.; MARLENE KLEIN;           *
JANICE LAZARD; CHRISTINA COBBINS;           *
BERNADINE WILLIAMS; WILLIE WILLIAMS;        *
VANESSA SMITH; CHRISTIAN OLEA; MARK         *
BATISTE; ALICIA DAVIS; ALICE RUSSELL;       *
LORRAINE ANGELO; ARCHIE GREFER;             *
ROSALYN SMITH; RAMAKANT KEDIA;              *
MARI MARCUS; RAYMOND HOLMES SR.;            *
JEAN BERTHELOT; CAMILLA DUMAS;              *
EDWARD GASPER; RAYMOND STOKES;              *
NICOLE CLARK; JULIA LOPIPARO; JANICE        *
MULDER; MARYANN LOPIPARO; KAREN             *
RICKS; ROSEMARY HICKMAN-BIERRIA;            *
R.T. NIXON; BILLIE HUNT; CRAIG              *
JOHNSON; DAVID JENNINGS; AUSTIN             *
SICARD SR.; LOUIS BERTAUT; LILLIAN          *
LEWIS; VIVIAN SMITH; BARBARA                *
TOLEDANO; EDWARD POPE; SHELIA               *
JENKINS; ASTRA TENNYSON; BRENDA             *
SIMPSON; MARIE GRIFFIN; DIANNA              *
ABRAHMS; WAYNE MARTIN; DEBORAH              *
CALDWELL; EDWIN ROUX; KAREN                 *
CHIAPPETTA; EDWARD THURMOND;                *
DEBORAH BLUNT; NIKITA SIMMONS; LIZ          *
TOLES; VERNELL SMITH; VERNON                *
THOMAS; RONALD SMITH; JAMES                 *
SINGLETON; SHEPPHARD ROUBION SR.;           *
CHARLES WIRTH; LEO PRAETORIUS; ROSIE        *
CALVIN; ROSIE CALVIN; RICHARD               *
GUIDRY; HAROLD GONZALES SR.; COREY          *
DAVIS; CARDELLA REED-SMITH; MARY            *
SQUARE; ROSE FRAZIER; REGINA CRAFT;         *

URSULA MARTIN; RODNEY ANGLADA;        *
ALBERT LEININGER; JASON NEGROTTO;     *
JOSEPH MEYERS; VERONICA UMRANI;       *
HERITAGE ACADEMY LT; SANDRA           *
KENARD; LAKECHIA RISIN; VONTERENCE    *
ADAMS; LORETTA RILEY; JACQUELINE      *
ELLIS; JOSEPH BATTLEY; DAWN           *
FREEMAN; ELDORA LEWIS; ETHEL          *
VERNON; VIRGINIA PRYOR; JANICE        *
DUKES; CARRIE BANKS; KEVIN FRANCOIS;  *
CONNIE TENHAAF; CHERYL HALLAL;        *
BETTY WATSON; WILLIAM KRENKEL SR.;    *
ERICA BALLIER; LINDA BLAZIO; EDNA     *
BARNES; KATHLEEN FISCHER; JUANITA     *
CAITON; JOHN BROWNE; LESLIE           *
OLIVERIA; BRIAN FRANKLIN; JANICE      *
WILLIAMS; JAMES ALVAREZ; JERRY        *
JOHNSON; AKIRA JEROME; MICHAEL        *
WILLIAMS; HARRY DEKAY; DAMEIN         *
MENENDEZ; ANTHONY WISE; CAROL         *
SALASSI; IMOGENE SMITH; CATRICE       *
WASHINGTON; BEVERLY MEREDITH; JOAN    *
DELANEY; AUDREY LACKINGS; BEVERLY     *
COCKERHAM; RUTH PATTERSON;            *
THERESA DELMORE; JOANN SMITH; LOUIS   *
CASIMIER; SHIRLYN CASIMIER; PATRICIA  *
WHITE; LOURELL TURNER SR.; JAMES      *
LAMPTON; PATRICIA EDINBURGH; AVERY    *
MATTHEWS JR.; CECILY LAMBERT;         *
LAURYN MATTHEWS JR.; MICHELLE TATE;   *
PATRICIA GREEN; PATRICIA GREEN;       *
REGINA LIMA; WILTON TATE; CYNTHIA     *
JAMISON; OSCAR SINGLETON; LINDA       *
JACKSON; PAMELA WALKER; ROSE          *
HUNTLEY; ALICE BUTLER; ALLIE          *
ALEXANDER III; ANGELA WALKER;         *
BARBARA JONES; BENITA DUMAS;          *
BERNARD DUCRE; BRANDON PERKINS;       *
BRIAN WALKER SR.; BRIDGETTE REAUX;    *
CARLETTA JENKINS; CARRIE DIXON;       *
CATHY FISHER; CHRISTOPHER DUMAS;      *
CHRISTOPHER DUMAS JR.; CLAUDIA        *
WILLIAMS; DAISY KING; DANA            *
GONZALES; DARLENE KLIEBERT;           *
DEBORAH SQUARE; DEBRA DOTY;           *
DEMARIUS THURMOND; DEMETERICUS        *

THURMOND; DOROTHY HUSBAND; EDDIE          *
CHARLES; EDWARD THOMPSON;                  *
ERNESTYNE BASS; ESTER PERKINS; FRANK       *
HARRIS; GAIL TUCKER; GISSELE JOSHUA;       *
GLORIA CHRISTOPHER; HALTRON ADAMS;         *
HAROLD SEARS; HENRY KLIEBERT;              *
HERMAN PLUNKETT; IKEA JOSHUA; IRI          *
SKINNER; IRMA ODDS; ISSAC JOSHUA JR.;      *
JAMAL NETTLES; JAMILAH HAMPTON;            *
JAMIRA NETTLES; JAMYRIN WATSON;            *
JANAYA HAMPTON; JARRETT WATSON,            *
JR.; JARRETT WATSON, SR.; JIA NETTLES;     *
JOHN POWELL; JOSEPH PERKINS; JOYCE         *
ANDERSON; JUSTIN HARRISON; KIRK            *
JOHNSON SR.; KIRSTEN JOHNSON; LARRY        *
JENKINS; LATORIA BASS; LILLIAN             *
POWELL; LINDA THOMPSON; LORRAINE           *
FIELDS; LOUVENIA ALLEN; LYDIA              *
CHARLES; MADELYN BRYANT; MARGIE            *
THOMPSON; MARVIN NETTLES; MARY             *
SHARETT; MATTIE WALTERS; MERCEDES          *
DUCRE; MILTON JOSEPH JR.; NATHANIEL        *
THURMOND; NETTIE LEE; RAYMOND LEE;         *
RUTH LEFORT; RUTH LEFORT; SANDRA           *
MALDONADO; SHARON NETTLES;                 *
TERENCE DUCRE; THELMA HALL; TRACI          *
ALLEN; VALENCE DUCRE; VANESSA              *
SYLVESTER; VERLINDA NARCISSE;              *
WANDA TOWNSEND; WILLIAM LOCKETT,           *
JR.; WILLIE JOHNSON; YVONNE HUNTLEY;       *
YVONNE JOHNSON; ZANOBIA LAMPTON;           *
ALRINN PUNDS; HAROLD GILMORE;              *
MICHELLE PETERS; PAULETTE COLLOR;          *
WILTON PETERS; RAYMOND JACKSON;            *
ADRIAN HARRISON; CHARLES HARRISON          *
JR.; EVELYN HARRISON; KRYSTLE              *
HARRISON; DEREK PROGAIS; EDGAR             *
TORREGANO; JANINE THOMPSON; DONNA          *
FREDERICK; LETTIE MARINOVICH; MARY         *
NEAPOLEON; MILTON MARINOVICH;              *
SHEENA FREDERICK-WILLIAMS;                 *
CORRAINE WASHINGTON; NICOLE BANKS;         *
TYRONE BANKS SR.; WILBERT                  *
WASHINGTON; ADONAI COLLINS;                *
ANTHONY WASHINGTON; CATRICE                *
COLLINS-WASHINGTON; DIANE HARRIS;          *

ROSE WEST; ANDREA JOHNSON; FIERRAU    *
ALEXANDER; GERARD CARTER; KARAN    *
ALEXANDER; KENNETH JOHNSON;    *
ROCQUEL STERLING; KENDRA JOHNSON;    *
JANAE CROOK; BRIONE ALLEN; DIANNE    *
ALLEN; EDWARD ALLEN; HAKEIM ALLEN;    *
JAMES CASBY, SR.; RONEKA ALLEN; SARIA    *
ALLEN; TIMOTHY ALLEN; TRINEICE    *
ALLEN; NORMAN ADAMS, SR.;    *
CASSANDRA ADAMS; DANIEL HAWKINS    *
JR; DORIS NELSON; JOANN MEDICE; JOYCE    *
OWENS; SHEILA THORNTON; DARILYN    *
BARTHOLOMEW JR.; DARRYL    *
BARTHOLOMEW; DARRYL    *
BARTHOLOMEW JR.; DEREK    *
BARTHOLOMEW; DOMINIC    *
BARTHOLOMEW; SHERITA    *
BARTHOLOMEW; BRIDGEJA BAKER;    *
BRIDGET BAKER; THOMAS BAKER JR.;    *
WALTER COCKERHAM; DORITA BLACK;    *
PATRICK YOUNGBLOOD; STACY    *
FRANKLIN; MAXIE FRANKLIN; MILIKA    *
POWELL; JIBRIL TAYLOR; SHIRLENE    *
VANISON; KACELL TEAGUE; YASHENA    *
GILLARD; DWIGHT WILLIAMS; LAWRENCE    *
DUPESSIS, ILL; LAWRENCE DUPLESSIS III;    *
HENRY FONRENETTE; GEORGE THOMAS;    *
GERALDINE THOMAS; GLORIA BROWN;    *
NANCY CONERLY; REBECCA FREDERICK;    *
CLAUDELL BOULIGY; CARMEN GATHE;    *
ARTHUR FOLEY, SR; ASHLEIGH WARD;    *
BARBARA COLAR; DAVID BOYCE;    *
DOLORES JACKSON; GRETHEL LEBLANC;    *
HENRY JONES; HERBERT COLAR; JASMINE    *
WARD; JOANN FOLEY; JOHN BOYCE;    *
JONATHON BOYCE; JOSEPH LEBLANC SR.;    *
JOYCE LANDRY; KEVIN STOVALL JR.;    *
KEVIN STOVALL SR.; SHAJUANIA    *
STOVALL; EDNA STEWART; BARBARA    *
EDWARDS; RAYMOND SUTTON; VERINESE    *
SUTTON; CHUNUARY ROBINSON;    *
LAVERNE HICKERSON; BARBARA GOINS;    *
BERNARD MARKS; MOHAMMED SAKLI;    *
PATRICIA ALLEN; SHARIONNE MARKS;    *
SIHAM SAHLI; YOLANDA MARKS; JEFFERY    *
RAPP JR.; JEFFERY RAPP SR.; LORRY RAPP;    *

11

ALLAN DESUIGNES; ISAAC BELLIZAN JR.;                *
JOYCE BELLIZAN; CORA BROWN; DESIREE               *
JOHNSON; ANGELA MUHAMMAD; JABORI                  *
MUHAMMAD; KHALIF MUHAMMAD;                         *
MILTON JOHNSON JR.; PETER STERLING;               *
RENDA WILLIAMS; GWENDOLYN TAYLOR;                 *
MAXINE ROVERS; SHIRLEY THOMAS; JOHN               *
COLLIER; DRUCILLA ANCAR; DRUCILLA                 *
ANCAR; MURVE SAP; ROBERT COLEMAN                  *
JR; SHIRLEY ANTOINE; STELLA SAPP;                 *
WILLIAM BROOKS; DAULA ROBINSON;                   *
DEBORAH BARTHOLOMEW; MICHAEL                       *
BARTHOLOMEW; SEDONIA RAPP; AKAYLA                 *
HUBBARD; ALIE HUBBARD; ALVIN                       *
WEBSTER; ANITA ANDERSON; ARGUE                    *
FOLEY; ARTHUR SYKES; BARBARA                      *
HEWITT; BARBARA KELLEY; BRENDA                    *
JOSEPH; BRENT RIGGINS; CARMELITA                  *
ALLEN; CARMEN JACKSON; CAROLYN                    *
BATTIEST; CHARLES VARNADO; CHERYL                 *
JACOBS; CLARENCE LEON; CRISTOPHER                 *
JOHNS; CURTIS WALKER; CURTIS                       *
WALKER; CYNTHIA CLAYBORNE;                        *
CYNTHIA WASHINGTON; DAVID DEJEAN;                 *
DEBORAH EVANS; DEMETERA JOHNS;                    *
DESIREE JOHNSON; DIANE CONNER;                    *
DONALD SYKES; DORIS SYKES; EDWARD                 *
HOPKINS; EDWARD KURTZ; ELAINE                     *
JOHNSON; ELVERA HUBBARD; EMILE                    *
AUGILLARD; ERROL ALLEN; ESTER SMITH;              *
EVA MARRERO; FAYE GRAY; GLORIA                    *
DOMINGUEZ; GLORIA DOMINGUEZ;                      *
GREGORY MCKINNEY; HONOR RHODES;                   *
HOWARD KELLY JR.; IRENE MERRIDITH-                *
SYKES; JANELLE DEJEAN; JEROME                     *
JOHNSON; JESSICA BUMPUS; JESSIE BOYD;             *
JESSIE EXKANO; JMIE WALKER-JOHNSON;               *
JO-ANN BATTISTE; JOHN GONZALES JR;                *
JOMAL GREEN; JOSEPH BATISTE SR.;                  *
KACELL TEAGUE; KERONNE LEWIS;                     *
KERONNE LEWIS; KEVIN REED; KYONNE                 *
WALKER; LARNEY JACKSON; LEAUDREY                  *
WINSTON; LEEONISE SMITH; LELA                     *
HAMPTON; LEQUENCE GREEN; LILLIAN                  *
POREE; LILLIAN ROSS; LVINIA REDDICK;              *
MADELINE LEON; MARCOS DOMINGUEZ;                  *

MARION LYONS; MARY WELSH; NOREEN          *
BOYD; RAYMOND COLE; RAYOLGA               *
DELAIR-BANKSTON; RAYSHAD                   *
ROBERTSON; RENATE BURGESS; ROSE           *
ANDREWS; ROWENA ROBINSON; RUSSELL         *
ROBINSON; RUSSELL ROBINSON JR.;           *
SHEILA COLE; THOMAS JOHNSON; TIARA        *
GREEN; TONICA REEVES-MARTES;              *
TROVAN WEBSTER; VESHANDUS GREEN;          *
WANDA LEE; ANTONIO WICKS; BERNEL          *
SANDERS; CAROL LEWIS; HAZEL               *
SCHLUETER; JOSEPH ALLEN; ALFRED           *
GARDNER; HELEN WEBSTER; RAUL              *
FERNANDEZ; CARRIE SMITH; BARBARA          *
HAMILTON; EVELYN LOCKETT; DAVID           *
MCNEAL; EMILE MOLINE SR.; PATRICIA        *
GARDNER; LYNETTE CHARLES; GRACE           *
CONWAY; WAYNE STAGGERS; MILTON J.         *
ANTOINE, JR.; DIANE LAVINGNE; JEANNE      *
COLLINS; JULIE RICHARDSON-                 *
BEAUCHAMP; RONALD RICHARSON;              *
JACQUELINE COOPER; WILLIE WINFIELD;       *
WILLIE BENOIT; JOSEPH GUZMAN;             *
BERNADETTA WATKINS; BURNELL REINE;        *
DENICE THOMPSON; DOLORUS LEE;             *
DOROTHY LEE; DYMPHNA AHMED; ELLIS         *
WILSON; HENRIETTA GUZMAN; JOCELYN         *
LABOSTRIE; MELVINA ONEAL; THARNELL        *
ONEAL; JOYCELYN LABOSTRIE; O'NEAL         *
MERRICK SR; JUANITA ANDREWS;              *
CELESTER CHILDS; JOSHUA CHILDS;           *
KEVIN CAMERON; RILMA PATT; WALTER         *
CHILDS; ZANZER ARGUSTA; BENNIE            *
SMITH; BENNIE THURN; DANIELLE SMITH;      *
NU TRAN; SUSIE SMITH; MARY MOORE;         *
KEVIN SISSON; KEVIN SISSON; MARCELLE      *
SISSON; CANDINCE MCMILLIAN;               *
TINIEVANGELINE PETTY; WYATT PETTY         *
SR.; WILLIE PETTY; ANTHONY BERNARD;       *
GLORIA BERNARD; CYNTHIA DARDAR;           *
DOLORES BARROIS; LINDA LINDSEY;           *
ALEXANDER BROWN JR.; BETTY                *
MARCHAND; ADAM DUPLESSIS; BARBARA         *
DUPLESSIS; RONALD NAVARRE III;            *
BARBARA KELLEY; HOWARD KELLY JR.;         *
CYNTHIA GIBSON; SAMUEL BRADFORD;          *

VELMA PINKSTON; ANGELENA LEWIS;          *
BUSINESS-BETTY MARCHAND; CORNELIUS        *
DAVIS; MARY DAVIS; RACQUEL MAGEE;         *
LIZZIE HEAD; JACQUELINE NIX; LOUIS        *
GREEN; CHARLOTTE GILBERT; CHRISTINE       *
HUTSON; DHIRAS HUTSON; EARL TOOMER;       *
IRMA WILLIAMS; JANIQUA HUTSON;            *
JUSTIANA HUTSON; JUSTIN HUTSON;           *
KEVIN HUTSON; SONITA JACKSON; PEGGY       *
BERRY; SANTEE BERRY; LOUISE JOHNSON;      *
RAYMOND JOHNSON; KATHERINE MOTES;         *
VIVIAN WILLIAMS; JOHN DUCROS; KATIE       *
BLADSACKER; LAURA BLADSACKER;             *
ADARA WILLIAMS; ALBERTHA COWART;          *
ALDEN LOMBARD III; AMY BOYKINS;           *
ANGELLA RAINEY; ANTHONY NUCCIO III;       *
ARTRULY HARRIS; CATHERIN ALLEN-           *
PERKINS; CHAD KELLY; CHARLES ESSEX;       *
CHARLES RAINEY; COURTNEY BIENEMY;         *
DIANE CHEDVILLE; DIANE NICOLAY;           *
DONNA MUTIN; DONNIE HARRIS;               *
DOROTHY BIRDSALL; DOROTHY MULLINS;        *
DWIGHT WILLIAM SR.; EDDRINA OWENS;        *
ELENORA HUNTER; GABRIELLE NUCCIO;         *
GAIL MAURICE; GLADYS GODCHAUX;            *
GREGORY TYLER; HATTIE BALLARD;            *
HOLDEN LOMBARD; JACQUELYN BROWN;          *
JACQUES GLEASON; JAMES GAMBLE JR.;        *
JOSHUA KELLEY; JOSHUA KELLY; JULIAN       *
RICHARD; KEVIN CHEDVILLE; KEVIN ROW;      *
LAURA NUCCIO; LEO BARTHELEMY SR.;         *
LINDA RICHARD; MALLORY NUCCIO;            *
MARILYN KHATON; MARK BATISTE;             *
MERVIN GLASS; MICHAEL BAUDIN, SR.;        *
NICHOLAS CHEDVILLE; PAULA MERRIT;         *
PHYLLIS MATHEWS; REGINA OWENS;            *
ROBERT LUCIN, JR; RONALD MOORE;           *
RONALD WINDON; ROXIE GAMBLE;              *
SAMUEL PERKINS; SUSAN BAUDIN; TANYA       *
GUERINGER; TERRY MOTES; VINCENT           *
BIENEMY JR.; VIRGINIA WILLIAMS;           *
YVETTE GLASS; ERMA GREEN; ZINA PAGE;      *
BENJAMIN GREGORY; ALETHA HART;            *
JEFFERY TREPAGNIEN SR.; JUSTIN            *
FLEETWOOD; LAVERNE MCCORMICK;             *
GWENDOLYN JASMINE; KIARRA JASMINE;        *

ADAM CHARTIER; CAPUCINE WILSON;                    *
DOROTHY MULLINS; IRIS ANGELETY-                    *
FERRIER; SHIRLEY CHARTIER; ALBERTA                 *
WALKER; CHARLES REED; DORTHY                       *
BIRDSALL; DORTHY BIRDSALL; ELLA                    *
HAYES; GWENDOLYN ADAMS;                            *
GWENDOLYN EVERAGE; JOSEPH OTKINS                   *
III; LOUIS ADAMS, JR.; LUCILLE KNECHT;             *
MERVIN GLASS; SHIRLEY ADAMS; WANNY                 *
CARTER; YVETTE GLASS; MONICA                       *
CRAVINAS; WILDA DAVIS; LAWRENCE                    *
VANDERHORST II; RICHARD BOURGEOIS                  *
SR.; MELICA DUPAQUIER; RICHARD                     *
DUPAQUIER; BRENDA SORINA; VIRGIL                   *
SORINA; ANITA GUICHARD; AMELIA                     *
FLORES; MACK FLORES; CHANCE ALLEN;                 *
KEVIN WILSON; NICOLE WILSON; SANDRA                *
WILSON; LARRY SCHULUETER; MICHAEL                  *
DANIELS; VALERIE DANIELS;                          *
CHRISTOPHER WHITE; JOYCE BARNUM;                   *
KARNELLA MCMILLAN; QUENTON                         *
MORRIS; DEBORAH TANNER; VIVIAN                     *
HOWARD; MABLE DUPLESSIS; DAISY                     *
JONES; JAMES JONES; REGINALD                       *
FOURNIER; SEDONIA LABEE; CONTRENIA                 *
JEFFERSON; ALBERT BERRY JR.; ANTHONY               *
WHITFIELD; BETTY SMITH; BRITTANY                   *
FOSTER; CARMAN JACKSON; CHAURICE                   *
SMOTHERS; CORLISSA DOBSON; FRANCES                 *
BERRY; IRMA MAXWELL; JOSHUA                        *
SMOTHERS; KAHNYA HARRISON; KASIA                   *
JOHNSON; LINDA FOXWORTH; LOIS                      *
WILLIAMS; LORRAINE HATTON;                         *
MADELINE JOHNSON; SHONA FOSTER;                    *
SYLVIA LEWIS; VIRGINIA BRAUD;                      *
VIVELLE PERCY; GWENDOLYN JOSEPH;                   *
NEDRA SCOTT; ANTOINETTE ANDERSON;                  *
MELVIN ANDERSON; JAMES WARD;                       *
ALBERT RANKINS; NAKEISHA COOPER;                   *
BERNARD NORA; MARTHA FONTENOT,                     *
         apparent Plaintiffs listed in spreadsheet      *
         attached to First Amended Petition for        *
         Damages,                                      *
                                                       *
         Plaintiffs,                                   *
                                                       *

                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
VERSUS                                                    *
                                                          *
ANPAC LOUISIANA INSURANCE COMPANY,                        *
        Defendant identified in caption of First          *
        Amended Petition for Damages,                     *
                                                          *
                                                          *
AUDOBON INSURANCE COMPANY;                                *
BANKERS LIFE OF LOUISIANA; FIREMAN'S                      *
FUND INSURANCE COMPANY OF                                 *
LOUISIANA;IMPERIAL FIRE AND                               *
CASUALTY INSURANCE COMPANY;                               *
LAFAYETTE INSURANCE COMPANY;                              *
LOUISIANA CITIZENS FAIR PLAN;                             *
LOUISIANA FARM BUREAU CASUALTY                            *
INSURANCE COMPANY; METROPOLITAN                           *
INSURANCE COMPANY; NATIONAL UNION                         *
FIRE INSURANCE COMPANY OF                                 *
LOUISIANA; PROGRESSIVE SECURITY                           *
INSURANCE COMPANY; SAFEWAY                                *
INSURANCE COMPANY OF LOUISIANA;                           *
SECURITY NATIONAL LIFE INSURANCE                          *
COMPANY OF LOUISIANA; SECURITY                            *
PLAN FIRE INSURANCE COMPANY OF                            *
LOUISIANA; SECURITY PLAN LIFE                             *
INSURANCE COMPANY; UNITED FIRE                            *
GROUP; US AGENCIES CASUALTY                               *
INSURANCE COMPANY, INC.; UNION                            *
NATIONAL LIFE INSURANCE COMPANY;                          *
UNION NATIONAL FIRE INSURANCE                             *
COMPANY; 2CS AGENCIES; 3RD MILLENIUM;                *
AARP; AMPAC; A&B; AMC MORTGAGE                            *
SERVICES; ASC, ABN, ABN, ARMO AND                         *
ABN ARMO MORTGAGE; AMERICAN ANT                           *
P&C COMPANY; AMERICAN BROTHERS;                           *
AMERICAN SVC; AMERICLAIM; ANPOR;                          *
ANPU; APNAC; BALANCED INSURANCE                           *

16

PLANNING; BENEFICIAL INSURANCE;            *
BEST INSURERS, INC.; CASUALTY              *
INSURANCE COMPANY; INC.; CAT MAN           *
DO, INC.; CHASE BANK INSURANCE;            *
CITYWIDE INSURANCE AGENCY;                 *
CLAIM CONSULTANTS; CLAIMS                   *
CONSULTANTS; CLAIMS CONSULTANTS,           *
LLC; COASTAL PLAN; COMMON                   *
WEATHLAND; COSSE; CRAWFORD AND             *
COMPANY, CUNNINGHAM LINDSEY; DAN           *
BERGHARDT; DEAN AND HOMER                   *
GREENWICH; DIRECT; DIRECT SOURCE;          *
DON & SON; DRIVER INSURANCE; EAGAN;        *
EAGAN INSURANCE AGENCY; FEDERAL            *
EMERGENCY OFFICE; FEDERAL                   *
MANAGEMENT INSURANCE; FINANCIAL            *
INSURANCE CONSULTANTS; FIRST               *
COMMUNITY; FIRST METRO                      *
INSURANCE; FIRST PREMIER; FLOOD            *
INSURANCE PROCESSING CENTER;               *
FLOOD INSURANCE; FORD DIRECT;              *
FOUCHA INSURANCE FINANCIAL;                *
FULTON JOHNSON; FULTON JOHNSON             *
NEWMAN; FURNITURE STORAGE;                  *
H & R BLOCK; HAMMERMAN                       *
GARNER; HARRY KELLEHER; HERBERT            *
& WILTZ; HIBERNIA; HOME FIREARMS           *
FUND; HOME FIRST; HOME FIRST                *
AGENCIES; INDEPENDENT INSURANCE            *
ASSOCIATION, HOME FIRST AGENCIES;          *
INTERNATIONAL AND INTERNATIONAL            *
INSURANCE COMPANY; ISA; LPIC; LA           *
INDEPENDENT INSURANCE; LA JOINT            *
INSURANCE PLAN; LA NATIONAL; LA            *
NATIONAL FLOOD; LA UNDERWRITERS;           *
LA JOINT; LAPD; LC STERLING; WELLS         *
FARGO; LA; LA PROPERTY INSURANCE;          *
MACNEILL; MARTIN; MNC FIRST INC.;          *
MR. BOB; MUTUAL LIBERTY; N.C.              *
STERLING; AFIP; OCWEN, PASCO CLAIM;        *
PASCO CLAIM SERVICE; PROCTOR               *
FINANCIAL; RENTER UNION NATIONAL;          *
ROMAGUERA INSURANCE; ROMAQUERA             *
INSURANCE INCORPORATION; SAXON             *
MORTGAGE SERVICES; SEDWICH                  *
INSURANCE BROKER; STANDARD                  *

MORTGAGE; STIEL INSURANCE; SWBC;                    *
THE REPUBLIC GROUP; UFG LAFAYETTE;                  *
US AUTOMOBILE ASSURANCE; US                         *
AUTOMOBILE INSURANCE; US BANK                       *
HOME MORTGAGE; US DEPARTMENT;                       *
VALCO USA; VC STERLING; WILLIAMS;                   *
WILLIAMS INSURANCE; WNC; YORK                       *
CLAIMS SERVICE; YORK CLAIMS                         *
SERVICE, INC.; AIG INSURANCE; ALEA                  *
LONDON LIMITED; ALLIANCE                            *
INSURANCE COMPANY; AMERICAN                         *
WESTERN; HIBERNIA; INDEPENDENT                      *
INC.; INSURANCE UNDERWRITERS,                       *
LTD; LA JOINT REINSURANCE; OSWEN;                   *
PRECISE INC.; UNITRIN KEMPER,                       *
    Defendants listed in "Exhibit A" to First  *
    Amended Petition for Damages,               *
                                                    *
AAA AUTO CLUB FAMILY INSURANCE;                     *
AAA AUTO CLUB FAMILY INSURANCE                      *
COMPANY; AEGIS SECURITY INSURANCE                   *
COMPANY; ALLSTATE INSURANCE                         *
COMPANY; AMERICAN BANKERS                           *
INSURANCE; AMERICAN MODERN HOME                     *
INSURANCE COMPANY; AMERICAN                         *
SECURITY INSURANCE; AMERICAN                        *
SOUTHERN HOME INSURANCE CO.; ARMED                  *
FORCES INSURANCE EXCHANGE;                          *
ELECTRIC INSURANCE COMPANY                          *
ENCOMPASS INSURANCE; ESSEX                          *
INSURANCE COMPANY; FARMERS                          *
INSURANCE COMPANY; FIDELITY AND                     *
DEPOSIT COMPANY OF MARYLAND;                        *
FIDELITY NATIONAL INSURANCE                         *
COMPANY; FIDELITY NATIONAL                          *
PROPERTY & CASUALTY; GENERAL                        *
INSURANCE COMPANY OF AMERICA;                       *
GMAC INSURANCE; GREAT AMERICAN                      *
INSURANCE COMPANY; HANOVER                          *
INSURANCE COMPANY; HARTFORD                         *
INSURANCE COMPANY; LA CITIZEN FAIR                  *
PLAN; LACITIZEN FAIR PLAN; LEXINGTON                *
INSURANCE COMPANY; LIBERTY MUTUAL                   *
INSURANCE COMPANY; LOUISIANA FARM                   *
BUREAU; MARKEL INTERNATIONAL                        *
INSURANCE COMPANY LTD; NATIONAL                     *

18

SECURITY FIRE & CASUALTY COMPANY;     *
REPUBLIC FIRE & CASUALTY;     *
SCOTTSDALE INSURANCE COMPANY;     *
SECURITY PLAN FIRE INSURANCE     *
COMPANY; STATE FARM FIRE AND     *
CASUALTY COMPANY; STATE FARM FIRE     *
& CASUALTY COMPANY; STATE FARM     *
INSURANCE; STATE FARM INSURANCE     *
COMPANY; TRAVELERS INSURANCE     *
COMPANY; UNDERWRITERS AT LLOYDS     *
LONDON; UNDERWRITERS AT LLOYDS OF     *
LONDON; UNION NATIONAL FIRE; UNION     *
NATIONAL LIFE; UNITRIN PREFERRED     *
INSURANCE COMPANY; USAA CASUALTY     *
INSURANCE COMPANY; Z.C. STERLING;     *
AIG AGENCY AUTO; AIG CLAIM SERVICES     *
PROPERTY AND CASUALTY DIVISION; AIG     *
NATIONAL INSURANCE COMPANY;     *
ALLSTATE; ALLSTATE INDEMNITY     *
COMPANY; ALLSTATE INSURANCE;     *
ALLSTATE PROPERTY AND CASUALTY     *
INSURANCE COMPANY; ALLSTATE/LA     *
CITIZENS FAIR PLAN; AMERICAN     *
BANKERS INSURANCE COMPANY;     *
AMERICAN FAMILY HOME INSURANCE     *
COMPANY; AMERICAN GENERAL     *
PROPERTY INSURANCE COMPANY;     *
AMERICAN NATIONAL P & C COMPANY;     *
AMERICAN NATIONAL P AND C COMPANY;     *
AMERICAN NATIONAL P&C COMPANY;     *
AMERICAN NATIONAL PROPERTY AND     *
CASUALTY; AMERICAN RELIABLE     *
INSURANCE CO.; AMERICAN SECURITY     *
INSURANCE COMPANY; AMERICAN     *
SOUTHERN HOME INSURANCE COMPANY;     *
ANPAC LOUISIANA INSURANCE     *
COMPANY; AUDOBON INSURANCE GROUP;     *
BALBOA LIFE & CASUALTY; BALBOA LIFE     *
AND CASUALTY; CITIZENS FAIR PLAN;     *
COMMONWEALTH LAND TITLE     *
INSURANCE COMPANY; DIRECT GENERAL     *
INSURANCE COMPANY OF LOUISIANA;     *
ENCOMPASS INSURANCE; FARMERS     *
INSURANCE EXCHANGE; FIDELITY     *
NATIONAL PROPERTY & CASUALTY     *
INSURANCE; FIDELITY NATIONAL     *

PROPERTY AND CASUALTY; FIRST         *
PREMIUM GROUP, INC.; HANOVER       *
INSURANCE; HARTFORD INSURANCE     *
COMPANY OF THE MIDWEST; HOMESITE  *
INSURANCE; HORACE MANN INSURANCE  *
COMPANY; IMPERIAL FIRE & CASUALTY  *
INSURANCE IMPERIAL FIRE AND        *
CASUALTY; LA CITIZANS FAIR PLAN; LA   *
CITIZENS COASTAL PLAN; LA CITIZENS  *
FAIR PLAN; LA CITIZENS FAIR         *
PLAN/AUDOBON INSURANCE; LA CITIZENS  *
PROPERTY INSURANCE CORPORATION; LA  *
JOINT REINSURANCE PLAN; LIBERTY     *
MUTUAL FIRE INSURANCE COMPANY;    *
LOUISIANA CITIZENS; LOUISIANA       *
CITIZENS PROPERTY INSURANCE;       *
LOUISIANA CITIZENS PROPERTY       *
INSURANCE CORPORATION; LOUISIANA   *
INSURANCE UNDERWRITING PLAN;      *
MERITPLAN INSURANCE COMPANY;     *
METLIFE AUTO & HOME; METLIFE AUTO &  *
HOME (MET P&C); METROPOLITAN      *
PROPERTY AND CASUALTY INSURANCE    *
COMPANY; NIC INSURANCE COMPANY;    *
REPUBLIC FIRE AND CASUALTY       *
COMPANY; SAFECO INSURANCE; SAFECO   *
INSURANCE COMPANIES; SAFECO      *
INSURANCE COMPANY OF AMERICA;     *
SEABURY & SMITH, INC.; SECURITY     *
INDUSTRIAL FIRE INSURANCE COMPANY;  *
SOUTHWEST BUSINESS CORPORATION;   *
STATE FARM FIRE & CASUALTY; STATE   *
FARM FIRE AND CASUALTY; STATE FARM  *
FIRE AND CASUALTY INSURANCE; SUN   *
FINANCE COMPANY; TEACHERS       *
INSURANCE COMPANY; THE HANOVER    *
INSURANCE COMPANY; THE HARTFORD;   *
THE HARTFORD INSURANCE COMPANY;   *
TRAVELERS; TRAVELERS INSURANCE;    *
TRAVELERS INSURANCE COMPANIES;    *
TWIN CITY FIRE INSURANCE COMPANY;   *
UNION NATIONAL FIRE INSURANCE;    *
UNION NATIONAL FIRE INSURANCE     *
COMPANY; UNION NATIONAL INSURANCE  *
COMPANY; ZC STERLING INSURANCE    *
AGENCY.                            *

```
                                                *
apparent additional Defendants listed in        *
spreadsheet attached to First Amended            *
Petition for Damages,                            *
                                                 *
Defendants.                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF REMOVAL BY STATE FARM FIRE AND CASUALTY COMPANY (AS CORRECTLY AND INCORRECTLY NAMED IN THE AMENDED PETITION)

Pursuant to 28 U.S.C. §§ 1331, 1332, 1337, 1441, and 1453 and 42 U.S.C. § 4072, State Farm Fire and Casualty Company as correctly and incorrectly named in the spreadsheet attached to the First Amended Petition for Damages ("State Farm Fire"),[1] apparently intended to be named as a Defendant herein, files this Notice of Removal, and hereby removes to this Court the state court action described below:

1.    On August 27, 2007, Plaintiffs filed an original petition in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, entitled *Lynn K. Bailey, et al. v. ANPAC Louisiana Insurance Co., et al.*, bearing Case No. 558574, Div. "D". Service was withheld as to all defendants. (*See* Plaintiffs' Petition for Damages, attached hereto as Exhibit 1).

2.    On November 26, 2007, Plaintiffs filed their First Amended Petition for Damages ("Amended Petition" or "Am. Petition," attached hereto as Exhibit 2). The Amended Petition identifies one Plaintiff in the caption and additional Plaintiffs in Exhibit B. (Am. Petition ¶ III; Exhibit B to Am. Petition). Attached to the Amended Petition is a spreadsheet listing hundreds of additional individuals who are apparently intended to be identified as additional Plaintiffs. If so, there are more than 1200 Plaintiffs. The Amended Petition identifies one Defendant in the

---

[1]  State Farm Fire and Casualty Company is incorrectly referred to in various places in the spreadsheet attached to the First Amended Petition for Damages as "State Farm Fire & Casualty Company," "State Farm Insurance," "State Farm Insurance Company," "State Farm Insurance Companies," "State Insurance Companies," and "Statefarm Insurance." No legal entities by such names exist, at least not among the affiliates of State Farm Fire. Accordingly, State Farm Fire construes all references to such names to be references to it.

caption and additional Defendants in Exhibit A. In addition, the spreadsheet lists numerous additional companies, all of which appear to be insurance companies, that are apparently intended to be identified as additional Defendants. If so, more than one-hundred and thirty (130) persons or entities are named as defendants, including at least seventy-eight (78) foreign and domestic insurance carriers, including State Farm Fire. (Am. Petition ¶ I; Exhibit A to Am. Petition).

     3.     The Amended Petition claims that Plaintiffs are entitled, pursuant to the Louisiana Valued Policy Law, La. R.S. 22:695, to the full face value of their homeowners or other fire insurance policies because their covered properties were rendered substantially damaged or a "total loss" by Hurricane Katrina. (Am. Petition ¶¶ X, XIV.) Plaintiffs also allege that Defendants failed to properly adjust and/or appraise their claims and did not adequately compensate them for damage to the contents of their property or for additional living expenses. (Am. Petition ¶¶ XV, XVI.)

     4.     Plaintiffs seek to recover the "full face value" of their homeowners or other policies. Additionally, Plaintiffs seek penalties pursuant to La. R.S. 22:1220 and/or 22:658, costs, and "all general and equitable relief." (Am. Petition, Wherefore ¶.)

     5.     Plaintiffs' claims are removable to this Court under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1453, because this is a mass action in which more than 100 plaintiffs seek to recover in excess of $5,000,000 in the aggregate, there is at least minimal diversity, and none of CAFA's exceptions apply. Moreover, the Court may retain supplemental jurisdiction over any plaintiffs whose claims do not exceed $75,000.00, pursuant to 28 U.S.C. § 1367.

6.      Alternatively, the claims against State Farm Fire are subject to federal jurisdiction and removable because such claims are fraudulently misjoined with the claims against the other defendants, and (1) the claims against State Farm Fire independently satisfy CAFA as a mass action in which more than 100 plaintiffs who are diverse from State Farm Fire seek to try jointly claims that exceed the sum or value of $5,000,000 in the aggregate, and the Court may retain supplemental jurisdiction over any Plaintiffs whose claims do not exceed $75,000.00, pursuant to 28 U.S.C. § 1367; and (2) this Court has traditional diversity jurisdiction as to those Plaintiffs whose claims against State Farm Fire exceed $75,000.00.

7.      In addition, because some Plaintiffs are asserting claims against State Farm Fire under flood insurance policies issued under the National Flood Insurance Program, there is federal jurisdiction pursuant to 42 U.S.C. § 4072 and 28 U.S.C. § 1331 and 1337.

8.      Pursuant to 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over any Plaintiffs whose claims do not exceed $75,000.00 and/or are not asserting claims under flood insurance policies.

**I.      REMOVAL IS PROPER BECAUSE THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO CAFA.**

9.      CAFA expands federal jurisdiction over class actions by amending 28 U.S.C. § 1332 to grant original jurisdiction where the following requirements are satisfied:  (1) the putative class contains at least 100 class members; (2) any member of the putative class is a citizen of a State different from that of any defendant; and (3) the amount in controversy exceeds $5,000,000 in the aggregate for the entire class, exclusive of interest and cost.  28 U.S.C. § 1332(d).

10.    CAFA further provides that a "mass action" is "deemed to be a class action removable under [28 U.S.C. § 1332(D)(2)-(10)] if it otherwise meets the provisions of those paragraphs." 28 U.S.C. § 1332(D)(11)(A).

11.    A "mass action" is "any civil action...in which monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that the plaintiffs' claims involve common questions of law or fact, except that jurisdiction shall exist only over those plaintiffs whose claims in a mass action satisfy the jurisdictional amount requirements under [28 U.S.C. § 1332(a)]." 28 U.S.C. § 1332(D)(11)(B).

### A.    THIS ACTION IS A MASS ACTION THAT IS DEEMED TO BE A REMOVABLE CLASS ACTION UNDER CAFA.

12.    This action is a mass action, as it purports to present the claims of more than twelve-hundred (1200) policyholders in a single action on the ground that all of the Plaintiffs' claims involve common questions of law or fact.

13.    Additionally, although the Amended Petition does not provide sufficient information to determine the precise value of the claims of the individual Plaintiffs at this time, because each Plaintiff seeks the "full face value" of his or her policies, along with penalties, costs, and "all general and equitable relief," State Farm Fire reasonably believes that the value of the vast majority of the Plaintiffs' claims individually exceed $75,000, and has confirmed this to be the case for the vast majority of the State Farm Fire policyholders apparently named as Plaintiffs. (*See* Exhibit 3 hereto.)

14.    Moreover, this mass action otherwise satisfies all of CAFA's requirements for federal jurisdiction:  (1) the number of plaintiffs exceeds 100; (2) some of the plaintiffs have a different citizenship from some of the defendants; (3) the amount in controversy exceeds $5,000,000 in the aggregate; and (4) the exceptions to CAFA do not apply.  28 U.S.C. § 1332(d).

**B.    THE NUMBER OF PLAINTIFFS EXCEEDS 100.**

15.    For a class action to be removable, CAFA requires that the proposed class of

plaintiffs consist of at least 100 persons. 28 U.S.C. § 1332(d)(5).

16.    This mass action, which joins the claims of at least twelve-hundred (1200)

Plaintiffs, easily meets this requirement.

**C.    THERE IS AT LEAST MINIMAL DIVERSITY BECAUSE AT LEAST ONE PLAINTIFF IS A CITIZEN OF LOUISIANA AND STATE FARM FIRE IS A CITIZEN OF ILLINOIS.**

17.    CAFA also requires at least minimal diversity between the proposed class

members and the defendants—at least one class member must be a citizen of a different state

than one defendant. 28 U.S.C. § 1332(d)(2).

18.    All of the Plaintiffs in this mass action are alleged to be citizens of Louisiana.

(Am. Petition, Introductory ¶). Upon information and belief, the majority of defendants are

citizens of a state other than Louisiana, including State Farm Fire, which is a foreign insurer duly

organized under the laws of the State of Illinois and having its principal place of business in the

State of Illinois. As a result, it is clear that at least one plaintiff is of diverse citizenship to at

least one defendant, and this mass action therefore satisfies the minimal diversity requirement of

CAFA. 28 U.S.C. § 1332(d)(2).

**D.    THE AMOUNT IN CONTROVERSY EXCEEDS AN AGGREGATE OF $5,000,000.**

19.    CAFA requires that the claims of the individual class members be aggregated to

determine if the matter in controversy exceeds the sum or value of $5,000,000, exclusive of

interest and costs. 28 U.S.C. § 1332(d)(2). As a result, a mass action must also reach this

threshold in order to be removable.

20.     Plaintiffs do not plead, and Louisiana law does not allow plaintiffs to plead, a specific amount of damages. However, for purposes of this removal, it is apparent from the face of the Amended Petition that this mass action satisfies CAFA's $5,000,000 amount in controversy requirement, exclusive of interest and costs.

21.     First, all of the Plaintiffs in this mass action seek to recover the "full face value" of their homeowners or other policy pursuant to Louisiana's Valued Policy Law, La. R.S. 22:695. As demonstrated by Exhibit 3, the amounts being claimed under State Farm Fire policies alone exceed $5,000,000.

22.     Additionally, Plaintiffs seek penalties pursuant to La. R.S. 22:1220 and/or 22:658, unspecified damages under their homeowners policies, costs, and "all general and equitable relief." (Am. Petition, Wherefore ¶.)

23.     Under La. R.S. 22:658(B), a penalty equal to 25% of the amount found to be due by the insurer to the insured may be assessed if the conduct of the insurer is found to be arbitrary, capricious or without probable cause. Likewise, under La. R.S. 22:1220, penalties up to two times the damages sustained as a result of a failure to timely initiate loss adjustment or pay the undisputed amount of a claim may be imposed against an insurer who breaches its duty of good faith and fair dealing. Claims for penalties under both of these statutes are considered as part of the amount in controversy for purposes of determining whether the requirements for diversity jurisdiction have been met. *See, e.g., St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253-54 (5th Cir. 1998).

24.     As a result, it is clear that more than $5,000,000 is in controversy in this mass action, and therefore the CAFA amount in controversy requirement is met. Indeed, for the

aggregate amount claimed by 1200 Plaintiffs to fall below $5,000,000, the average claim of each Plaintiff would have to be less than $4,200.

25.    To the extent that the amount of any individual claim does not meet the jurisdictional amount requirements of section 1332(a), this Court may retain such claims by exercising supplemental jurisdiction under 28 U.S.C. § 1367.

   E.    **THE EXCEPTIONS TO CAFA DO NOT APPLY HERE.**

26.    Plaintiffs bear the burden of establishing any applicable exceptions to CAFA jurisdiction. *See, e.g., Preston v. Tenet Healthsystem Mem'l Med. Ctr., Inc.*, 485 F.3d 804, 812 (5th Cir. 2007) (holding that the parties moving to remand class action to state court must prove that CAFA exceptions to federal jurisdiction divest the district court of subject matter jurisdiction); *Frazier v. Pioneer Americas LLC*, 455 F.3d 542, 546 (5th Cir. 2006); *Caruso v. Allstate Ins. Co.*, 469 F. Supp. 2d 364, 367 (E.D. La. 2007) ("[T]he Fifth Circuit recently held that CAFA places the burden of proof on plaintiffs to show that the 'local-controversy' exception applies.").

27.    Nevertheless, it is clear that none of the exceptions to CAFA jurisdiction is applicable here.  For example, the local controversy exception set forth in 28 U.S.C. § 1332(d)(4)(A) does not apply for numerous reasons, including the fact that during the three-year period preceding the filing of this action, numerous other class actions have been filed asserting the same or similar factual allegations against many of Defendants named herein on behalf of putative classes that would include many if not all of the apparent Plaintiffs herein.  Nor do any of the other exceptions apply.

**II.    IN THE ALTERNATIVE, THE CLAIMS AGAINST STATE FARM FIRE HAVE BEEN FRAUDULENTLY MISJOINED WITH THE CLAIMS AGAINST THE OTHER DEFENDANTS, AND REMOVAL IS PROPER AS TO STATE FARM FIRE.**

28.    Even if this Court were to find that this entire action is not removable under CAFA, the Court should nonetheless find that the claims against State Farm Fire (as correctly named and incorrectly named) have been fraudulently misjoined with the claims against the other defendants, and therefore consider the claims against State Farm Fire separately for purposes of determining whether federal jurisdiction exists.

29.    Where, as here, parallel but unrelated claims are joined against separate diverse and non-diverse defendants, the claims against the non-diverse defendants are considered fraudulently misjoined and cannot serve as a basis for defeating federal jurisdiction. *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353, 1359-60 (11th Cir. 1996), *abrogated on other grounds by Cohen v. Office Depot, Inc.*, 204 F.3d 1069 (11th Cir. 2000). *In re Benjamin Moore & Co.*, 309 F.3d 296 (5th Cir. 2002); *see also* 28 U.S.C. § 1441(b) (only "properly joined" defendants need join in a removal notice based on diversity jurisdiction).

30.    Numerous district court decisions in Louisiana have applied the fraudulent misjoinder doctrine to claims brought by insureds arising out of Hurricanes Katrina and Rita. *Accardo v. Lafayette Ins. Co.*, No. 06-8568, 2007 U.S. Dist. LEXIS 6859, at *20-21 (E.D. La. Jan. 30, 2007) (Vance, J.) (applying the doctrine of fraudulent misjoinder to sever parallel claims brought by insureds against 18 different insurance company defendants arising out of Hurricane Katrina property damage such that the presence of a nondiverse defendant did not defeat removal jurisdiction); *see also Berthelot v. Boh Bros. Constr. Co.*, No. 05-4182, 2006 U.S. Dist. LEXIS 51603, at *37-38 (E.D. La. June 1, 2006) (Duval, J.) (applying the doctrine of fraudulent misjoinder); *Defourneaux v. Metro. Prop. & Cas. Ins. Co.*, No. 06-3809, 2006 U.S. Dist. LEXIS

28

61550, at *2 (E.D. La. Aug. 30, 2006) (Feldman, J.) (same); *Manard v. Bankers Ins. Co.*, No. 06-7148, 2007 WL 184829, at *1 (E.D. La. Jan. 22, 2007) (finding improper joinder where plaintiffs joined contract claim against their homeowners insurer with tort claims against Jefferson Parish for failing to maintain the pumping and draining system that failed during Hurricane Katrina).

31.    The fact that this action is a mass action and is being removed pursuant to CAFA does not alter this result.  The basis for the fraudulent misjoinder doctrine is Rule 20 of the Federal Rules of Civil Procedure which applies with equal force to individual actions, mass actions, and putative class actions.  (*Tapscott* itself involved a putative class action, and the Eleventh Circuit held that the claims of the two classes were not sufficiently related to be brought together, thus requiring severance and allowing the diverse class to be removed. *Tapscott*, 77 F.3d at 1359-60.)

32.    Here, the claims being alleged against State Farm Fire and against other Defendants are merely parallel at best.[2]  The Plaintiffs that claim against State Farm Fire do not also have claims other Defendants.  To the contrary, just as was the situation in the above cases and in *Tapscott* against itself, Plaintiffs have improperly combined several separate and distinct actions into one mass action in violation of Rule 20 of the Federal Rules of Civil Procedure. Thus, the claims against State Farm Fire should be severed from the wholly unrelated claims being asserted against the other Defendants.

---

[2]    Exhibit A to the Amended Petition names some Defendants who are individuals or entities that do not appear to be insurance companies.  There are absolutely no allegations, however, connecting any of these Defendants to any claims against State Farm.  Indeed, there is no apparent claim at all asserted against non-insurers in the Amended Petition.  Rather, the Amended Petition repeatedly asserts that "Defendants" issued insurance policies to Plaintiffs. (*See, e.g.*, Amended Petition ¶ II, Wherefore clause.)

33.    Once the claims against the improperly joined defendants are disregarded, it is clear that Plaintiffs' claims against State Farm Fire are independently subject to federal jurisdiction under CAFA and/or federal diversity jurisdiction.

**A.    PLAINTIFFS' CLAIMS AGAINST STATE FARM FIRE ARE INDEPENDENTLY REMOVABLE AS A MASS ACTION UNDER CAFA.**

34.    Plaintiffs' claims against State Farm Fire clearly satisfy the requirements for removal of a mass action under CAFA when considered as a separate action.

35.    First, there are more than two-hundred and forty (240) Plaintiffs asserting claims against State Farm Fire. (Ex. B to Am. Petition.)

36.    Second, all Plaintiffs are alleged to be Louisiana citizens.    (Am. Petition, Introductory ¶). State Farm Fire is a foreign insurer duly organized under the laws of the State of Illinois and having its principal place of business in the State of Illinois.   Thus, there exists at least minimal diversity between the Plaintiffs and State Farm Fire.

37.    Third, the $5,000,000 jurisdictional threshold is also satisfied as to State Farm Fire alone.   As explained above, under CAFA, the claims of the individual class members are aggregated to determine the amount in controversy.   28 U.S.C. §§ 1332(d)(2) and 1332(d)(6). State Farm Fire has made a diligent search of its records to locate the homeowners policies identified in the attachment to the Amended Petition and any related claims files of each of the Plaintiffs alleged to be a State Farm Fire insured, and has attached a chart showing the face value of such policies and the amount of the payments made to Plaintiffs under the respective policies for Hurricane Katrina-related claims.   For the vast majority of apparent Plaintiffs for whom State Farm Fire has located a claims file, the amount in controversy exceeds $75,000 based on the coverage limits alone, and even more so when claims for potential penalties and damages are considered.

38.     If the claims of as few as sixty-seven (67) of the two-hundred and forty (240) Plaintiffs alleged to be a State Farm Fire insured exceeded $75,000, the amount in controversy would $5,000,000.   Indeed, the average claim per Plaintiff would need to be less than $21,000 for the aggregate to fall below the $5,000,000 threshold.   The chart attached as Exhibit 3 confirms that the amount in controversy is significantly in excess of $5,000,000.

39.     To the extent that the amount of any individual claim does not meet the jurisdictional amount requirements of section 1332(a), this Court may retain such claims by exercising supplemental jurisdiction under 28 U.S.C. § 1367.

40.     Plaintiffs bear the burden of establishing any applicable exceptions to CAFA jurisdiction.   Nevertheless, it is clear that none of the exceptions to CAFA jurisdiction is applicable here.

**B.     REMOVAL IS ALSO PROPER AS TO THE CLAIMS AGAINST STATE FARM FIRE BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.**

41.     In addition, Plaintiffs' claims against State Farm Fire are properly removable because this Court has traditional diversity over those Plaintiffs whose claims against State Farm Fire exceed $75,000.00 individually, and may exercise supplemental jurisdiction over any Plaintiffs whose claims do not exceed $75,000.00, pursuant to 28 U.S.C. § 1367.

42.     28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different States."

### 1.    THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.

43.    The Fifth Circuit has explained that, for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chem. Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)).

44.    Plaintiffs do not plead, and Louisiana law does not allow a plaintiff to plead, a specific amount of damages.  However, for purposes of this removal, it is apparent from the face of the Petition, as well as from the additional facts set forth herein, that the amount in controversy as to each of the State Farm Fire insureds exceeds seventy-five thousand and no/100 ($75,000.00) dollars, exclusive of interest and costs.

45.    As noted above, Plaintiffs seek to recover the "full face value" of their homeowners or other policy.  In addition, Plaintiffs seek penalties pursuant to La. R.S. 22:1220 and/or 22:658, costs, and "all general and equitable relief."  (Am. Petition, Wherefore ¶.)

46.    As also explained above, State Farm Fire has made a diligent search of its records to locate the homeowners policies identified in the attachment to the Amended Petition and any related claims files of each of the Plaintiffs alleged to be a State Farm Fire insured, and has attached a chart showing the face value of such policies and the amount of the payments made to Plaintiffs under the respective policies for Hurricane Katrina-related claims.  For the vast majority of Plaintiffs for whom State Farm Fire has located a claims file, the amount in

controversy exceeds $75,000 based on the coverage limits alone, and even more so when claims for damages and potential penalties are considered.

47.    While State Farm Fire admits no liability nor any element of damages, State Farm Fire has met its burden of showing that the amount in controversy between State Farm Fire and at least the vast majority of Plaintiffs claiming against State Farm Fire is in excess of $75,000.00, exclusive of interest and costs.

**2.    COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFFS AND STATE FARM FIRE.**

48.    State Farm Fire is a foreign insurer duly organized under the laws of the State of Illinois and having its principal place of business in the State of Illinois.

49.    All of the Plaintiffs in this mass action are alleged to be citizens of Louisiana. (Am. Petition, Introductory ¶.)

50.    Plaintiff's allegation that various defendants are citizens of Louisiana does not preclude diversity because federal removal jurisdiction premised on diversity cannot be defeated by the presence of an improperly-joined non-diverse and/or in-state defendant. *See, e.g., Smallwood v. Illinois Cent. R.R. Co.*, 385 F.3d 568, 575-76 (5th Cir. 2004) (en banc), *cert. denied*, 544 U.S. 992 (2005).

51.    Plaintiffs' claims against the other defendants are improperly joined, and the domicile of citizens other than State Farm Fire should thus not be considered for the purposes of diversity jurisdiction. *See* 28 U.S.C. § 1441(b) (stating that a civil action in which jurisdiction is founded on diversity "shall be removable only if none of the parties in interest *properly joined* and served as defendants is a citizen of the state in which such action is brought").

52.    Accordingly, when the improperly joined defendants are disregarded, there is complete diversity of citizenship between the Plaintiff and the only remaining defendant.

**III.    BECAUSE PLAINTIFFS HAVE BROUGHT CLAIMS ON STANDARD FLOOD INSURANCE POLICIES, ADDITIONAL GROUNDS FOR SUBJECT MATTER JURISDICTION EXIST.**

53.    Some of the apparent Plaintiffs claiming against State Farm Fire have identified the policies under which they are claiming as a Standard Flood Insurance Policy ("SFIP") issued by State Farm Fire in its capacity as a Write-Your-Own ("WYO") insurance carrier under the National Flood Insurance Program ("NFIP"). For example, apparent Plaintiff Erma Green (listed on page 711281624047 of the spreadsheet attached to the Amended Petition) identifies the policy under which she is claiming as policy 98-RC-3980-5 for 2235 Leonidas St., New Orleans, LA 70118. This policy is an SFIP issued by State Farm Fire under the NFIP. In addition, Plaintiff Gladys Godchaux (listed on page 711281624046 of the spreadsheet attached to the Amended Petition) identifies the policy under which she is claiming as 98-RM-6007-7 for 4711 Lennox Blvd., New Orleans, LA 70131. State Farm Fire's records do not reflect any such policy number, but State Farm Fire did issue an SFIP to Ms. Godchaux for the identified property with policy number 98-RM-8807-7, and State Farm Fire assumes that this is the policy to which she refers. Numerous other Plaintiffs also identify SFIPs issued by State Farm Fire. In most cases, State Farm Fire's records reflect that it has paid policy limits under the SFIP in question. Nonetheless, to the extent that such Plaintiffs are asserting any kind of claim at all relating to such SFIPs (including any dispute by any Plaintiff as to whether policy limits were in fact paid), such claims are within exclusive federal court jurisdiction for the reasons explained below.

54.    State Farm Fire, as a WYO carrier, is authorized by the Federal Emergency Management Agency ("FEMA"), to issue SFIPs under the NFIP on behalf of the federal government. The SFIP is a codified federal regulation found at 44 C.F.R. Pt. 61, App. A(1), and

34

WYOs cannot waive, alter or amend any of the provisions of the SFIP without the express written consent of FEMA. *See* 44 C.F.R. §§ 61.4(b); 61.13(d), (e); 62.23(c), (d).

55.    Additionally, WYOs are required to adjust NFIP claims in accordance with the SFIP. 44 C.F.R. § 62.23(d) (requiring that WYOs "shall arrange for the adjustment, settlement, payment, and defense of all claims arising from policies of flood insurance it issues under the [NFIP], based upon the terms and conditions of the [SFIP]").

56.    All claim payments made by a WYO carrier under an SFIP are made out of a segregated account containing U.S. Treasury funds, as required by 44 C.F.R. Pt. 62, App. A, Art. III. *See Gowland v. AETNA*, 143 F.3d 951, 955 (5th Cir. 1998) (holding that "payments made pursuant to that policy are 'a direct charge on the public treasury'") (citing *In re Estate of Lee*, 812 F.2d 253, 256 (5th Cir. 1987)). As a result, claims against a WYO for payments under an SFIP are claims for U.S. Treasury funds.

57.    Plaintiffs' claims against State Farm Fire are properly removable because this Court has subject matter jurisdiction over those Plaintiffs' making claims under SFIPs pursuant to 42 U.S.C. § 4072, 28 U.S.C. § 1331, and 28 U.S.C. § 1337, and may exercise supplemental jurisdiction over any Plaintiffs who do not assert claims under SFIPs pursuant to 28 U.S.C. § 1367.

## A.    THIS COURT HAS ORIGINAL EXCLUSIVE SUBJECT MATTER JURISDICTION PURSUANT TO 42 U.S.C. § 4072.

58.    42 U.S.C. § 4072 grants federal courts original "exclusive" subject matter jurisdiction over claims made against the WYO carriers, providing that an insured may institute an action for payment under an SFIP "in the United States district court for the district in which the insured property or the major part thereof shall have been situated, and original exclusive jurisdiction is hereby conferred upon such court to hear and determine such action without regard

to the amount in controversy." 42 U.S.C. § 4072; *see also Van Holt v. Liberty Mut. Fire Ins. Co.*, 163 F.3d 161, 166 (3rd Cir. 1998) *(on rehearing)* (holding that § 4072 encompasses WYO carriers).

59.    As a result, there is exclusive federal jurisdiction over the claims against State Farm under the flood policy.

**B.    REMOVAL IS ALSO PROPER BECAUSE THIS COURT HAS FEDERAL QUESTION JURISDICTION.**

60.    Additionally, and as a separate basis for removal, this Court also has jurisdiction based upon 28 U.S.C. § 1331, which provides district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

61.    Because the SFIP is a codified federal regulation, the interpretation, coverages, and payments thereunder raise numerous federal questions. *See, e.g., Jamal v. Travelers Lloyds of Tex. Ins. Co.*, 97 F. Supp. 2d 800, 805 (S.D. Tex. 2000); *see also Hairston v. Travelers Cas. & Surety Co.*, 232 F.3d. 1348 (11th Cir. 2000); *Newton v. Capital Assur. Co., Inc.*, 245 F.3d 1306, 1309 (11th Cir. 2001); *Battle v. Seibels Bruce Ins. Co.*, 288 F.3d 596, 599 (4th Cir. 2002).

62.    Indeed, FEMA has explained that "any litigation resulting from, related to, or arising from the Company's compliance with the written standards, procedures, and guidance issued by FEMA or FIA arises under the Act, regulations, or FIA guidance, and legal issues thereunder raise a federal question." 44 C.F.R. Pt. 62, App. A, Art. I.

63.    As a result, by asserting claims under SFIPs, Plaintiffs have squarely placed at issue State Farm Fire's handling and payment of a flood loss claim under the NFIP, which are subject to comprehensive federal regulations.

C.    **ADDITIONALLY, THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1337 BECAUSE THE PETITION BRINGS INTO PLAY AN ACT OF CONGRESS REGULATING COMMERCE.**

64.    Removal of this case is also proper under 28 U.S.C. § 1337, which provides that district courts shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating interstate commerce.

65.    Under 28 U.S.C. § 1337, removal is proper where the facts alleged in the plaintiff's petition bring into play an act of Congress that regulates commerce, regardless of whether any reference to such act appears in the plaintiff's pleading. *See, e.g., Uncle Ben's Int'l Div. of Uncle Ben's Inc. v. Hapag-Lloyd Aktiengesellschaft*, 855 F.2d 215, 216-17 (5th Cir. 1988); *Crispin Co. v. Lykes Bros. Steamship Co.*, 134 F. Supp. 704, 706 (S.D. Tex. 1955); *Commonwealth of P.R. v. Sea-Land Serv. Inc.*, 349 F. Supp. 964, 973-74 (DC P.R. 1970).

66.    Clearly, under the National Flood Insurance Act, 42 U.S.C. § 4001, *et seq.*, Congress has regulated commerce by promulgating the complex and comprehensive statutory scheme that is commonly described as the National Flood Insurance Act. As the Third Circuit recognized in *C.E.R. 1988, Inc. v. Aetna Cas. & Surety Co.*, 386 F.3d 263, 267 n.3 (3rd Cir. 2004):

> The insurance industry in the United States operates in interstate commerce. States may regulate the insurance industry only to the extent Congress permits. U.S. Const. art. I, § 8, cl. 3. The McCarren-Ferguson Act, 15 U.S.C. § 1011, *et seq.*, grants states this power except where Congress enacts legislation that "specifically relates to the business of insurance." 15 U.S.C. §1012 (b). In *Barnett Bank of Marion County v. Nelson*, 517 U.S. 25, 116 S. Ct. 1103, 134 L.Ed.2d 237 (1996), the Supreme Court held that the exception for acts relating to the business of insurance should be construed broadly, noting that "[t]he word 'relates' is highly general." *Id.* at 38, 116 S. Ct. 1103. Without doubt the NFIA is congressionally-enacted legislation relating to the business of insurance. *Id.* at FN 3.

67.     Because Plaintiffs have asserted claims under SFIPs, it is clear that a federal law affecting commerce, the NFIA, is brought into play by Plaintiffs' Petition. As a result, removal is proper pursuant to 28 U.S.C. § 1337.

## IV.    THE COURT MAY EXERCISE SUPPLEMENTAL JURISDICTION OVER ANY REMAINING STATE LAW CLAIMS.

68.     To the extent that any of Plaintiffs' claims are not subject to federal jurisdiction under 28 U.S.C. § 1332, 42 U.S.C. § 4072, 28 U.S.C. § 1331, or 28 U.S.C. § 1337, this Court has jurisdiction over such claims under 28 U.S.C. § 1367, which provides that "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367; *see generally Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 557-61 (2005).

69.     To find that claims are "so related" and "form part of the same case or controversy" for section 1367 jurisdiction, the Court must determine whether Plaintiffs' claims "derive from a common nucleus of operative fact." *City of Chi. v. Int'l Coll. of Surgeons*, 522 U.S. 156, 165 (1997).

70.     All of Plaintiffs' claims against State Farm Fire relate to the extent to which policies issued by State Farm Fire provide coverage for Plaintiffs' alleged damages resulting from Hurricane Katrina to Plaintiffs' property. Accordingly, supplemental jurisdiction over any claims against State Farm Fire that are not otherwise subject to federal jurisdiction would be appropriate.

## V.   STATE FARM FIRE HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

71.    Service was withheld on the initial Petition, and no service was made on any Defendant until after the filing of the Amended Petition on November 26, 2007.

72.    Accordingly, this Notice of Removal is filed within thirty (30) days after first receipt by the first-served defendant of a copy of the initial pleading setting forth the claim or relief upon which this action is based, and is therefore timely under 28 U.S.C. § 1446(b).

73.    Jurisdiction is founded in CAFA, and the existence of traditional diversity jurisdiction under 28 U.S.C. § 1332. Additionally, this Court has subject matter jurisdiction over those Plaintiffs making claims under SFIPs pursuant to 42 U.S.C. § 4072, 28 U.S.C. § 1331, and 28 U.S.C. § 1337, and has supplemental jurisdiction over any claims not subject to federal jurisdiction under 28 U.S.C. § 1332, 42 U.S.C. § 4072, 28 U.S.C. § 1331, or 28 U.S.C. § 1337.

74.    The 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, is located within the Middle District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

75.    Pursuant to 28 U.S.C. § 1446(a), a copy of the Amended Petition and all other pleadings served on State Farm Fire to date are attached hereto as Exhibits 1-2. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiffs, and a copy is being filed with the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

WHEREFORE, defendant State Farm Fire hereby removes this action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

_[signature]_

CHARLES L. CHASSAIGNAC, IV (#20746)
JAMES ERIC JOHNSON (#23800)
BRYAN J. HAYDEL, JR. (#27500)
ELEANOR WEEKS WALL (#29695)
**PORTEOUS, HAINKEL & JOHNSON, L.L.P.**
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
P: (225) 383-8900; F:(225) 383-7900
*Attorneys for State Farm Fire and Casualty Company, also incorrectly referred to as "State Farm Fire & Casualty Company," "State Farm Insurance," "State Farm Insurance Company," "State Farm Insurance Companies," "State Insurance Companies," and "Statefarm Insurance."*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of December, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

_[signature]_

CHARLES L. CHASSAIGNAC, IV (#20746)