LYNN K. BAILEY,                                          *
      Plaintiff identified in caption of First
      Amended Petition for Damages,

FAYE LARCHE; GILBERT                                     *        CIVIL ACTION
LARCHE; ROLAND BROUSSARD; ELDORA
CASTELL; LIONEL CASTELL, SR.; CLIFTON                             JUDGE
SMITH; CLIFTON SMITH; CHARLES
ANDERSON; JENCY ANDERSON; AUGUST                                 SECTION " "
FAVAROTH; HELEN CARTER; EMILY
JONES; TAMYRA BACCHUS-WALLACE;                                    MAGISTRATE
BARBARA BAPTISTE;
OLIVIA BARTHOLOMEW; NEKITA BOURNE;
ERNEST BROWN; BEATRICE CAMBRIDGE;
BRENDA CHAPMAN; DOROTHY P. CLOUD;
MARY R. COSSE; KRISTY DELVALLE;
SHOUN EVANS; CORA JEAN FERRAND;
ROSA FUSELIER; CHAUNCEY GREEN;
D'WANNA GREEN-HAYES; WILMA T.
HURLEY; STEVE JOHNSON; MARENTHIA M.
LAGARDE; JOHN LOPEZ, JR.; JOANN
PATTERSON; BETTY RICHARDSON;
O'SHEIA ROBINSON; COREY ROBINSON;
LATANYA ROBERTS; TERRENCE ROBERTS;
RHONDA ROW; LYNETTE SMITH; DENEEN
M. STEWART; ALVIN TURNER; THE ESTATE
OF EUGENE J. WALLACE; VERDELL
WHARTON; ESTELLA WILEY; JEANELL
WILLIAMS; JOANN WILFRED; CHARLES
WILLIAMS,
      Plaintiffs listed in "Exhibit B" to First
      Amended Petition for Damages,

EDWINA BLACKSTONE; HARRY                                 *
FRANATOVICH; CONSTANCE DAVIS;                            *
RICHARD HOWARD; MICHAEL                                  *
CALLAGHAN; BRYAN BAGNETTO; JOANNE                        *
URSIN; TONY COLLINS; DONNA PEARSON;                      *
HARRIET BATTISTE; JULIENNE GRENIER;                      *
BRANDY STOKES; DEDRECK STEWART;                          *
THELMA TOPEY; LIONEL CARMOUCHE;                          *

1

CYNTHIA BURTHLONG; PROPHET FOX;          *
JEFFREY NED; IDA EUGENE; SPENCER         *
WASHINGTON; WILLIE MAE WILSON;           *
HORACE BYNUM SR.; NAOMI WILLIAMS;        *
MARY SHERMAN; BENNIE FRANCIS SR.;        *
HOLSA BROWN; PATRICIA GRANT; WANDA       *
POLK; LINDA JOHNSON; ERNEST JOHNSON;     *
RONALD STIMAGE; VERNON LEWIS;            *
NOELLA THONN; CLARISSA SHERMAN;          *
NEVELLE BELL; RAYMOND LIETEAU;           *
WALI ABDEL-RAOOF; JOHN TUCKER;           *
THERESA FECKE; EMILY PRICE; JOSEPHINE    *
BECHET; KIMBERLY ROBINETTE; RITA         *
BENNETT; ADLINE TENNYSON; JANET          *
TROULLIER; HILDA TENNYSON; ANTHONY       *
PICOT JR.; LENNY ALVAREZ; MARIE          *
ALBERT; RICHARD VOSS; WINIFRED           *
BRADFORD; NONA HONORE; EVA EVANS;        *
SOPHIA BEECHAM; BERNICE JOINER;          *
DIANE OLIVE; LEONARD MOORE; MARY         *
WALKER; NORMAN PALAZZO; GLORIA           *
BENANDI; LONNIE SWAIN; SONJA             *
ALRIDGE; LOUISE GIVENS; MARY STARKS;     *
MARY CROOKS; LEONA GRANDISON;            *
LORRAINE THORNTON; LYNETTE               *
JORDANA; LAN NGUYEN; JOANN GILES;        *
SANDRA EDGERSON; MELANIE                 *
STALNAKER; ALISKA MOFFETT; DALE          *
WHITFIELD; CATHERINE CRUZ; SHEILA        *
VINCENT; FRANK MCDANIEL; LANA            *
GAMBLE; DEIDRE GANT-HUTCHINSON;          *
VINCENT FORTE; JEAN TERRIE; JANICE       *
GORDON; TRUEVEEN CARNEY; LYDIA           *
WASHINGTON; STEPHANIE MARIGNY;           *
WILLIE CLAY; MARILYN BOURGEOIS;          *
BARBARA DUPLESSIS; JOYCE TWINE;          *
CHARLES USNER; GLENDER LONG; GREG        *
MORALES JR.; CHERYL HERNANDEZ;           *
SANDRA PETERS; ETHELLEE HOOKER;          *
ALVIN CLAVO SR.; MARTHA LOFTON;          *
JEANNE ROUSE; DONALD HARRIS SR.;         *

2

MARY ANNE LOCANTRO; SANDRA                  *
WILLIAMS; COREY DAVIS; MANUEL               *
GAGLIANO; R.E. PAYNE; STEPHEN CLARK;        *
GAYNELL DESPINASSE; ROSE EAGLETON;          *
MELANIE LECOMPTE; JOYCELYN                  *
BRUNSON; DAVID ERNST; PRISCILLA             *
MONROE; OVADER LORIO; ANNIE                 *
MONTANA; JOHN GUZZARDO; AUDRY               *
STEWARD; HAZEL RALPH; SUE CHAN-             *
JOHNSON; PEARL RICE; PEARL RICE;            *
CHARLES SMITH; LAVONSELL ROGERS;            *
MARY SHARP; PENNIE RILEY-FALKINS;           *
PAUL ROBERTSON SR.; MANUEL PINTO JR.;       *
BEULAH FORSTALL; ANDRE MCCARTHY;            *
ELOISE BLUNT; WILLIE MAE                     *
DANGERFIELD; TRACI BERRY-OWENS;             *
LEENETTE FRANCIS-JUPITER; KAREN             *
BIAGAS; CHARLES MAXWELL; LUCY               *
RAMSON; STEVEN LEAKE; WALTER BIAS;          *
EFREM WILSON; ELLEN COOPER; LILLY           *
STEIN; CHRISTOPHER LOVE; RONALD             *
BARTON; JEANNE MARTIN; CORY VIDAL;          *
IRI SKINNER; JAMES RHODES; IRENE            *
LEAUMONT; DELORIS PLAIN; MABEL              *
BARLEY; CATHY LUTER; COLUMBUS               *
WILLIAMS; LEEANNA THOMAS; ROSE              *
UHLICH; MICHAEL BROUSSARD SR.; JEAN         *
HALL; JON CRENSHAW; PATRICIA                *
DERUISE; FAYE JERNIGAN; JOYCE SCOTT-        *
CLIPPS; ANTOINETTE WHARTON;                 *
CAROLYN JAMES; PAUL LANAUX;                 *
TIERNEY DECUIR; YVETTE ALBERT;              *
SHEILA WALKER; CYNTHIA VAUGHN;              *
MERLIN MCCORMICK; CHERYLE COLLINS;          *
CLYNTIE MARTIN; DEIADRE ROBINSON;           *
HAROLD MORRIS; LEON BURTON;                 *
MELINDA CUBBAGE; SCOTT FARRELL;             *
BELINDA UNBEHAGEN; LIVINGSTONE              *
LEWIS; ROBIN HILLS; JESSIE NORRIS;          *
PATRICE WILLIAMS; TERRY                     *
QUEBEDEAUX; GREGORY CARTER; ROSE            *

3

MORRIS; WANDA STAMPS; NANCY                    *
DATTALO; ANTONIO GIBSON; RAPHAEL               *
GIMENEZ; CRAIG JOHNSON; GENEVA                 *
OGLESBY; TERRIUS HILLIARD;                     *
JACQUELINE THOMAS; ODEAL SULLIVAN;             *
RONALD LAMOTHE; PATRICIA DEVENS;               *
PATRICK PARENTON; GWENDOLYN                    *
PERKINS; JOSEPHINE PHILLIPS; REBECCA           *
SCOTT-SHALLOWHORNE; JENARD BLAINE;             *
EZZARD WILSON; EARL LONG; CORINNE              *
ELLOIE; VICTOR DURAPAU JR.; DENNIS             *
SCHEUERMANN; JUNG IAN TUSA; DORIS              *
WARREN; HAROLD BLAPPERT; JOHN                  *
GOLDEN; MILDRED WHITE; CATHERINE               *
JOHNSON; DALE DELPIT; LORENTZ                   *
FRACHTLING; CHARLES DRAGO; EASTER              *
MYERS; MATHILDA LALLY; DOROTHY                 *
CARTER; ANNA CLAY; KAREN CAMERON;              *
VERNON ERNST; ELLA FONTENOT; ERIK              *
ANDERSON; ETHELLEE HOOKER; SHELIA              *
SAWYER; WANDA VARNADO; PERCY                   *
PAYNE; DAVID GOODMAN SR.; TERRY                *
LEBAN; CHRISTINA SORRELS-GUILLOT;              *
HARRIS IRVIN JR.; OSAGIE ODEH;                 *
HERBERT JOHNSON; LEATRICE CANFIELD;            *
ISHANTI FREEMAN; LYNN WILLIAMS-                *
MORGAN; BERNICE GRANT; KAREN                   *
WEBSTER; MICHELLE BANKS; PATRICIA              *
PATTERSON; MARVA LEWIS; TRACYE                 *
MASSEY; SHIRLEY HUGHES; GRACE                  *
WILLIAMS; PATRICIA JACKSON; WALLACE            *
FRANCOIS; DEBBIE BOYLE; JOHNNIE                *
DRIVER; WAYNE MELERINE; JOYCE                  *
JACKSON; KAGERINE DOLISON; TRUMAN              *
GUICHARD; JOSEPH BLAZIO; WILLIAM               *
DOYLE; ANTHONY DARANDA; WOODROW                *
CORMIER SR.; HAROLD JOSEPH; DEBRA              *
THORNTON; MICHAEL WASHINGTON;                  *
ROBERTA JACKSON; SHELIA WEBB; JULIA            *
THOMAS; ALEC CAUSEY; GLEN CYRES;               *
MARY CRANEY; FIDEL BLANCO; GWEN                *

4

MANCUSO; SELMA JONES; BETTY                    *
ALEXANDER; CLAIRESSA SMITH; JANICE             *
VALLERY; CONNIE WASHINGTON;                     *
CYNTHIA SPENCER; ANDREW JACKSON;               *
CAROLYN MOSES; MOIRA GUICE; ERIC               *
BROWN; VERDELL MOORE; STANLEY                   *
LENOX; TRACY NORWOOD; AUGUSTINE                *
MCCORMICK; JIMMIE MAE TAYLOR;                   *
ROBIN THOMAS; TRACIE TOWNS;                     *
SYLVESTER O'NEAL; LYDIA WASHINGTON;            *
DEBORAH IGIDI; BELINDA FLY; BELINDA            *
FLY; CECILE FERRAND; CONSTANCE                  *
CLARK; ROSE DUVERNAY; CATHARINA                *
GRABER; CHARLES SHUFF; HARVEY                   *
WATSON SR.; ROWENA ROBINSON; DEBBIE           *
MOORE; LYNN POPE; YUVANCHA                      *
WINESBERRY; GERALDINE TORRES;                   *
SHELIA DILLON; RUTHIE MCCARVY;                  *
DAVID WILLIAMS; JANICE PORTER; UCHA            *
UMAH; CAROL CELESTIN; TERRY                     *
JOHNSON; DONALD KEELEN; PATRICIA              *
SAVOY; LYNN PICQUET; CARLOS                     *
BARGANIER; CHARLES DRAGO; DANIELLE            *
BARTLEY; KEITH LANGLOIS; MARCUS               *
MORRIS; DAVID SINGLETARY; JESSICA             *
GIBSON; PAULA BRADFORD-TAYLOR;                 *
GAIL MILLER; BIRDELL DENNIS;                    *
JUANETTA MCCARVY; SHELDON CLARK               *
SR.; CELESTE JACKSON; KENNETH GIBSON;         *
KERMIT BRAZLEY; KERMIT BRAZLEY;               *
KERMIT BRAZLEY; KERMIT BRAZLEY;               *
KERMIT BRAZLEY; KERMIT BRAZLEY;               *
KENNETH HAINES; SHAWANDA WRIGHT;              *
GAY FORD; RUTH ENNA; VIRGINIA                  *
PLEASANT; APRIL ALRIDGE; HATTIE               *
HALEY; LINDA WILSON; RHONDA                     *
JOHNSON; KARL MOLDEN; ETHEL CLARK;            *
SANDY TOPEY; JOYCE DAVIS; ROSA                 *
FORGES; GERTIE WASHINGTON; BRENDA             *
BARABINO; RICHARD ENCALADE; JACKIE            *
STEPP; LISA MIMS; AARON LABAT;                 *

5

LUCILLE HARDEN; ESTER SMITH; TRINA          *
JOHNSON; ANITA COBBINS; LAUREL              *
BABBITT; GERALD CAMERON; GLENDA             *
WATTERS; JOYCE TOUSSAINT; LINDA             *
THOMAS; ANNETTE FRANKLIN; JUDY              *
JENKINS; MARY LOUISE ADAMS; LISA            *
COX; LISA COX; BRUCE YOUNGBLOOD;            *
KATHLEEN GARDERE; JOAN CARDRICHE;           *
REBECCA HOLMES; NATALEE                     *
WASHINGTON; JOSEPH PAILLOT; MYRTLE          *
SMITH; JOSEPH SPURLOCK; EVELYN              *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; LEVI CARTER; BARBARA          *
ROSS; DELEASE WILLIAMS; ANGELIA             *
REYNOLDS; STEPHANIE SANDER; KAREN           *
BROWN; MELVIN HENRY; FRANK MAYES;           *
WILSON BOWIE; DARRELL YOUNG;                *
SAMMIE SCHENKER-FRIEDMAN; SHERYL            *
ANN GIBSON; RICHARD GATTIS; MARION          *
BROWN; VERNA BROWN-ARCHIE;                  *
EARLEEN JONES; VERNON BESSE SR.;            *
CLYDE SICARD; LYNDA DYER; NAT               *
LOCASCIO; CALANDTHIA RANDALL;               *
QURANCE WILLIAMS; MAURA                     *
RICHARDSON; JOHNNY TIBBS JR.; DONNA         *
JACKSON; VIRDEL GILLARD; WAYNE              *
SCHAUB; GAIL LOMBARD; MARY                  *
DUCKSWORTH; AUDREY WHITTINGTON;             *
DOROTHY THURMAN; ALLEN HENRY SR.;           *
THELMA SINGLETON; LISA METOYER;             *
LIONEL CORNU; DEBRA ALBRIGHT;               *
CYNTHIA JONES-DOUGLAS; TAMRA                *
ROBINSON; EDWARD GASPER JR.; LESTER         *

MOREAUX; CLIFTON JUSTIN SR.; SHANNON          *
WATTERS; LILLIE BANKS; CARLENE                *
WILLIAMS; GARRY LUTER; GARRY LUTER;           *
LISA COX; AMY CORCA; DOROTHY                  *
POWELL; DIANNA ABRAHMS; SHIRLEY               *
LACROIX; KIRK LANDRY; JORICEEN                *
CARTER; RONALD BIERRIA; MARY                  *
MURRAY; BEVERLY DORSEY; ETHEL                 *
WILLIAMS; CAROLINE BROWN;                     *
MARGARET SCHOENNAGEL; TANGELA                 *
STEWART; GILBERT CAMBRE; EDITH                *
MURDOCH; JOHN GOLDEN; JOHN GOLDEN;            *
CECILLE WILLIAMS; VICTOR BRUNO;               *
NORMAN BOURQUE; KELLY JESSIE;                 *
CHARLES DRAGO; DAVID BRELAND JR.;             *
RON LEMOINE SR.; WILEY ATES;                  *
KATHERINE JAHNCKE; ROGER                      *
MCCONNELL; GERTRUDE HEBERT; DEBRA             *
MARTINEZ; PATSY DAVIS; ALEXANDER              *
BYRD JR.; MARIA GUERRERO; LINDA               *
STALLS; ENRIQUE CERDA; ERIC HARDY;            *
PAMELA COLLINS; JOANNE SERIO; JESSIE          *
LEE; GAYLE HURSEY; ELAINE MURPHREE;           *
LEVY ARMSTRONG; PAULA DAVIS;                  *
BARBARA FLEMING; BURDELL ROBINSON;            *
MICHAEL MARTIN; FRANK HARPSTER;               *
EMANUEL PAUL; SULLIVAN SMITH SR.;             *
PATRICIA BROWN-THOMAS; GLENN                  *
PLAISANCE; REGINA GUIDRY; DIANA               *
SCHWINDT; NETTIE HOGAN; ROBERT                *
SHAHINE JR.; LEON FULTON; MARK                *
BOUDREAUX; LESLIE MARTINEZ;                    *
EPHRAIM NJIKE; BRENDA AKERS; ALFED            *
FELTON; WILLIE JOHNSON; VICKIE                *
THOMAS; LYNN WILLIAMS-MORGAN;                 *
ETHELYN WEBB; DOROTHY LAFRANCE;               *
ROBIN JAMES; CHANTELL PIERRE;                 *
STEPHANIE JONES; LIONEL PARKER JR.;           *
SONJA BRUNIOUS; ARDELL WALTERS;               *
ELIZABETH PIER; KERRY LLOPIS;                 *
HERMENESE DUNN; PATRICIA WOODS;               *

7

DAVID GIARDINA; DIANNE CAMPBELL-    *
SANDERS; EMMETT MESSICK; CARLO    *
JAMES; WALTER AMEDEE; SHIRLEY    *
TAYLOR; VIRGINIA HILL; PATRICIA    *
CARNEY; GLORIA JAMES; DENISE MORRIS;    *
ULAH LEE; KEVIN CORMIER; JANICE    *
SMITH; ALMARIE FORD; KAREN ACOSTA;    *
FELTUS LEE; ROSALIN TRENCH; EVELYN    *
RIVERA; JEROME LACIURA; SHELLY    *
DAUTERIVE; GRETA THOMPSON; DIANA    *
HAUCK; WANDA SANTA MARINA;    *
SALVADOR TORTORICH; ANGELA    *
MORRELL; CAROL HOCKE; DUKE    *
FRANCISCO SR.; MICHAEL ARMSTRONG;    *
JAMES HONORE; DEBRA ADAMS; EARLINE    *
LANGFORD; EMILY SIGUR; AARON ASH;    *
HEATHER LECHNER; LYNETTE MCKENZIE;    *
ELAINE JACKSON; GEORGE GREEN;    *
DEBORAH IGIDI; JAMES THORNTON; LOUIS    *
JOHNSON JR.; CARROLL MURRAY TURNER;    *
ANTHONY ROMANO; BESSIE JONES;    *
SHIRLEY MARTIN; STEPHEN SNYDER; LOIS    *
ST. CYR; RONALD CORDIER; URSULA    *
WATTS; EDNA CALLAHAN; DANIEL    *
LUTHER; LEONARD JONES III; PATRICIA    *
ROBINSON; NATHANIEL HARTFORD JR.;    *
KIMBERLY LABRUZZA; MARY WEST; JOHN    *
CURTIS; JOELLEN MAYEAUX; PETRINA    *
JOHNS; ANNA FASIC; KAREN CLAVERIE;    *
EUGENE LEFEVRE; DAVID MCNEIL;    *
ESTRELLITA WALLACE; AUDREY    *
JOHNSON; RONALD HEBERT; HENRY    *
MOLDEN; ROBERT PAMPAS; CLARENCE    *
CARTER; GERALDINE BLANCHARD;    *
RANDIE POROBIL; RANDIE POROBIL; SAM    *
SLAVICH; FREDDIE SAWYER JR.; ERIC    *
CAMPO; PARRY CARDON; PATRICK    *
CAMPO; DAVID WALTER; BARBARA    *
CARROLL; JOHN EBLEN; RANSDELL    *
HEBERT; JESSE LEBLANC; THERESA PIER;    *
JAMES SCHULZ JR.; VINCENT CANZONERI;    *

8

SHERRY WILKERSON; EDWIN                  *
BUSTAMANTE SR.; TROY CHESTNUT;           *
RUDOLPH DEBOSE SR.; LEROY WALKER;        *
WILDERETTE SMITH-PRESS; ROSE PONS;       *
KARL BURKE; GEORGE THOMAS; TROI          *
VIGNE; GREGORY MARSHALL SR.;             *
MICHAEL ROBERTS; EMANUEL LEVI JR.;       *
RUBY WASHINGTON; ANDRE SPEARS;           *
KAREN ROTH-ARRIGO; ALLEN AUGLAIR;        *
BETTY DALTON; GWENDOLYN JASMINE;         *
CHERITA ADAMS; JOHN SMITH; JASPER        *
ROLAND; LISA MORRIS; BARRY BUISSON;      *
DONALD BOTSAY JR.; MARLENE KLEIN;        *
JANICE LAZARD; CHRISTINA COBBINS;        *
BERNADINE WILLIAMS; WILLIE WILLIAMS;     *
VANESSA SMITH; CHRISTIAN OLEA; MARK      *
BATISTE; ALICIA DAVIS; ALICE RUSSELL;    *
LORRAINE ANGELO; ARCHIE GREFER;          *
ROSALYN SMITH; RAMAKANT KEDIA;           *
MARI MARCUS; RAYMOND HOLMES SR.;         *
JEAN BERTHELOT; CAMILLA DUMAS;           *
EDWARD GASPER; RAYMOND STOKES;           *
NICOLE CLARK; JULIA LOPIPARO; JANICE     *
MULDER; MARYANN LOPIPARO; KAREN          *
RICKS; ROSEMARY HICKMAN-BIERRIA;         *
R.T. NIXON; BILLIE HUNT; CRAIG           *
JOHNSON; DAVID JENNINGS; AUSTIN          *
SICARD SR.; LOUIS BERTAUT; LILLIAN       *
LEWIS; VIVIAN SMITH; BARBARA             *
TOLEDANO; EDWARD POPE; SHELIA            *
JENKINS; ASTRA TENNYSON; BRENDA          *
SIMPSON; MARIE GRIFFIN; DIANNA           *
ABRAHMS; WAYNE MARTIN; DEBORAH           *
CALDWELL; EDWIN ROUX; KAREN              *
CHIAPPETTA; EDWARD THURMOND;             *
DEBORAH BLUNT; NIKITA SIMMONS; LIZ       *
TOLES; VERNELL SMITH; VERNON             *
THOMAS; RONALD SMITH; JAMES              *
SINGLETON; SHEPPHARD ROUBION SR.;        *
CHARLES WIRTH; LEO PRAETORIUS; ROSIE     *
CALVIN; ROSIE CALVIN; RICHARD            *

GUIDRY; HAROLD GONZALES SR.; COREY          *
DAVIS; CARDELLA REED-SMITH; MARY            *
SQUARE; ROSE FRAZIER; REGINA CRAFT;         *
URSULA MARTIN; RODNEY ANGLADA;              *
ALBERT LEININGER; JASON NEGROTTO;           *
JOSEPH MEYERS; VERONICA UMRANI;             *
HERITAGE ACADEMY LT; SANDRA                 *
KENARD; LAKECHIA RISIN; VONTERENCE          *
ADAMS; LORETTA RILEY; JACQUELINE            *
ELLIS; JOSEPH BATTLEY; DAWN                 *
FREEMAN; ELDORA LEWIS; ETHEL                *
VERNON; VIRGINIA PRYOR; JANICE              *
DUKES; CARRIE BANKS; KEVIN FRANCOIS;        *
CONNIE TENHAAF; CHERYL HALLAL;              *
BETTY WATSON; WILLIAM KRENKEL SR.;          *
ERICA BALLIER; LINDA BLAZIO; EDNA           *
BARNES; KATHLEEN FISCHER; JUANITA           *
CAITON; JOHN BROWNE; LESLIE                 *
OLIVERIA; BRIAN FRANKLIN; JANICE            *
WILLIAMS; JAMES ALVAREZ; JERRY              *
JOHNSON; AKIRA JEROME; MICHAEL              *
WILLIAMS; HARRY DEKAY; DAMEIN               *
MENENDEZ; ANTHONY WISE; CAROL               *
SALASSI; IMOGENE SMITH; CATRICE             *
WASHINGTON; BEVERLY MEREDITH; JOAN          *
DELANEY; AUDREY LACKINGS; BEVERLY           *
COCKERHAM; RUTH PATTERSON;                  *
THERESA DELMORE; JOANN SMITH; LOUIS         *
CASIMIER; SHIRLYN CASIMIER; PATRICIA        *
WHITE; LOURELL TURNER SR.; JAMES            *
LAMPTON; PATRICIA EDINBURGH; AVERY          *
MATTHEWS JR.; CECILY LAMBERT;               *
LAURYN MATTHEWS JR.; MICHELLE TATE;         *
PATRICIA GREEN; PATRICIA GREN;              *
REGINA LIMA; WILTON TATE; CYNTHIA           *
JAMISON; OSCAR SINGLETON; LINDA             *
JACKSON; PAMELA WALKER; ROSE                *
HUNTLEY; ALICE BUTLER; ALLIE                *
ALEXANDER III; ANGELA WALKER;               *
BARBARA JONES; BENITA DUMAS;                *
BERNARD DUCRE; BRANDON PERKINS;             *

BRIAN WALKER SR.; BRIDGETTE REAUX;         *
CARLETTA JENKINS; CARRIE DIXON;            *
CATHY FISHER; CHRISTOPHER DUMAS;           *
CHRISTOPHER DUMAS JR.; CLAUDIA             *
WILLIAMS; DAISY KING; DANA                 *
GONZALES; DARLENE KLIEBERT;                *
DEBORAH SQUARE; DEBRA DOTY;                *
DEMARIUS THURMOND; DEMETERICUS             *
THURMOND; DOROTHY HUSBAND; EDDIE           *
CHARLES; EDWARD THOMPSON;                  *
ERNESTYNE BASS; ESTER PERKINS; FRANK       *
HARRIS; GAIL TUCKER; GISSELE JOSHUA;       *
GLORIA CHRISTOPHER; HALTRON ADAMS;         *
HAROLD SEARS; HENRY KLIEBERT;              *
HERMAN PLUNKETT; IKEA JOSHUA; IRI          *
SKINNER; IRMA ODDS; ISSAC JOSHUA JR.;      *
JAMAL NETTLES; JAMILAH HAMPTON;            *
JAMIRA NETTLES; JAMYRIN WATSON;            *
JANAYA HAMPTON; JARRETT WATSON,            *
JR.; JARRETT WATSON, SR.; JIA NETTLES;     *
JOHN POWELL; JOSEPH PERKINS; JOYCE         *
ANDERSON; JUSTIN HARRISON; KIRK            *
JOHNSON SR.; KIRSTEN JOHNSON; LARRY        *
JENKINS; LATORIA BASS; LILLIAN             *
POWELL; LINDA THOMPSON; LORRAINE           *
FIELDS; LOUVENIA ALLEN; LYDIA              *
CHARLES; MADELYN BRYANT; MARGIE            *
THOMPSON; MARVIN NETTLES; MARY             *
SHARETT; MATTIE WALTERS; MERCEDES          *
DUCRE; MILTON JOSEPH JR.; NATHANIEL        *
THURMOND; NETTIE LEE; RAYMOND LEE;         *
RUTH LEFORT; RUTH LEFORT; SANDRA           *
MALDONADO; SHARON NETTLES;                 *
TERENCE DUCRE; THELMA HALL; TRACI          *
ALLEN; VALENCE DUCRE; VANESSA              *
SYLVESTER; VERLINDA NARCISSE;              *
WANDA TOWNSEND; WILLIAM LOCKETT,           *
JR.; WILLIE JOHNSON; YVONNE HUNTLEY;       *
YVONNE JOHNSON; ZANOBIA LAMPTON;           *
ALRINN PUNDS; HAROLD GILMORE;              *
MICHELLE PETERS; PAULETTE COLLOR;          *

11

WILTON PETERS; RAYMOND JACKSON;                  *
ADRIAN HARRISON; CHARLES HARRISON                *
JR.; EVELYN HARRISON; KRYSTLE                     *
HARRISON; DEREK PROGAIS; EDGAR                    *
TORREGANO; JANINE THOMPSON; DONNA                 *
FREDERICK; LETTIE MARINOVICH; MARY                *
NEAPOLEON; MILTON MARINOVICH;                     *
SHEENA FREDERICK-WILLIAMS;                        *
CORRAINE WASHINGTON; NICOLE BANKS;                *
TYRONE BANKS SR.; WILBERT                         *
WASHINGTON; ADONAI COLLINS;                       *
ANTHONY WASHINGTON; CATRICE                       *
COLLINS-WASHINGTON; DIANE HARRIS;                 *
ROSE WEST; ANDREA JOHNSON; FIERRAU                *
ALEXANDER; GERARD CARTER; KARAN                   *
ALEXANDER; KENNETH JOHNSON;                       *
ROCQUEL STERLING; KENDRA JOHNSON;                 *
JANAE CROOK; BRIONE ALLEN; DIANNE                 *
ALLEN; EDWARD ALLEN; HAKEIM ALLEN;                *
JAMES CASBY, SR.; RONEKA ALLEN; SARIA             *
ALLEN; TIMOTHY ALLEN; TRINEICE                    *
ALLEN; NORMAN ADAMS, SR.;                         *
CASSANDRA ADAMS; DANIEL HAWKINS                   *
JR; DORIS NELSON; JOANN MEDICE; JOYCE             *
OWENS; SHEILA THORNTON; DARILYN                   *
BARTHOLOMEW JR.; DARRYL                           *
BARTHOLOMEW; DARRYL                               *
BARTHOLOMEW JR.; DEREK                            *
BARTHOLOMEW; DOMINIC                              *
BARTHOLOMEW; SHERITA                              *
BARTHOLOMEW; BRIDGEJA BAKER;                      *
BRIDGET BAKER; THOMAS BAKER JR.;                  *
WALTER COCKERHAM; DORITA BLACK;                   *
PATRICK YOUNGBLOOD; STACY                         *
FRANKLIN; MAXIE FRANKLIN; MILIKA                  *
POWELL; JIBRIL TAYLOR; SHIRLENE                   *
VANISON; KACELL TEAGUE; YASHENA                   *
GILLARD; DWIGHT WILLIAMS; LAWRENCE                *
DUPESSIS, ILL; LAWRENCE DUPLESSIS III;            *
HENRY FONRENETTE; GEORGE THOMAS;                  *
GERALDINE THOMAS; GLORIA BROWN;                   *

NANCY CONERLY; REBECCA FREDERICK;     *
CLAUDELL BOULIGY; CARMEN GATHE;       *
ARTHUR FOLEY, SR; ASHLEIGH WARD;      *
BARBARA COLAR; DAVID BOYCE;           *
DOLORES JACKSON; GRETHEL LEBLANC;     *
HENRY JONES; HERBERT COLAR; JASMINE   *
WARD; JOANN FOLEY; JOHN BOYCE;        *
JONATHON BOYCE; JOSEPH LEBLANC SR.;   *
JOYCE LANDRY; KEVIN STOVALL JR.;      *
KEVIN STOVALL SR.; SHAJUANIA          *
STOVALL; EDNA STEWART; BARBARA        *
EDWARDS; RAYMOND SUTTON; VERINESE     *
SUTTON; CHUNUARY ROBINSON;            *
LAVERNE HICKERSON; BARBARA GOINS;     *
BERNARD MARKS; MOHAMMED SAKLI;        *
PATRICIA ALLEN; SHARIONNE MARKS;      *
SIHAM SAHLI; YOLANDA MARKS; JEFFERY   *
RAPP JR.; JEFFERY RAPP SR.; LORRY RAPP; *
ALLAN DESUIGNES; ISAAC BELLIZAN JR.;  *
JOYCE BELLIZAN; CORA BROWN; DESIREE   *
JOHNSON; ANGELA MUHAMMAD; JABORI      *
MUHAMMAD; KHALIF MUHAMMAD;            *
MILTON JOHNSON JR.; PETER STERLING;   *
RENDA WILLIAMS; GWENDOLYN TAYLOR;     *
MAXINE ROVERS; SHIRLEY THOMAS; JOHN   *
COLLIER; DRUCILLA ANCAR; DRUCILLA     *
ANCAR; MURVE SAP; ROBERT COLEMAN      *
JR; SHIRLEY ANTOINE; STELLA SAPP;     *
WILLIAM BROOKS; DAULA ROBINSON;       *
DEBORAH BARTHOLOMEW; MICHAEL          *
BARTHOLOMEW; SEDONIA RAPP; AKAYLA     *
HUBBARD; ALIE HUBBARD; ALVIN          *
WEBSTER; ANITA ANDERSON; ARGUE        *
FOLEY; ARTHUR SYKES; BARBARA          *
HEWITT; BARBARA KELLEY; BRENDA        *
JOSEPH; BRENT RIGGINS; CARMELITA      *
ALLEN; CARMEN JACKSON; CAROLYN        *
BATTIEST; CHARLES VARNADO; CHERYL     *
JACOBS; CLARENCE LEON; CRISTOPHER     *
JOHNS; CURTIS WALKER; CURTIS          *
WALKER; CYNTHIA CLAYBORNE;            *

CYNTHIA WASHINGTON; DAVID DEJEAN;    *
DEBORAH EVANS; DEMETERA JOHNS;    *
DESIREE JOHNSON; DIANE CONNER;    *
DONALD SYKES; DORIS SYKES; EDWARD    *
HOPKINS; EDWARD KURTZ; ELAINE    *
JOHNSON; ELVERA HUBBARD; EMILE    *
AUGILLARD; ERROL ALLEN; ESTER SMITH;    *
EVA MARRERO; FAYE GRAY; GLORIA    *
DOMINGUEZ; GLORIA DOMINGUEZ;    *
GREGORY MCKINNEY; HONOR RHODES;    *
HOWARD KELLY JR.; IRENE MERRIDITH-    *
SYKES; JANELLE DEJEAN; JEROME    *
JOHNSON; JESSICA BUMPUS; JESSIE BOYD;    *
JESSIE EXKANO; JMIE WALKER-JOHNSON;    *
JO-ANN BATTISTE; JOHN GONZALES JR;    *
JOMAL GREEN; JOSEPH BATISTE SR.;    *
KACELL TEAGUE; KERONNE LEWIS;    *
KERONNE LEWIS; KEVIN REED; KYONNE    *
WALKER; LARNEY JACKSON; LEAUDREY    *
WINSTON; LEEONISE SMITH; LELA    *
HAMPTON; LEQUENCE GREEN; LILLIAN    *
POREE; LILLIAN ROSS; LVINIA REDDICK;    *
MADELINE LEON; MARCOS DOMINGUEZ;    *
MARION LYONS; MARY WELSH; NOREEN    *
BOYD; RAYMOND COLE; RAYOLGA    *
DELAIR-BANKSTON; RAYSHAD    *
ROBERTSON; RENATE BURGESS; ROSE    *
ANDREWS; ROWENA ROBINSON; RUSSELL    *
ROBINSON; RUSSELL ROBINSON JR.;    *
SHEILA COLE; THOMAS JOHNSON; TIARA    *
GREEN; TONICA REEVES-MARTES;    *
TROVAN WEBSTER; VESHANDUS GREEN;    *
WANDA LEE; ANTONIO WICKS; BERNEL    *
SANDERS; CAROL LEWIS; HAZEL    *
SCHLUETER; JOSEPH ALLEN; ALFRED    *
GARDNER; HELEN WEBSTER; RAUL    *
FERNANDEZ; CARRIE SMITH; BARBARA    *
HAMILTON; EVELYN LOCKETT; DAVID    *
MCNEAL; EMILE MOLINE SR.; PATRICIA    *
GARDNER; LYNETTE CHARLES; GRACE    *
CONWAY; WAYNE STAGGERS; MILTON J.    *

ANTOINE, JR.; DIANE LAVINGNE; JEANNE        *
COLLINS; JULIE RICHARDSON-                  *
BEAUCHAMP; RONALD RICHARSON;                *
JACQUELINE COOPER; WILLIE WINFIELD;         *
WILLIE BENOIT; JOSEPH GUZMAN;               *
BERNADETTA WATKINS; BURNELL REINE;          *
DENICE THOMPSON; DOLORUS LEE;               *
DOROTHY LEE; DYMPHNA AHMED; ELLIS           *
WILSON; HENRIETTA GUZMAN; JOCELYN           *
LABOSTRIE; MELVINA ONEAL; THARNELL          *
ONEAL; JOYCELYN LABOSTRIE; O'NEAL           *
MERRICK SR; JUANITA ANDREWS;                *
CELESTER CHILDS; JOSHUA CHILDS;             *
KEVIN CAMERON; RILMA PATT; WALTER           *
CHILDS; ZANZER ARGUSTA; BENNIE              *
SMITH; BENNIE THURN; DANIELLE SMITH;        *
NU TRAN; SUSIE SMITH; MARY MOORE;           *
KEVIN SISSON; KEVIN SISSON; MARCELLE        *
SISSON; CANDINCE MCMILLIAN;                 *
TINIEVANGELINE PETTY; WYATT PETTY           *
SR.; WILLIE PETTY; ANTHONY BERNARD;         *
GLORIA BERNARD; CYNTHIA DARDAR;             *
DOLORES BARROIS; LINDA LINDSEY;             *
ALEXANDER BROWN JR.; BETTY                  *
MARCHAND; ADAM DUPLESSIS; BARBARA           *
DUPLESSIS; RONALD NAVARRE III;              *
BARBARA KELLEY; HOWARD KELLY JR.;           *
CYNTHIA GIBSON; SAMUEL BRADFORD;            *
VELMA PINKSTON; ANGELENA LEWIS;             *
BUSINESS-BETTY MARCHAND; CORNELIUS          *
DAVIS; MARY DAVIS; RACQUEL MAGEE;           *
LIZZIE HEAD; JACQUELINE NIX; LOUIS          *
GREEN; CHARLOTTE GILBERT; CHRISTINE         *
HUTSON; DHIRAS HUTSON; EARL TOOMER;         *
IRMA WILLIAMS; JANIQUA HUTSON;              *
JUST'IANA HUTSON; JUSTIN HUTSON;            *
KEVIN HUTSON; SONITA JACKSON; PEGGY         *
BERRY; SANTEE BERRY; LOUISE JOHNSON;        *
RAYMOND JOHNSON; KATHERINE MOTES;           *
VIVIAN WILLIAMS; JOHN DUCROS; KATIE         *
BLADSACKER; LAURA BLADSACKER;               *

ADARA WILLIAMS; ALBERTHA COWART;      *
ALDEN LOMBARD III; AMY BOYKINS;       *
ANGELLA RAINEY; ANTHONY NUCCIO III;   *
ARTRULY HARRIS; CATHERIN ALLEN-       *
PERKINS; CHAD KELLY; CHARLES ESSEX;   *
CHARLES RAINEY; COURTNEY BIENEMY;     *
DIANE CHEDVILLE; DIANE NICOLAY;       *
DONNA MUTIN; DONNIE HARRIS;           *
DOROTHY BIRDSALL; DOROTHY MULLINS;    *
DWIGHT WILLIAM SR.; EDDRINA OWENS;    *
ELENORA HUNTER; GABRIELLE NUCCIO;     *
GAIL MAURICE; GLADYS GODCHAUX;        *
GREGORY TYLER; HATTIE BALLARD;        *
HOLDEN LOMBARD; JACQUELYN BROWN;      *
JACQUES GLEASON; JAMES GAMBLE JR.;    *
JOSHUA KELLEY; JOSHUA KELLY; JULIAN   *
RICHARD; KEVIN CHEDVILLE; KEVIN ROW;  *
LAURA NUCCIO; LEO BARTHELEMY SR.;     *
LINDA RICHARD; MALLORY NUCCIO;        *
MARILYN KHATON; MARK BATISTE;         *
MERVIN GLASS; MICHAEL BAUDIN, SR.;    *
NICHOLAS CHEDVILLE; PAULA MERRIT;     *
PHYLLIS MATHEWS; REGINA OWENS;        *
ROBERT LUCIN, JR; RONALD MOORE;       *
RONALD WINDON; ROXIE GAMBLE;          *
SAMUEL PERKINS; SUSAN BAUDIN; TANYA   *
GUERINGER; TERRY MOTES; VINCENT       *
BIENEMY JR.; VIRGINIA WILLIAMS;       *
YVETTE GLASS; ERMA GREEN; ZINA PAGE;  *
BENJAMIN GREGORY; ALETHA HART;        *
JEFFERY TREPAGNIEN SR.; JUSTIN        *
FLEETWOOD; LAVERNE MCCORMICK;         *
GWENDOLYN JASMINE; KIARRA JASMINE;    *
ADAM CHARTIER; CAPUCINE WILSON;       *
DOROTHY MULLINS; IRIS ANGELETY-       *
FERRIER; SHIRLEY CHARTIER; ALBERTA    *
WALKER; CHARLES REED; DORTHY          *
BIRDSALL; DORTHY BIRDSALL; ELLA       *
HAYES; GWENDOLYN ADAMS;               *
GWENDOLYN EVERAGE; JOSEPH OTKINS      *
III; LOUIS ADAMS, JR.; LUCILLE KNECHT; *

MERVIN GLASS; SHIRLEY ADAMS; WANNY          *
CARTER; YVETTE GLASS; MONICA                 *
CRAVINAS; WILDA DAVIS; LAWRENCE              *
VANDERHORST II; RICHARD BOURGEOIS           *
SR.; MELICA DUPAQUIER; RICHARD              *
DUPAQUIER; BRENDA SORINA; VIRGIL            *
SORINA; ANITA GUICHARD; AMELIA              *
FLORES; MACK FLORES; CHANCE ALLEN;          *
KEVIN WILSON; NICOLE WILSON; SANDRA          *
WILSON; LARRY SCHULUETER; MICHAEL            *
DANIELS; VALERIE DANIELS;                    *
CHRISTOPHER WHITE; JOYCE BARNUM;            *
KARNELLA MCMILLAN; QUENTON                   *
MORRIS; DEBORAH TANNER; VIVIAN               *
HOWARD; MABLE DUPLESSIS; DAISY              *
JONES; JAMES JONES; REGINALD                 *
FOURNIER; SEDONIA LABEE; CONTRENIA          *
JEFFERSON; ALBERT BERRY JR.; ANTHONY        *
WHITFIELD; BETTY SMITH; BRITTANY            *
FOSTER; CARMAN JACKSON; CHAURICE            *
SMOTHERS; CORLISSA DOBSON; FRANCES          *
BERRY; IRMA MAXWELL; JOSHUA                  *
SMOTHERS; KAHNYA HARRISON; KASIA            *
JOHNSON; LINDA FOXWORTH; LOIS               *
WILLIAMS; LORRAINE HATTON;                   *
MADELINE JOHNSON; SHONA FOSTER;             *
SYLVIA LEWIS; VIRGINIA BRAUD;               *
VIVELLE PERCY; GWENDOLYN JOSEPH;            *
NEDRA SCOTT; ANTOINETTE ANDERSON;           *
MELVIN ANDERSON; JAMES WARD;                 *
ALBERT RANKINS; NAKEISHA COOPER;            *
BERNARD NORA; MARTHA FONTENOT,               *
     apparent Plaintiffs listed in spreadsheet          *
     attached to First Amended Petition for            *
     Damages,                                          *
                                                       *
     Plaintiffs,                                       *
                                                       *
VERSUS                                       *
                                                       *
ANPAC LOUISIANA INSURANCE COMPANY,          *

Defendant identified in caption of First          *
Amended Petition for Damages,                     *
                                                  *
                                                  *
AUDOBON INSURANCE COMPANY;                         *
BANKERS LIFE OF LOUISIANA; FIREMAN'S              *
FUND INSURANCE COMPANY OF                          *
LOUISIANA;IMPERIAL FIRE AND                        *
CASUALTY INSURANCE COMPANY;                        *
LAFAYETTE INSURANCE COMPANY;                       *
LOUISIANA CITIZENS FAIR PLAN;                      *
LOUISIANA FARM BUREAU CASUALTY                     *
INSURANCE COMPANY; METROPOLITAN                    *
INSURANCE COMPANY; NATIONAL UNION                  *
FIRE INSURANCE COMPANY OF                          *
LOUISIANA; PROGRESSIVE SECURITY                    *
INSURANCE COMPANY; SAFEWAY                         *
INSURANCE COMPANY OF LOUISIANA;                    *
SECURITY NATIONAL LIFE INSURANCE                   *
COMPANY OF LOUISIANA; SECURITY                     *
PLAN FIRE INSURANCE COMPANY OF                     *
LOUISIANA; SECURITY PLAN LIFE                      *
INSURANCE COMPANY; UNITED FIRE                     *
GROUP; US AGENCIES CASUALTY                        *
INSURANCE COMPANY, INC.; UNION                     *
NATIONAL LIFE INSURANCE COMPANY;                   *
UNION NATIONAL FIRE INSURANCE                      *
COMPANY; 2CS AGENCIES; 3RD MILLENIUM;         *
AARP; AMPAC; A&B; AMC MORTGAGE                      *
SERVICES; ASC, ABN, ABN, ARMO AND                  *
ABN ARMO MORTGAGE; AMERICAN ANT                    *
P&C COMPANY; AMERICAN BROTHERS;                    *
AMERICAN SVC; AMERICLAIM; ANPOR;                   *
ANPU; APNAC; BALANCED INSURANCE                    *
PLANNING; BENEFICIAL INSURANCE;                    *
BEST INSURERS, INC.; CASUALTY                      *
INSURANCE COMPANY; INC.; CAT MAN                   *
DO, INC.; CHASE BANK INSURANCE;                    *
CITYWIDE INSURANCE AGENCY;                         *
CLAIM CONSULTANTS; CLAIMS                          *
CONSULTANTS; CLAIMS CONSULTANTS,                   *

LLC; COASTAL PLAN; COMMON                    *
WEATHLAND; COSSE; CRAWFORD AND               *
COMPANY, CUNNINGHAM LINDSEY; DAN             *
BERGHARDT; DEAN AND HOMER                    *
GREENWICH; DIRECT; DIRECT SOURCE;            *
DON & SON; DRIVER INSURANCE; EAGAN;          *
EAGAN INSURANCE AGENCY; FEDERAL              *
EMERGENCY OFFICE; FEDERAL                    *
MANAGEMENT INSURANCE; FINANCIAL              *
INSURANCE CONSULTANTS; FIRST                 *
COMMUNITY; FIRST METRO                       *
INSURANCE; FIRST PREMIER; FLOOD              *
INSURANCE PROCESSING CENTER;                 *
FLOOD INSURANCE; FORD DIRECT;                *
FOUCHA INSURANCE FINANCIAL;                  *
FULTON JOHNSON; FULTON JOHNSON               *
NEWMAN; FURNITURE STORAGE;                   *
H & R BLOCK; HAMMERMAN                        *
GARNER; HARRY KELLEHER; HERBERT              *
& WILTZ; HIBERNIA; HOME FIREARMS             *
FUND; HOME FIRST; HOME FIRST                  *
AGENCIES; INDEPENDENT INSURANCE              *
ASSOCIATION, HOME FIRST AGENCIES;            *
INTERNATIONAL AND INTERNATIONAL              *
INSURANCE COMPANY; ISA; LPIC; LA             *
INDEPENDENT INSURANCE; LA JOINT              *
INSURANCE PLAN; LA NATIONAL; LA              *
NATIONAL FLOOD; LA UNDERWRITERS;             *
LA JOINT; LAPD; LC STERLING; WELLS           *
FARGO; LA; LA PROPERTY INSURANCE;            *
MACNEILL; MARTIN; MNC FIRST INC.;            *
MR. BOB; MUTUAL LIBERTY; N.C.                *
STERLING; AFIP; OCWEN, PASCO CLAIM;          *
PASCO CLAIM SERVICE; PROCTOR                 *
FINANCIAL; RENTER UNION NATIONAL;            *
ROMAGUERA INSURANCE; ROMAQUERA               *
INSURANCE INCORPORATION; SAXON               *
MORTGAGE SERVICES; SEDWICH                   *
INSURANCE BROKER; STANDARD                   *
MORTGAGE; STIEL INSURANCE; SWBC;             *
THE REPUBLIC GROUP; UFG LAFAYETTE;           *

US AUTOMOBILE ASSURANCE; US                    *
AUTOMOBILE INSURANCE; US BANK                   *
HOME MORTGAGE; US DEPARTMENT;                   *
VALCO USA; VC STERLING; WILLIAMS;               *
WILLIAMS INSURANCE; WNC; YORK                   *
CLAIMS SERVICE; YORK CLAIMS                     *
SERVICE, INC.; AIG INSURANCE; ALEA             *
LONDON LIMITED; ALLIANCE                        *
INSURANCE COMPANY; AMERICAN                     *
WESTERN; HIBERNIA; INDEPENDENT                  *
INC.; INSURANCE UNDERWRITERS,                   *
LTD; LA JOINT REINSURANCE; OSWEN;               *
PRECISE INC.; UNITRIN KEMPER,                   *
      Defendants listed in "Exhibit A" to First      *
      Amended Petition for Damages,                  *
                                               *

AAA AUTO CLUB FAMILY INSURANCE;                 *
AAA AUTO CLUB FAMILY INSURANCE                  *
COMPANY; AEGIS SECURITY INSURANCE               *
COMPANY; ALLSTATE INSURANCE                     *
COMPANY; AMERICAN BANKERS                       *
INSURANCE; AMERICAN MODERN HOME                 *
INSURANCE COMPANY; AMERICAN                     *
SECURITY INSURANCE; AMERICAN                    *
SOUTHERN HOME INSURANCE CO.; ARMED              *
FORCES INSURANCE EXCHANGE;                      *
ELECTRIC INSURANCE COMPANY                      *
ENCOMPASS INSURANCE; ESSEX                      *
INSURANCE COMPANY; FARMERS                      *
INSURANCE COMPANY; FIDELITY AND                 *
DEPOSIT COMPANY OF MARYLAND;                    *
FIDELITY NATIONAL INSURANCE                     *
COMPANY; FIDELITY NATIONAL                      *
PROPERTY & CASUALTY; GENERAL                    *
INSURANCE COMPANY OF AMERICA;                   *
GMAC INSURANCE; GREAT AMERICAN                  *
INSURANCE COMPANY; HANOVER                      *
INSURANCE COMPANY; HARTFORD                     *
INSURANCE COMPANY; LA CITIZEN FAIR              *
PLAN; LACITIZEN FAIR PLAN; LEXINGTON            *
INSURANCE COMPANY; LIBERTY MUTUAL               *

INSURANCE COMPANY; LOUISIANA FARM   *
BUREAU; MARKEL INTERNATIONAL   *
INSURANCE COMPANY LTD; NATIONAL   *
SECURITY FIRE & CASUALTY COMPANY;   *
REPUBLIC FIRE & CASUALTY;   *
SCOTTSDALE INSURANCE COMPANY;   *
SECURITY PLAN FIRE INSURANCE   *
COMPANY; STATE FARM FIRE AND   *
CASUALTY COMPANY; STATE FARM FIRE   *
& CASUALTY COMPANY; STATE FARM   *
INSURANCE; STATE FARM INSURANCE   *
COMPANY; TRAVELERS INSURANCE   *
COMPANY; UNDERWRITERS AT LLOYDS   *
LONDON; UNDERWRITERS AT LLOYDS OF   *
LONDON; UNION NATIONAL FIRE; UNION   *
NATIONAL LIFE; UNITRIN PREFERRED   *
INSURANCE COMPANY; USAA CASUALTY   *
INSURANCE COMPANY; Z.C. STERLING;   *
AIG AGENCY AUTO; AIG CLAIM SERVICES   *
PROPERTY AND CASUALTY DIVISION; AIG   *
NATIONAL INSURANCE COMPANY;   *
ALLSTATE; ALLSTATE INDEMNITY   *
COMPANY; ALLSTATE INSURANCE;   *
ALLSTATE PROPERTY AND CASUALTY   *
INSURANCE COMPANY; ALLSTATE/LA   *
CITIZENS FAIR PLAN; AMERICAN   *
BANKERS INSURANCE COMPANY;   *
AMERICAN FAMILY HOME INSURANCE   *
COMPANY; AMERICAN GENERAL   *
PROPERTY INSURANCE COMPANY;   *
AMERICAN NATIONAL P & C COMPANY;   *
AMERICAN NATIONAL P AND C COMPANY;   *
AMERICAN NATIONAL P&C COMPANY;   *
AMERICAN NATIONAL PROPERTY AND   *
CASUALTY; AMERICAN RELIABLE   *
INSURANCE CO.; AMERICAN SECURITY   *
INSURANCE COMPANY; AMERICAN   *
SOUTHERN HOME INSURANCE COMPANY;   *
ANPAC LOUISIANA INSURANCE   *
COMPANY; AUDOBON INSURANCE GROUP;   *
BALBOA LIFE & CASUALTY; BALBOA LIFE   *

AND CASUALTY; CITIZENS FAIR PLAN;          *
COMMONWEALTH LAND TITLE                     *
INSURANCE COMPANY; DIRECT GENERAL           *
INSURANCE COMPANY OF LOUISIANA;             *
ENCOMPASS INSURANCE; FARMERS                *
INSURANCE EXCHANGE; FIDELITY                *
NATIONAL PROPERTY & CASUALTY                *
INSURANCE; FIDELITY NATIONAL                *
PROPERTY AND CASUALTY; FIRST                *
PREMIUM GROUP, INC.; HANOVER                *
INSURANCE; HARTFORD INSURANCE               *
COMPANY OF THE MIDWEST; HOMESITE            *
INSURANCE; HORACE MANN INSURANCE            *
COMPANY; IMPERIAL FIRE & CASUALTY           *
INSURANCE IMPERIAL FIRE AND                 *
CASUALTY; LA CITIZANS FAIR PLAN; LA         *
CITIZENS COASTAL PLAN; LA CITIZENS          *
FAIR PLAN; LA CITIZENS FAIR                 *
PLAN/AUDOBON INSURANCE; LA CITIZENS         *
PROPERTY INSURANCE CORPORATION; LA          *
JOINT REINSURANCE PLAN; LIBERTY             *
MUTUAL FIRE INSURANCE COMPANY;              *
LOUISIANA CITIZENS; LOUISIANA               *
CITIZENS PROPERTY INSURANCE;                *
LOUISIANA CITIZENS PROPERTY                 *
INSURANCE CORPORATION; LOUISIANA            *
INSURANCE UNDERWRITING PLAN;                *
MERITPLAN INSURANCE COMPANY;                *
METLIFE AUTO & HOME; METLIFE AUTO &         *
HOME (MET P&C); METROPOLITAN                *
PROPERTY AND CASUALTY INSURANCE             *
COMPANY; NIC INSURANCE COMPANY;             *
REPUBLIC FIRE AND CASUALTY                  *
COMPANY; SAFECO INSURANCE; SAFECO           *
INSURANCE COMPANIES; SAFECO                 *
INSURANCE COMPANY OF AMERICA;               *
SEABURY & SMITH, INC.; SECURITY             *
INDUSTRIAL FIRE INSURANCE COMPANY;          *
SOUTHWEST BUSINESS CORPORATION;             *
STATE FARM FIRE & CASUALTY; STATE           *
FARM FIRE AND CASUALTY; STATE FARM          *

FIRE AND CASUALTY INSURANCE; SUN          *
FINANCE COMPANY; TEACHERS                 *
INSURANCE COMPANY; THE HANOVER            *
INSURANCE COMPANY; THE HARTFORD;          *
THE HARTFORD INSURANCE COMPANY;           *
TRAVELERS; TRAVELERS INSURANCE;           *
TRAVELERS INSURANCE COMPANIES;            *
TWIN CITY FIRE INSURANCE COMPANY;         *
UNION NATIONAL FIRE INSURANCE;            *
UNION NATIONAL FIRE INSURANCE             *
COMPANY; UNION NATIONAL INSURANCE         *
COMPANY; ZC STERLING INSURANCE            *
AGENCY.                                   *
                                          *
     apparent additional Defendants listed in    *
     spreadsheet attached to First Amended       *
     Petition for Damages,                        *
                                          *
Defendants.                               *

## CERTIFICATE

I hereby certify that on the 26th day of December, 2007, pursuant to 28 U.S.C. Section 1446 (a) a copy of the entire State Court record to date, including any and all process, pleadings and orders served are attached and hereby constitutes the entire record in the action entitled "*Lynn K. Bailey, et al  versus Anpac Louisiana Insurance Company, et al*", bearing Suit No. 558-574 on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

_____

**CHARLES L. CHASSAIGNAC, IV (#20746)**