UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN K. BAILEY,                                    *
      Plaintiff identified in caption of First
      Amended Petition for Damages,

FAYE LARCHE; GILBERT                               *        CIVIL ACTION
LARCHE; ROLAND BROUSSARD; ELDORA
CASTELL; LIONEL CASTELL, SR.; CLIFTON                       JUDGE
SMITH; CLIFTON SMITH; CHARLES
ANDERSON; JENCY ANDERSON; AUGUST                           SECTION " "
FAVAROTH; HELEN CARTER; EMILY
JONES; TAMYRA BACCHUS-WALLACE;                             MAGISTRATE
BARBARA BAPTISTE;
OLIVIA BARTHOLOMEW; NEKITA BOURNE;
ERNEST BROWN; BEATRICE CAMBRIDGE;
BRENDA CHAPMAN; DOROTHY P. CLOUD;
MARY R. COSSE; KRISTY DELVALLE;
SHOUN EVANS; CORA JEAN FERRAND;
ROSA FUSELIER; CHAUNCEY GREEN;
D'WANNA GREEN-HAYES; WILMA T.
HURLEY; STEVE JOHNSON; MARENTHIA M.
LAGARDE; JOHN LOPEZ, JR.; JOANN
PATTERSON; BETTY RICHARDSON;
O'SHEIA ROBINSON; COREY ROBINSON;
LATANYA ROBERTS; TERRENCE ROBERTS;
RHONDA ROW; LYNETTE SMITH; DENEEN
M. STEWART; ALVIN TURNER; THE ESTATE
OF EUGENE J. WALLACE; VERDELL
WHARTON; ESTELLA WILEY; JEANELL
WILLIAMS; JOANN WILFRED; CHARLES
WILLIAMS,
      Plaintiffs listed in "Exhibit B" to First
      Amended Petition for Damages,

EDWINA BLACKSTONE; HARRY                           *
FRANATOVICH; CONSTANCE DAVIS;                      *
RICHARD HOWARD; MICHAEL                            *

1

CALLAGHAN; BRYAN BAGNETTO; JOANNE          *
URSIN; TONY COLLINS; DONNA PEARSON;        *
HARRIET BATTISTE; JULIENNE GRENIER;        *
BRANDY STOKES; DEDRECK STEWART;            *
THELMA TOPEY; LIONEL CARMOUCHE;            *
CYNTHIA BURTHLONG; PROPHET FOX;            *
JEFFREY NED; IDA EUGENE; SPENCER           *
WASHINGTON; WILLIE MAE WILSON;             *
HORACE BYNUM SR.; NAOMI WILLIAMS;          *
MARY SHERMAN; BENNIE FRANCIS SR.;          *
HOLSA BROWN; PATRICIA GRANT; WANDA         *
POLK; LINDA JOHNSON; ERNEST JOHNSON;       *
RONALD STIMAGE; VERNON LEWIS;              *
NOELLA THONN; CLARISSA SHERMAN;            *
NEVELLE BELL; RAYMOND LIETEAU;             *
WALI ABDEL-RAOOF; JOHN TUCKER;             *
THERESA FECKE; EMILY PRICE; JOSEPHINE      *
BECHET; KIMBERLY ROBINETTE; RITA           *
BENNETT; ADLINE TENNYSON; JANET            *
TROULLIER; HILDA TENNYSON; ANTHONY         *
PICOT JR.; LENNY ALVAREZ; MARIE            *
ALBERT; RICHARD VOSS; WINIFRED             *
BRADFORD; NONA HONORE; EVA EVANS;          *
SOPHIA BEECHAM; BERNICE JOINER;            *
DIANE OLIVE; LEONARD MOORE; MARY           *
WALKER; NORMAN PALAZZO; GLORIA             *
BENANDI; LONNIE SWAIN; SONJA               *
ALRIDGE; LOUISE GIVENS; MARY STARKS;       *
MARY CROOKS; LEONA GRANDISON;              *
LORRAINE THORNTON; LYNETTE                 *
JORDANA; LAN NGUYEN; JOANN GILES;          *
SANDRA EDGERSON; MELANIE                   *
STALNAKER; ALISKA MOFFETT; DALE            *
WHITFIELD; CATHERINE CRUZ; SHEILA          *
VINCENT; FRANK MCDANIEL; LANA              *
GAMBLE; DEIDRE GANT-HUTCHINSON;            *
VINCENT FORTE; JEAN TERRIE; JANICE         *
GORDON; TRUEVEEN CARNEY; LYDIA             *
WASHINGTON; STEPHANIE MARIGNY;             *
WILLIE CLAY; MARILYN BOURGEOIS;            *
BARBARA DUPLESSIS; JOYCE TWINE;            *

CHARLES USNER; GLENDER LONG; GREG          *
MORALES JR.; CHERYL HERNANDEZ;             *
SANDRA PETERS; ETHELLEE HOOKER;            *
ALVIN CLAVO SR.; MARTHA LOFTON;            *
JEANNE ROUSE; DONALD HARRIS SR.;           *
MARY ANNE LOCANTRO; SANDRA                 *
WILLIAMS; COREY DAVIS; MANUEL              *
GAGLIANO; R.E. PAYNE; STEPHEN CLARK;       *
GAYNELL DESPINASSE; ROSE EAGLETON;         *
MELANIE LECOMPTE; JOYCELYN                 *
BRUNSON; DAVID ERNST; PRISCILLA            *
MONROE; OVADER LORIO; ANNIE                *
MONTANA; JOHN GUZZARDO; AUDRY              *
STEWARD; HAZEL RALPH; SUE CHAN-            *
JOHNSON; PEARL RICE; PEARL RICE;           *
CHARLES SMITH; LAVONSELL ROGERS;           *
MARY SHARP; PENNIE RILEY-FALKINS;          *
PAUL ROBERTSON SR.; MANUEL PINTO JR.;      *
BEULAH FORSTALL; ANDRE MCCARTHY;           *
ELOISE BLUNT; WILLIE MAE                    *
DANGERFIELD; TRACI BERRY-OWENS;            *
LEENETTE FRANCIS-JUPITER; KAREN            *
BIAGAS; CHARLES MAXWELL; LUCY              *
RAMSON; STEVEN LEAKE; WALTER BIAS;         *
EFREM WILSON; ELLEN COOPER; LILLY          *
STEIN; CHRISTOPHER LOVE; RONALD            *
BARTON; JEANNE MARTIN; CORY VIDAL;         *
IRI SKINNER; JAMES RHODES; IRENE           *
LEAUMONT; DELORIS PLAIN; MABEL             *
BARLEY; CATHY LUTER; COLUMBUS              *
WILLIAMS; LEEANNA THOMAS; ROSE             *
UHLICH; MICHAEL BROUSSARD SR.; JEAN        *
HALL; JON CRENSHAW; PATRICIA               *
DERUISE; FAYE JERNIGAN; JOYCE SCOTT-       *
CLIPPS; ANTOINETTE WHARTON;                *
CAROLYN JAMES; PAUL LANAUX;                *
TIERNEY DECUIR; YVETTE ALBERT;             *
SHEILA WALKER; CYNTHIA VAUGHN;             *
MERLIN MCCORMICK; CHERYLE COLLINS;         *
CLYNTIE MARTIN; DEIADRE ROBINSON;          *
HAROLD MORRIS; LEON BURTON;                *

3

MELINDA CUBBAGE; SCOTT FARRELL;          *
BELINDA UNBEHAGEN; LIVINGSTONE           *
LEWIS; ROBIN HILLS; JESSIE NORRIS;       *
PATRICE WILLIAMS; TERRY                   *
QUEBEDEAUX; GREGORY CARTER; ROSE          *
MORRIS; WANDA STAMPS; NANCY               *
DATTALO; ANTONIO GIBSON; RAPHAEL          *
GIMENEZ; CRAIG JOHNSON; GENEVA            *
OGLESBY; TERRIUS HILLIARD;                *
JACQUELINE THOMAS; ODEAL SULLIVAN;        *
RONALD LAMOTHE; PATRICIA DEVENS;          *
PATRICK PARENTON; GWENDOLYN               *
PERKINS; JOSEPHINE PHILLIPS; REBECCA      *
SCOTT-SHALLOWHORNE; JENARD BLAINE;        *
EZZARD WILSON; EARL LONG; CORINNE         *
ELLOIE; VICTOR DURAPAU JR.; DENNIS        *
SCHEUERMANN; JUNG IAN TUSA; DORIS         *
WARREN; HAROLD BLAPPERT; JOHN             *
GOLDEN; MILDRED WHITE; CATHERINE          *
JOHNSON; DALE DELPIT; LORENTZ             *
FRACHTLING; CHARLES DRAGO; EASTER         *
MYERS; MATHILDA LALLY; DOROTHY            *
CARTER; ANNA CLAY; KAREN CAMERON;         *
VERNON ERNST; ELLA FONTENOT; ERIK         *
ANDERSON; ETHELLEE HOOKER; SHELIA         *
SAWYER; WANDA VARNADO; PERCY              *
PAYNE; DAVID GOODMAN SR.; TERRY           *
LEBAN; CHRISTINA SORRELS-GUILLOT;         *
HARRIS IRVIN JR.; OSAGIE ODEH;            *
HERBERT JOHNSON; LEATRICE CANFIELD;       *
ISHANTI FREEMAN; LYNN WILLIAMS-           *
MORGAN; BERNICE GRANT; KAREN              *
WEBSTER; MICHELLE BANKS; PATRICIA         *
PATTERSON; MARVA LEWIS; TRACYE            *
MASSEY; SHIRLEY HUGHES; GRACE             *
WILLIAMS; PATRICIA JACKSON; WALLACE       *
FRANCOIS; DEBBIE BOYLE; JOHNNIE           *
DRIVER; WAYNE MELERINE; JOYCE             *
JACKSON; KAGERINE DOLISON; TRUMAN         *
GUICHARD; JOSEPH BLAZIO; WILLIAM          *
DOYLE; ANTHONY DARANDA; WOODROW           *

CORMIER SR.; HAROLD JOSEPH; DEBRA          *
THORNTON; MICHAEL WASHINGTON;              *
ROBERTA JACKSON; SHELIA WEBB; JULIA        *
THOMAS; ALEC CAUSEY; GLEN CYRES;           *
MARY CRANEY; FIDEL BLANCO; GWEN            *
MANCUSO; SELMA JONES; BETTY                *
ALEXANDER; CLAIRESSA SMITH; JANICE         *
VALLERY; CONNIE WASHINGTON;                *
CYNTHIA SPENCER; ANDREW JACKSON;           *
CAROLYN MOSES; MOIRA GUICE; ERIC           *
BROWN; VERDELL MOORE; STANLEY              *
LENOX; TRACY NORWOOD; AUGUSTINE            *
MCCORMICK; JIMMIE MAE TAYLOR;              *
ROBIN THOMAS; TRACIE TOWNS;                *
SYLVESTER O'NEAL; LYDIA WASHINGTON;        *
DEBORAH IGIDI; BELINDA FLY; BELINDA        *
FLY; CECILE FERRAND; CONSTANCE             *
CLARK; ROSE DUVERNAY; CATHARINA            *
GRABER; CHARLES SHUFF; HARVEY              *
WATSON SR.; ROWENA ROBINSON; DEBBIE        *
MOORE; LYNN POPE; YUVANCHA                 *
WINESBERRY; GERALDINE TORRES;              *
SHELIA DILLON; RUTHIE MCCARVY;             *
DAVID WILLIAMS; JANICE PORTER; UCHA        *
UMAH; CAROL CELESTIN; TERRY                *
JOHNSON; DONALD KEELEN; PATRICIA           *
SAVOY; LYNN PICQUET; CARLOS                *
BARGANIER; CHARLES DRAGO; DANIELLE         *
BARTLEY; KEITH LANGLOIS; MARCUS            *
MORRIS; DAVID SINGLETARY; JESSICA          *
GIBSON; PAULA BRADFORD-TAYLOR;             *
GAIL MILLER; BIRDELL DENNIS;               *
JUANETTA MCCARVY; SHELDON CLARK            *
SR.; CELESTE JACKSON; KENNETH GIBSON;      *
KERMIT BRAZLEY; KERMIT BRAZLEY;            *
KERMIT BRAZLEY; KERMIT BRAZLEY;            *
KERMIT BRAZLEY; KERMIT BRAZLEY;            *
KENNETH HAINES; SHAWANDA WRIGHT;           *
GAY FORD; RUTH ENNA; VIRGINIA              *
PLEASANT; APRIL ALRIDGE; HATTIE            *
HALEY; LINDA WILSON; RHONDA                *

JOHNSON; KARL MOLDEN; ETHEL CLARK;    *
SANDY TOPEY; JOYCE DAVIS; ROSA    *
FORGES; GERTIE WASHINGTON; BRENDA    *
BARABINO; RICHARD ENCALADE; JACKIE    *
STEPP; LISA MIMS; AARON LABAT;    *
LUCILLE HARDEN; ESTER SMITH; TRINA    *
JOHNSON; ANITA COBBINS; LAUREL    *
BABBITT; GERALD CAMERON; GLENDA    *
WATTERS; JOYCE TOUSSAINT; LINDA    *
THOMAS; ANNETTE FRANKLIN; JUDY    *
JENKINS; MARY LOUISE ADAMS; LISA    *
COX; LISA COX; BRUCE YOUNGBLOOD;    *
KATHLEEN GARDERE; JOAN CARDRICHE;    *
REBECCA HOLMES; NATALEE    *
WASHINGTON; JOSEPH PAILLOT; MYRTLE    *
SMITH; JOSEPH SPURLOCK; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; EVELYN    *
DEBARDELEBEN; LEVI CARTER; BARBARA    *
ROSS; DELEASE WILLIAMS; ANGELIA    *
REYNOLDS; STEPHANIE SANDER; KAREN    *
BROWN; MELVIN HENRY; FRANK MAYES;    *
WILSON BOWIE; DARRELL YOUNG;    *
SAMMIE SCHENKER-FRIEDMAN; SHERYL    *
ANN GIBSON; RICHARD GATTIS; MARION    *
BROWN; VERNA BROWN-ARCHIE;    *
EARLEEN JONES; VERNON BESSE SR.;    *
CLYDE SICARD; LYNDA DYER; NAT    *
LOCASCIO; CALANDTHIA RANDALL;    *
QURANCE WILLIAMS; MAURA    *
RICHARDSON; JOHNNY TIBBS JR.; DONNA    *
JACKSON; VIRDEL GILLARD; WAYNE    *
SCHAUB; GAIL LOMBARD; MARY    *
DUCKSWORTH; AUDREY WHITTINGTON;    *

DOROTHY THURMAN; ALLEN HENRY SR.;          *
THELMA SINGLETON; LISA METOYER;             *
LIONEL CORNU; DEBRA ALBRIGHT;               *
CYNTHIA JONES-DOUGLAS; TAMRA                 *
ROBINSON; EDWARD GASPER JR.; LESTER          *
MOREAUX; CLIFTON JUSTIN SR.; SHANNON         *
WATTERS; LILLIE BANKS; CARLENE               *
WILLIAMS; GARRY LUTER; GARRY LUTER;          *
LISA COX; AMY CORCA; DOROTHY                  *
POWELL; DIANNA ABRAHMS; SHIRLEY             *
LACROIX; KIRK LANDRY; JORICEEN               *
CARTER; RONALD BIERRIA; MARY                 *
MURRAY; BEVERLY DORSEY; ETHEL                *
WILLIAMS; CAROLINE BROWN;                     *
MARGARET SCHOENNAGEL; TANGELA                 *
STEWART; GILBERT CAMBRE; EDITH               *
MURDOCH; JOHN GOLDEN; JOHN GOLDEN;           *
CECILLE WILLIAMS; VICTOR BRUNO;              *
NORMAN BOURQUE; KELLY JESSIE;                *
CHARLES DRAGO; DAVID BRELAND JR.;            *
RON LEMOINE SR.; WILEY ATES;                 *
KATHERINE JAHNCKE; ROGER                      *
MCCONNELL; GERTRUDE HEBERT; DEBRA            *
MARTINEZ; PATSY DAVIS; ALEXANDER             *
BYRD JR.; MARIA GUERRERO; LINDA              *
STALLS; ENRIQUE CERDA; ERIC HARDY;          *
PAMELA COLLINS; JOANNE SERIO; JESSIE         *
LEE; GAYLE HURSEY; ELAINE MURPHREE;         *
LEVY ARMSTRONG; PAULA DAVIS;                 *
BARBARA FLEMING; BURDELL ROBINSON;          *
MICHAEL MARTIN; FRANK HARPSTER;             *
EMANUEL PAUL; SULLIVAN SMITH SR.;           *
PATRICIA BROWN-THOMAS; GLENN                 *
PLAISANCE; REGINA GUIDRY; DIANA             *
SCHWINDT; NETTIE HOGAN; ROBERT              *
SHAHINE JR.; LEON FULTON; MARK              *
BOUDREAUX; LESLIE MARTINEZ;                  *
EPHRAIM NJIKE; BRENDA AKERS; ALFED           *
FELTON; WILLIE JOHNSON; VICKIE              *
THOMAS; LYNN WILLIAMS-MORGAN;               *
ETHELYN WEBB; DOROTHY LAFRANCE;             *

ROBIN JAMES; CHANTELL PIERRE;                    *
STEPHANIE JONES; LIONEL PARKER JR.;              *
SONJA BRUNIOUS; ARDELL WALTERS;                  *
ELIZABETH PIER; KERRY LLOPIS;                    *
HERMENESE DUNN; PATRICIA WOODS;                  *
DAVID GIARDINA; DIANNE CAMPBELL-                 *
SANDERS; EMMETT MESSICK; CARLO                   *
JAMES; WALTER AMEDEE; SHIRLEY                    *
TAYLOR; VIRGINIA HILL; PATRICIA                  *
CARNEY; GLORIA JAMES; DENISE MORRIS;             *
ULAH LEE; KEVIN CORMIER; JANICE                  *
SMITH; ALMARIE FORD; KAREN ACOSTA;               *
FELTUS LEE; ROSALIN TRENCH; EVELYN               *
RIVERA; JEROME LACIURA; SHELLY                    *
DAUTERIVE; GRETA THOMPSON; DIANA                 *
HAUCK; WANDA SANTA MARINA;                       *
SALVADOR TORTORICH; ANGELA                       *
MORRELL; CAROL HOCKE; DUKE                       *
FRANCISCO SR.; MICHAEL ARMSTRONG;                *
JAMES HONORE; DEBRA ADAMS; EARLINE               *
LANGFORD; EMILY SIGUR; AARON ASH;                *
HEATHER LECHNER; LYNETTE MCKENZIE;               *
ELAINE JACKSON; GEORGE GREEN;                    *
DEBORAH IGIDI; JAMES THORNTON; LOUIS             *
JOHNSON JR.; CARROLL MURRAY TURNER;              *
ANTHONY ROMANO; BESSIE JONES;                    *
SHIRLEY MARTIN; STEPHEN SNYDER; LOIS             *
ST. CYR; RONALD CORDIER; URSULA                  *
WATTS; EDNA CALLAHAN; DANIEL                     *
LUTHER; LEONARD JONES III; PATRICIA              *
ROBINSON; NATHANIEL HARTFORD JR.;                *
KIMBERLY LABRUZZA; MARY WEST; JOHN               *
CURTIS; JOELLEN MAYEAUX; PETRINA                 *
JOHNS; ANNA FASIC; KAREN CLAVERIE;               *
EUGENE LEFEVRE; DAVID MCNEIL;                    *
ESTRELLITA WALLACE; AUDREY                       *
JOHNSON; RONALD HEBERT; HENRY                    *
MOLDEN; ROBERT PAMPAS; CLARENCE                  *
CARTER; GERALDINE BLANCHARD;                     *
RANDIE POROBIL; RANDIE POROBIL; SAM              *
SLAVICH; FREDDIE SAWYER JR.; ERIC                *

CAMPO; PARRY CARDON; PATRICK          *
CAMPO; DAVID WALTER; BARBARA          *
CARROLL; JOHN EBLEN; RANSDELL         *
HEBERT; JESSE LEBLANC; THERESA PIER;  *
JAMES SCHULZ JR.; VINCENT CANZONERI;  *
SHERRY WILKERSON; EDWIN               *
BUSTAMANTE SR.; TROY CHESTNUT;        *
RUDOLPH DEBOSE SR.; LEROY WALKER;     *
WILDERETTE SMITH-PRESS; ROSE PONS;    *
KARL BURKE; GEORGE THOMAS; TROI       *
VIGNE; GREGORY MARSHALL SR.;          *
MICHAEL ROBERTS; EMANUEL LEVI JR.;    *
RUBY WASHINGTON; ANDRE SPEARS;        *
KAREN ROTH-ARRIGO; ALLEN AUGLAIR;     *
BETTY DALTON; GWENDOLYN JASMINE;      *
CHERITA ADAMS; JOHN SMITH; JASPER     *
ROLAND; LISA MORRIS; BARRY BUISSON;   *
DONALD BOTSAY JR.; MARLENE KLEIN;     *
JANICE LAZARD; CHRISTINA COBBINS;     *
BERNADINE WILLIAMS; WILLIE WILLIAMS;  *
VANESSA SMITH; CHRISTIAN OLEA; MARK   *
BATISTE; ALICIA DAVIS; ALICE RUSSELL; *
LORRAINE ANGELO; ARCHIE GREFER;       *
ROSALYN SMITH; RAMAKANT KEDIA;        *
MARI MARCUS; RAYMOND HOLMES SR.;      *
JEAN BERTHELOT; CAMILLA DUMAS;        *
EDWARD GASPER; RAYMOND STOKES;        *
NICOLE CLARK; JULIA LOPIPARO; JANICE  *
MULDER; MARYANN LOPIPARO; KAREN       *
RICKS; ROSEMARY HICKMAN-BIERRIA;      *
R.T. NIXON; BILLIE HUNT; CRAIG        *
JOHNSON; DAVID JENNINGS; AUSTIN       *
SICARD SR.; LOUIS BERTAUT; LILLIAN    *
LEWIS; VIVIAN SMITH; BARBARA          *
TOLEDANO; EDWARD POPE; SHELIA         *
JENKINS; ASTRA TENNYSON; BRENDA       *
SIMPSON; MARIE GRIFFIN; DIANNA        *
ABRAHMS; WAYNE MARTIN; DEBORAH        *
CALDWELL; EDWIN ROUX; KAREN           *
CHIAPPETTA; EDWARD THURMOND;          *
DEBORAH BLUNT; NIKITA SIMMONS; LIZ    *

TOLES; VERNELL SMITH; VERNON                    *
THOMAS; RONALD SMITH; JAMES                     *
SINGLETON; SHEPPHARD ROUBION SR.;               *
CHARLES WIRTH; LEO PRAETORIUS; ROSIE            *
CALVIN; ROSIE CALVIN; RICHARD                   *
GUIDRY; HAROLD GONZALES SR.; COREY              *
DAVIS; CARDELLA REED-SMITH; MARY                *
SQUARE; ROSE FRAZIER; REGINA CRAFT;             *
URSULA MARTIN; RODNEY ANGLADA;                  *
ALBERT LEININGER; JASON NEGROTTO;               *
JOSEPH MEYERS; VERONICA UMRANI;                 *
HERITAGE ACADEMY LT; SANDRA                     *
KENARD; LAKECHIA RISIN; VONTERENCE              *
ADAMS; LORETTA RILEY; JACQUELINE                *
ELLIS; JOSEPH BATTLEY; DAWN                     *
FREEMAN; ELDORA LEWIS; ETHEL                    *
VERNON; VIRGINIA PRYOR; JANICE                  *
DUKES; CARRIE BANKS; KEVIN FRANCOIS;            *
CONNIE TENHAAF; CHERYL HALLAL;                  *
BETTY WATSON; WILLIAM KRENKEL SR.;              *
ERICA BALLIER; LINDA BLAZIO; EDNA               *
BARNES; KATHLEEN FISCHER; JUANITA               *
CAITON; JOHN BROWNE; LESLIE                     *
OLIVERIA; BRIAN FRANKLIN; JANICE                *
WILLIAMS; JAMES ALVAREZ; JERRY                  *
JOHNSON; AKIRA JEROME; MICHAEL                  *
WILLIAMS; HARRY DEKAY; DAMEIN                   *
MENENDEZ; ANTHONY WISE; CAROL                   *
SALASSI; IMOGENE SMITH; CATRICE                 *
WASHINGTON; BEVERLY MEREDITH; JOAN              *
DELANEY; AUDREY LACKINGS; BEVERLY               *
COCKERHAM; RUTH PATTERSON;                      *
THERESA DELMORE; JOANN SMITH; LOUIS             *
CASIMIER; SHIRLYN CASIMIER; PATRICIA            *
WHITE; LOURELL TURNER SR.; JAMES                *
LAMPTON; PATRICIA EDINBURGH; AVERY              *
MATTHEWS JR.; CECILY LAMBERT;                   *
LAURYN MATTHEWS JR.; MICHELLE TATE;             *
PATRICIA GREEN; PATRICIA GREN;                  *
REGINA LIMA; WILTON TATE; CYNTHIA               *
JAMISON; OSCAR SINGLETON; LINDA                 *

JACKSON; PAMELA WALKER; ROSE                *
HUNTLEY; ALICE BUTLER; ALLIE                *
ALEXANDER III; ANGELA WALKER;               *
BARBARA JONES; BENITA DUMAS;                *
BERNARD DUCRE; BRANDON PERKINS;             *
BRIAN WALKER SR.; BRIDGETTE REAUX;          *
CARLETTA JENKINS; CARRIE DIXON;             *
CATHY FISHER; CHRISTOPHER DUMAS;            *
CHRISTOPHER DUMAS JR.; CLAUDIA              *
WILLIAMS; DAISY KING; DANA                  *
GONZALES; DARLENE KLIEBERT;                 *
DEBORAH SQUARE; DEBRA DOTY;                 *
DEMARIUS THURMOND; DEMETERICUS              *
THURMOND; DOROTHY HUSBAND; EDDIE            *
CHARLES; EDWARD THOMPSON;                   *
ERNESTYNE BASS; ESTER PERKINS; FRANK        *
HARRIS; GAIL TUCKER; GISSELE JOSHUA;        *
GLORIA CHRISTOPHER; HALTRON ADAMS;          *
HAROLD SEARS; HENRY KLIEBERT;               *
HERMAN PLUNKETT; IKEA JOSHUA; IRI           *
SKINNER; IRMA ODDS; ISSAC JOSHUA JR.;       *
JAMAL NETTLES; JAMILAH HAMPTON;             *
JAMIRA NETTLES; JAMYRIN WATSON;             *
JANAYA HAMPTON; JARRETT WATSON,             *
JR.; JARRETT WATSON, SR.; JIA NETTLES;      *
JOHN POWELL; JOSEPH PERKINS; JOYCE          *
ANDERSON; JUSTIN HARRISON; KIRK             *
JOHNSON SR.; KIRSTEN JOHNSON; LARRY         *
JENKINS; LATORIA BASS; LILLIAN              *
POWELL; LINDA THOMPSON; LORRAINE            *
FIELDS; LOUVENIA ALLEN; LYDIA               *
CHARLES; MADELYN BRYANT; MARGIE             *
THOMPSON; MARVIN NETTLES; MARY              *
SHARETT; MATTIE WALTERS; MERCEDES           *
DUCRE; MILTON JOSEPH JR.; NATHANIEL         *
THURMOND; NETTIE LEE; RAYMOND LEE;          *
RUTH LEFORT; RUTH LEFORT; SANDRA            *
MALDONADO; SHARON NETTLES;                  *
TERENCE DUCRE; THELMA HALL; TRACI           *
ALLEN; VALENCE DUCRE; VANESSA               *
SYLVESTER; VERLINDA NARCISSE;               *

WANDA TOWNSEND; WILLIAM LOCKETT,            *
JR.; WILLIE JOHNSON; YVONNE HUNTLEY;        *
YVONNE JOHNSON; ZANOBIA LAMPTON;            *
ALRINN PUNDS; HAROLD GILMORE;               *
MICHELLE PETERS; PAULETTE COLLOR;           *
WILTON PETERS; RAYMOND JACKSON;             *
ADRIAN HARRISON; CHARLES HARRISON           *
JR.; EVELYN HARRISON; KRYSTLE               *
HARRISON; DEREK PROGAIS; EDGAR              *
TORREGANO; JANINE THOMPSON; DONNA           *
FREDERICK; LETTIE MARINOVICH; MARY          *
NEAPOLEON; MILTON MARINOVICH;               *
SHEENA FREDERICK-WILLIAMS;                  *
CORRAINE WASHINGTON; NICOLE BANKS;          *
TYRONE BANKS SR.; WILBERT                   *
WASHINGTON; ADONAI COLLINS;                 *
ANTHONY WASHINGTON; CATRICE                 *
COLLINS-WASHINGTON; DIANE HARRIS;           *
ROSE WEST; ANDREA JOHNSON; FIERRAU          *
ALEXANDER; GERARD CARTER; KARAN             *
ALEXANDER; KENNETH JOHNSON;                 *
ROCQUEL STERLING; KENDRA JOHNSON;           *
JANAE CROOK; BRIONE ALLEN; DIANNE           *
ALLEN; EDWARD ALLEN; HAKEIM ALLEN;          *
JAMES CASBY, SR.; RONEKA ALLEN; SARIA       *
ALLEN; TIMOTHY ALLEN; TRINEICE              *
ALLEN; NORMAN ADAMS, SR.;                   *
CASSANDRA ADAMS; DANIEL HAWKINS             *
JR; DORIS NELSON; JOANN MEDICE; JOYCE       *
OWENS; SHEILA THORNTON; DARILYN             *
BARTHOLOMEW JR.; DARRYL                     *
BARTHOLOMEW; DARRYL                         *
BARTHOLOMEW JR.; DEREK                      *
BARTHOLOMEW; DOMINIC                        *
BARTHOLOMEW; SHERITA                        *
BARTHOLOMEW; BRIDGEJA BAKER;                *
BRIDGET BAKER; THOMAS BAKER JR.;            *
WALTER COCKERHAM; DORITA BLACK;             *
PATRICK YOUNGBLOOD; STACY                   *
FRANKLIN; MAXIE FRANKLIN; MILIKA            *
POWELL; JIBRIL TAYLOR; SHIRLENE             *

VANISON; KACELL TEAGUE; YASHENA                *
GILLARD; DWIGHT WILLIAMS; LAWRENCE             *
DUPESSIS, ILL; LAWRENCE DUPLESSIS III;         *
HENRY FONRENETTE; GEORGE THOMAS;               *
GERALDINE THOMAS; GLORIA BROWN;                *
NANCY CONERLY; REBECCA FREDERICK;              *
CLAUDELL BOULIGY; CARMEN GATHE;                *
ARTHUR FOLEY, SR; ASHLEIGH WARD;               *
BARBARA COLAR; DAVID BOYCE;                     *
DOLORES JACKSON; GRETHEL LEBLANC;              *
HENRY JONES; HERBERT COLAR; JASMINE            *
WARD; JOANN FOLEY; JOHN BOYCE;                 *
JONATHON BOYCE; JOSEPH LEBLANC SR.;            *
JOYCE LANDRY; KEVIN STOVALL JR.;               *
KEVIN STOVALL SR.; SHAJUANIA                    *
STOVALL; EDNA STEWART; BARBARA                 *
EDWARDS; RAYMOND SUTTON; VERINESE              *
SUTTON; CHUNUARY ROBINSON;                      *
LAVERNE HICKERSON; BARBARA GOINS;              *
BERNARD MARKS; MOHAMMED SAKLI;                 *
PATRICIA ALLEN; SHARIONNE MARKS;               *
SIHAM SAHLI; YOLANDA MARKS; JEFFERY            *
RAPP JR.; JEFFERY RAPP SR.; LORRY RAPP;        *
ALLAN DESUIGNES; ISAAC BELLIZAN JR.;           *
JOYCE BELLIZAN; CORA BROWN; DESIREE            *
JOHNSON; ANGELA MUHAMMAD; JABORI               *
MUHAMMAD; KHALIF MUHAMMAD;                      *
MILTON JOHNSON JR.; PETER STERLING;            *
RENDA WILLIAMS; GWENDOLYN TAYLOR;              *
MAXINE ROVERS; SHIRLEY THOMAS; JOHN            *
COLLIER; DRUCILLA ANCAR; DRUCILLA              *
ANCAR; MURVE SAP; ROBERT COLEMAN               *
JR; SHIRLEY ANTOINE; STELLA SAPP;              *
WILLIAM BROOKS; DAULA ROBINSON;                *
DEBORAH BARTHOLOMEW; MICHAEL                    *
BARTHOLOMEW; SEDONIA RAPP; AKAYLA              *
HUBBARD; ALIE HUBBARD; ALVIN                    *
WEBSTER; ANITA ANDERSON; ARGUE                 *
FOLEY; ARTHUR SYKES; BARBARA                   *
HEWITT; BARBARA KELLEY; BRENDA                 *
JOSEPH; BRENT RIGGINS; CARMELITA               *

ALLEN; CARMEN JACKSON; CAROLYN          *
BATTIEST; CHARLES VARNADO; CHERYL       *
JACOBS; CLARENCE LEON; CRISTOPHER       *
JOHNS; CURTIS WALKER; CURTIS            *
WALKER; CYNTHIA CLAYBORNE;              *
CYNTHIA WASHINGTON; DAVID DEJEAN;       *
DEBORAH EVANS; DEMETERA JOHNS;          *
DESIREE JOHNSON; DIANE CONNER;          *
DONALD SYKES; DORIS SYKES; EDWARD       *
HOPKINS; EDWARD KURTZ; ELAINE           *
JOHNSON; ELVERA HUBBARD; EMILE          *
AUGILLARD; ERROL ALLEN; ESTER SMITH;    *
EVA MARRERO; FAYE GRAY; GLORIA          *
DOMINGUEZ; GLORIA DOMINGUEZ;            *
GREGORY MCKINNEY; HONOR RHODES;         *
HOWARD KELLY JR.; IRENE MERRIDITH-      *
SYKES; JANELLE DEJEAN; JEROME           *
JOHNSON; JESSICA BUMPUS; JESSIE BOYD;   *
JESSIE EXKANO; JMIE WALKER-JOHNSON;     *
JO-ANN BATTISTE; JOHN GONZALES JR;      *
JOMAL GREEN; JOSEPH BATISTE SR.;        *
KACELL TEAGUE; KERONNE LEWIS;           *
KERONNE LEWIS; KEVIN REED; KYONNE       *
WALKER; LARNEY JACKSON; LEAUDREY        *
WINSTON; LEEONISE SMITH; LELA           *
HAMPTON; LEQUENCE GREEN; LILLIAN        *
POREE; LILLIAN ROSS; LVINIA REDDICK;    *
MADELINE LEON; MARCOS DOMINGUEZ;        *
MARION LYONS; MARY WELSH; NOREEN        *
BOYD; RAYMOND COLE; RAYOLGA             *
DELAIR-BANKSTON; RAYSHAD                *
ROBERTSON; RENATE BURGESS; ROSE         *
ANDREWS; ROWENA ROBINSON; RUSSELL       *
ROBINSON; RUSSELL ROBINSON JR.;         *
SHEILA COLE; THOMAS JOHNSON; TIARA      *
GREEN; TONICA REEVES-MARTES;            *
TROVAN WEBSTER; VESHANDUS GREEN;        *
WANDA LEE; ANTONIO WICKS; BERNEL        *
SANDERS; CAROL LEWIS; HAZEL             *
SCHLUETER; JOSEPH ALLEN; ALFRED         *
GARDNER; HELEN WEBSTER; RAUL            *

FERNANDEZ; CARRIE SMITH; BARBARA    *
HAMILTON; EVELYN LOCKETT; DAVID    *
MCNEAL; EMILE MOLINE SR.; PATRICIA    *
GARDNER; LYNETTE CHARLES; GRACE    *
CONWAY; WAYNE STAGGERS; MILTON J.    *
ANTOINE, JR.; DIANE LAVINGNE; JEANNE    *
COLLINS; JULIE RICHARDSON-    *
BEAUCHAMP; RONALD RICHARSON;    *
JACQUELINE COOPER; WILLIE WINFIELD;    *
WILLIE BENOIT; JOSEPH GUZMAN;    *
BERNADETTA WATKINS; BURNELL REINE;    *
DENICE THOMPSON; DOLORUS LEE;    *
DOROTHY LEE; DYMPHNA AHMED; ELLIS    *
WILSON; HENRIETTA GUZMAN; JOCELYN    *
LABOSTRIE; MELVINA ONEAL; THARNELL    *
ONEAL; JOYCELYN LABOSTRIE; O'NEAL    *
MERRICK SR; JUANITA ANDREWS;    *
CELESTER CHILDS; JOSHUA CHILDS;    *
KEVIN CAMERON; RILMA PATT; WALTER    *
CHILDS; ZANZER ARGUSTA; BENNIE    *
SMITH; BENNIE THURN; DANIELLE SMITH;    *
NU TRAN; SUSIE SMITH; MARY MOORE;    *
KEVIN SISSON; KEVIN SISSON; MARCELLE    *
SISSON; CANDINCE MCMILLIAN;    *
TINIEVANGELINE PETTY; WYATT PETTY    *
SR.; WILLIE PETTY; ANTHONY BERNARD;    *
GLORIA BERNARD; CYNTHIA DARDAR;    *
DOLORES BARROIS; LINDA LINDSEY;    *
ALEXANDER BROWN JR.; BETTY    *
MARCHAND; ADAM DUPLESSIS; BARBARA    *
DUPLESSIS; RONALD NAVARRE III;    *
BARBARA KELLEY; HOWARD KELLY JR.;    *
CYNTHIA GIBSON; SAMUEL BRADFORD;    *
VELMA PINKSTON; ANGELENA LEWIS;    *
BUSINESS-BETTY MARCHAND; CORNELIUS    *
DAVIS; MARY DAVIS; RACQUEL MAGEE;    *
LIZZIE HEAD; JACQUELINE NIX; LOUIS    *
GREEN; CHARLOTTE GILBERT; CHRISTINE    *
HUTSON; DHIRAS HUTSON; EARL TOOMER;    *
IRMA WILLIAMS; JANIQUA HUTSON;    *
JUSTIANA HUTSON; JUSTIN HUTSON;    *

15

KEVIN HUTSON; SONITA JACKSON; PEGGY          *
BERRY; SANTEE BERRY; LOUISE JOHNSON;         *
RAYMOND JOHNSON; KATHERINE MOTES;            *
VIVIAN WILLIAMS; JOHN DUCROS; KATIE          *
BLADSACKER; LAURA BLADSACKER;                *
ADARA WILLIAMS; ALBERTHA COWART;             *
ALDEN LOMBARD III; AMY BOYKINS;              *
ANGELLA RAINEY; ANTHONY NUCCIO III;          *
ARTRULY HARRIS; CATHERIN ALLEN-              *
PERKINS; CHAD KELLY; CHARLES ESSEX;          *
CHARLES RAINEY; COURTNEY BIENEMY;            *
DIANE CHEDVILLE; DIANE NICOLAY;              *
DONNA MUTIN; DONNIE HARRIS;                  *
DOROTHY BIRDSALL; DOROTHY MULLINS;           *
DWIGHT WILLIAM SR.; EDDRINA OWENS;           *
ELENORA HUNTER; GABRIELLE NUCCIO;            *
GAIL MAURICE; GLADYS GODCHAUX;               *
GREGORY TYLER; HATTIE BALLARD;               *
HOLDEN LOMBARD; JACQUELYN BROWN;             *
JACQUES GLEASON; JAMES GAMBLE JR.;           *
JOSHUA KELLEY; JOSHUA KELLY; JULIAN          *
RICHARD; KEVIN CHEDVILLE; KEVIN ROW;         *
LAURA NUCCIO; LEO BARTHELEMY SR.;            *
LINDA RICHARD; MALLORY NUCCIO;               *
MARILYN KHATON; MARK BATISTE;                *
MERVIN GLASS; MICHAEL BAUDIN, SR.;           *
NICHOLAS CHEDVILLE; PAULA MERRIT;            *
PHYLLIS MATHEWS; REGINA OWENS;               *
ROBERT LUCIN, JR; RONALD MOORE;              *
RONALD WINDON; ROXIE GAMBLE;                 *
SAMUEL PERKINS; SUSAN BAUDIN; TANYA          *
GUERINGER; TERRY MOTES; VINCENT              *
BIENEMY JR.; VIRGINIA WILLIAMS;              *
YVETTE GLASS; ERMA GREEN; ZINA PAGE;         *
BENJAMIN GREGORY; ALETHA HART;               *
JEFFERY TREPAGNIEN SR.; JUSTIN               *
FLEETWOOD; LAVERNE MCCORMICK;                *
GWENDOLYN JASMINE; KIARRA JASMINE;           *
ADAM CHARTIER; CAPUCINE WILSON;              *
DOROTHY MULLINS; IRIS ANGELETY-              *
FERRIER; SHIRLEY CHARTIER; ALBERTA           *

WALKER; CHARLES REED; DORTHY                    *
BIRDSALL; DORTHY BIRDSALL; ELLA                 *
HAYES; GWENDOLYN ADAMS;                          *
GWENDOLYN EVERAGE; JOSEPH OTKINS                 *
III; LOUIS ADAMS, JR.; LUCILLE KNECHT;          *
MERVIN GLASS; SHIRLEY ADAMS; WANNY              *
CARTER; YVETTE GLASS; MONICA                     *
CRAVINAS; WILDA DAVIS; LAWRENCE                 *
VANDERHORST II; RICHARD BOURGEOIS               *
SR.; MELICA DUPAQUIER; RICHARD                   *
DUPAQUIER; BRENDA SORINA; VIRGIL                 *
SORINA; ANITA GUICHARD; AMELIA                   *
FLORES; MACK FLORES; CHANCE ALLEN;              *
KEVIN WILSON; NICOLE WILSON; SANDRA             *
WILSON; LARRY SCHULUETER; MICHAEL               *
DANIELS; VALERIE DANIELS;                        *
CHRISTOPHER WHITE; JOYCE BARNUM;                *
KARNELLA MCMILLAN; QUENTON                       *
MORRIS; DEBORAH TANNER; VIVIAN                   *
HOWARD; MABLE DUPLESSIS; DAISY                   *
JONES; JAMES JONES; REGINALD                     *
FOURNIER; SEDONIA LABEE; CONTRENIA              *
JEFFERSON; ALBERT BERRY JR.; ANTHONY            *
WHITFIELD; BETTY SMITH; BRITTANY                 *
FOSTER; CARMAN JACKSON; CHAURICE               *
SMOTHERS; CORLISSA DOBSON; FRANCES              *
BERRY; IRMA MAXWELL; JOSHUA                      *
SMOTHERS; KAHNYA HARRISON; KASIA                *
JOHNSON; LINDA FOXWORTH; LOIS                    *
WILLIAMS; LORRAINE HATTON;                       *
MADELINE JOHNSON; SHONA FOSTER;                 *
SYLVIA LEWIS; VIRGINIA BRAUD;                    *
VIVELLE PERCY; GWENDOLYN JOSEPH;                *
NEDRA SCOTT; ANTOINETTE ANDERSON;              *
MELVIN ANDERSON; JAMES WARD;                     *
ALBERT RANKINS; NAKEISHA COOPER;               *
BERNARD NORA; MARTHA FONTENOT,                  *
  apparent Plaintiffs listed in spreadsheet    *
  attached to First Amended Petition for        *
  Damages,                                       *
           *

Plaintiffs,                              *
                                         *
VERSUS                                   *
                                         *
ANPAC LOUISIANA INSURANCE COMPANY,       *
    Defendant identified in caption of First   *
    Amended Petition for Damages,              *
                                         *
                                         *
AUDOBON INSURANCE COMPANY;               *
BANKERS LIFE OF LOUISIANA; FIREMAN'S     *
FUND INSURANCE COMPANY OF                *
LOUISIANA;IMPERIAL FIRE AND              *
CASUALTY INSURANCE COMPANY;              *
LAFAYETTE INSURANCE COMPANY;             *
LOUISIANA CITIZENS FAIR PLAN;            *
LOUISIANA FARM BUREAU CASUALTY           *
INSURANCE COMPANY; METROPOLITAN          *
INSURANCE COMPANY; NATIONAL UNION        *
FIRE INSURANCE COMPANY OF                *
LOUISIANA; PROGRESSIVE SECURITY          *
INSURANCE COMPANY; SAFEWAY               *
INSURANCE COMPANY OF LOUISIANA;          *
SECURITY NATIONAL LIFE INSURANCE         *
COMPANY OF LOUISIANA; SECURITY           *
PLAN FIRE INSURANCE COMPANY OF           *
LOUISIANA; SECURITY PLAN LIFE            *
INSURANCE COMPANY; UNITED FIRE           *
GROUP; US AGENCIES CASUALTY              *
INSURANCE COMPANY, INC.; UNION           *
NATIONAL LIFE INSURANCE COMPANY;         *
UNION NATIONAL FIRE INSURANCE            *
COMPANY; 2CS AGENCIES; 3RD MILLENIUM;  *
AARP; AMPAC; A&B; AMC MORTGAGE           *
SERVICES; ASC, ABN, ABN, ARMO AND        *
ABN ARMO MORTGAGE; AMERICAN ANT          *
P&C COMPANY; AMERICAN BROTHERS;          *
AMERICAN SVC; AMERICLAIM; ANPOR;         *
ANPU; APNAC; BALANCED INSURANCE          *
PLANNING; BENEFICIAL INSURANCE;          *
BEST INSURERS, INC.; CASUALTY            *

INSURANCE COMPANY; INC.; CAT MAN          *
DO, INC.; CHASE BANK INSURANCE;           *
CITYWIDE INSURANCE AGENCY;                *
CLAIM CONSULTANTS; CLAIMS                 *
CONSULTANTS; CLAIMS CONSULTANTS,          *
LLC; COASTAL PLAN; COMMON                 *
WEATHLAND; COSSE; CRAWFORD AND            *
COMPANY, CUNNINGHAM LINDSEY; DAN          *
BERGHARDT; DEAN AND HOMER                 *
GREENWICH; DIRECT; DIRECT SOURCE;         *
DON & SON; DRIVER INSURANCE; EAGAN;       *
EAGAN INSURANCE AGENCY; FEDERAL           *
EMERGENCY OFFICE; FEDERAL                 *
MANAGEMENT INSURANCE; FINANCIAL           *
INSURANCE CONSULTANTS; FIRST              *
COMMUNITY; FIRST METRO                    *
INSURANCE; FIRST PREMIER; FLOOD           *
INSURANCE PROCESSING CENTER;              *
FLOOD INSURANCE; FORD DIRECT;             *
FOUCHA INSURANCE FINANCIAL;               *
FULTON JOHNSON; FULTON JOHNSON            *
NEWMAN; FURNITURE STORAGE;                *
H & R BLOCK; HAMMERMAN                    *
GARNER; HARRY KELLEHER; HERBERT           *
& WILTZ; HIBERNIA; HOME FIREARMS          *
FUND; HOME FIRST; HOME FIRST              *
AGENCIES; INDEPENDENT INSURANCE           *
ASSOCIATION, HOME FIRST AGENCIES;         *
INTERNATIONAL AND INTERNATIONAL           *
INSURANCE COMPANY; ISA; LPIC; LA          *
INDEPENDENT INSURANCE; LA JOINT           *
INSURANCE PLAN; LA NATIONAL; LA           *
NATIONAL FLOOD; LA UNDERWRITERS;          *
LA JOINT; LAPD; LC STERLING; WELLS        *
FARGO; LA; LA PROPERTY INSURANCE;         *
MACNEILL; MARTIN; MNC FIRST INC.;         *
MR. BOB; MUTUAL LIBERTY; N.C.             *
STERLING; AFIP; OCWEN, PASCO CLAIM;       *
PASCO CLAIM SERVICE; PROCTOR              *
FINANCIAL; RENTER UNION NATIONAL;         *
ROMAGUERA INSURANCE; ROMAQUERA            *

INSURANCE INCORPORATION; SAXON          *
MORTGAGE SERVICES; SEDWICH              *
INSURANCE BROKER; STANDARD             *
MORTGAGE; STIEL INSURANCE; SWBC;       *
THE REPUBLIC GROUP; UFG LAFAYETTE;     *
US AUTOMOBILE ASSURANCE; US            *
AUTOMOBILE INSURANCE; US BANK          *
HOME MORTGAGE; US DEPARTMENT;          *
VALCO USA; VC STERLING; WILLIAMS;      *
WILLIAMS INSURANCE; WNC; YORK          *
CLAIMS SERVICE; YORK CLAIMS            *
SERVICE, INC.; AIG INSURANCE; ALEA     *
LONDON LIMITED; ALLIANCE               *
INSURANCE COMPANY; AMERICAN            *
WESTERN; HIBERNIA; INDEPENDENT         *
INC.; INSURANCE UNDERWRITERS,          *
LTD; LA JOINT REINSURANCE; OSWEN;      *
PRECISE INC.; UNITRIN KEMPER,          *
    Defendants listed in "Exhibit A" to First     *
    Amended Petition for Damages,          *
                                         *

AAA AUTO CLUB FAMILY INSURANCE;        *
AAA AUTO CLUB FAMILY INSURANCE         *
COMPANY; AEGIS SECURITY INSURANCE      *
COMPANY; ALLSTATE INSURANCE            *
COMPANY; AMERICAN BANKERS              *
INSURANCE; AMERICAN MODERN HOME        *
INSURANCE COMPANY; AMERICAN            *
SECURITY INSURANCE; AMERICAN           *
SOUTHERN HOME INSURANCE CO.; ARMED     *
FORCES INSURANCE EXCHANGE;             *
ELECTRIC INSURANCE COMPANY             *
ENCOMPASS INSURANCE; ESSEX             *
INSURANCE COMPANY; FARMERS             *
INSURANCE COMPANY; FIDELITY AND        *
DEPOSIT COMPANY OF MARYLAND;           *
FIDELITY NATIONAL INSURANCE            *
COMPANY; FIDELITY NATIONAL             *
PROPERTY & CASUALTY; GENERAL           *
INSURANCE COMPANY OF AMERICA;          *
GMAC INSURANCE; GREAT AMERICAN         *

INSURANCE COMPANY; HANOVER                         *
INSURANCE COMPANY; HARTFORD                        *
INSURANCE COMPANY; LA CITIZEN FAIR                 *
PLAN; LACITIZEN FAIR PLAN; LEXINGTON               *
INSURANCE COMPANY; LIBERTY MUTUAL                  *
INSURANCE COMPANY; LOUISIANA FARM                  *
BUREAU; MARKEL INTERNATIONAL                       *
INSURANCE COMPANY LTD; NATIONAL                    *
SECURITY FIRE & CASUALTY COMPANY;                  *
REPUBLIC FIRE & CASUALTY;                          *
SCOTTSDALE INSURANCE COMPANY;                      *
SECURITY PLAN FIRE INSURANCE                       *
COMPANY; STATE FARM FIRE AND                       *
CASUALTY COMPANY; STATE FARM FIRE                  *
& CASUALTY COMPANY; STATE FARM                     *
INSURANCE; STATE FARM INSURANCE                    *
COMPANY; TRAVELERS INSURANCE                       *
COMPANY; UNDERWRITERS AT LLOYDS                    *
LONDON; UNDERWRITERS AT LLOYDS OF                  *
LONDON; UNION NATIONAL FIRE; UNION                 *
NATIONAL LIFE; UNITRIN PREFERRED                   *
INSURANCE COMPANY; USAA CASUALTY                   *
INSURANCE COMPANY; Z.C. STERLING;                  *
AIG AGENCY AUTO; AIG CLAIM SERVICES                *
PROPERTY AND CASUALTY DIVISION; AIG                *
NATIONAL INSURANCE COMPANY;                        *
ALLSTATE; ALLSTATE INDEMNITY                       *
COMPANY; ALLSTATE INSURANCE;                       *
ALLSTATE PROPERTY AND CASUALTY                     *
INSURANCE COMPANY; ALLSTATE/LA                     *
CITIZENS FAIR PLAN; AMERICAN                       *
BANKERS INSURANCE COMPANY;                         *
AMERICAN FAMILY HOME INSURANCE                     *
COMPANY; AMERICAN GENERAL                          *
PROPERTY INSURANCE COMPANY;                        *
AMERICAN NATIONAL P & C COMPANY;                   *
AMERICAN NATIONAL P AND C COMPANY;                 *
AMERICAN NATIONAL P&C COMPANY;                     *
AMERICAN NATIONAL PROPERTY AND                     *
CASUALTY; AMERICAN RELIABLE                        *
INSURANCE CO.; AMERICAN SECURITY                   *

INSURANCE COMPANY; AMERICAN                         *
SOUTHERN HOME INSURANCE COMPANY;                    *
ANPAC LOUISIANA INSURANCE                           *
COMPANY; AUDOBON INSURANCE GROUP;                   *
BALBOA LIFE & CASUALTY; BALBOA LIFE                 *
AND CASUALTY; CITIZENS FAIR PLAN;                   *
COMMONWEALTH LAND TITLE                             *
INSURANCE COMPANY; DIRECT GENERAL                  *
INSURANCE COMPANY OF LOUISIANA;                     *
ENCOMPASS INSURANCE; FARMERS                        *
INSURANCE EXCHANGE; FIDELITY                        *
NATIONAL PROPERTY & CASUALTY                        *
INSURANCE; FIDELITY NATIONAL                        *
PROPERTY AND CASUALTY; FIRST                        *
PREMIUM GROUP, INC.; HANOVER                        *
INSURANCE; HARTFORD INSURANCE                       *
COMPANY OF THE MIDWEST; HOMESITE                    *
INSURANCE; HORACE MANN INSURANCE                    *
COMPANY; IMPERIAL FIRE & CASUALTY                   *
INSURANCE IMPERIAL FIRE AND                         *
CASUALTY; LA CITIZANS FAIR PLAN; LA                 *
CITIZENS COASTAL PLAN; LA CITIZENS                  *
FAIR PLAN; LA CITIZENS FAIR                         *
PLAN/AUDOBON INSURANCE; LA CITIZENS                 *
PROPERTY INSURANCE CORPORATION; LA                  *
JOINT REINSURANCE PLAN; LIBERTY                     *
MUTUAL FIRE INSURANCE COMPANY;                      *
LOUISIANA CITIZENS; LOUISIANA                       *
CITIZENS PROPERTY INSURANCE;                        *
LOUISIANA CITIZENS PROPERTY                         *
INSURANCE CORPORATION; LOUISIANA                    *
INSURANCE UNDERWRITING PLAN;                        *
MERITPLAN INSURANCE COMPANY;                        *
METLIFE AUTO & HOME; METLIFE AUTO &                 *
HOME (MET P&C); METROPOLITAN                        *
PROPERTY AND CASUALTY INSURANCE                     *
COMPANY; NIC INSURANCE COMPANY;                     *
REPUBLIC FIRE AND CASUALTY                          *
COMPANY; SAFECO INSURANCE; SAFECO                   *
INSURANCE COMPANIES; SAFECO                         *
INSURANCE COMPANY OF AMERICA;                       *

22

SEABURY & SMITH, INC.; SECURITY                 *
INDUSTRIAL FIRE INSURANCE COMPANY;              *
SOUTHWEST BUSINESS CORPORATION;                 *
STATE FARM FIRE & CASUALTY; STATE               *
FARM FIRE AND CASUALTY; STATE FARM              *
FIRE AND CASUALTY INSURANCE; SUN                *
FINANCE COMPANY; TEACHERS                       *
INSURANCE COMPANY; THE HANOVER                  *
INSURANCE COMPANY; THE HARTFORD;                *
THE HARTFORD INSURANCE COMPANY;                 *
TRAVELERS; TRAVELERS INSURANCE;                 *
TRAVELERS INSURANCE COMPANIES;                  *
TWIN CITY FIRE INSURANCE COMPANY;               *
UNION NATIONAL FIRE INSURANCE;                  *
UNION NATIONAL FIRE INSURANCE                   *
COMPANY; UNION NATIONAL INSURANCE               *
COMPANY; ZC STERLING INSURANCE                  *
AGENCY.                                         *
                                                *
    apparent additional Defendants listed in    *
    spreadsheet attached to First Amended       *
    Petition for Damages,                        *
                                                *
    Defendants.                                  *

## LIST OF ALL DOCUMENTS FILED IN
## 19th JUDICIAL DISTRICT COURT BY DATE

1)      Petition for Damages stamped filed and recorded on August 27, 2007 in the record of the 19th Judicial District Court;

2)      First Amended stamped filed and recorded on November 26, 2007 in the record of the 19th Judicial District Court; and

3)      Sheriff Return on Citation issued to various defendants stating service was made through the Secretary of State.

Respectfully submitted,

_[signature]_

_____

CHARLES L. CHASSAIGNAC, IV (#20746)
JAMES ERIC JOHNSON (#23800)
BRYAN J. HAYDEL, JR. (#27500)
ELEANOR WEEKS WALL (#29695)
**PORTEOUS, HAINKEL & JOHNSON, L.L.P.**
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
P: (225) 383-8900; F:(225) 383-7900
*Attorneys for State Farm Fire and Casualty Company, also
incorrectly referred to as "State Farm Fire & Casualty
Company," "State Farm Insurance," "State Farm
Insurance Company," "State Farm Insurance Companies,"
"State Insurance Companies," and "Statefarm Insurance."*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of December, 2007, served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by mailing same by United

States mail, properly addressed, and first class postage prepaid.

_[signature]_

_____

CHARLES L. CHASSAIGNAC, IV (#20746)