| Name | Address | | Policy |
|---|---|---|---|
| Noreen Boyd | 50 Terraza Del Oeste, Harvey, LA 70058 | LA Citizens Fair Plan | FZH 0218078 03 |
| Raymond Cole | 2259-61 North Miro St., New Orleans, LA 70177 | LA Citizens Fair Plan | FZH 0359688 00 |
| Rayolga Delair-Bankston | 2060 Tuskegee Dr. Marrero, LA - 70072 | LA Citizens FAIR Plan | Fidelity National Property and |
| Rayshad Robertson | 1647-1649 Caton Ct. New Orleans, LA - 70122 | LA Citizens FAIR Plan | FZH 02 152 1404 |
| Renate Burgess | 5819-21 Elysian Fields Ave., New Orleans, LA 70122 | LA Citizens Fair Plan | FZD 03148940 1 |
| Rose Andrews | 3209 Press St New Orleans, LA 70126 | LA Citizens fair Plan | FZH 005741613 |
| Rowena Robinson | 1647-1649 Caton Ct. New Orleans, LA - 70122 | LA Citizens FAIR Plan | FZH 0215214 04 |
| Russell Robinson | 1647-1649 Caton Ct. New Orleans, LA - 70122 | LA Citizens FAIR Plan | FZH 0215214 04 |
| Russell Robinson Jr. | 1647-1649 Caton Ct. New Orleans, LA - 70122 | LA Citizens FAIR Plan | FZH 0359688 00 |
| Sheila Cole | 2259-61 North Miro St., New Orleans, LA 70177 | LA Citizens FAIR Plan | FH 2005307013400 |
| Thomas Johnson | 1457 Owens BLVD. New Orleans, LA - 70122 | LA Citizens FAIR Plan | FZD 032541601 |
| Tiara Green | 1532 Estalote Ave., Harvey, LA 70058 | LA Citizens Fair Plan | FZH 0322722 01 |
| Tonica Reeves-Martes | 1971 N. Rocheblave St., New Orleans, LA 70119 | LA Citizens FAIR Plan | FZH 0226369 03 |
| Trovan Webster | 2330 Benton St. New Orleans, LA - 70117 | LA Citizens Fair Plan. | FZD 032541601 |
| Veshandus Green | 1532 Estalote Ave., Harvey, LA 70058 | LA Citizens Fair Plan | LRE620026305 |
| Wanda Lee | 3004 Tupelo St. Kenner, LA - 70065 | LA Citizens Fair Plan | FZD 032541601 |
| Hazel Schlueter | 1532 Estalote Ave., Harvey, LA 70058 | LA Citizens Fair Plan | FZH 0602778 00 |
| Joseph Allen | 4877 Montegut dr. New Orleans, LA 70126 | LA Citizens Fair Plan | FZH 0603283 00 |
| Antonio Wicks | 5828 Eads st. New Orleans, LA 70122 | LA Citizens Fair Plan | FZH 0218352 03 |
| Bernel Sanders | 7210 Culpepper Dr. New Orleans, LA 70126 | LA Citizens Fair Plan | FZH 0314684 01 |
| Carol Lewis | 1235 Delery st. New Orleans, LA 70117 | LA Citizens Fair Plan | FZH 0073163 10 |
| Hazel Schlueter | 1120 Bordeaux st.5015 Saratoga st. 4817 Chesnut New Orleans, LA 70115 | LA Citizens fair Plan | |
| Joseph Allen | 3130 Pauger st. New Orleans, LA 70119 | LA Citizens Fair Plan  FZH 0075487 11 | Travelers (Flood)  80023746 |
| Alfred Gardner | 5828 Eads st. New Orleans, LA 70122 | LA Citizens Fair Plan - FZH022636903 | Allstate Insurance Company |
| Helen Webster | 2330 Benton St. New Orleans, LA 70117 | LA Citizens Fair Plan - Policy #: FH200720503970 0 | FH20072050397 00 |
| Raul Fernandez | 4145 W. Louisiana State Dr. Kenner, LA - 70065 | LA Citizens Fair Plan - Policy #: FZH0139 | Fidelity National Property & C |
| Carrie Smith | 2069 Maharry Dr. Marrero, LA. 70072 | LA Citizens Fair Plan - Policy #: FZH03365 | Allstate Insurance Company - |
| Barbara Hamilton | 4719 Pineda St.  New Orleans, LA 70126-3551 | LA Citizens Fair Plan - Policy #: FZH0604 | Fidelity National Property & C |
| Evelyn Lockett | 560-562 Commerce St. Gretna, LA - 70056 | LA Citizens Fair Plan | FZH 0238229 03 |
| David McNeal | 3837, 2829, 3841 Delachaise st. New Orleans, LA 70125 | LA Citizens FAIR Plan FZH 005285 11 | First Premium Insurance |
| Emile Moline Sr. | 1822 Flood Street  New Orleans, LA - 70117 | LA Citizens Fair Plan FZH 0075487 11 | Travelers (Flood) 80023746 |
| Patricia Gardner | 5828 Eads st. New Orleans, LA 70122 | LA Citizens Fair Plan FZH 0318589 01 | |
| Lynette Charles | 2912 Concordia Dr.  La Place, LA - 70068 | LA Citizens Fair Plan/Audobon Insurance | FZD036017800 |
| Grace Conway | 2729 Bay St. New Orleans, LA 70122 | LA Citizens Property Insurance Coroporat | FZH 03097502 |
| Wayne Staggers | 1310 Montgomery Blvd. Slidell, LA. 70461 | LA Citizens Property Insurance Corporation - Coastal Plan | |
| Milton J. Antoine, Jr. | 125 Antoine Ln Port Sulphur, LA - 70083 | LA Citizens Property Insurance Corporation (NO dec Letter provided) | |
| Diane Lavingne | 2138 Piety st. New Orleans, LA 70117 | | |

| Name | Address | Insurer | Policy # |
|---|---|---|---|
| Jeanne Collins | 5242 - 5244 E. Lemans st. New Orleans, LA 70129 | LA Citiziens Fair Plan | FZH 0286705 03 |
| Julie richardson-Beauchamp | 5147 Pauline dr. New Orleans, LA 70126 | LA Citiziens Fair Plan | FZD 0331217 02 |
| Ronald Richarson | 5147 Pauline dr. New Orleans, LA 70126 | LA Citiziens Fair Plan | |
| Jacqueline Cooper | 7517 Oak St. New Orleans, LA. 70118 | LA Joint Reinsurance Plan  00793800 08 | Audubon Insurance Group |
| Willie Winfield | 2338 Lizardi St. New Orleans, LA 70117 | LA Joint Reinsurance Plan - Policy #: FPH Lousiana Citizens Property In lfph 0135121 01 | |
| Willie Benoit | 2383 Lizardi St. New Orleans, LA - 70117 | La Joint Reinsurance Plan- the Audubon | 210-80685322 |
| Joseph Guzman | 5719 N. Galvez St. New Orleans, LA - 70117 | Lafayette Insurance Company | 80673862 |
| Bernadetta Watkins | 2439 Andry St., New Orleans, LA 70117 | Lafayatte Insurance Company | Fidelity National Insurance Co |
| Burnell Reine | 4812 Dreux Ave. New Orleans, LA 70126 | Lafayette Insurance Company | 80708430 |
| Denice Thompson | 640 Hooter Rd.   Bridge City, LA - 70094 | Lafayette Insurance Company | 80710037 |
| Dolorus Lee | 5541 St. Roch Ave.  New Orleans, LA - 70153-3265 | Lafayette Insurance Company | 80848009 |
| Dorothy Lee | 1414 Tennessee St.  New Orleans, LA - 70117 | Lafayette Insurance Company | 1125360 |
| Dymphna Ahmed | 6005 Painters st. New Orleans, LA 70122 | Lafayette Insurance Company | 80688204 |
| Ellis Wilson | 2756 Treasure st. New Orleans, LA 70122 | Lafayette Insurance Company | 210-80685322 |
| Henrietta Guzman | 5719 N. Galvez St., New Orleans, LA 70117 | Lafayette Insurance Company | 80676789 |
| Jocelyn Labostrie | 521 Warrington Dr. New Orleans, LA 70122 | Lafayette Insurance Company | |
| Melvina Oneal | 5719 Chartres St. New Orleans, LA - 70117 | Lafayette Insurance Company | |
| Tharnell Oneal | 5719 Chartres St. New Orleans, LA - 70117 | Lafayette Insurance company | 8067689 |
| Joycelyn Labostrie | 521 Warrignton dr. New Orlenas, LA 70122 | Lafayette Insurance Company | 80589242 |
| O'Neal Merrick Sr | 5829 Congress dr. New Orleans, LA 70126 | Lafayette Insurance Company 80690473 | Allstate Insurance Company ( |
| Juanita Andrews | 1819 tennessee st New Orleans, LA  2137 Lamarche st NOLA 70117 | Lexington Insurance Company | LE 7871510 |
| Celester Childs | 596 E. Marlin Ct., Gretna, LA 70056 | Lexington Insurance Company | LE 7871510 |
| Joshua Childs | 596 E. Marlin Ct., Gretna, LA 70056 | Lexington Insurance Company | LE 7871510 |
| Kevin Cameron | 596 E. Marlin Ct., Gretna, LA 70056 | Lexington Insurance Company | |
| Rilma Patt (Photocopy of ins | 4610 Galanad Dr.   New Orleans, LA - 70127 | Lexington Insurance Company | LE 7871510 |
| Walter Childs | 596 E. Marlin Ct., Gretna, LA 70056 | Lexington Insurance Company | LE053351304 |
| Zanzer Argusta | 3903 Paugers St. New Orleans, LA - 70122 | Liberty Mutual Fire Insurance Company | |
| Bennie Smith | 3422 Joliet St. New Orleans, LA - 70118 | Liberty Mutual Fire Insurance Company | |
| Bennie Thurn | 3422 Joliet St. New Orleans, LA - 70118 | Liberty Mutual Fire Insurance Company | H32-298-024635-4071 |
| Danielle Smith | 1630 Lauradale Dr. New Orleans, LA 70114 | Liberty Mutual Fire Insurance Company | |
| Nu Tran | 11412 Longviews Dr.  New Orleans, LA - 70128 | Liberty Mutual Fire Insurance Company | |
| Susie Smith | 3422 Joliet St.  New Orleans, LA - 70118 | Liberty Mutual Fire Insurance Company | H32 298-021147-405-0 |
| Mary Moore | 12920 Ashland dr. New Orleans, LA 70128 | Liberty Mutual Fire Insurance Company | FZH0295652-02 |
| Kevin Sisson | 13945 Intrepid St. New Orleans, LA 70129 | Louisiana Citizens | FZH0295652-02 |
| Kevin Sisson | 13945 Intrepid St. New Orleans, LA 70129 | Louisiana Citizens | |
| Marcelle Sisson | 13945 Intrepid St. New Orleans, LA 70129 | Louisiana Citizens | FZH 0295652-02 |

| Name | Address | Insurance Company | Policy Number |
|---|---|---|---|
| | | LOUISIANA CITIZENS FAIR PLAN | FZD 03667800 |
| Candince Mcmillian | 3922 Thalia Street New Orleans, LA - 70125 | Louisiana Citizens Property Insurance | FZH0606643 |
| Tinievangeline Petty | 1508 S. White St. New Orleans, LA. 70125 | Louisiana Citizens Property Insurance | FZH0606643 |
| Wyatt Petty Sr. | 1508 S. White St. New Orleans, LA. 70125 | Louisiana Citizens Property Insurance | FZH0606643 |
| Willie Petty | 1508 S. White St. New Orleans, LA. 70125 | Louisiana Citizens Property Insurance Co | FZH 0096581 10 |
| Anthony Bernard | 4619 Cerise AVE. New Orlean, LA 70127 | Louisiana Citizens Property Insurance Corporation | |
| Gloria Bernard | 4619 Cerise AVE. New Orlean, LA 70127 | | H0368271 |
| Cynthia Dardar | 13713 North Cavelier Dr. New Orleans, LA - 70129 | Louisiana Farm Bureau Casualty Insurand | 0051185 01 |
| Dolores Barrois | 206 Milan Dr. Port Sulphur LA, 70083 | Louisiana Insurance underwriting Plan | ZAF042308.1 |
| Linda Lindsey | 5751 Debore dr. New Orleans, LA 70126 | Meritplan Insurance Company | H 1321129265-0 |
| Alexander Brown Jr. | 1443 Angela St., Arabi, LA 70032 | MetLife Auto & Home | H 750851916-0 |
| Betty Marchand | 2000 Ohio St. Chalmette, LA - 70043 | MetLife Auto & Home (Met P&C) | |
| Adam Duplessis | 5709 Lafaye St., New Orleans, LA 70122 | Metropolitan Property and Casualty Insur | 1036776110 |
| Barbara Duplessis | 5709 Lafaye St., New Orleans, LA 70122 | Metropolitan Property and Casualty Insurance Company | |
| Ronald Navarre III | 3681 Martinique Dr., Apts. A,B,C and D, Kenner, LA 70065 | NIC Insurance Company | NIL009172 |
| Barbara Kelley | #22,24,14, &28 Packenham Ave. Chalmette, LA - 70043 | Republic Fire and Casualty Company | 18-94-1516-3 |
| Howard Kelly Jr. | #22,24,14, &28 Packenham Ave. Chalmette, LA - 70043 | Republic Fire and Casualty Company | 18-94-1516-3 |
| Cynthia Gibson | 931- 933  Prieur st. New Orleans, LA 70116 | Safeco Insurance | |
| Samuel Bradford | 1271 Foy St. New Orleans, LA - 70122 | SAFECO Insurance Companies | |
| Velma Pinkston | 1842 Deslonde St. New Orleans, LA - 70117 | Safeco Insurance Companies | MTH7710292B |
| Angelena Lewis | 712 Flood St., New Orleans, LA 70117 | Safeco Insurance Company of America | MIH7710808 |
| Business - Betty Marchand | 3431 Paris Rd Chalmette, LA - 70043 | Scottsdale Insurance Company | Fidelity National Property and |
| Cornelius Davis | 2406 Flood St.  New Orleans, LA - 70117 | Scottsdale Insurance Company | AE6-0026-0716-3 |
| Mary Davis | 2406 Flood st.  New Orleans, LA - 70117 | Scottsdale Insurance Company | AE6-0026-0716-3 |
| Racquel MaGee | 2406 Flood st. New Orleans, LA 70117 | Scottsdale Insurance Company | DFS0383778 |
| Lizzie Head | 3000 Belle Chase Hwy | Seabury & Smith, Inc | |
| Jacqueline Nix | 4408 Reynes st New Orleans, LA 70126 | Security Industrial Fire Insurance Company | |
| Louis Green | 2036 Ursulines Ave New Orleans, LA 70116 | Security Plan  Fire Insurance Comapany | 0-06100669 |
| Charlotte Gilbert | 317 Southern Place Apt B  Chalmette, LA - 70043 | Security Plan Fire Insurance Company | |
| Christine Hutson | 2624 Augusta st. Kenner, LA 70065 | Security Plan Fire Insurance Company | |
| Dhiras Hutson | 2624 Augusta st. Kenner, LA 70065 | Security Plan Fire Insurance Company | |
| Earl Toomer | 528 N. Elm Street Metairie, LA 70003 | Security Plan Fire Insurance Company | 0-06200811 |
| Irma Williams | 528 N. Elm St. | Security Plan Fire Insurance Company | 0-06200811 |
| Janiqua Hutson | 2624 Augusta st. Kenner, LA 70065 | Security Plan Fire Insurance Company | |
| Just'iana Hutson | 2624 Augusta st. Kenner, LA 70065 | Security Plan Fire Insurance Company | |
| Justin Hutson | 2624 Augusta st. Kenner, LA 70065 | Security Plan Fire Insurance Company | |
| Kevin Hutson | 2624 Augusta st. Kenner, LA 70065 | Security Plan Fire Insurance Company | |

| Name | Address | Insurance Company | Policy Number |
|---|---|---|---|
| Sonita Jackson | 1620 Gray Court, #B, Grenta, LA 70056 | Security Plan Fire Insurance Company | 6207775 |
| Peggy Berry | 10115 Boulevard Way, New Orleans, LA 70127 | Southwest Business Corporation | LLD0452390 |
| Santee Berry | 10115 Boulevard Way, New Orleans, LA 70127 | Southwest Business Corporation | LLD0452390 |
| Louise Johnson | 5460 Providence Place, New Orleans, LA - 70126 | State Farm Fire & Casualty | 98-10-5101-0 |
| Raymond Johnson | 5460 Providence Place, New Orleans, LA - 70126 | State Farm Fire & Casualty | 98-10-5101-0 |
| Katherine Motes | 193 Milan dr. Port Sulphur, LA 70083 | State Farm Fire and Casualty | 98-D28416-8 |
| Vivian Williams | 14544 Duane rd New Orleans, LA 70126 | State Farm Fire and Casualty | 18-C7-2433-7 |
| John Ducros | 2913 Palmetto st. Chalmette, LA 70043 | State Farm Fire and Casualty Company | 98-25-8599-0 |
| Katie Bladsacker | 171 Sletchers Lane. Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 98-EL-4990-3 |
| Laura Bladsacker | 171 Sletchers Lane. Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 98-C6-9157-7 |
| Adara Williams | 5946 Jamison St. New Orleans, LA - 70126 | State Farm Fire and Casualty Company | 18-352234-1 |
| Albertha Cowart | 7531 Dune Dr. New Orleans, LA - 70118 | State Farm Fire and Casualty Company | 18-EA-1770-0 |
| Alden Lombard III | 229 Cherrywood Dr. Gretna, LA - 70056 | State Farm Fire and Casualty Company | 18-EO-1678-3 |
| Amy Boykins | 10730 Dwyer Rd. New Orleans, LA 70127 | State Farm Fire and Casualty Company | 18-EF5466-0 |
| Angella Rainey | 9700 W. Wheaton Circle New Orleans, LA 70127 | State Farm Fire and Casualty Company | 18-96-0852-8 |
| Anthony Nuccio III | 3104 Volpe Dr., Chalmette, LA 70043 | State Farm Fire and Casualty Company | 18-51-1885-4 |
| Artruly Harris | 1608 Wakefield Dr., Marrero, LA. 70072 | State Farm Fire and Casualty Company | 18-CR-4762-1 |
| Catherin Allen-Perkins | 6027 Kuebel Dr. New Orleans, LA - 70126-1318 | State Farm Fire and Casualty Company | 18-94-1516-3 |
| Chad Kelly | 22 Packenham Ave., Chalmette, LA 70043 | State Farm Fire and Casualty company | |
| Charles Essex | 2809 Milan st. New Orleans, LA 70115 | State Farm Fire and Casualty Company | 18-EF5466-0 |
| Charles Rainey | 9700 W. Wheaton Circle New Orleans, LA 70127 | State Farm Fire and Casualty Company | 4.39501E+11 |
| Courtney Bienemy | 2413 Jamie Ct. Violet, LA - 70092 | State Farm Fire and casualty Company | 18-13-2721-8 |
| Diane Chedville | 155 Sketchlens In Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 18 R 343 590 |
| Diane Nicolay | 5419 Pratt Dr. New Orleans, LA - 70122 | State Farm Fire and Casualty Company | 18-R-495-7410-2 |
| Donna Mutin | 6747 Morrison Rd. New Orleans, LA - 70126 | State Farm Fire and Casualty Company | 18-51-1885-4 |
| Donnie Harris | 1608 Wakefield Dr., Marrero, LA. 70072 | State Farm Fire and Casualty Company | 8RM44353 |
| Dorothy Birdsall | 4605 Carnelia St. New Orleans, LA - 70126 | State Farm Fire and Casualty Company | 18-46-2219-3 |
| Dorothy Mullins | 3005 N. Claiborne Ave. New orleans, La - 70117-6521 | State Farm Fire and Casualty Company | 98-RQ-8326-5 |
| Dwight William Sr. | 5946 Jamison St. New Orleans, LA - 70126 | State Farm Fire and Casualty Company | |
| Eddrina Owens | 4764 Eastview Dr., New Orleans, LA 70126 | State Farm Fire and Casualty Company | 98-D8 1459-4 |
| Elenora Hunter | 5345 Baccich St. New Orleans, LA 70122 | State Farm Fire and Casualty Company | 18-96-0852-8 |
| Gabrielle Nuccio | 3104 Volpe Dr., Chalmette, LA 70043 | State Farm Fire and Casualty Company | 18-EA-1770-0 |
| Gail Maurice | 229 Cherrywood Dr. Gretna, LA - 70056 | State Farm Fire and Casualty Company | 98-RM-6007-7 |
| Gladys Godchaux | 4711 Lennox Blvd., New Orleans, LA 70131 | State Farm Fire and Casualty Company | 98-86-0467-6 |
| Gregory Tyler | 503 Wallace Dr. New Orleans, LA - 70122 | State Farm Fire and Casualty Company | 18-47-2345-2 |
| Hattie Ballard | 6225 North Galvez St., New Orleans, LA 70117 | State Farm Fire and Casualty Company | |

| Name | Address | Insurance Company | Policy # |
|---|---|---|---|
| Holden Lombard | 229 Cherrywood Dr. Gretna, LA - 70056 | State Farm Fire and Casualty Company | 18-EA-1770-0 |
| Jacquelyn Brown | 2404 Saint Maurice Ave. New Orleans, LA - 70117-1624 | State farm Fire and Casualty Company | 18-EM-6578-4 |
| Jacques Gleason | 1720 Tricou St. New Orleans, LA - 70117 | State Farm Fire and Casualty Company | 18 E1-0215-3 |
| James Gamble Jr. | 4727 Lurline St. New Orleans, LA - 70127 | State Farm Fire and Casualty Company | 98-RQ8637-5 |
| Joshua Kelley | 22 Packenham Ave. Chalmette, LA - 70043 | State Farm Fire and Casualty Company | 18-94-1516-3 |
| Joshua Kelly | 22 Packenham Ave., Chalmette, LA 70043 | State Farm Fire and Casualty Company | 18-94-1516-3 |
| Julian Richard | 3049 Law st. New Orleans, LA 70117 | State Farm Fire and casualty Company | 18-CP-9306-6 |
| Kevin Chedville | 155 Sketchlens In Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 18-13-2721-8 |
| Kevin Row | 6747 Morrison Rd. New Orleans, LA - 70126 | State Farm Fire and Casualty Company | 18-R495-139 |
| Laura Nuccio | 3104 Volpe Dr., Chalmette, LA 70043 | State Farm Fire and Casualty Company | 18-96-0852-8 |
| Leo Barthelemy Sr. | 26519 Port Sulphur Hwy., Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 98-RJ342B-1 |
| Linda Richard | 3049 Law st. New Orleans, LA 70117 | State Farm Fire and Casualty Company | 18-CP-9306-6 |
| Mallory Nuccio | 3104 Volpe Dr., Chalmette, LA 70043 | State Farm Fire and Casualty Company | 18-96-0852-8 |
| Marilyn Khaton | 5145 Mandeville St., New Orleans, LA 70122 | State Farm Fire and Casualty Company | 98-4L1248-1 |
| Mark Batiste | 7511 Rochon Ave. New Orleans, LA - 70128 | State Farm Fire and Casualty Company | 98-RJ6786-3 |
| Mervin Glass | 182 Milan Dr. Port Sulphur, LA - 70083 | State Farm Fire and Casualty Company | 18-75-1174-6 |
| Michael Baudin, Sr. | 2048 Landry CT. Meraux, LA - 70075 | State Farm Fire and Casualty Company | 18-C9-0136-0 |
| Nicholas Chedville | 155 Sketchlens In Port Sulphur, LA 70083 | State Farm Fire and casualty Company | 18-13-2721-8 |
| Paula Merrit | 5003 Saint Anthony Avenue New Orleans, LA - 70122-4001 | State Farm Fire and Casualty Company | Z-1637-F692 F D |
| Phyllis Mathews | 6009- 6011 Dauphine st. New Orleans, LA 70117 | State Farm Fire and Casualty Company | 98-CS-5185-3 |
| Regina Owens | 4764 Eastview Dr., New Orleans, LA 70126 | State Farm Fire and Casualty Company | |
| Robert Lucin, Jr | 5168 Wilton Dr. New Orleans, LA - 70122 | State Farm Fire and Casualty Company | 18-39-0215-8 |
| Ronald Moore | 4307 Hollygrove st New Orleans, LA 70018 | State Farm Fire and Casualty Company | 18-EM-1347-9 |
| Ronald Windon | 5027 Good Dr. New Orleans, LA 70127 | State Farm Fire and Casualty Company | 18-50-3044-0 |
| Roxie Gamble | 4727 Lurline St. New Orleans, LA - 70127 | State Farm Fire and Casualty Company | 98-RQ8637-5 |
| Samuel Perkins | 6027 Kuebel Dr. New Orleans, LA - 70126-1318 | State Farm Fire and Casualty Company | 18-CR-4762-1 |
| Susan Baudin | 2048 Landry CT. Meraux, LA - 70075 | State Farm Fire and Casualty Company | 18-C9-0135-0 |
| Tanya Gueringer | 4518 Coronado Dr. New Orleans, LA 70127 | State Farm Fire and Casualty Company | 18-07-2909-5 |
| Terry Motes | 193 Milan Dr. Port Sulphur, LA - 70083 | State Farm Fire and Casualty Company | 98-D2-8416-8 |
| Vincent Bienemy Jr. | 2413 Jamie Ct. Violet, LA - 70092 | State Farm Fire and Casualty Company | 43950 13757603 |
| Virginia Williams | 5946 Jamison St. New Orleans, LA - 70126 | State Farm Fire and Casualty Company | 98-RQ-8326-5 |
| Yvette Glass | 182 Milan Dr. Port Sulphur, LA - 70083 | State Farm Fire and casualty Company | 18-75-1174-6 |
| Erma Green | 2235, 2235 Leonidas st. New Orleans, LA 70118 | State farm Fire and Casualty Company | 98- RC-3980-5 |
| Zina Page | 7537 Scottwood dr. New Orleans, LA 70128 | State Farm Fire and Casualty Company | 98-52-0557-0 |
| Benjamin Gregory | 2404-06 Clouet St. New Orleans, LA - 70117 | State Farm Fire and Casualty Company 1 | Allstate Insurance Company |
| Aletha Hart | 8910-8912 Bunker Hill Road New Orleans, LA - 70127 | State Farm Fire and Casualty Company 9 | American Bankers Insurance |

| Name | Address | Insurance Company | Policy Number |
|---|---|---|---|
| Jeffery Trepagnien Sr. | 4611 Cartier Ave, New Orleans, LA 70122 | State Farm Fire and Casualty Insurance | 18-EF-4014-1 |
| Justin Fleetwood | 2117 Pelitere Dr Chalmette, LA 70043 | State Farm Fire and Casualty Insurance | 18-CF-3131-6 |
| Laverne McCormick | 6840 Manchester st, New Orleans, LA 70126 | State farm Fire and Casualty Insurance | 18-57 -1424-9 |
| Gwendolyn Jasmine | 9126 Fig st New Orleans, LA 70118 | State Farm Fire and Casualty Insurance | 18-CU 9951-6 |
| Kiarra Jasmine | 9126 Fig st New Orleans, LA 70118 | State Farm Fire and Casualty Company | 18-59-2160-4 |
| Adam Chartier | 291 Caroline Dr. Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 18-EV-0176-8 |
| Capucine Wilson | 12151 I-10 Service Rd. Apt. 411 New Orleans, LA 70128 | State Farm Fire and Casualty Company | 18-46-2219-3 |
| Dorothy Mullins | 3005 N. Claiborne Ave. New Orleans, LA 70117 | State Farm Fire and Casualty Company | 18-42-0222-8 |
| Iris Angelety-Ferrier | 1326 Mithra St. New Orleans, LA 70122 | State Farm Fire and Casualty Company | 18-59-2160-4 |
| Shirley Chartier | 291 Caroline Dr. Port Sulphur, LA 70083 | State Farm Fire and Casualty Company | 98-d1-0797-5 |
| Alberta Walker | 7600 Avalon Way New Orleans, LA 70127 | State Farm Insurance Companies | FZH 0217835 03 |
| Charles Reed | 3426 Mandeville St. New Orleans, LA 70122 | State Farm Insurance Companies | 98RM44353 |
| Dorthy Birdsail | 4605 Camellia St. New Orleans, LA. 70126 | State Farm Insurance Companies | |
| Dorthy Birdsall | 4605 Camellia St. New Orleans, LA. 70126 | State Farm Insurance Companies | 5854348 18H |
| Ella Hayes | 2633 Caffin Ave. New Orleans, LA 70117 | State Farm Insurance Companies | 18-C5-3124-9 |
| Gwendolyn Adams | 3436 Mandeville St., New Orleans, LA 70122 | State Farm Insurance Companies | |
| Gwendolyn Everage | 2528 Dumaine St., New Orleans, LA 70119 | State Farm Insurance Companies | |
| Joseph Otkins III | 14001 Michoud Blvd., #205, New Orleans, LA 70129 | State Farm Insurance Companies | 98-RM1826-0 |
| Louis Adams, Jr. | 6449 DeBore Dr., New Orleans, LA 70126 | State Farm Insurance Companies | 18-C5-1652-7 |
| Lucille Knecht | 4917 E. St. Bernard Hwy., Violet, LA 70092 | State Farm Insurance Companies | 18-751174-6 |
| Mervin Glass | 182 Milan Dr., Port Sulphur, LA 70083 | State Farm Insurance Companies | 18-C5-3124-9 |
| Shirley Adams | 6449 DeBore Dr., New Orleans, LA 70126 | State Farm Insurance Companies | |
| Wanny Carter | 3215 Mistletoe St., New Orleans, LA 70118 | State Farm Insurance Companies | 18-751174-6 |
| Yvette Glass | 182 Milan Dr., Port Sulphur, LA 70083 | State Farm Insurance Company | 18-EQ-1791-9 |
| Monica Cravinas | 1931 Frenchmen St. New Orleans, LA - 70116 | State Insurance companies | 18-BZ-1163-6 |
| Wilda Davis | 1735 Alvar st. New Orleans, LA 70117 | Statefarm Insurance | 18-14891-6 |
| Lawrence Vanderhorst II | 7641 Inlet Lane  new orleans, La - 70128 | Sun Finance Company MIH 77102928 | General Insurance Company |
| Richard Bourgeois Sr. | 1842 Deslonde st. New Orleans, LA | Teachers Insurance company | 9.90181E+13 |
| Melica Dupaquier | 2745 Louse st Harvey, LA 70058 | Teachers Insurance company | 9.90181E+13 |
| Richard Dupaquier | 2745 Louse st Harvey, LA 70058 | The Hanover Insurance Company | HNO 2321429 |
| Brenda Sorina | 4311 Van Ave., New Orleans, LA 70122 | The Hanover Insurance Company | HNO 2321429 |
| Virgil Sorina | 4311 Van Ave., New Orleans, LA 70122 | The Hartford | |
| Anita Guichard | 2147 Carnot St., New Orleans, LA 70122 | The Hartford Insurance Company | |
| Amelia Flores | 7608 Berg St. New Orleans, LA - 70128 | The Hartford Insurance Company | 55RBA955109 |
| Mack Flores | 7608 Berg St. New Orleans, LA - 70128 | The Hartford Insurance Company | HI1 5189132 14 |
| Chance Allen | 1307 Mandolin St. New Orleans, LA - 70122 | The Republic Group | |

| Name | Address | Insurance Company | Policy Number |
|---|---|---|---|
| Kevin Wilson | 1307 Mandolin St. New Orleans, LA - 70122 | The Republic Group | HI1 5189132 14 |
| Nicole Wilson | 1307 Mandolin St. New Orleans, LA - 70122 | The Republic Group | HI1 5189132 14 |
| Sandra Wilson | 1307 Mandolin St. New Orleans, LA - 70122 | The Republic Group | HI1 5189132 14 |
| Larry Schulueter | 1120 Bordeaux st. 5015 S. Saratoga st., 4817 Chestnut, NOLA 70115 | The Republic Group - Fl1317812813 | LA Citizens Fair Plan - FZH 0 |
| Michael Daniels | 14235 Intrepid St. New Orleans, LA 70129 | Travelers | 035379948 633 9 |
| Valerie Daniels | 14235 Intrepid St. New Orleans, LA 70129 | Travelers | 035379948 633 9 |
| Christopher White | 4137 W. LA State Dr., Kenner, LA 70065 | Travelers Insurance | K9D8962 |
| Joyce Barnum | 6103 Lafaye St. New Orleans, LA - 70122 | Travelers Insurance | 4.03905E+11 |
| Karnella McMillan | 4137 W. LA State Dr., Kenner, LA 70065 | Travelers Insurance | 4.03905E+11 |
| Quenton Morris | 4137 W. LA State Dr., Kenner, LA 70065 | Travelers Insurance | 978448650 633 1 |
| Deborah Tanner | 924 Soniat St. New Orleans, LA - 70115 | Travelers Insurance Companies | 974331264 633 1 |
| Vivian Howard | 5534 Chamberlain Dr. New Orleans, LA - 70122 | Travelers Insurance Company | |
| Mable Duplessis | 1235-1237 Annette st. New Orleans, LA 70116 | Twin City Fire Insurance Comapany | |
| Daisy Jones | 11259 Winrock Dr. New orleans, LA - 70128 | Underwriters At Lloyd's London | 1901B07793 |
| James Jones | 11259 Winrock Dr. New orleans, LA - 70128 | Underwriters At Lloyd's London | 1901B07793 |
| Reginald Fournier | 5353 Baccich St. New Orleans, LA - 70122 | Underwriters at Lloyd's London | SVC0005245 |
| Sedonia Labee | 3708 S. Saratoga st New Orleans, LA 70115 | Union National Fire and Insurance Company | 14-00080021 |
| Contrenia Jefferson | 1020 Magnolia dr. Apt A. Westwego, LA 70094 | Union National Fire Insurance | 1901B07793 |
| Albert Berry Jr. | 1234 Flanders St. New Orleans, LA - 70114 | Union National Fire Insurance Company | 7517323570 |
| Anthony Whitfield | 2302 Ursulines Ave. # A New Orleans, LA - 70119 | Union National Fire Insurance Company | 7517386050 |
| Betty Smith | 4601 Mcautner blvd Aot- 9 New Orleans, LA 70131 | Union National fire Insurance Company | |
| Brittany Foster | 2268 N. Robertson st. New Orleans, LA 70117 | Union National Fire Insurance Company | 7597241074 |
| Carman Jackson | 8234 Apricot St., New Orleans, LA 70118 | Union National Fire Insurance Company | 7517323570 |
| Chaurice Smothers | 1234 Flanders St. New Orleans, LA - 70114 | Union National Fire Insurance Company | 7517404016 |
| Corlissa Dobson | 14001 Michoud Blvd. #263 New Orleans, LA - 70129 | Union National Fire Insurance Company | 7517323570 |
| Frances Berry | 1234 Flanders St. New Orleans, LA - 70114 | Union National Fire Insurance Company | 70-20673251 |
| Irma Maxwell | 2281/2 South Roman St. New Orleans, LA - 70122 | Union National Fire Insurance Company | 7517323570 |
| Joshua Smothers | 1234 Flanders St. New Orleans, LA - 70114 | Union National Fire Insurance Company | 7517317353 |
| Kahnya Harrison | 4300 Sullen pl Apt- 8A New Orleans, LA 70131 | Union National Fire Insurance Company | 7517317353 |
| Kasia Johnson | 4300 Sullen pl Apt- 8A New Orleans, LA 70131 | Union National Fire Insurance Company | 7536740503 |
| Linda Foxworth | 2225 Marais St., New Orleans, LA 70117 | Union National Fire Insurance company | 7517403696 |
| Lois Williams | 3404 Mistletoe. New Orleans, LA 70118 | Union National Fire Insurance Company | 7506941725 |
| Lorraine Hatton | 3504 4th Street New Orleans, LA 70125 | Union National Fire Insurance Company | 7517770386 |
| Madeline Johnson (photocop| 3215 Bienville St. New Orleans, LA - 70119 | Union National fire Insurance Company | |
| Shona Foster | 2268 N. Robertson st. New Orleans, LA 70117 | Union National Fire Insurance Company | 7517402098 |
| Sylvia Lewis | 2829 Salem St. Apt. A Kener, LA 70062 | Union National Fire Insurance Company | |

| Name | Address | Insurance Company | Policy # |
|---|---|---|---|
| Virginia Braud | 2328 Annunciation St., New Orleans, LA 70130 | Union National Fire Insurance Company | 75 17355161 |
| Vivelle Percy | 2918 Cleveland, New Orleans, LA 70119 | Union National Fire Insurance Company | 75 17399303 |
| Gwendolyn Joseph | 4428 Elba st. New Orleans, LA 70125 | Union National Insurance company | 75 1674681 |
| Nedra Scott | 10501 Curran Blvd. #440 New Orleans, LA - 70127 | Union National Life insurance Company | 75 17392891 |
| Antoinette Anderson | 2428 St. Maurice Ave., New Orleans, LA 70117 | United Fire Group | 80682565 |
| Melvin Anderson | 2428 St. Maurice Ave., New Orleans, LA 70117 | United Fire Group | 80682565 |
| James Ward | 1510 Robert E. Lee Blvd., New Orleans, LA 70122 | Unitrin Preferred Insurance Company | UP 766461 |
| Albert Rankins | 1932 St. New Orleans, LA - 70116 (Vehicle Only) | US Agencies Casualty Insurance Company | 1175660 |
| Nakeisha Cooper | 527 S. Alexander St., New Orleans, LA 70119 | USAgencies Casualty Insurance Company | 1111567 |
| Bernard Nora | 2204 Orleans Ave., New Orleans, LA 70119 | USAgencies Casualty Insurance Company | 1117425 |
| Martha Fontenot | 5018 Debore Circle, New Orleans, LA 70126 | ZC Sterling Insurance Agency | LRE 53001478 |