711281626060

2408-97-001719

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   AMERICAN NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY
      THROUGH LA SECRETARY OF STATE
      BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 _____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

_____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 _____.

SERVICE:   $_____
MILEAGE   $_____            _____
TOTAL:     $_____                    Deputy Sheriff
                                    Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2498-07-001740

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   HOMESITE INSURANCE
      THROUGH THE LOUISIANA SECRETARY OF STATE

   Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*. The petitions tell you what you are being sued for.

   You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

   If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

   This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

                                        _____
                                        Deputy Clerk of Court for
                                        Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:   $_____
MILEAGE   $_____                    _____
TOTAL:    $_____                    Deputy Sheriff
                                         Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2498

71128162 5062

2408-07-001741

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   LOUISIANA CITIZENS FAIR PLAN
      THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

----------------------------------------------------------------

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20 _____, served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:    $_____
MILEAGE     $_____          _____
TOTAL:      $_____             Deputy Sheriff
                                  Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711281625063

2408-07-001742

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney: DANIEL E BECNEL**

* Also attached are the following documents:

_____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

| | |
|---|---|
| SERVICE: | $_____ |
| MILEAGE | $_____ |
| TOTAL: | $_____ |

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2468

711281625084

2408-07-001744

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    LOUISIANA JOINT REINSURANCE PLAN
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 21 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:    $_____
MILEAGE     $_____                    _____
TOTAL:      $_____                         Deputy Sheriff
                                                 Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711281625065

2408-07-001727

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER     C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  ESSEX INSURANCE COMPANY
     THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

                                          Deputy Clerk of Court for
                                          Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

---

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 _____ and on the _____ day of _____, 20_____, served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE      $_____              Deputy Sheriff
TOTAL:       $_____           Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

71281625066

2408-07-001726

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

NUMBER

**XXXXXXXXX**
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   ENCOMPASS INSURANCE
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 23 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:   $_____
MILEAGE:   $_____
TOTAL:     $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711281825067

2408-07-001725

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER     C559574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   ELECTRIC INSURANCE COMPANY
      THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 _____ and on the _____ day of _____, 20 _____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 _____.

SERVICE:    $_____          _____
MILEAGE     $_____                  Deputy Sheriff
TOTAL:      $_____             Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001722

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   AMERICAN RELIABLE INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 22 NOV 2007.

Deputy Clerk of Court for:
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

| SERVICE: | $_____ | |
|---|---|---|
| MILEAGE | $_____ | Deputy Sheriff |
| TOTAL: | $_____ | Parish of East Baton Rouge |

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711281625069

2308-07-000440

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   ANPAC LOUISIANA INSURANCE COMPANY
THORUGH HOWARD L MURPHY
755 MAGAZINE STREET
NEW ORLEANS, LA. 70130

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____          _____
MILEAGE       $_____                Deputy Sheriff
TOTAL:        $_____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

77128782507D

# DOUG WELBORN, CLERK OF COURT
## 19th Judicial District Court
## Parish of East Baton Rouge
## P. O. Box 1991
## Baton Rouge, LA
## Phone (225)389-3960

NO. C558574 Division D

TO:   ORLEANS PARISH SHERIFFS OFFICE
      421 LOYOLA AVE
      NEW ORLEANS, LA 70112

Please find attached CITATION to be served in your parish for the above numbered suit.

Kindly make your return(s) on the duplicate(s) enclosed, and

   X    note the enclosed check for payment of service;

   ☐    send us your bill for service;

   ☐    note that this is a pauper suit and no funds are available; or

   ☐    note that this is a government suit and no funds are necessary.

This Letter was issued by the Clerk of Court for East Baton Rouge Parish on 28-NOV-2007.

                                    Thank You,

                                    _____
                                    Deputy Clerk of Court for,
                                    Doug Welborn, Clerk of Court

Requesting Attorney:  DANIEL E BECNEL
                      504 - 5361186

-----------------------------------------------------------------------

REPLY:                          DATE:_____

_____

_____

_____

_____

_____

                                By:_____

                                Deputy Sheriff, Parish of _____

                        Letter to Out Of Parish Sheriff - 5213

2408-07-061716

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   AMERICAN MODERN HOME INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 _____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

_____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 _____.

SERVICE:     $ _____
MILEAGE      $ _____           Deputy Sheriff
TOTAL:       $ _____           Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001710

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    AAA AUTO CLUB FAMILY INSURANCE
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70897

Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____

SERVICE:    $_____
MILEAGE    $_____
TOTAL:    $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001711

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   AEGIS SECURITY INSURANCE COMPANY
      THROUGH LA SECRETARY OF STATE
      BATON ROUGE, LA 70807

     Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

     You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

     If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

     This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

---

## SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20____ , served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____ .

DOMICILIARY SERVICE:  On the within named _____ , by leaving the same at his domicile in this parish in the hands of _____ , a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____ .

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20____ .

SERVICE.     $_____
MILEAGE      $_____
TOTAL:       $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001712

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    ALLSTATE INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70567

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____ .

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____ .

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

| SERVICE: | $_____ | |
|----------|-------------|---|
| MILEAGE | $_____ | Deputy Sheriff |
| TOTAL: | $_____ | Parish of East Baton Rouge |

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-061713

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    ALLSTATE INDEMNITY COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 23 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____, 20 _____ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at
_____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____        _____
MILEAGE      $_____              Deputy Sheriff
TOTAL:       $_____         Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711281625076

2408-07-001717

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    AMERICAN FAMILY HOME INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 21 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in the parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20___.

SERVICE:      $_____
MILEAGE       $_____            Deputy Sheriff
TOTAL:        $_____            Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

7112816250

2408-07-061715

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

**NUMBER    C558574 Division D**

**19th JUDICIAL DISTRICT COURT**

vs.

**PARISH OF EAST BATON ROUGE**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:    AMERICAN BANKERS INSURANCE OF FLORIDA.
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney: DANIEL E BECNEL**

*Also attached are the following documents:

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:    $_____
MILEAGE    $_____
TOTAL:    $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001718

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    AMERICAN GENERAL PROPERTY INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court.**

**Requesting Attorney: DANIEL E BECNEL**

*Also attached are the following documents:

---

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ___ and on the _____ day of _____, 20 _____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE      $_____
TOTAL:         $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001714

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    AMERICAN BANKERS INSURANCE
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

-------------------------------------------------------------------------

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 _____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 ____.

| | |
|---|---|
| SERVICE: | $_____ |
| MILEAGE | $_____ |
| TOTAL: | $_____ |

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711281625080

2408-07-001734

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   BALBOA LIFE & CASUALATY
        THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

-----------------------------------------------------------------------

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 _____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 _____.

SERVICE:   $ _____
MILEAGE   $ _____                    _____
TOTAL:     $ _____                           Deputy Sheriff
                                                Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001782

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

# FILED

NOV 2 0 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO: SECURITY PLAN FIRE INSURANCE COMPANY
THROUGH CORPORATE SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA. 70802

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 20 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

SECRETARY OF STATE: By tendering same to the within named by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____

SERVICE:     $_____
MILEAGE      $_____                           Deputy Sheriff
TOTAL:       $_____                      Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

711291072000

2408-07-001781

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER  C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

NOV 2 9 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  UNION NATIONAL FIRE INSURANCE COMPANY
THORUGH CT CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA.  70809

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007.

Deputy Clerk of Court for
g Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

CT
11-29-07

* Also attached are the following documents:

_____

_____

Received on the ____ day of _____, 20 ___ and on the _____ day of _____, 20 ___ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: _____ the within named by handing same to _____

DUE AND DILIGENT: After _____ and inquiring was unable to find the within named _____ or
his domicile, or anyone legally authorized to serve him.

RETURNED: Parish of East Baton Rouge this _____ day of _____, 20 ___

SERVICE:    $_____
MILEAGE    $_____          Deputy Sheriff
TOTAL:       $_____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001785

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19ᵗʰ JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  AUDUBON INSURANCE GROUP
     THROUGH DARRELL LLIGOOD AND JOHN CERAMI
     4150 SOUTH SHERWOOD FOREST BLVD.
     BATON ROUGE, LA.  70816

**FILED**

DEC 0 1 2007

RUTH GUIT...
E.B.R. CLERK OF COURT

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

---

### SERVICE INFORMATION:

Received on the _____ day of NOV 2 9 2007 20____ and on the _____ day of NOV 2 9 2007 _____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at 4150 SHERWOOD FOREST TO LEAH LAWRENCE

**PERSONAL**

**DOMICILIARY SERVICE:** _____ within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of NOV 2 9 2007 _____.

| | | |
|---|---|---|
| SERVICE: | $ _____ | K.W. McKeller 0760 |
| MILEAGE: | $ _____ | Deputy Sheriff |
| TOTAL: | $ _____ | Parish of East Baton Rouge |

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001742

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    CS58574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA    **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION
      THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27-NOV-2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this the _____ day of _____, 20_____.

SERVICE:        $ _____          _____
MILEAGE         $ _____          Deputy Sheriff
TOTAL:          $ _____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001744

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER  C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  LOUISIANA JOINT REINSURANCE PLAN
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 21 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the ____ day of _____, 20 ____ and on the ____ day of _____, 20 ____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20 ____

| | | |
|---|---|---|
| SERVICE: | $ | Deputy Sheriff |
| MILEAGE | $ | Parish of East Baton Rouge |
| TOTAL: | $ | |

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION 2408

2408-07-001727

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

ANPAC LA INSURANCE CO ET AL
(Defendant)

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    ESSEX INSURANCE COMPANY
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____ 20____

_____ Deputy Sheriff
Parish of East Baton Rouge

SERVICE:    $_____
MILEAGE:   $_____
TOTAL:     $_____

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001725

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

ANPAC LA INSURANCE CO ET AL
(Defendant)

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    ELECTRIC INSURANCE COMPANY
THORUGH THE  LOUISIANA  SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE:            $
MILEAGE            $
TOTAL:            $

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001726

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN E BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   ENCOMPASS INSURANCE
      THOROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____ 20 ____ and on the _____ day of _____ 20 ____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____ 20 ____

Deputy Sheriff
Parish of East Baton Rouge

SERVICE:      $
MILEAGE      $
TOTAL:

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001734

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   GENERAL INSURANCE COMPANY OF AMERICA
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

**SERVICE INFORMATION:**

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____ 20____.

SERVICE:
MILEAGE
TOTAL:        $ _____                    Deputy Sheriff
                                          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001739

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER    C558574 Division D

19ᵗʰ JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

ANPAC LA INSURANCE CO ET AL
(Defendant)

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

TO:   HARTFORD INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, the _____ day of _____, 20____

SERVICE: $_____
MILEAGE
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001732

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 04 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  FIDELITY NATIONAL INSURANCE COMPANY
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following document:

_____

SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge this 30 day of _____, 20____

SERVICE:  $_____
MILEAGE:  $_____                    Deputy Sheriff
TOTAL:    $_____                    Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001730

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    FARMERS INSURANCE COMPANY
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:        $ _____              _____
MILEAGE:       $ _____              Deputy Sheriff
TOTAL:           $ _____              Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001738

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   HANOVER INSURANCE COMPANY
THOROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29 NOV 2007

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $_____
MILEAGE:    $_____
TOTAL:      $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001736

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    GREAT AMERICAN INSURANCE COMPANY
       THOROUGH THE  LOUISIANA  SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served on the above named party as follows:

**PERSONAL SERVICE:**  On the party herein named at _____

**DOMICILIARY SERVICE:**  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:**  By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge this NOV 3 0 2007 day of _____, 20 ____.

SERVICE:    $ _____
MILEAGE
TOTAL:

JULIE NESBITT

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2488

2408-07-001729

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19ᵗʰ JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    **FIRST PREMIUM GROUP, INC.**
THOROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within the fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 2 8 NOV-2007

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ____

SERVICE:      $ _____
MILEAGE:     $ _____
TOTAL:         $ _____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION 1588

2408-07-001735

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA   FILED

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   FIDELITY NATIONAL PROPERTY AND CASUALTY
THORUGH THE  LOUISIANA  SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 23 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____ , 20____ , served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ , by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____ , 20____ .

SERVICE:     $ _____
MILEAGE     $ _____
TOTAL:        $ _____

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001731

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 04 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   FIDELITY AND DEPOSIT COMPANY OF MARYLAND
THORUGH THE  LOUISIANA  SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___, served
on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____

SERVICE:      $ _____
MILEAGE      $ _____
TOTAL:        $ _____

NOV 30 2007

made service on the Deputy Sheriff
Office of the Secretary of State through
by tendering a copy of this document to the
Parish of East Baton Rouge

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001754

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   NIC INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

**SERVICE INFORMATION:**

Received on the _____ day of _____ 20___ and on the _____ day of _____ 20___ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:   $ _____                    _____
MILEAGE                                         Deputy Sheriff
TOTAL:                                          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001762

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    SOUTHWEST BUSINESS CORPORATION
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

\*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE      $_____
MILEAGE      $_____          _____
TOTAL        $_____          Deputy Sheriff
                                  Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

NOV 30 2007

JULIE NESBIT

2408-07-001759

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    SECURITY INDUSTRIAL FIRE INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 28 NOV 2007.

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: **DANIEL E BECNEL**

*Also attached are the following documents :

SERVICE INFORMATION:

Received on the _____ day of _____, 20 ___ and on the _____ day of _____, 20 ___ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 ___.

SERVICE    $ _____
MILEAGE    $ _____          Deputy Sheriff
TOTAL:     $ _____          Parish of East Baton Rouge

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001763

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    TEACHERS INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the ____ day of _____ 20 ___ and on the ____ day of _____, 20 ____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20 ____.

SERVICE       $ _____
MILEAGE       $ _____          Deputy Sheriff
TOTAL:        $ _____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001761

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   STATE FARM INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: **DANIEL E BECNEL**

*Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $ _____
MILEAGE
TOTAL:

_____
Deputy Sheriff
Parish of East Baton Rouge

JULIE NESBITT
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001735

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   GMAC INSURANCE
      THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: **DANIEL E BECNEL**

*Also attached are the following documents: _____

_____

### SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____ 20____.

SERVICE:    $ _____
MILEAGE:    $ _____
TOTAL:      $ _____

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION .2408

NOV 30 2007

JULIE NESBITT

2408-07-001760

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA    **FILED**

ANPAC LA INSURANCE CO ET AL
(Defendant)

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    STATE FARM FIRE AND CASUALATY COMPANY
       THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on ___ NOV 2007

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

### SERVICE INFORMATION:

Received on the ____ day of _____, 20 ___ and on the ____ day of _____, 20 ____ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20 ____.

SERVICE:     $ _____ Deputy Sheriff
MILEAGE      Parish of East Baton Rouge
TOTAL:

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION - 2408

2408-07-001764

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    TRAVELERS INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29 NOV 2007.

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the ____ day of _____, 20___ and on the ____ day of _____, 20___, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

_____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20_____.

SERVICE:
MILEAGE
TOTAL:           $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001766

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

ANPAC LA INSURANCE CO ET AL
(Defendant)

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

TO:   UNDERWRITERS AT LLOYD'S OF LONDON
THROUGH THE LOUISIANA SECRETARY OF STATE

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____ 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

| SERVICE: | $ |
| MILEAGE | $ |
| TOTAL: | $ |

Deputy Sheriff
Parish of East Baton Rouge

NOV 3 0 2007

JULIE NESBITT
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001765

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

**vs.**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST B~~ATON ROUGE~~ (E)

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    TWIN CITY FIRE INSURANCE COMPANY
       THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007.

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents :

_____

### SERVICE INFORMATION:

Received on the ____ day of _____, 20___ and on the ____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge this ____ day of _____, 20____.

SERVICE:    $ _____
MILEAGE:    $ _____
TOTAL:      $ _____

_____ Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001773

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

**NUMBER    C558574 Division D**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

*FILED*

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   NATIONAL LLOYD'S INSURANCE COMPANY
      THROUGH THE LOUISIANA SECRETARY OF STATE

   Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

   You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

   If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

   This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007.

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court.**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

_____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent them.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

| | |
|---|---|
| **SERVICE:** | |
| **MILEAGE** | $ _____ |
| **TOTAL:** | $ _____ |

_____ Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001713

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   ALLSTATE INDEMNITY COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 29 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

_____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

_____
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:   $
MILEAGE
TOTAL:

ORIGINAL SUPPLEMENTAL AND AMENDED CITATION -2408