2408-07-001712

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    ALLSTATE INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:
_____

### SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE:    $ _____
MILEAGE    $ _____          Deputy Sheriff
TOTAL:     $ _____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001719

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

VS.

PARISH OF EAST BATON ROUGE

**FILED**

ANPAC LA INSURANCE CO ET AL
(Defendant)

STATE OF LOUISIANA    DEC 0 4 2007

BARBARA THOMASSIE
CLERK OF COURT

TO:    AMERICAN NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

---

### SERVICE INFORMATION:

Received on the _____ day of _____ 20 ____ and on the _____ day of _____ 20 ____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ____

SERVICE:        Deputy Sheriff
MILEAGE        Parish of East Baton Rouge
TOTAL:    $ _____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001740

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    HOMESITE INSURANCE
       THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____ 20____

| | |
|---|---|
| SERVICE | $ |
| MILEAGE | $ |
| TOTAL: | $ |

NOV 3 0 2007

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

JULIE NESBITT
Deputy Sheriff, Parish of East Baton Rouge, Louisiana
by tendering a copy of the document sued on to the named party through the Secretary of State

2408-07-001721

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AMERICAN SOUTHERN HOME INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleadings within
fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ____

SERVICE    $ _____
MILEAGE    $ _____          Deputy Sheriff
TOTAL:    $ _____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001716

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  AMERICAN MODERN HOME INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA. 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

### SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20____

SERVICE: $____
MILEAGE: $____          Deputy Sheriff
TOTAL: $____            Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001720

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

**NUMBER**    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AMERICAN SECURITY INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

## SERVICE INFORMATION:

Received on the ____ day of _____, 20___ and on the _____ day of _____, 20___ served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to : _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20___.

NOV 3 0 2007

SERVICE:    $ ____
MILEAGE                        Deputy Sheriff
TOTAL:                          Parish of East Baton Rouge

JULIE NESBITT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001724

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 04 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    BALBOA LIFE & CASUALATY
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29 NOV 2007

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $ _____
MILEAGE   $ _____         Deputy Sheriff
TOTAL:                      Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001723

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    ARMED FORCES INSURANCE EXCHANGE
THORUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27-NOV-2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:
_____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20___ and on the _____ day of _____ 20___ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20___.

SERVICE:
MILEAGE                               _____
TOTAL:                                Deputy Sheriff
                                      Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001722

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AMERICAN RELIABLE INSURANCE COMPANY
       THROUGH LA SECRETARY OF STATE
       BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile; or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ____.

SERVICE
MILEAGE
TOTAL:

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001780

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

ANPAC LA INSURANCE CO ET AL
(Defendant)

STATE OF LOUISIANA

FILED

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    FARMERS INSURANCE EXCHANGE
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 ____.

SERVICE:
MILEAGE:                                        Deputy Sheriff
TOTAL:                                        Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001779

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27-NOV-2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the within
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

_____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE    $ _____
MILEAGE    $ _____
TOTAL:     $ _____

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001710

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AAA AUTO CLUB FAMILY INSURANCE
        THROUGH LA SECRETARY OF STATE
        BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29 NOV 2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ____

SERVICE:    $ _____
MILEAGE    $ _____                    Deputy Sheriff
TOTAL:      $ _____                    Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001786

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

NUMBER    C558574 Division D

**LYNN K BAILEY**
(Plaintiff)

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

**FILED**

STATE OF LOUISIANA

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   SEABURY & SMITH, INC.
      THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or: his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20___.

SERVICE:  $ _____          _____
MILEAGE:  $ _____          Deputy Sheriff
TOTAL:    $ _____          Parish of East Baton Rouge

JULIE NESBIT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001772

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ~~ROUGE~~ **FILED**

STATE OF LOUISIANA

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AIG CLAIMS SERVICES PROPERTY AND CASUALTY
       THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this NOV 3 0 2007 day of _____, 20____

SERVICE         $_____
MILEAGE         $_____        Deputy Sheriff
TOTAL:                          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001776

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    UNION NATIONAL LIFE
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge this _____ day of _____, 20____.

SERVICE: $_____
MILEAGE
TOTAL:

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001775

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    LIBERTY MUTUAL FIRE INSURANCE COMPANY
       THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE:
MILEAGE
TOTAL:

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001774

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   US AGENCIES CASUALTY INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, the _____ day of _____, 20____.

SERVICE:      $ _____          _____ Deputy Sheriff
MILEAGE      $ _____          Parish of East Baton Rouge
TOTAL:        $ _____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001728

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19ᵗʰ JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  COMMONWEALTH LAND TITLE INSURANCE COMPANY
      THORUGH THE LOUISIANA SECRETARY OF STATE

    Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

    You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

    If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

    This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007

                                      Deputy Clerk of Court for
                                    Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____, or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

                                 _____
                                 Deputy Sheriff

SERVICE:    $_____
MILEAGE    $_____                 Parish of East Baton Rouge
TOTAL:      $_____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001758

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    SCOTTSDALE INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 28 NOV 2007

_____
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents: _____

SERVICE INFORMATION:

Received on the ____ day of _____, 20___ and on the ____ day of _____, 20___ served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** by tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20___

| | |
|---|---|
| **SERVICE:** | $_____ |
| **MILEAGE** | $_____ |
| **TOTAL:** | $_____ |

_____
**Deputy Sheriff**
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001748

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  LIBERTY MUTUAL INSURANCE COMPANY
     THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

_Deputy Clerk of Court_
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, unable to find the within named _____ or his domicile, or anyone legally authorized to represent him. _____

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:  $_____
MILEAGE  $_____          Deputy Sheriff
TOTAL:   $_____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001755

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    THE REPUBLIC GROUP
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on _____

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney: DANIEL E BECNEL**

*Also attached are the following documents:

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE, By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE:    $_____
MILEAGE    $_____                    Deputy Sheriff
TOTAL:    $_____                    Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001750

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

VS.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   MET LIFE AUTO AND HOME
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

_____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge this _____ day of _____, 20____.

SERVICE:    $_____
MILEAGE    $_____                    Deputy Sheriff
TOTAL:      $_____                    Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001757

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

**NUMBER   C558574 Division D**

**19th JUDICIAL DISTRICT COURT**

**vs.**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

FILED

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   **SAFECO INSURANCE COMPANY**
**THROUGH THE LOUISIANA SECRETARY OF STATE**

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 2 NOV 2007

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: **DANIEL E BECNEL**

* Also attached are the following documents: _____

### SERVICE INFORMATION:

Received on the _____ day of _____ 20___ and on the _____ day of _____ 20___, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** Defending same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____ 20___

SERVICE:   $_____
MILEAGE:  $_____       _____
TOTAL:    $_____       Deputy Sheriff
                            Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001747

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   LEXINGTON INSURANCE COMPANY
      THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____, 20____ served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named in _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $ _____
MILEAGE:   $ _____        Deputy Sheriff
TOTAL:     $ _____        Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001749

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    MARKEL INTERNATIONAL INSURANCE COMPANY , LTD
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 29-NOV-2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

_____

SERVICE INFORMATION:

Received on the ____ day of _____ 20____ and on the ____ day of _____ 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge this ____ day of _____ 20____

| | |
|---|---|
| SERVICE: | $ _____ |
| MILEAGE | $ _____ |
| TOTAL: | $ _____ |

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001753

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   NATIONAL SECURITY FIRE & CASUALTY COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

### SERVICE INFORMATION:

Received on the ____ day of _____ 20___ and on the ____ day of _____, 20____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20____.

SERVICE:    $_____
MILEAGE    $_____          Deputy Sheriff
TOTAL:     $_____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

061081000

2408-07-001751

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   MERITPLAN INSURANCE COMPANY
      THROUGH THE LOUISIANA SECRETARY OF STATE

      Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*. The petitions tell you what you are being sued for.

      You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

      If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

      This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 28 NOV 2007.

                                        _____
                                        Deputy Clerk of Court for
                                        **Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

**SERVICE INFORMATION:**

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at
_____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____ 20____.

SERVICE:   $ _____
MILEAGE:   $ _____              _____
TOTAL:     $ _____              Deputy Sheriff
                                      Parish of East Baton Rouge

          ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001777

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

**vs.**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  HARTFORD INSURANCE COMPANY OF MIDWEST
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 28 NOV 2007

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

---

## SERVICE INFORMATION:

Received on the _____ day of _____ 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

**SERVICE:**
**MILEAGE:**                                     Deputy Sheriff
**TOTAL:**                              Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001767

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  **UNITED FIRE GROUP**
**THROUGH THE LOUISIANA SECRETARY OF STATE**

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: **DANIEL E BECNEL**

* Also attached are the following documents: _____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this NOV 3 0 2007 day of _____, 20____

SERVICE:
MILEAGE:
TOTAL:

_____
Deputy Sheriff
Parish of East Baton Rouge

JULIE NESBITT

SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001770

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 04 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   Z.C. STERLING
      THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ NOV 30 2007 day of _____, 20____.

SERVICE: $ _____
MILEAGE _____
TOTAL: _____

Deputy Sheriff
Parish of East Baton Rouge

JULIE NESBITT

ORIGINAL SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001769

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    USAA CASUALTY INSURANCE COMPANY
    THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20__ and on the _____ day of _____, 20__ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

_____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20__.

SERVICE:
MILEAGE    $ _____        Deputy Sheriff
TOTAL:    $ _____        Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001771

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    REPUBLIC WESTERN INSURNCE COMPANY
       THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV, 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

### SERVICE INFORMATION:

Received on the _____ day of _____, 20 ___ and on the _____ day of _____, 20_____ served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:        $ _____                    Deputy Sheriff
MILEAGE         $ _____                    Parish of East Baton Rouge
TOTAL:          $ _____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001768

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
B.R. CLERK OF COURT

TO:    UNITRIN PREFERRED INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 27 NOV 2007.

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

NOV 30 2007

JULIE NESBITT

SERVICE:
MILEAGE    $
TOTAL:      $

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001711

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  AEGIS SECURITY INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20____

SERVICE  $_____
MILEAGE  $_____
TOTAL:

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001746

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    LOUISIANA CITIZENS COASTAL PLAN
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 7 NOV 2007.

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents: _____

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE:     $ _____
MILEAGE:    $ _____
TOTAL:        $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001784

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   DIRECT GENEERAL INSURANCE COMPANY OF LOUISIANA
      THROUGH CAROLYN NOLTE
      10225 FLORIDA BLVD.
      BATON ROUGE, LA  70815

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 30 NOV 2007.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the 29 day of _NOV_, 20 07 and on the 29 day of _NOV_, 20 07, served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _10225 Florida Blvd._

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED; Parish of East Baton Rouge, this _30_ day of _NOV_, 20 07.

_____
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:   $ _____
MILEAGE   $ _____
TOTAL:     $ _____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001783

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## FILED

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    LOUISIANA FARM BUREAU,
THROUGH BOB WARNER, JR. ANN METRAILER
AND WYNNE JACOBS
9516 AIRLINE HIGHWAY
BATON ROUGE, LA. 70815

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the 29 day of nou , 20 07 and on the 30 day of nou , 20 07, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at 9516 Airline Hwy.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this 30 day of nou , 20 07.

0577

SERVICE:     $ _____
MILEAGE:     $ _____          Deputy Sheriff
TOTAL:       $ _____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

308-07-000441

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   IMPERIAL FIRE & CASUALTY INSURANCE COMPANY
      THROUGH DIRK BOUDREAUX AND SCOTT PITRE
      4670 SERVICE ROAD
      OPELOUSAS, LA.   70570

      Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*.  The petitions tell you what you are being sued for.

      You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

      If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

      This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

                                                    _____
                                                    Deputy Clerk of Court for
                                                    Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $_____
MILEAGE    $_____                    _____
TOTAL:      $_____                        Deputy Sheriff
                                               Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

ST. LANDRY PARISH
PERSONAL/DOMICILIARY
DATE: _____
TIME: _____
PERSON: _____
DEPUTY: _____



ST. LANDRY PARISH SHERIFF
P. O. BOX 1029
OPELOUSAS, LA  70570

NOVEMBER  30, 2007
PAGE    1

E. BATON ROUGE PAR. CLERK OF COURT
P.. O. BOX 1991
BATON ROUGE, LA 70821-1991


SUIT NO.      558574      LYNN K BAILEY
                          ANPAC LA INSURANCE CO ETAL


PARISH  81                 I N V O I C E
                                              CHARGE        BALANCE
------------------------------------------------------------------------
DATE   DESCRIPTION
                                              21.00        21.00-
/29/07 SUPP. & AMEND. PET.
       IMPERIAL FIRE & CASUALTY INS C
       O THRU AGT DIRK BOUDREAUX & SC
QUESTOR: 70084 /THRU LYNN
       SERVED 11/29/07 - PERSONAL
                                                            21.00

       **TOTAL DUE THIS INVOICE**

*******PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

2408-07-001715

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AMERICAN BANKERS INSURANCE OF FLORIDA
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended
Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at
the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within
fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20___

SERVICE:
MILEAGE    Deputy Sheriff
TOTAL:    Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001714

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:    AMERICAN BANKERS INSURANCE
        THROUGH LA SECRETARY OF STATE
        BATON ROUGE, LA 70307

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge this _____ day of _____, 20____

SERVICE: _____
MILEAGE _____
TOTAL: $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001717

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER   C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE,
E.B.R. CLERK OF COURT

TO:   AMERICAN FAMILY HOME INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court.

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

_____

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ___ and on the _____ day of _____, 20 ____, served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or, his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 ____.

_____
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:
MILEAGE
TOTAL:       $

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001718

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

LYNN K BAILEY
(Plaintiff)

vs.

ANPAC LA INSURANCE CO ET AL
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:  AMERICAN GENERAL PROPERTY INSURANCE COMPANY
     THROUGH LA SECRETARY OF STATE
     BATON ROUGE, LA 70807

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

## SERVICE INFORMATION:

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____          Deputy Sheriff
TOTAL: $_____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

2408-07-001741

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

**vs.**

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA    **FILED**

DEC 0 4 2007

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO:   LOUISIANA CITIZENS FAIR PLAN
THROUGH THE LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007.

_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

_____

**SERVICE INFORMATION:**

Received on the ___ day of _____ 20___ and on the ___ day of _____, 20___ served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___ day of _____, 20___.

_____
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:
MILEAGE
TOTAL:       $_____

JULIE NESBIT

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

08-07-000442

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

NUMBER   C558574 Division D

**LYNN K BAILEY**
(Plaintiff)

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

vs.

STATE OF LOUISIANA

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

TO:  LAFAYETTE INSURANCE COMPANY
THROUGH LEO WEGMANN
2800 VETERANS BLVD., STE. 253
METAIRIE, LA.  70002

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*.  The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27-NOV-2007.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

* Also attached are the following documents:

SERVICE INFORMATION:

_____, 20____ and on the _____ day of _____, 20_____, served
Received on the _____ day of _____
on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____ or

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

_____
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:   $_____
MILEAGE:   $_____
TOTAL:     $_____

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

07 DEC -4 PM 1:53

00008800712

23 8-07-000440

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**LYNN K BAILEY**
(Plaintiff)

vs.

**ANPAC LA INSURANCE CO ET AL**
(Defendant)

NUMBER    C558574 Division D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  ANPAC LOUISIANA INSURANCE COMPANY
     THROUGH HOWARD L MURPHY
     755 MAGAZINE STREET
     NEW ORLEANS, LA. 70130

ENTERED

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Government Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 27 NOV 2007

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DANIEL E BECNEL

*Also attached are the following documents:

## SERVICE INFORMATION:

Received on the ____ day of _____, 20__ and on the 3 day of DEC 2007, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at AGENT HOWARD MURPHY

**DOMICILIARY SERVICE:** On the within named _____ by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20__

SERVICE:  $_____
MILEAGE  $_____
TOTAL:   $_____

C martin 138
Deputy Sheriff
Parish of East Baton Rouge  ORLEANS
930 am

CIVIL SHERIFF'S OFFICE 2007 NOV 30 P 1:50 RECEIVED

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408