APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acosta | Karen | 18CQ04871 | 3217 Jacob Drive, Chalmette 70043 | Chalmette | $0.00 | | $29,389.00 | | $0.00 | $29,389.00 | $29,389.00 |
| Adams | Charles & Gwendolyn | 18-C5-3124-9 | 3426 MANDEVILLE ST, NOLA | New Orleans | $92,900.00 | $1,378.90 | $71,626.00 | $700.00 | $91,521.10 | $70,926.00 | $162,447.10 |
| Adams | Cherita & Michael | 18EQ-1609-5 | 7107 West Haven Rd, NOLA 70126 | New Orleans | $165,500.00 | $10,159.33 | $124,994.00 | $1,050.00 | $155,340.67 | $123,944.00 | $279,284.67 |
| Adams | Debra | 18-48-0369-2 | 7540 Wave Dr | New Orleans | $118,000.00 | $20,746.34 | $89,120.00 | | $97,253.66 | $89,120.00 | $186,373.66 |
| Allen-Perkins | Catherine | 18-CR-4762-1 | 6072 KUEBEL DR, NOLA | New Orleans | $135,500.00 | $10,534.05 | $102,540.00 | $11,919.07 | $124,965.95 | $90,620.93 | $215,586.88 |
| Amedee | Walter | 18481133F | 7301 Briarheath Dr, NOLA 70128 | New Orleans | $127,900.00 | $26,871.74 | $96,596.00 | $5,750.00 | $101,028.26 | $90,846.00 | $191,874.26 |
| Angelety-Ferrier | Iris | 18-42-0222-8 | 1326 MITHRA ST | New Orleans | $109,500.00 | | $82,700.00 | $291.89 | $109,500.00 | $82,408.11 | $191,908.11 |
| Angelo | Lorraine | 18-P0-7064-8 | 1820 Aycock St, Arabi 70032 | Arabi | $73,100.00 | | $55,483.00 | | $73,100.00 | $55,483.00 | $128,583.00 |
| Armstrong | Michael | 18C615566 | 5053 Good Dr, NOLA 70127 | | $78,700.00 | $19,454.26 | $60,678.00 | $424.73 | $59,245.74 | $60,253.27 | $119,499.01 |
| Arrigo | Karen | 18-B9-8291-4 | 420 S. Patrick St, NOLA 70119 | New Orleans | $160,700.00 | $67,029.35 | $115,640.00 | $5,399.54 | $93,670.65 | $110,240.46 | $203,911.11 |
| Ash | Tanja & Aaron | 18-E0-2532-5 | 7540 Primrose Dr, NOLA 70118 | New Orleans | $112,100.00 | $20,550.89 | $62,210.00 | $899.25 | $91,549.11 | $61,310.75 | $152,859.86 |
| Auglair | Allen | 18-C2-0812-9 | 5513 Berne St, Metairie 70003 | Metairie | $120,900.00 | $21,730.24 | $91,763.00 | | $99,169.76 | $91,763.00 | $190,932.76 |
| Ballard | Hattie | 18-47-2345-2 | 6225 N GALVEZ ST | New Orleans | $98,400.00 | | $74,686.00 | | $98,400.00 | $74,686.00 | $173,086.00 |
| Baudin | Susan & Michael | 18-C9-0136-0 | 1048 Landry Ct, Meraux, LA | Meraux | $239,700.00 | $32,795.53 | $181,393.00 | $1,050.00 | $206,904.47 | $180,343.00 | $387,247.47 |
| Berthelot | Jean | 18-EP-7212-6 | 1812 N. Rampart #D, NOLA 70116 | New Orleans | $0.00 | | $20,600.00 | | $0.00 | $20,600.00 | $20,600.00 |
| Bierria | Errol & Rosemary | 18-29-3606-0 | 7400 Horizon Dr, NOLA 70129 | | $108,700.00 | $23,584.16 | $82,503.00 | | $85,115.84 | $82,503.00 | $167,618.84 |
| Bladsacker | Laura | 98-EL-4990-3 | 171 SKETCHLERS LN | Port Sulphur | $75,000.00 | $1,028.28 | $3,750.00 | $2,500.00 | $73,971.72 | $1,250.00 | $75,221.72 |
| Blanchard | Geraldine | 18-64-2953-6 | 6001 Warrington Dr, NOLA 70122 | New Orleans | $82,600.00 | $6,486.98 | $46,702.00 | $350.00 | $76,113.02 | $46,352.00 | $122,465.02 |
| Botsay | Donald Jr | 18-C6-7024-3 | 4512 Bienville St, NOLA 70119 | New Orleans | $121,300.00 | $7,927.04 | $92,067.00 | $500.00 | $113,372.96 | $91,567.00 | $204,939.96 |
| Boykins | Amy | 18-EO-1678-3 | 10730 Dwyer Rd | New Orleans | $81,800.00 | $14,146.25 | $58,863.00 | $350.00 | $67,653.75 | $58,513.00 | $126,166.75 |
| Brown | Jacquelyn | 18EM65784 | 2404 St. Maurice Ave | New Orleans | $47,900.00 | $1,422.92 | $36,248.00 | | $46,477.08 | $36,248.00 | $82,725.08 |
| Brunious | Sonja | 18CN39741 | 4816 Pauger Street, NOLA 70122 | New Orleans | $93,200.00 | $11,256.10 | $71,857.00 | $2,725.00 | $81,943.90 | $69,132.00 | $151,075.90 |

PENGAD 800-631-6989

DEFENDANT'S EXHIBIT NO. 3

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buisson | Barry | 18-47-1194-9 | 1832 Suzi Dr, St. Bernard, 70085 | St. Bernard | $15,000.00 | $15,000.00 | $16,000.00 | $3,357.50 | $0.00 | $12,642.50 | $12,642.50 |
| Burke | Karl | 18-BB02212-5 | 775 Geramin St, NOLA 70124 | New Orleans | $129,500.00 | $23,047.24 | $97,999.00 | $9,924.14 | $106,452.76 | $88,074.86 | $194,527.62 |
| Bustamante | Edwin | 18-CR-0253-7 | 6026 St. Anthony Ave, NOLA 70122 | New Orleans | $103,000.00 | | $77,945.00 | $710.25 | $103,000.00 | $77,234.75 | $180,234.75 |
| Callahan | Michael & Edna | 18-910857-8 | 6645 Benedict Dr, Marrero 70072 | Marrero | $84,000.00 | $22,075.91 | $66,150.00 | | $61,924.09 | $66,150.00 | $128,074.09 |
| Campo | Eric | 18-BB-0629-0 | 305 Eden Isles Blvd, Slidell 70458 | Slidell | $184,100.00 | $3,593.40 | $139,042.00 | | $180,506.60 | $139,042.00 | $319,548.60 |
| Campo | Patrick | 18-BY-9716-7 | 2626 South Lake Blvd, Violet 70092 | Violet | $102,800.00 | $28,951.59 | $77,794.00 | $2,180.00 | $73,848.41 | $75,614.00 | $149,462.41 |
| Canzoneri | Vincent | 18-73-1987-6 | 2237 Venus Pl, Meraux 70075 | Meraux | $76,900.00 | $13,120.33 | $58,194.00 | $1,000.00 | $63,779.67 | $57,194.00 | $120,973.67 |
| Cardon | Barry | 18-41-2968-OF | 3313 Acord Dr, Violet 70092 | Violet | $126,200.00 | $12,719.82 | $95,502.00 | $700.00 | $113,480.18 | $94,802.00 | $208,282.18 |
| Carney | Patricia | 18-17-5550-7 | 14051 Quail Creek, NOLA 70128 | | $91,900.00 | $5,660.54 | $69,545.00 | $400.00 | $86,239.46 | $69,145.00 | $155,384.46 |
| Carney | Patricia | 18-ES-7570-4 | 7630 Dune Drive, NOLA 70128 | New Orleans | $123,000.00 | $20,818.16 | $92,896.00 | $400.00 | $102,181.84 | $92,496.00 | $194,677.84 |
| Carroll | Barbara | 181523556 | 327 28th St, NOLA 70124 | New Orleans | $206,700.00 | $2,817.25 | $115,049.00 | | $203,882.75 | $115,049.00 | $318,931.75 |
| Carter | Venice & Clarence | 18-51-2423-5 | 3651 Clematis Ave, NOLA 70122 | | $97,000.00 | $3,481.80 | $54,844.00 | $657.67 | $93,518.20 | $54,186.33 | $147,704.53 |
| Carter | Wanny | 18C304565 | 3215 MISTLETOE ST NOLA 70118-1849 | New Orleans | $165,500.00 | $22,959.92 | $125,242.00 | $1,200.00 | $142,540.08 | $124,042.00 | $266,582.08 |
| Chartier | Adam & Shirley | 18-59-2160-4 | 291 Caroline Drive | Port Sulphur | $67,500.00 | $22,858.73 | $37,459.00 | $300.00 | $44,641.27 | $37,159.00 | $81,800.27 |
| Chedville | Nicholas & Diane | 18-13-2721-8 | 155 Sketchlens Lane | Port Sulphur | $83,200.00 | $27,419.30 | $62,962.00 | | $55,780.70 | $62,962.00 | $118,742.70 |
| Chestnut | Troy | 18C330180 | 9 Christopher, NOLA 70128 | New Orleans | $81,000.00 | $14,088.82 | $61,175.00 | $500.00 | $66,911.18 | $60,675.00 | $127,586.18 |
| Clark | Nicole | 98-C9-3350-6 | 3321-23 Jupiter Dr | Chalmette | $148,400.00 | $9,780.06 | $7,420.00 | | $138,619.94 | $7,420.00 | $146,039.94 |
| Claverie | Karen | 18-CG-5719-8 | 2213 Torres Dr, | St. Bernard | $60,000.00 | $9,325.92 | $45,405.00 | $786.63 | $50,674.08 | $44,618.37 | $95,292.45 |
| Cordier | Ronald | 18-C8-2373-1 | 7236-38 Warfield St, NOLA 70126 | New Orleans | $119,400.00 | $11,664.84 | $90,356.00 | $1,607.34 | $107,735.16 | $88,748.66 | $196,483.82 |
| Cormier | Kevin | 18EA00692 | 7607 Tricia Ct, NOLA 70128 | New Orleans | $101,700.00 | $20,398.75 | $76,961.00 | | $81,301.25 | $76,961.00 | $158,262.25 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cowart | Albertha | 18R487-696 | 7531 DUNE DR, NOLA 70128 | | $124,100.00 | $16,062.68 | $93,727.00 | $750.00 | $108,037.32 | $92,977.00 | $201,014.32 |
| Cravinas | Monica | 18-EQ-1791-9 | 1931 FRENCHMEN ST, NOLA | NEW ORLEANS LA | $0.00 | | $20,600.00 | | $0.00 | $20,600.00 | $20,600.00 |
| Curtis | Patricia & John | 18-C2-8468-6 | 6518 Virgilian St, NOLA 70126 | New Orleans | $101,100.00 | $13,459.69 | $76,507.00 | $600.00 | $87,640.31 | $75,907.00 | $163,547.31 |
| Dalton | Charles & Betty | 18-57-4766-8 | 7434 Kenyon Rd, NOLA 70127 | New Orleans | $108,900.00 | $13,386.67 | $83,962.00 | $1,300.00 | $95,513.33 | $82,662.00 | $178,175.33 |
| Dauterive | Michael & Shelly | 18CR37000 | 3513 St. Marie St, Meraux 70075 | Meraux | $23,000.00 | $15,274.47 | $17,250.00 | $3,945.00 | $7,725.53 | $13,305.00 | $21,030.53 |
| Davis | Alicia | 18-C5-8995-1 | 7044 Milne Blvd, NOLA 70124 | | $108,500.00 | $16,335.66 | $83,654.00 | $950.00 | $92,164.34 | $82,704.00 | $174,868.34 |
| Davis | Wilda | 18-BZ-1163-6 | 1735 ALVAR ST | New Orleans | $67,600.00 | $25,113.13 | $51,156.00 | $350.00 | $42,486.87 | $50,806.00 | $93,292.87 |
| Debose | RUndolph | 18-17-7467-2 | 7330 Briarheath Dr, NOLA 70128 | New Orleans | $136,200.00 | $364.25 | $103,069.00 | $1,000.00 | $135,835.75 | $102,069.00 | $237,904.75 |
| Ducros | John | 98-25-8599-0 | 2913 Palmetto St | Chalmette | $76,300.00 | $223.00 | $3,815.00 | | $76,077.00 | $3,815.00 | $79,892.00 |
| Ducros | John | 98-25-8599-0 | 2913 Palmetto St | Chalmette | $76,300.00 | $8,335.11 | $3,815.00 | | $67,964.89 | $3,815.00 | $71,779.89 |
| Dumas | Camilla | 18-01-3619-8 | 16 Brownlee Ct, NOLA 70128 | New Orleans | $103,800.00 | $16,433.50 | $58,689.00 | $600.00 | $87,366.50 | $58,089.00 | $145,455.50 |
| Dunn | Hernanese | 18C640582 | 8800 I-10 Service Rd #26, NOLA 70127 | New Orleans | $0.00 | | $38,522.00 | | $0.00 | $38,522.00 | $38,522.00 |
| Eblen | John | 18-BX9709-0 | 1528 Athis St, NOLA 70122 | New Orleans | $121,300.00 | $46,141.88 | $91,794.00 | $2,845.00 | $75,158.12 | $88,949.00 | $164,107.12 |
| Essex | Charles | 18-51-4102-7 | 2809 MILAN | New Orleans | $101,100.00 | $23,892.47 | $56,272.00 | $600.00 | $77,207.53 | $55,672.00 | $132,879.53 |
| Fasic | Anna (Addnl Intrst) | 18-473175-2 | 7039 General Haig St, NOLA 70124 | New Orleans | $107,900.00 | $37,700.38 | $81,653.00 | $10,804.18 | $70,199.62 | $70,848.82 | $141,048.44 |
| Fleetwood | Justin | 18-CF-3131-6 | 2117 PELITERE DR | St Rose | $86,900.00 | $9,566.65 | $62,811.00 | $250.00 | $77,333.35 | $62,561.00 | $139,894.35 |
| Ford | Almarie | 185122155 | 7071 Ridgefield Rd, Apt 65, NOLA 70128 | | $121,700.00 | $18,531.98 | $95,839.00 | $4,100.00 | $103,168.02 | $91,739.00 | $194,907.02 |
| Francisco | Duke | 181762222 | 7085 Edgefield Dr, NOLA 70128 | | $132,400.00 | $9,734.33 | $100,194.00 | $3,742.39 | $122,665.67 | $96,451.61 | $219,117.28 |
| Gasper, Jr. | Edward | 98-CE-9910-3 | 1321 Charbonnet St, NOLA 70117+ | New Orleans | $72,100.00 | $6,684.83 | $3,605.00 | | $65,415.17 | $3,605.00 | $69,020.17 |
| Giardina | David & Mary Ann | 18-56-1532-7 | 1808 Schnell Dr, Arabi 70032 | | $87,300.00 | $26,965.10 | $64,166.00 | | $60,334.90 | $64,166.00 | $124,500.90 |
| Glass | Mervin and Yvette | 18-75-1174-6 | 182 MILAN DR | Port Sulphur | $85,100.00 | $38,096.94 | $60,285.00 | $1,000.00 | $47,003.06 | $59,285.00 | $106,288.06 |

12/21/07

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gleason | James & Darlene | 18-E1-0215-3 | 1720 TRICOU ST, NOLA | New Orleans | $74,900.00 | $6,744.42 | $56,849.00 | $1,200.00 | $68,155.58 | $55,649.00 | $123,804.58 |
| Green | George | 18-E1-0452-4 | 3378 De Saix Blvd, NOLA 70119 | New Orleans | $89,000.00 | $6,321.89 | $67,351.00 | $2,500.00 | $82,678.11 | $64,851.00 | $147,529.11 |
| Grefer | Archie | 18CT24009 | 6504 General Biaz St, NOLA 70124 | New Orleans | $275,300.00 | $8,037.16 | $208,953.00 | $1,463.00 | $267,262.84 | $207,490.00 | $474,752.84 |
| Gregory | Benjamin | 18-CY6379-8 | 2404 CLOUET ST | New Orleans | $78,200.00 | $33,580.24 | $55,397.00 | $1,780.00 | $44,619.76 | $53,617.00 | $98,236.76 |
| Gueringer | Tanya | 18-07-2909-5 | 4518 CORONADO DR | New Orleans | $102,300.00 | $21,874.30 | $57,840.00 | $1,500.00 | $80,425.70 | $56,340.00 | $136,765.70 |
| Harris | Donnie & Artruly | 18-51-1885-4 | 1608 WAKEFIELD DR MARRERO LA 70072-4417 | Marrero | $91,500.00 | $16,943.09 | $51,734.00 | $800.00 | $74,556.91 | $50,934.00 | $125,490.91 |
| Hartford | Nathaniel | 18E118880 | 5119 Sandhurst Dr, NOLA 70126 | New Orleans | $84,900.00 | $7,819.45 | $64,248.00 | $3,345.00 | $77,080.55 | $60,903.00 | $137,983.55 |
| Hauck | Diana | 18BB06086 | 2405 Judy Dr, Maraux 70075 | Meraux | $104,900.00 | $22,394.57 | $80,878.00 | $800.00 | $82,505.43 | $80,078.00 | $162,583.43 |
| Hebert | Ransdell | 18-75-5670-3 | 4917 Maid Marian Dr, NOLA 70128 | New Orleans | $96,700.00 | $26,609.51 | $73,178.00 | | $96,700.00 | $73,178.00 | $169,878.00 |
| Hebert | Ronald | 18-46-3534-2 | 2411 BUFFON ST, CHALMETTE | CHALMETTE | $96,200.00 | $26,609.51 | $74,170.00 | | $69,590.49 | $74,170.00 | $143,760.49 |
| Hill | Rodney & Virginia | 18-07-5931-4 | 4917 Chantilly Dr, NOLA 70126 | New Orleans | $112,300.00 | $12,734.22 | $80,811.00 | | $99,565.78 | $80,811.00 | $180,376.78 |
| Hocke | Carol | 18-BF-0008-2 | 2221 Etienne Dr, Meraux 70075 | Meraux | $190,000.00 | $4,948.96 | $146,490.00 | $750.00 | $185,051.04 | $145,740.00 | $330,791.04 |
| Honore | Nona & James | 18-22-2622-7 | 5779 Louis Prima Dr West, NOLA 70128 | New Orleans | $125,600.00 | $32,344.53 | $72,534.00 | $3,584.00 | $93,255.47 | $68,950.00 | $162,205.47 |
| Hunt | Billie | 18-CY-3356-7 | 3551 Red Bud St, Zachary 70791 | Zachary | $162,100.00 | $358.70 | $122,791.00 | $250.00 | $161,741.30 | $122,541.00 | $284,282.30 |
| Igidi | Deborah | 18-EV-3995-8 | 500 Wall Blvd, Apt 94, Gretna 70056 | Carrolton | $0.00 | | $20,080.00 | $8,655.56 | $0.00 | $11,424.44 | $11,424.44 |
| Jackson | Elaine & Freeman | 18-76-0907-4 | 8400 ABERDEEN RD, NOLA | NEW ORLEANS LA | $121,700.00 | $26,410.72 | $92,096.00 | $275.00 | $95,289.28 | $91,821.00 | $187,110.28 |
| James | Carlo Jr | 18-BQ-0120-3 | 2417 Rosetta Dr, Chalmette 70043 | | $88,700.00 | $11,703.61 | $67,124.00 | $1,000.00 | $76,996.39 | $66,124.00 | $143,120.39 |
| James | Gloria | 18-17-5585-1 | 4501-03 Bonita Dr, NOLA 70126 | New Orleans | $129,300.00 | $27,186.85 | $97,848.00 | $411.25 | $102,113.15 | $97,436.75 | $199,549.90 |
| Jasmine | Gwendolyn | 18-CU-9951-6 | 9126-28 Fig St, NOLA 70118 | New Orleans | $111,000.00 | $137.44 | $85,581.00 | $1,500.00 | $110,862.56 | $84,081.00 | $194,943.56 |
| Jennings | David | 18-R251867 | 1459 Gardena Dr, NOLA 70122 | New Orleans | | | | | $0.00 | $0.00 | $0.00 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Johns | Petrina | 18-C3-0592-3 | 7548 Tricia Ct, NOLA 70128 | New Orleans | $111,400.00 | $29,527.27 | $84,302.00 | $4,055.58 | $81,872.73 | $80,246.42 | $162,119.15 |
| Johnson | Audrey | 18-69-3964-1 | 3444 Toledano St, NOLA 70125 | New Orleans | $103,100.00 | $9,178.13 | $75,779.00 | $872.00 | $93,921.87 | $74,907.00 | $168,828.87 |
| Johnson | Craig | 18-EA-7763-1 | 25 FINCH ST, NOLA | NEW ORLEANS LA | $237,200.00 | $4,833.32 | $182,881.00 | $300.00 | $232,366.68 | $182,581.00 | $414,947.68 |
| Johnson | Louis & Lula | 18CC-0153-2 | 2018 ARTS ST,NOLA | NEW ORLEANS LA | $99,800.00 | $18,474.73 | $75,748.00 | | $81,325.27 | $75,748.00 | $157,073.27 |
| Jones | Stephanie & Wayne | 18-51-0784-8 | 7560 Morel Street, N.O. 70128 | New Orleans | $102,500.00 | $23,554.25 | $77,567.00 | $800.00 | $78,945.75 | $76,767.00 | $155,712.75 |
| Kedia | Ramakant | 18-CH-9274-8 | 5741 Eastover Dr, NOLA 70128 | New Orleans | $263,500.00 | $137,199.76 | $199,997.00 | $199,997.00 | $126,300.24 | $0.00 | $126,300.24 |
| Kelley | Joshua & Chad | 18-94-1516-3 | 22 PACKENHAM AVE | CHALMETTE | $72,400.00 | $9,182.11 | $54,789.00 | | $63,217.89 | $54,789.00 | $118,006.89 |
| Klein | Marlene | 18-90-9008-5 | 428 16th St., New Orleans, LA 70124 | New Orleans | $124,600.00 | $2,503.06 | $69,147.00 | $100.00 | $122,096.94 | $69,047.00 | $191,143.94 |
| Knecht | Lucille | 18-C5-1652-7 | 633 Esteban St., Apt A, Arabi, LA 70032 | Violet | $68,700.00 | $26,829.20 | $51,886.00 | | $41,870.80 | $51,886.00 | $93,756.80 |
| Labruzza | Kimberly & Luke | 18-CH-3494-8 | 971 S KENNER AVE | Waggaman | $231,600.00 | $192.30 | $175,263.00 | $3,737.88 | $231,407.70 | $171,525.12 | $402,932.82 |
| Laciura | Jerome | 18-B9-7630-4 | 4508 Colony Dr, Meraux 70075 | Meraux | $122,600.00 | $15,057.89 | $94,525.00 | $800.00 | $107,542.11 | $93,725.00 | $201,267.11 |
| Langford | Earline | 18-35-4856-3 | 5431 SAINT CLAUDE AVE, NOLA | NEW ORLEANS LA | $119,800.00 | $29,486.75 | $90,479.00 | $8,954.43 | $90,313.25 | $81,524.57 | $171,837.82 |
| Lazard | Janice | 18-31-0310-2 | 5095 St. Ferdinand Dr, NOLA 70126 | New Orleans | $77,500.00 | $14,137.87 | $43,009.00 | $500.00 | $63,362.13 | $42,509.00 | $105,871.13 |
| Lechner | Heather | 18-EJ-5823-7 | 2827 Powhatan St, NOLA 70126 | New Orleans | $92,500.00 | $4,734.62 | $70,208.00 | $1,006.91 | $87,765.38 | $69,201.09 | $156,966.47 |
| Lee | Feltus | 18-51-3722-1 | 5879 Louis Prima Drive East, NOLA 70128 | New Orleans | $100,500.00 | $1,446.62 | $77,486.00 | $545.00 | $99,053.38 | $76,941.00 | $175,994.38 |
| Lee | Ulah | 18-57-3983-6 | 5672 Stillwater Dr, NOLA 70128 | New Orleans | $148,400.00 | $35,169.63 | $112,302.00 | $6,295.80 | $113,230.37 | $106,006.20 | $219,236.57 |
| Levi | Emanuel | 18-83-5540-4 | 2529 Farmsite Rd, Violet 70092 | | $73,800.00 | $9,210.53 | $58,018.00 | $600.00 | $64,589.47 | $57,418.00 | $122,007.47 |
| Llopis | Kerry | 18-E2-0365-2 | 5808 Elysian Fields Ave, NOLA 70122 | New Orleans | $118,500.00 | $18,187.89 | $89,942.00 | $522.50 | $100,312.11 | $89,419.50 | $189,731.61 |
| Lombard | Alden III and Holden | 18-EA-1770-0 | 229 Cherrywood DR | Gretna | $97,700.00 | $11,669.38 | $73,934.00 | $1,489.52 | $86,030.62 | $72,444.48 | $158,475.10 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lombard | Gail Maurice | 18-EA-1770-0 | 229 CHERRYWOOD DR, GRETNA LA | Gretna | $97,700.00 | $11,669.38 | $73,934.00 | $1,489.52 | $86,030.62 | $72,444.48 | $158,475.10 |
| Lopiparo | Julia | 18-CT-7996-7 | 405 Polk St, NOLA 70124 | New Orleans | $0.00 | | $56,111.00 | | $0.00 | $56,111.00 | $56,111.00 |
| Lopiparo | Maryanne | 18-75-8589-4 | 965 Germain St, NOLA 70124 | New Orleans | $109,800.00 | $22,158.33 | $83,091.00 | | $87,641.67 | $83,091.00 | $170,732.67 |
| Lucien | Robert Jr. | 18-39-0215-8 | 5168 WILTON DR | New Orleans | $71,100.00 | $6,536.00 | $51,164.00 | $350.00 | $64,564.00 | $50,814.00 | $115,378.00 |
| Luther | Daniel | 18-C4-3671-6 | 754 Robert E. Lee Blvd, NOLA 70124 | New Orleans | $0.00 | | $44,979.00 | | $0.00 | $44,979.00 | $44,979.00 |
| Marcus | Mari | 18-CT-4943-2 | 1608 Orpheum Ave, Metairie 70005 | Metairie | $0.00 | | $36,044.00 | $30,181.17 | $0.00 | $5,862.83 | $5,862.83 |
| Martin | Shirley | 18-CX-6838-1 | 4854 Lonely Oak Dr, NOLA 70126 | New Orleans | $84,600.00 | $33,680.08 | $64,211.00 | $300.00 | $50,919.92 | $63,911.00 | $114,830.92 |
| Mathews | Phyllis | 98-CS-5185-3 (RENTAL) | 6009-6011 Dauphine St, NOLA | New Orleans | $76,700.00 | $3,773.96 | $3,835.00 | | $72,926.04 | $3,835.00 | $76,761.04 |
| Mayeaux | Jo Ellen | 18-EE-6526-8 | 211 Ringold, NOLA 70124 | New Orleans | | | | | $0.00 | $0.00 | $0.00 |
| McCormick | Laverne | 18-57-1424-9 | 6840 Manchester St, NOLA | New Orleans | $146,700.00 | $72,049.71 | $111,345.00 | $7,950.00 | $74,650.29 | $103,395.00 | $178,045.29 |
| McKenzie | Lynette Hampton | 18-EK7309-1 | 10132 HAYNES BLVD APT A. | NEW ORLEANS LA 70127-1312 | $0.00 | | $26,419.00 | $1,325.40 | $0.00 | $25,093.60 | $25,093.60 |
| McNeil | David | 18-50-4557-0 | 7711 Allison Rd, NOLA 70126 | New Orleans | $115,700.00 | $17,315.71 | $81,962.00 | $300.00 | $98,384.29 | $81,662.00 | $180,046.29 |
| Merritt | Paula | 18-60-4350-1 | 5003 SAINT ANTHONY AVE | New Orleans | $86,400.00 | $2,279.86 | $62,173.00 | $700.00 | $84,120.14 | $61,473.00 | $145,593.14 |
| Messick | Emmett R. Sr. | 18-62-7437-3 | 7370 Weaver Ave, NOLA 70127 | New Orleans | $81,500.00 | $25,141.74 | $45,228.00 | $750.00 | $56,358.26 | $44,478.00 | $100,836.26 |
| Molden | Henry | 18-C6-6150-9 | 7640 Eastmore Rd, NOLA 70126 | New Orleans | $149,200.00 | $26,360.01 | $113,243.00 | $325.00 | $122,839.99 | $112,918.00 | $235,757.99 |
| Moore | Ronald M | 18-EM-1347-9 | 4307 HOLLYGROVE ST | New Orleans | $65,400.00 | $16,325.83 | $49,639.00 | $23,375.54 | $49,074.17 | $26,263.46 | $75,337.63 |
| Morrell | Angela | 18-EK-0876-6 | 12345 N.E. 10 Service Rd, Unit 1004 | New Orleans | $0.00 | | $21,115.00 | $500.00 | $0.00 | $20,615.00 | $20,615.00 |
| Morris | Denise | 18-E1-1175-8 | 1933 Tricou St, NOLA 70117 | New Orleans | $75,100.00 | $13,932.39 | $56,832.00 | | $61,167.61 | $56,832.00 | $117,999.61 |
| Morris | Lisa | 18-CZ-4151-5 | 3212 Despaux Dr, Chalmette 70043 | Chalmette | $116,300.00 | $3,830.36 | $88,010.00 | $525.00 | $112,469.64 | $87,485.00 | $199,954.64 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mulder | Janice | 18-56-3171-2 | 3453 East Loyola Dr, Kenner 70065 | Kenner | $92,500.00 | $13,202.24 | $65,527.00 | $500.00 | $79,297.76 | $65,027.00 | $144,324.76 |
| Mullins | Dorothy | 18-46-2219-3 | 3005 N CLAIBORNE AVE | New Orleans | $82,700.00 | $4,993.46 | $59,511.00 | $1,495.00 | $77,706.54 | $58,016.00 | $135,722.54 |
| Mutin | Donna & Geraldine | 18-C6-7410-2 | 6747 MORRISON RD | New Orleans | $150,200.00 | $40,024.19 | $114,002.00 | $400.00 | $110,175.81 | $113,602.00 | $223,777.81 |
| Nicolay | Diana & Bernard | 18-BB-0060-2 | 5419 PRATT DR | New Orleans | $150,400.00 | $729.18 | $113,815.00 | | $149,670.82 | $113,815.00 | $263,485.82 |
| Nixon | RT | 18-20-1877-2 | 4608 Nerner Dr, NOLA 70126 | New Orleans | $102,000.00 | $11,705.26 | $77,418.00 | $800.00 | $90,294.74 | $76,618.00 | $166,912.74 |
| Nuccio | Mallory, Anthony, Laura & Gabrielle | 18-96-0852-8 | 3104 VOLPE DR | Chalmette | $98,800.00 | $3,993.56 | $74,619.00 | $700.00 | $94,806.44 | $73,919.00 | $168,725.44 |
| Olea | Christian | 18-CJ-6630-7 | 2513 Muster Blvd, Meraux 70075 | Meraux | $77,200.00 | $5,030.49 | $43,649.00 | $100.00 | $72,169.51 | $43,549.00 | $115,718.51 |
| Owens | Regina & Edward | 18-C6-5071-0 | 4764 EASTVIEW DR, NOLA | New Orleans | $92,200.00 | $6,893.32 | $52,130.00 | $400.00 | $85,306.68 | $51,730.00 | $137,036.68 |
| Pampas | Robert | 18-66-9005-9 | 2113 Edgar Dr, Violet 70092 | Violet | $96,200.00 | $16,761.98 | $55,556.00 | $600.00 | $79,438.02 | $54,956.00 | $134,394.02 |
| Parker | Lionel Jr | 18-BB-1262-1 | 4937 Long Fellow Road, N.O. 70127 | New Orleans | $135,700.00 | $18,954.33 | $102,487.00 | | $116,745.67 | $102,487.00 | $219,232.67 |
| Pier | Elizabeth | 18ED44207 | 6014 Vermillion Blvd, NOLA 70122 | New Orleans | $86,000.00 | $86,000.00 | | | $0.00 | $0.00 | $0.00 |
| Pier | Theresa | 18-12-4064-3 | 4811 Major Dr, NOLA 70128 | New Orleans | $112,200.00 | $11,049.33 | $84,739.00 | $550.00 | $101,150.67 | $84,189.00 | $185,339.67 |
| Pons | Rose | 18-63-3435-7 | 2508 DREUX AVE, NOLA | NEW ORLEANS LA | $65,800.00 | $9,062.16 | $36,516.00 | | $56,737.84 | $36,516.00 | $93,253.84 |
| Porobil | Randie | 18-57-1806-1 | 6642 General Haig St, NOLA 70124 | New Orleans | $234,800.00 | $107,145.59 | $178,213.00 | $1,946.58 | $127,654.41 | $176,266.42 | $303,920.83 |
| Porobil | Randie | 98EH1262-7 (RENTAL) | 226-228 14TH Street, NOLA | NEW ORLEANS LA | $140,400.00 | $23,301.22 | $7,020.00 | | $117,098.78 | $7,020.00 | $124,118.78 |
| Rainey | Angela | 18-EF-5466-0 | 9700 W WHEATON CIR | New Orleans | $267,000.00 | $43,484.03 | $201,652.00 | $25,294.57 | $223,515.97 | $176,357.43 | $399,873.40 |
| Richard | Julian & Linda | 18-CP-9306-6 | 3049 LAW ST, NOLA | New Orleans | $0.00 | | $23,450.00 | $1,200.00 | $0.00 | $22,250.00 | $22,250.00 |
| Ricks | Karen | 18-E0-0490-2 | 3113 Guerra Dr, Violet 70092 | Violet | $80,200.00 | $6,829.07 | $61,834.00 | $1,500.00 | $73,370.93 | $60,334.00 | $133,704.93 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rivera | Evelyn | 18-BX-9521-1 | 7524 Lady Gray St, NOLA 70127 | New Orleans | $57,200.00 | $6,428.06 | $43,200.00 | $620.00 | $50,771.94 | $42,580.00 | $93,351.94 |
| Roberts | Michael | 18-57-0234-5 | 222 Oak Dr, Braithwaite 70040 | Braithwaite | $147,800.00 | | $112,180.00 | | $147,800.00 | $112,180.00 | $259,980.00 |
| Robinson | Patricia | 18-46-0190-8 | 209 Foxcraft Dr, Slidell 70461 | Slidell | $119,000.00 | $4,808.62 | $89,875.00 | $1,314.00 | $114,191.38 | $88,561.00 | $202,752.38 |
| Romano | Anthony | 18-66-2196-5 | 3205 Oak Dr, Violet 70092 | Violet | $128,900.00 | $10,883.71 | $97,835.00 | $500.00 | $118,016.29 | $97,335.00 | $215,351.29 |
| Row | Kevin | 18-C6-7410-2 | 6747 MORRISON RD | New Orleans | $150,200.00 | $40,024.19 | $114,002.00 | $400.00 | $110,175.81 | $113,602.00 | $223,777.81 |
| Russell | Alice | 18-BW-6110-4 | 6200 Pontchartrain Blvd, NOLA 70124 | New Orleans | $329,700.00 | $13,984.84 | $254,199.00 | $1,200.00 | $315,715.16 | $252,999.00 | $568,714.16 |
| Santa Marina | Wanda | 18-58-1922-8 | 7530 Endeavors Ct, NOLA 70129 | New Orleans | $79,400.00 | $12,885.05 | $57,136.00 | $569.55 | $66,514.95 | $56,566.45 | $123,081.40 |
| Sawyer | Freddie Jr | 18-50-4941-4 | 10 Brown Lee Ct, NOLA 70128 | | $145,600.00 | $21,199.56 | $110,510.00 | $700.00 | $124,400.44 | $109,810.00 | $234,210.44 |
| Sicard | Austin Sr | 18-70-2655-5 | 3037 Ivy Pl, Chalmette 70043 | Chalmette | $66,800.00 | $562.13 | $50,701.00 | | $66,237.87 | $50,701.00 | $116,938.87 |
| Sigur | Emily | 18-C4-4213-6 | 6302 Peoples Ave, NOLA 70122 | New Orleans | $52,400.00 | $4,741.80 | $41,265.00 | $500.00 | $47,658.20 | $40,765.00 | $88,423.20 |
| Slavich | Sam | 18-47-3620-7 | 2020 Sylvia Blvd, St. Bernard 70085 | Saint Bernard | $179,100.00 | | $135,937.00 | $575.00 | $179,100.00 | $135,362.00 | $314,462.00 |
| Smith | Janice | 18-56-0462-6 | 4901 Camelot Dr, NOLA 70127 | New Orleans | $106,600.00 | $29,171.47 | $80,670.00 | $450.00 | $77,428.53 | $80,220.00 | $157,648.53 |
| Smith | John | 18-B705717 | 4808 Touro St, NOLA 70122 | New Orleans | $88,000.00 | $13,143.85 | $66,462.00 | $19,680.04 | $74,856.15 | $46,781.96 | $121,638.11 |
| Smith | Rosalyn | 18-56-3877-0 | 7454 Dartmoor Dr, NOLA 70127 | New Orleans | $117,400.00 | $21,100.44 | $66,378.00 | $1,700.00 | $96,299.56 | $64,678.00 | $160,977.56 |
| Smith | Vanessa | 18-ES-1875-5 | 7005 Lawrence Road, NOLA 70126 | New Orleans | $0.00 | | $15,345.00 | | $0.00 | $15,345.00 | $15,345.00 |
| Smith-Press | Wilderette | 18-PO-9882-5 | 14736 Cullen Rd, NOLA 70128 | New Orleans | $71,100.00 | $12,675.23 | $39,379.00 | $2,100.00 | $58,424.77 | $37,279.00 | $95,703.77 |
| Snyder | Stephen | 18-C5-2805-4 | 1932 Francis Carroll Dr, St. Bernard 70085 | St. Bernard | $105,300.00 | $11,751.56 | $81,186.00 | $100.00 | $93,548.44 | $81,086.00 | $174,634.44 |
| Spears | Andre | 18-EN-0224-0 | 3535 Apollo Ave, Metairie 70003 | Metairie | $0.00 | | $10,413.00 | | $0.00 | $10,413.00 | $10,413.00 |
| St. Cyr | Lois | 18-E1-0383-7 | 4837 Wright Rd, NOLA 70128 | New Orleans | $117,875.00 | $30,526.27 | $89,202.00 | $11,735.33 | $87,348.73 | $77,466.67 | $164,815.40 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stokes | Raymond | 18-99-2859-1 | 7011 Wayside Dr, NOLA 70128 | New Orleans | $135,800.00 | $41,726.38 | $75,362.00 | $5,898.00 | $94,073.62 | $69,464.00 | $163,537.62 |
| Taylor | Shirley & Ervin | 18-57-4614-6 | 2630 FORSTALL ST, NOLA | NEW ORLEANS LA | $37,900.00 | $2,595.91 | $21,887.00 | $2,000.00 | $35,304.09 | $19,887.00 | $55,191.09 |
| Thomas | George & Sylvia | 18-CG-6597-9 | 3537 N LABARRE RD, MATARIE | MATARIE | $177,400.00 | $902.17 | $133,981.00 | $500.00 | $176,497.83 | $133,481.00 | $309,978.83 |
| Thompson | Greta | 18-55-1908-3 | 1896 Joseph Dr, Saint Bernard 70085 | St. Bernard | $58,100.00 | $9,852.93 | $44,098.00 | $5,325.08 | $48,247.07 | $38,772.92 | $87,019.99 |
| Thornton | James | 18-37-1859-0 | 2231 Alvar St, NOLA 70117 | New Orleans | $75,300.00 | $2,246.98 | $56,983.00 | $350.00 | $73,053.02 | $56,633.00 | $129,686.02 |
| Tortorich | Salvador Sr | 18-B8-2041-7 | 2205 Lena Dr, Chalmette 70043 | Kenner | $140,700.00 | $5,450.26 | $106,475.00 | $2,500.00 | $135,249.74 | $103,975.00 | $239,224.74 |
| Trench | Rosalin | 18-02-7655-0 | 4910 hauck Dr, NOLA 70127 | New Orleans | $112,700.00 | $7,826.66 | $85,117.00 | $926.50 | $104,873.34 | $84,190.50 | $189,063.84 |
| Trepagnier | Jeffery Sr | 18-EF-4014-1 | 4611 CARTIER AVE | New Orleans | $91,700.00 | $8,368.07 | $69,394.00 | $250.00 | $83,331.93 | $69,144.00 | $152,475.93 |
| Turner | Carroll | 18-EV-4411-1 | 13941 Curran Rd, NOLA 70128 | New Orleans | $0.00 | | $30,000.00 | | $0.00 | $30,000.00 | $30,000.00 |
| Vanderhorst | Lawrence III | 18-14-8491-6 | 7641 INLET LN | New Orleans | $138,600.00 | $9,966.68 | $105,197.00 | $2,400.00 | $128,633.32 | $102,797.00 | $231,430.32 |
| Vigne | Troi | 18-E2-2942-8 | 7801 Dogwood Dr, NOLA 70126 | New Orleans | $114,100.00 | $16,567.29 | $86,345.00 | $675.00 | $97,532.71 | $85,670.00 | $183,202.71 |
| Walker | Leroy & Denise | 18-77-5770-9 | 13018 Chateau Ct, NOLA 70129 | New Orleans | $128,700.00 | $27,637.71 | $71,634.00 | $6,726.93 | $101,062.29 | $64,907.07 | $165,969.36 |
| Wallace | Albert & Estrellita | 18-96-0841-5 | 2713 Lena Dr, Chalmette 70043 | Chalmette | $145,800.00 | | $104,918.00 | | $145,800.00 | $104,918.00 | $250,718.00 |
| Walter | David | 18-P0-2492-0 | 2304 Plaza Dr, Chalmette 70043 | Chalmette | $80,900.00 | $6,302.07 | $45,741.00 | $100.00 | $74,597.93 | $45,641.00 | $120,238.93 |
| Walters | Robert and Ardell | 18-EM-8904-8 | 5108 Touro Street, NOLA 70122 | New Orleans | $145,800.00 | $56,709.97 | $110,334.00 | $1,045.00 | $89,090.03 | $109,289.00 | $198,379.03 |
| Washington | Ruby | 18-13-2804-4 | 7825 Ebbtide Dr, NOLA 70126 | New Orleans | $112,900.00 | $6,585.73 | $85,691.00 | $600.00 | $106,314.27 | $85,091.00 | $191,405.27 |
| West | Mary | 18-13-2843-6 | 7942 Leeds St, NOLA 70126 | New Orleans | $100,100.00 | $4,541.12 | $75,751.00 | $125.00 | $95,558.88 | $75,626.00 | $171,184.88 |
| Wilkerson | Sherry | 18-EM-7286-5 | 8605 Forshey St, NOLA 70118 | New Orleans | $0.00 | | $25,984.00 | | $0.00 | $25,984.00 | $25,984.00 |
| Williams | Adara & Virginia | 18-C6-9157-7 | 5946 JAMISON ST, | New Orleans | $157,200.00 | $21,284.75 | $121,201.00 | $2,176.50 | $135,915.25 | $119,024.50 | $254,939.75 |
| Williams | Bulah & Bernadine | 18-CV-5534-1 | 3148 Touchwood Dr, Harvey 70058 | Harvey | $139,600.00 | $27,587.09 | $98,893.00 | $25,178.27 | $112,012.91 | $73,714.73 | $185,727.64 |

APPARENT PLAINTIFFS CLAIMING AGAINST STATE FARM
PROPERTY INSURANCE POLICIES - LIMITS AND PAYMENTS

12/21/07

| Last Name | First Name | H/O POLICY # | Risk Address | City | Coverage A Policy Limits | Coverage A Payment | Contents Coverage Limits | Contents Payment | Coverage A Limits Minus Payments | Contents Limits Minus Payments | Total Limits Minus Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams | Vivian | 18-C7-2433-7 | 14544 DUANE RD | New Orleans | $70,300.00 | $34,931.63 | $54,201.00 | $650.00 | $35,368.37 | $53,551.00 | $88,919.37 |
| Williams | Willie | 18-60-2565-6 | 5628-30 St. Roch Ave, NOLA 70122 | New Orleans | $177,700.00 | $23,845.33 | $134,474.00 | $525.00 | $153,854.67 | $133,949.00 | $287,803.67 |
| Wilson | Capucine | 18-EV-0176-8 | 12151 I-10 SERVICE RD APT 411 | New Orleans | $0.00 | | $20,080.00 | | $0.00 | $20,080.00 | $20,080.00 |
| Windon | Paulette & Ronald | 18-50-3044-0 | 5027 GOOD DR | New Orleans | $134,300.00 | $20,895.41 | $103,545.00 | $3,430.09 | $113,404.59 | $100,114.91 | $213,519.50 |
| Woods | Patricia | 18-36-3403-3 | 4001 PRENTISS AVE, NOLA | NEW ORLEANS LA | $75,500.00 | $10,822.79 | $54,330.00 | $700.00 | $64,677.21 | $53,630.00 | $118,307.21 |
| | | | | | | | | | $15,865,816.09 | $13,044,268.92 | $28,910,085.01 |