## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LYNN K. BAILEY,** *ET AL.* | * | **CIVIL ACTION NO.: 3:07-cv-00971** |
| **Plaintiffs** | * | **JUDGE:  Frank J. Polozola** |
| **VERSUS** | * | **MAGISTRATE:  Christine Noland** |
| **AUDOBON INSURANCE COMPANY,** *ET AL.* | * | |
| **Defendants** | * | |

### JOINDER IN AND CONSENT TO REMOVAL

NOW INTO COURT comes, Hartford Insurance Company of the Midwest ("Hartford") and any affiliated entities, to the extent any one of them is a proper defendant in the captioned matter, which hereby joins in and consents to the removal of this action as filed by State Farm Fire and Casualty Company [Rec. Doc. No. 1], and further adopts herein as if reprinted *in extenso* the arguments set forth by State Farm Fire and Casualty Company as may be applicable.

Plaintiffs filed this putative class action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on August 27, 2007.  Plaintiffs filed their First Amended Petition For Damages on November 26, 2007.  Hartford was served  through the Louisiana Secretary of State on November 30, 2007.  This joinder and consent is filed within thirty days of service on Hartford or any other defendant to the instant action.

1

Hartford also consents to the removal of this action by any other defendant filing a separate notice. Hartford reserves the right to file a supplemental statement in support of removal.

>Respectfully submitted,
>
>**/s/ Seth A. Schmeeckle**
>**RALPH S. HUBBARD, III, T.A., La. Bar. # 7040**
>**SETH A. SCHMEECKLE, La. Bar #27076**
>**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
>601 Poydras Street, Suite 2775
>New Orleans, Louisiana 70130
>Telephone: (504) 568-1990
>E-Mail: sschmeeckle@lawla.com
>　　　　　rhubbard@lawla.com
>
>And
>
>OF COUNSEL:
>
>Christopher W. Martin
>Texas Bar No.: 13057620
>Martin R. Sadler
>Texas Bar No.: 00788842
>MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
>808 Travis Street, Suite 1800
>Houston, Texas 77002
>Telephone:    (713) 632-1700
>Facsimile:    (713) 222-0101
>
>**Attorneys for Hartford Insurance Company of the Midwest**

### CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

>/s/Seth A. Schmeeckle
>Seth A. Schmeeckle