# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNN K. BAILEY, *ET AL.* | * | CIVIL ACTION NO.:  3:07-cv-00971 |
| | * | |
| **Plaintiffs** | * | JUDGE:  Frank J. Polozola |
| | * | |
| VERSUS | * | MAGISTRATE:  Christine Noland |
| | * | |
| AUDOBON INSURANCE | * | |
| COMPANY, *ET AL.* | * | |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * *

## JOINDER IN AND CONSENT TO REMOVAL

NOW INTO COURT comes, USAA Casualty Insurance Company ("USAA") and any affiliated entities, to the extent any one of them is a proper defendant in the captioned matter, which hereby joins in and consents to the removal of this action as filed by State Farm Fire and Casualty Company [Rec. Doc. No. 1], and further adopts herein as if reprinted *in extenso* the arguments set forth by State Farm Fire and Casualty Company as may be applicable.

Plaintiffs filed this putative class action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on August 27, 2007.  Plaintiffs filed their First Amended Petition For Damages on November 26, 2007.  USAA was served  through the Louisiana Secretary of State on November 30, 2007.  This joinder and consent is filed within thirty days of service on USAA or any other defendant to the instant action.

USAA also consents to the removal of this action by any other defendant filing a separate notice.  USAA reserves the right to file a supplemental statement in support of removal.

Respectfully submitted,

**/s/ Seth A. Schmeeckle**
**RALPH S. HUBBARD, III, T.A., La. Bar. # 7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
**HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
E-Mail:   sschmeeckle@lawla.com
            rhubbard@lawla.com

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:     (713) 632-1700
Facsimile:     (713) 222-0101

**Attorneys for USAA Casualty Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/Seth A. Schmeeckle
Seth A. Schmeeckle