UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNN K. BAILEY, ET AL. | * | CIVIL ACTION |
| | * | NO. |
| Plaintiffs | * | |
| | * | SECTION |
| v. | * | |
| | * | JUDGE |
| ANPAC LOUISIANA INS. CO., ET AL. | * | |
| | * | MAGISTRATE |
| Defendants. | * | |

**AFFIDAVIT OF DAVID HARKIN IN SUPPORT OF HORACE MANN INSURANCE COMPANY AND TEACHERS INSURANCE COMPANY'S CONSENT TO REMOVAL AND STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL**

David Harkin, being duly sworn, deposes and states as follows:

1. I am a Large Loss Manager of Property Claims with Horace Mann Insurance Company and Teachers Insurance Company (collectively "Horace Mann"). I am familiar with the business practices of Horace Mann and its affiliated companies.

2. Horace Mann Insurance Company is a corporation organized under the laws of Illinois with its principal place of business in Springfield, Illinois.

3. Teachers Insurance Company is a corporation organized under the laws of Illinois with its principal place of business in Springfield, Illinois.

4. I make this affidavit based upon a thorough review of Horace Mann's business records, which are made and kept in the regular course of Horace Mann's business by those whose regular job function it is to make and keep such records, and with which I am personally familiar.

5. Horace Mann's business records show the following:

   a. Policy No. 17001198860 was issued by Horace Mann Insurance Company to Jabari A. Muhammad as the Named Insured for the period of March 27, 2005 to March 27, 2006. A true and correct copy of the Declarations to Policy No. 17001198860 is attached hereto


DEFENDANT'S EXHIBIT 1

as Exhibit "A."

   b. Policy No. 1701370907 was issued by Teachers Insurance Company to Melicia Dupaquier as the Named Insured for the period of September 30, 2004 to September 30, 2005. A true and correct copy of the Declarations to Policy No. 1701370907 is attached hereto as Exhibit "B."

The affiant further sayeth not.

_____
David Harkin

Sworn to and Subscribed before me
this 27 day of December, 2007.

_____
Notary Public

```
OFFICIAL SEAL
JO LYNN FRIBLEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-15-2008
```

- 2 -

```
~H-M-001198860 X18LARENEWAL CERTIFICATE                                                                           20050211
10041700119886DX18        RENEWAL                          POLICY NUMBER:   001198860  STATE: 17  COMPANY: 04  CURRENT DATE: 02/11/2005
POLICY TYPE: HOMEOWNER POLICY                              DEC TYPE         RENEWAL DECLARATIONS
BATCH SORT NUMBER: 00000    COMPANY: HORACE MANN INSURANCE COMPANY    P.O. BOX 1946                      SPRINGFIELD, IL   62794-9464
RECIPIENTS:    INSURED         AGENT    MORT1
FORMS MAILED:  CLPJC100   KAR  AGENT    CAGSOLA1     CAGS0025        CAP50047           CAP50064
               CAP50066                 CAP53062
EFFECTIVE DATE: 03/27/2005  EXPIRATION DATE: 03/27/2006  EFFECTIVE TIME: AT 12:01 A.M. STANDARD TIME
MAIL TO: MUHAMMAD, JABARI A
         12 TRADE WINDS CT
         NEW ORLEANS, LA  70128-1428                AGENT NUM: 8039
PRI INS: MUHAMMAD, JABARI A                               AGENT: HOFFMAN, NANCY L
         12 TRADE WINDS CT                                       910 5TH STREET
         NEW ORLEANS, LA  70128-1428                             WESTWEGO, LA                      70094

                                                                 1-504-347-3122

         NEW CENTURY MTG CORPORATION
         ISAOA ATIMA
         PO BOX 11052
         ORANGE, CA  92856

LOAN NBR:
SEC INS1:                                            LOAN NBR:

COV.AMT.A           $    157,300                               FORMS, ENDORSEMENTS AND AMENDMENTS
COV.AMT.B           $     15,730                        HM3         01.90  HOMEOWNER POLICY
COV.AMT.C           $     94,380                        *NOTE:             HOUSEHOLD EXPERIENCE APPLIES
COV.AMT.D           $     94,380                        CCH06040    01.90  ADDITIONAL COVERAGE ENDORSEMENT
COV.AMT.L           $    300,000                        CCH06025    01.90  INFLATION PROT COV - CREDIT ALLOWED          $  165.00
COV.AMT.M           $      1,000                        HM55        01.90  REPLACEMENT VALUE                            $   30.00
CCV.AMT.M.OCCUR     $     25,000                        CAP37006    07.92  SPECIAL LIMIT - SPORTS MEMORABILIA          -$   55.00
DEDUCTBL:ALL PERILS         $500                        CCH06046    08.98  MERIT REDUCING DEDUCTIBLE END.               $  125.00
           EXCEPT                                       CCH06047           AMENDATORY ENDORSEMENT
           WIND              1% OF COV A                CCH10001    02.86  CONTINUOUS RENEWAL PLAN
           HAIL              1% OF COV A                CCP06013           ANIMAL LIABILITY AMENDATORY END-PER OCCURRENCE $25,000
BASIC POL PREM:     $1,124.00                           CL300        1.0   AMENDATORY ENDORSEMENT
TOTAL POL PREM:     $1,389.00                           HM72        09.98  AMENDMENT OF POLICY TERMS
                                                        ML193        1.0   AMENDMENT OF POLICY TERMS
                                                        ML1631       1.0   POLLUTION LIABILITY EXCLUSION
                                                        CCH01004    06.02  SOCIAL HOST AMENDATORY ENDORSEMENT

RATING INFORMATION:   NUMBER OF FAMILIES  : ONE-FAMILY             APARTMENTS IN BUILDING: N/A
                      CONSTRUCTION        : BRICK                  PREMIUM GROUP         : 283
                      FIRE DISTRICT       : NEW ORLEANS            ROOF                  : APPROVED
                      FEET FROM HYDRANT   : 0040                   RATING ZONE           : 36
                      MILES FROM FIRE DEPT: 01
                      PROTECTION CLASS    : 02P       04           YR OF CONSTRUCTION    : 1984
                      PREMIUMS BASED UPON RATES EFFECTIVE 01/01/2005

STATE SPECIFIC TEXT: COVERAGES A, B, AND C INCREASED DUE
                     TO INFLATION GUARD ENDORSEMENT
-------- REMAINING DATA --------
COMPANY.CITY.ST.ZIP        : SPRINGFIELD, IL   62715-0001
SERVICE.PHONE.NUMBER       : 1-800-999-1030
DEC.PAYOR.1                : MORTGAGEE PAYS PREMIUM
LOC.1                      : 12 TRADE WINDS CT
LOC.2                      : NEW ORLEANS    LA
10041700119886DX18       RENEWAL                           POLICY NUMBER:   001198860  STATE: 17  COMPANY: 04  CURRENT DATE: 02/11/2005
POLICY TYPE: HOMEOWNER POLICY                              DEC TYPE         RENEWAL DECLARATIONS
BATCH SORT NUMBER: 00000    COMPANY: HORACE MANN INSURANCE COMPANY    P.O. BOX 1946                      SPRINGFIELD, IL   62794-9464
CREDIT.REASON                          PRESENCE OF COLLECTION ACCOUNTS.        00138900  00000000000000  1
OCR.SCAN.LINE.I                : PR 170410 0001198860 05262005
* * * * * * * * * * For Internal Use Only * * * * * * * * * * * * * * * *
```

DEFENDANT'S EXHIBIT A

```
-H-M-001198860  X18LARENEWAL CERTIFICATE
OCR.SCAN.LINE.L     : PR 1704L0 0001198860 05262005 00138900 0000000000000 8    20050211
SPECIAL.MESSAGE     : THE ENCLOSED MERIT REDUCING DEDUCTIBLE ENDORSEMENT, CC-H05046 (8-98), EXPLAINS
SPECIAL.MESSAGE     : HOW YOUR DEDUCTIBLE WILL BE REDUCED IF YOUR POLICY IS LOSS FREE. DEDUCTIBLE
SPECIAL.MESSAGE     : REDUCTIONS DO NOT APPLY TO NAMED PERILS, EARTHQUAKE, OR HURRICANE DEDUCTIBLES.
SPECIAL.MESSAGE     : PLEASE READ THIS FORM AND KEEP IT WITH YOUR POLICY.
SPECIAL.MESSAGE     : YOUR CURRENT POLICY DEDUCTIBLE IS NO LONGER AVAILABLE AND HAS BEEN CHANGED TO
SPECIAL.MESSAGE     : $500/1% WIND AND HAIL FOR ALL PERILS.
```

* * * * * * * * * * * * For Internal Use Only * * * * * * * * * *

```
~H-M-001370907  X18LARENEWAL CERTIFICATE          RL: X040813I  FR: 2387.1              20040813
KY: P001370907  CO: 08  DOC: X18  INFO:                 POLICY NUMBER:  001370907  STATE: 17   COMPANY: 08  CURRENT DATE: 08/13/2004
100817001370907X18         RENEWAL                      DEC TYPE    RENEWAL DECLARATIONS
POLICY TYPE: HOMEOWNER POLICY
BATCH SORT NUMBER: 00000    COMPANY: TEACHERS INSURANCE COMPANY     P.O. BOX 1946          SPRINGFIELD, IL  62794-9464
RECIPIENTS:    INSURED         KAR             AGENT     MORT1
FORMS MAILED:  CLPJC100              CAP53062            CCH01004               CAG50LA1       CAG50025
               CAP50081

EFFECTIVE DATE: 09/30/2004   EXPIRATION DATE: 09/30/2005   EFFECTIVE TIME: AT 12:01 A.M. STANDARD TIME
MAIL TO: DUPAQUIER, MELICIA
         & DUPAQUIER, RICHARD
         2745 LOUISE ST
         HARVEY, LA  70058-1326                    AGENT NUM: 8039
PRI INS: DUPAQUIER, MELICIA                           AGENT:  HOFFMAN, NANCY L
         MARRIED WOMAN                                        910 5TH STREET
         & DUPAQUIER, RICHARD                                 WESTWEGO, LA     70094
         MARRIED MAN
         2745 LOUISE ST
         HARVEY, LA  70058-1326                              1-504-347-3122

         STANDARD MORTGAGE CORP
         ITS SUCCESSORS AND/OR ASSIGNS
         701 POLDRAS ST 300 PLAZA
         ONE SHALL SQ
         NEW ORLEANS, LA  70139
LOAN NBR: 30432814                                  LOAN NBR:
SEC INS1: MOSLEY, SAM
                                                    FORMS, ENDORSEMENTS AND AMENDMENTS
COV.AMT.A         $   134,800                       HM3           01.90  HOMEOWNER POLICY
COV.AMT.B         $    13,480                       HM55          01.90  REPLACEMENT VALUE
COV.AMT.C         $    80,880                       CCH06025      01.90  INFLATION PROT COV - CREDIT ALLOWED
COV.AMT.D         $    80,880                       CAP37006      07.92  SPECIAL LIMIT - SPORTS MEMORABILIA     $  79.00
COV.AMT.I         $   300,000                       CCH06046      08.98  MERIT REDUCING DEDUCTIBLE END.         -$  34.00
COV.AMT.M         $     1,000                       CCH06047             AMENDATORY ENDORSEMENT
COV.AMT.M.OCCUR   $    25,000                       CCH10001      02.86  CONTINUOUS RENEWAL PLAN
DEDUCTBL: ALL PERILS                                 CCP06013             ANIMAL LIABILITY AMENDATORY END-PER OCCURRENCE $25,000
BASIC POL PREM:         $1,000                      CL300          1.0   AMENDATORY ENDORSEMENT
                      $714.00                       HM72          09.98  AMENDMENT OF POLICY TERMS
TOTAL POL PREM:       $759.00                       ML193          1.0   AMENDMENT OF POLICY TERMS
                                                    ML1631         1.0   POLLUTION LIABILITY EXCLUSION
                                                    *CCH01004     06.02  SOCIAL HOST AMENDATORY ENDORSEMENT

                          INFORMATION:
                          NUMBER OF FAMILIES :  ONE-FAMILY        APARTMENTS IN BUILDING:  N/A
                          CONSTRUCTION       :  BRICK             PREMIUM GROUP          :  143
                          FIRE DISTRICT      :  HARVEY            ROOF                   :  APPROVED
                          FEET FROM HYDRANT  :  0240              RATING ZONE            :  24
                          MILES FROM FIRE DEPT: 01
                          PROTECTION CLASS    : 02P               YR OF CONSTRUCTION     :  1978
                          PREMIUMS BASED UPON RATES EFFECTIVE 05/01/2004

     SPECIFIC TEXT:  COVERAGES A, B, AND C INCREASED DUE
                     TO INFLATION GUARD ENDORSEMENT
  ------- REMAINING DATA --------
COMPANY.CITY.ST.ZIP     : SPRINGFIELD, IL  62715-0001
SERVICE.PHONE.NUMBER    : 1-800-999-1030
DEC.PAYOR.1             : MORTGAGEE PAYS PREMIUM
LOC.1                   : 2745 LOUISE ST
LOC.2                   : HARVEY LA
OCR.SCAN.LINE.I         : PR 170810 0001370907 11292004 00075900 000000000000 1
```

DEFENDANT'S EXHIBIT

```
-H-M-0013 70907  X18LARENEWAL CERTIFICATE                          20040813
KY: P001370907   CO: 08 DOC: X18 INFO:              RL: X0408131 FR: 2387.2
10081700137090 7X18   RENEWAL                       POLICY NUMBER:   001370907   STATE: 17    COMPANY: 08   CURRENT DATE: 08/13/2004
POLICY TYPE: HOMEOWNER POLICY                       DEC TYPE    RENEWAL DECLARATIONS
BATCH SORT NUMBER: 00000  COMPANY: TEACHERS INSURANCE COMPANY      P.O. BOX 1946              SPRINGFIELD, IL  62794-9464
OCR.SCAN.LINE.1           : PR 170810 0001370907 11292004 00075900 000000000000 8
SPECIAL.MESSAGE           : THE ENCLOSED MERIT REDUCING DEDUCTIBLE ENDORSEMENT, CC-H06046 (8-98), EXPLAINS
SPECIAL.MESSAGE           : HOW YOUR DEDUCTIBLE WILL BE REDUCED IF YOUR POLICY IS LOSS FREE. DEDUCTIBLE
SPECIAL.MESSAGE           : REDUCTIONS DO NOT APPLY TO NAMED PERILS, EARTHQUAKE, OR HURRICANE DEDUCTIBLES.
SPECIAL.MESSAGE           : PLEASE READ THIS FORM AND KEEP IT WITH YOUR POLICY.
```