UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNN K. BAILEY, ET AL. | * | **CIVIL ACTION** |
| | * | **NO. 3:07-CV-00971-FJP-CN** |
| Plaintiffs | * | |
| | * | |
| v. | * | **JUDGE POLOZOLA** |
| | * | |
| ANPAC LOUISIANA INS. CO., | * | |
| ET AL. | * | **MAGISTRATE JUDGE NOLAND** |
| | * | |

Defendants.

### AFFIDAVIT OF MICHAEL DANDRIDGE IN SUPPORT OF THE HANOVER INSURANCE COMPANY AND MASSACHUSETTS BAY INSURANCE COMPANY'S CONSENT TO REMOVAL AND SUPPLEMENTAL GROUNDS FOR REMOVAL

Michael Dandridge, being duly sworn, deposes and states as follows:

1.      I am currently employed by The Hanover Insurance Company, which is affiliated with Massachusetts Bay Insurance Company (collectively "Hanover") as a Regional Manager -- Home Office Property. I am familiar with the business practices of Hanover and its affiliated companies.

2.      The Hanover Insurance Company is a corporation organized under the laws of New Hampshire with its principal places of business in Massachusetts.

3.      Massachusetts Bay Insurance Company is a corporation organized under the laws of New Hampshire with its principal place of business in Massachusetts

4.      I make this affidavit based upon a thorough review of Hanover's business records, which are made and kept in the regular course of Hanover's business by those whose regular job function it is to make and keep such records, and with which I am personally familiar.

5.      Hanover's business records show the following:

a.      Policy No. HVO 5353484 was issued by Massachusetts Bay Insurance Company to Victor Durapau, Jr., as the Named Insured for the period of August 1, 2005 to



**EXHIBIT**

1

August 1, 2006. A true and correct copy of the Declarations to Policy No. HVO 5353484 is attached hereto as Exhibit "A."

   b.  Policy No. HNO 6753677 was issued by The Hanover Insurance Company to Dennis Scheuermann as the Named Insured for the period of January 6, 2005 to January 6, 2006. A true and correct copy of the Declarations to Policy No. HNO 6753677 is attached hereto as Exhibit "B."

   c.  Policy Number ODO-73334478-01 was issued by Massachusetts Bay Insurance Company to the Estate of Joseph Tusa, DDS as the named insured for the period July 10, 2005 to July 10, 2006. A true and correct copy of the Declarations to Policy No. ODO-73334478-01 is attached hereto as Exhibit "C."

   d.  Policy Number HNO 4498629 was issued by The Hanover Insurance Company to Doris M. Warren as the named insured for the period December 28, 2004 to December 28, 2005. A true and correct copy of the Declarations to Policy No. HNO 4498629 is attached hereto as Exhibit "D."

   e.  Policy Number HVO 4222731 was issued by Massachusetts Bay Insurance Company to Mr. and Mrs. Harold J. Blappert as the named insured for the period December 23, 2004 to December 23, 2005. A true and correct copy of the Declarations to Policy No. HNO HVO 4222731 is attached hereto as Exhibit "E."

   f.  Policy Number HVO 7069496 was issued by Massachusetts Bay Insurance Company to John and Mary B. Golden as the named insured for the period December 1, 2004 to December 1, 2005. A true and correct copy of the Declarations to Policy No. HVO 7069496 is attached hereto as Exhibit "F."

   g.  Policy Number FVO 3822265 was issued by Massachusetts Bay Insurance Company to Waldo J. White, Jr. and W. Mildred White as the named insured for the period

January 24, 2004 to January 24, 2005. A true and correct copy of the Declarations to Policy No. FVO 3822265 is attached hereto as Exhibit "G."

      h.      Hanover has made a thorough search of its files and has no record that Policy Number FNO 4091683 was issued to Allan Desuignes.

      i.      Policy Number HNO 2321429 was issued by The Hanover Insurance Company to Virgil D. Sorina, Sr. and Brenda R. Sorina as the named insured for the period May 21, 2005 to May 21, 2006. A true and correct copy of the Declarations to Policy No. HNO 2321429 is attached hereto as Exhibit "H."

      The affiant further sayeth not.

Michael Dandridge

Sworn to and Subscribed before me
this 27th day of December, 2007.

DENISE M. LOUVAKIS
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires August 31, 2012

Notary Public

- 3 -


ALLMERICA FINANCIAL®
HANOVER INSURANCE®

09                          RENEWAL DECLARATION                    WC WR LF
                                        RENEWAL OF POLICY   HVO 5353484
                    H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
| | FROM | TO | | |
| HVO 5353484 | 08/01/05 | 08/01/06 | MASSACHUSETTS BAY INSURANCE CO | 040408700 |
| NAMED INSURED AND ADDRESS | | | AGENT | |

VICTOR J. DURAPAU, JR                TELEPHONE: 504-454-1212
5100 ELYSIAN FIELDS AVE              OXFORD INS AGENCY INC
NEW ORLEANS, LA  70122               P O BOX 36
                                     METAIRIE LA  70004

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM. GROUP | NO. OF FAM. | TERR. CODE | PROT. CODE | YR. CONST. | SECTION I LOSS DEDUCTIBLE | SEAS/SEC |
| MASONRY | 112 | 1 | 36 | 02 | 56 | $1000 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
| A. DWELLING | $157,000 | $1,922.00 |
| B. OTHER STRUCTURES | $15,700 | |
| C. PERSONAL PROPERTY | $109,900 | |
| D. LOSS OF USE | $31,400 | |
| SECTION II COVERAGE | | |
| E. PERSONAL LIABILITY | $100,000 EACH OCCURRENCE | |
| F. MEDICAL PAY. TO OTHERS - | $1,000 EACH PERSON | |
| TOTAL BASIC PREMIUM - - - - - - - - - - - - - | | $1,922.00 |

ADDITIONAL PREMIUMS
  REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY      $144.00
              TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - - -      $144.00
RATING CREDITS
  OPTIONAL DEDUCTIBLE                                                $461.00CR
            TOTAL RATING CREDITS                                     $461.00CR

VALUED CUSTOMER CREDITS
  CREDIT FOR PROTECTIVE DEVICES                                      $288.00CR
  NON-SMOKER DISCOUNT 5% CREDIT                                       $96.00CR
  LOSS FREE CREDIT                                                   $154.00CR
          TOTAL VALUED CUSTOMER CREDITS                              $538.00CR
               TOTAL CREDITS - - - - - - - - - - - - - - - - - -    $999.00CR

               TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - - -    $855.00CR
                 TOTAL ANNUAL PREMIUM - - - - - - - - - - - - - -  $1,067.00

FORMS AND ENDORSEMENTS - HO0003 04/91, 231-0600 04/83, HO0117 01/04,
  231-1340 12/91, HO0496 04/91, HO0490 04/91, HO0353 12/98, 391-0565 01/83.

DESCRIPTION OF ADDITIONAL COVERAGES

  LOSS FREE CREDIT
    PERCENTAGE IS 08.

  POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

  POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

SPECIAL HURRICANE DEDUCTIBLE IS 2%, MAXIMUM DEDUCTIBLE=$5000

06/17/05                    CONTINUED ON NEXT PAGE          DIRECT BILLED
                               0034692263                   PAGE 01 OF 02
                            ORIGINAL/INSURED

EXHIBIT

A

09              **RENEWAL DECLARATION**          **WC WR LF**

                                    **RENEWAL OF POLICY   HVO 5353484**

           **H O M E O W N E R S   P O L I C Y**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HVO 5353484 | 08/01/05 | 08/01/06 | MASSACHUSETTS BAY INSURANCE CO | 040408700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| VICTOR J. DURAPAU, JR<br>5100 ELYSIAN FIELDS AVE<br>NEW ORLEANS, LA  70122 | TELEPHONE: 504-454-1212<br>OXFORD INS AGENCY INC<br>P O BOX 36<br>METAIRIE LA  70004 |

DESCRIPTION OF ADDITIONAL COVERAGES

CREDIT FOR PROTECTIVE DEVICES            PERCENTAGE IS 15

AUTHORIZED COMPANY REPRESENTATIVE
OXFORD INS AGENCY INC

IF THE BILL FOR YOUR POLICY IS NOT ENCLOSED, IT WILL BE SENT TO YOU SEPARATELY.

DIRECT BILLED
PAGE 02 OF 02

06/17/05                 0034692263
                      ORIGINAL/INSURED



ALLMERICA FINANCIAL®
HANOVER INSURANCE®

09                          AMENDED DECLARATION                          #

EFFECTIVE 01/06/05

H O M E O W N E R S    P O L I C Y

REASON FOR AMENDMENT: CHANGE REQUESTED BY LENDER

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HNO 6753677 | 01/06/05 | 01/06/06 | THE HANOVER INSURANCE COMPANY | 040408700 |

NAMED INSURED AND ADDRESS                                    AGENT

DENNIS  SCHEUERMANN                    TELEPHONE: 504-454-1212
6374 ORLEANS AVE                       OXFORD INS AGENCY INC
NEW ORLEANS, LA  70124                 P O BOX 36
                                       METAIRIE LA   70004

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM. GROUP | NO. OF FAM. | TERR. | PROT. CODE | YR. CONST. | SECTION I LOSS DEDUCTIBLE | SEAS/SEC |
|---|---|---|---|---|---|---|---|
| FRAME | 118 | 1 | 36 | 02 | 40 | $1000 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $151,000 | $2,359.00 |
| B. OTHER STRUCTURES | $15,100 | |
| C. PERSONAL PROPERTY | $105,700 | |
| D. LOSS OF USE | $30,200 | |

SECTION II COVERAGE
E. PERSONAL LIABILITY                   $300,000 EACH OCCURRENCE
F. MEDICAL PAY. TO OTHERS -            $1,000 EACH PERSON          $16.00
            TOTAL BASIC PREMIUM - - - - - - - - - - - -          $2,375.00
ADDITIONAL PREMIUMS
REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY    $177.00
            TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - -      $177.00
RATING CREDITS
OPTIONAL DEDUCTIBLE                                               $400.00CR
            TOTAL RATING CREDITS                                 $400.00CR

VALUED CUSTOMER CREDITS
CREDIT FOR PROTECTIVE DEVICES                                    $354.00CR
NON-SMOKER DISCOUNT 7% CREDIT                                    $165.00CR
LOSS FREE CREDIT                                                 $94.00CR
            TOTAL VALUED CUSTOMER CREDITS                        $613.00CR
            TOTAL CREDITS - - - - - - - - - - - - - - - -       $1,013.00CR

            TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - -      $836.00CR
            TOTAL ANNUAL PREMIUM - - - - - - - - - - - - -      $1,539.00
PREV PREMIUM  $1,539.00  CHANGE      $.00     CHANGE IN PREMIUM   $.00

MORTGAGEE
UNION PLANTERS MORTGAGE, N.A.
ISAOA/ATIMA LN# 0010307411
PO BOX 11026
ORANGE, CA  92856

FORMS AND ENDORSEMENTS - HO0003 04/91, 231-0600 04/83, HOO117 01/04,
  231-1340 12/91, HO0496 04/91, HO0490 04/91, 391-0565 01/83.

EXHIBIT

tabbies®  B

09                          **AMENDED DECLARATION**                  #
                                      **EFFECTIVE 01/06/05**
                      H O M E O W N E R S   P O L I C Y

REASON FOR AMENDMENT: CHANGE REQUESTED BY LENDER

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
| | FROM | TO | | |
| HNO 6753677 | 01/06/05 | 01/06/06 | THE HANOVER INSURANCE COMPANY | 040408700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|

DENNIS   SCHEUERMANN                    TELEPHONE: 504-454-1212
6374 ORLEANS AVE                        OXFORD INS AGENCY INC
NEW ORLEANS, LA   70124                 P O BOX 36
                                        METAIRIE LA   70004

DESCRIPTION OF ADDITIONAL COVERAGES

LOSS FREE CREDIT
 PERCENTAGE IS 04.

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

CREDIT FOR PROTECTIVE DEVICES                  PERCENTAGE IS 15

                              AUTHORIZED COMPANY REPRESENTATIVE
                              OXFORD INS AGENCY INC



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

## BUSINESSOWNERS DECLARATION
### BUSINESSOWNERS RENEWAL DECLARATIONS

09

RENEWAL OF ODO 7334478

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ODO-7334478-01 | 07/10/2005 | 07/10/2006 | MASSACHUSETTS BAY INSURANCE COMPANY | 040412700 |

**Named Insured and Address**

ESTATE OF JOSEPH TUSA, DDS
5909 WHEELER DR
METAIRIE, LA 70003

**Agent**

504-883-2500
INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA 70009

**Policy Period: Beginning and Ending at 12:01 a.m. Standard Time at the Location of the Described Premises.**

**Business Type:** TRUST.

**Mortgagee/Loss Payable:**

**Business of the Named Insured:**

OFFICE.

In consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the Schedule below and with respect to those coverages and kinds of property for which a specific Limit of Insurance is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof:

### LOCATION SCHEDULE

**Described Premises:**

NO. 1  234 WEST HARRISON AVE, NEW ORLEANS, LA  70124

| Property Coverage | Limits of Insurance | | | | | |
|---|---|---|---|---|---|---|
| | Loc No 001 | Bldg No 001 | Loc No | Bldg No | Loc No | Bldg No |
| Deductible Amt | $ 1,000 | | $ | | $ | |
| Building Amount Valuation | $ 360,150 RC | | $ | | $ | |
| Bus Personal Prop Valuation | $ 0 | | $ | | $ | |
| Business Income | Actual Business Loss Sustained not exceeding 12 consecutive months | | | | | |
| Business Income Waiting Period | None / 24 hour / 48 hour / 72 hour NONE | | | | | |
| Coverage | Limits of Insurance | | | | | |
| Liability and Medical Payments: | Except for Property Damage Legal Liability, each paid claim for the following coverages reduced the Amount of Insurance we provide during the applicable annual period.  Please refer to Paragraph D.4. of Section II-Liability of the Businessowners Coverage form. | | | | | |
| Business Liability | | $1,000,000 | Per Occurrence | | $2,000,000 | Aggregate |
| Medical Expenses | | $ 5,000 | Each Person | | | |
| Property Damage Legal Liability | | $ 300,000 | Any one Fire, Explosion, Lightning, Smoke or Leakage | | | |

Form 391-1002 (9-04)                                                                                       Page 1 of 2

Date Issued: 06/13/2005             ORIGINAL/INSURED          Payment Type: DIRECT BILL



EXHIBIT

C



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

## BUSINESSOWNERS DECLARATION
### BUSINESSOWNERS RENEWAL DECLARATIONS

09

RENEWAL OF ODO 7334478

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ODO-7334478-01 | 07/10/2005 | 07/10/2006 | MASSACHUSETTS BAY INSURANCE COMPANY | 040412700 |

**Named Insured and Address**
ESTATE OF JOSEPH TUSA, DDS
5909 WHEELER DR
METAIRIE, LA  70003

**Agent**
504-883-2500
INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA  70009

**Additional Property Coverages and Extensions:**
See attached Schedule for Additional Coverages provided for under this Policy.

**Additional Liability Coverages:** General Liability Broadening Endorsement
**General Liability Class:** 61217
**Description:** LESSORS-NONRES BLDG-EXCEPT MINIWAREHSES
**Liability Exposure:**     2,900     Sq.FT

**Policy Forms, Endorsements and Optional Coverages Attached:**
See Forms and Endorsements Schedule

```
TOTAL POLICY PREMIUM IS:                                   $2,641
TERRORISM COVERAGE (INCLUDED IN TOTAL POLICY PREMIUM)  $     4.00
      OTHER THAN FIRE FOLLOWING                        $     4.00
      FIRE FOLLOWING                                     NOT COVERED
```

Countersigned this _____ Day of _____

_____
**Authorized Representative**

This Declarations Page with the Policy Contract, Forms and Endorsements, if any,
**Complete the Policy.**

Form   391-1002 (9-04)                                                    Page 2 of 2
Date Issued: 06/13/2005            ORIGINAL/INSURED        Payment Type:  DIRECT BILL



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

## ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS
### BUSINESSOWNERS RENEWAL DECLARATIONS

09        RENEWAL OF ODO 7334478

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ODO-7334478-01 | 07/10/2005 | 07/10/2006 | MASSACHUSETTS BAY INSURANCE COMPANY | 040412700 |

**Named Insured and Address**
ESTATE OF JOSEPH TUSA, DDS
5909 WHEELER DR
METAIRIE, LA  70003

**Agent**
504-883-2500
INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA  70009

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| DEBRIS REMOVAL | NONE | $25,000 | N/A | $25,000 |
| PRESERVATION OF PROPERTY - 30 DAYS | NONE | INCLUDED | N/A | INCLUDED |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $10,000 | N/A | $10,000 |
| POLLUTANT CLEAN-UP AND REMOVAL | NONE | $25,000 | N/A | $25,000 |
| MONEY ORDERS & COUNTERFEIT PAPER | $500 | $5,000 | N/A | $5,000 |
| FORGERY & ALTERATION | $500 | $10,000 | N/A | $10,000 |
| GLASS EXPENSES | $250 | INCLUDED | N/A | INCLUDED |
| ARSON & THEFT REWARD | NONE | $10,000 | N/A | $10,000 |
| TENANT SIGNS | $500 | $5,000 | N/A | $5,000 |
| FIRE EXTINGUISHER RECHARGE | NONE | $5,000 | N/A | $5,000 |
| INSTALLATION FLOATER | $1,000 | $5,000 | N/A | $5,000 |
| FINE ARTS | $500 | $10,000 | N/A | $10,000 |
| FENCE & WALLS | $500 | $2,500 | N/A | $2,500 |
| SALESPERSONS SAMPLES | $1,000 | $5,000 | N/A | $5,000 |
| LEASEHOLD INTEREST | NONE | $10,000 | N/A | $10,000 |
| UNAUTHORIZED BUSINESS CARD USE | $500 | $5,000 | N/A | $5,000 |
| UTILITY SERVICES | | | N/A | |
|   DIRECT DAMAGE | $500 | $10,000 | | $10,000 |
|   BUSINESS INCOME | 24HR WAITING PERIOD | $5,000 | N/A | $5,000 |
| DEFERRED PAYMENT | NONE | $5,000 | N/A | $5,000 |
| NEWLY ACQRD PREMISES - 60 DAYS | | | N/A | |
|   BUILDING | SEE BUILDING | $1,000,000 | | $1,000,000 |
|   PERSONAL PROPERTY | AND CONTENTS | $500,000 | | $500,000 |
|   BUSINESS INCOME | DEDUCTIBLE | $250,000 | N/A | $250,000 |
| OUTDOOR PROPERTY - TREES, SHRUBS AND PLANTS-$1,000 EACH ITEM; ANTENNAS $2,000 EACH ITEM | $500 | $5,000 | N/A | $5,000 |
| PERSONAL EFFECTS | $500 | $5,000 | N/A | $5,000 |
| INVENTORY & APPRAISAL | NONE | $10,000 | N/A | $10,000 |
| KEY & LOCK REPLACEMENT | NONE | $1,000 | N/A | $1,000 |

Form  391-1018 (7-02)
Date Issued: 06/13/2005

ORIGINAL/INSURED



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

# ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS

## BUSINESSOWNERS RENEWAL DECLARATIONS

09        RENEWAL OF ODO 7334478

| Policy Number | Policy Period | | Coverage Is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ODO-7334478-01 | 07/10/2005 | 07/10/2006 | MASSACHUSETTS BAY INSURANCE COMPANY | 040412700 |

**Named Insured and Address**
ESTATE OF JOSEPH TUSA, DDS
5909 WHEELER DR
METAIRIE, LA  70003

**Agent**
504-883-2500
INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA  70009

| Additional Property Coverages & Extensions | Deductible | Amount Included | Additional Amount Increase | Total Limit |
|---|---|---|---|---|
| GARAGE, STORAGE BUILDINGS AND OTHER APPURTENANT STRUCTURES | $500 | $10,000 | N/A | $10,000 |
| PERSONAL PROPERTY IN TRANSIT | $1000 | $5,000 | N/A | $5,000 |
| BUSINESS INCOME EXTENDED BI | | 30 DAYS | N/A | 30 DAYS |
| EMPLOYEE DISHONESTY INCLUDING ERISA | $1,000 | $10,000 | N/A | $10,000 |
| TOOLS & SMALL EQUIPMENT | $500 | $5,000 | N/A | $5,000 |
| PERSONAL PROPERTY OFF PREMISES | $1000 | $50,000 | N/A | $50,000 |
| BUSINESS INCOME DEPEN PROP | NONE | $5,000 | N/A | $5,000 |
| TERRORISM | SEE BUILDING AND CONTENTS DEDUCTIBLE | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED | N/A | SAME AS PROPERTY LIMITS OF INSURANCE IF COVERED |

Form  391-1018  (7-02)
Date Issued:  06/13/2005

ORIGINAL/INSURED



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

## ADDITIONAL PROPERTY COVERAGES AND EXTENSIONS
### BUSINESSOWNERS RENEWAL DECLARATIONS

09        RENEWAL OF ODO 7334478

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ODO-7334478-01 | 07/10/2005 | 07/10/2006 | MASSACHUSETTS BAY INSURANCE COMPANY | 040412700 |

Named Insured and Address
ESTATE OF JOSEPH TUSA, DDS
5909 WHEELER DR
METAIRIE, LA 70003

Agent
504-883-2500
INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA 70009

| Additional Property Coverages & Extensions | Loc. No. | Bldg. No. | Deductible Amount | Amount Included | Additional Amount | Total Limit |
|---|---|---|---|---|---|---|
| ORDINANCE OR LAW | 001 | 001 | NONE | $5,000 | N/A | $5,000 |
| ELECTRONIC DATA PROCESSING | | | $500 | | | |
| HARDWARE & SOFTWARE | | | | $35,000 | N/A | $35,000 |
| EXTRA EXPENSE | | | | $5,000 | N/A | $5,000 |
| VALUABLE PAPERS | | | $500 | | | |
| ON PREMISES | | | | $25,000 | N/A | $25,000 |
| OFF PREMISES | | | | $5,000 | N/A | $5,000 |
| ACCOUNTS RECEIVABLE | | | $500 | | | |
| ON PREMISES | | | | $25,000 | N/A | $25,000 |
| OFF PREMISES | | | | $5,000 | N/A | $5,000 |
| MONEY & SECURITIES | | | $500 | | | |
| ON PREMISES | | | | $10,000 | N/A | $10,000 |
| OFF PREMISES | | | | $5,000 | N/A | $5,000 |
| EQUIPMENT BREAKDOWN COVERAGE | | | | INCLUDED IN PROPERTY LIMITS OF INSURANCE | | |

| PROTECTIVE DEVICES CREDIT | |
|---|---|
| AUTOMATIC SPRINKLER SYSTEM | NO |
| AUTOMATIC FIRE ALARM | NO |
| CENTRAL STATION SECURITY | NO |

Form  391-1018A (9-04)
Date Issued:  06/13/2005

ORIGINAL/INSURED


ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

# BUSINESSOWNERS DECLARATION

### BUSINESSOWNERS RENEWAL DECLARATIONS

09

RENEWAL OF ODO 7334478

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ODO-7334478-01 | 07/10/2005 | 07/10/2006 | MASSACHUSETTS BAY INSURANCE COMPANY | 040412700 |

**Named Insured and Address**
ESTATE OF JOSEPH TUSA, DDS
5909 WHEELER DR
METAIRIE, LA 70003

**Agent**
504-883-2500
INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA 70009

## Forms and Endorsements Schedule

| Form Number | Edition Date | Description |
|---|---|---|
| BP0412 | 07/02 | LIMIT OF COV TO DESIGNATE PREMI |
| 391-1022 | 07/02 | DELUXE PROPERTY SPECIAL BROADEN |
| 391-1119 | 11/02 | TERRORISM ACCEPTANCE OF COVERAG |
| 391-1123 | 11/02 | EXCL OF ACTS OF BIO TERRORISM |
| 391-1127 | 12/02 | NUCLEAR BIO OR CHEMICAL TERRORI |
| 391-1006 | 07/02 | BOP LIABILITY SPECIAL BROADENIN |
| BP0417 | 07/02 | EMPLOYMENT RELATED PRACTICES EX |
| 391-0802 | 10/90 | BOP SIGNATURE PAGE |
| 391-1003 | 07/04 | BUSINESSOWNERS POLICY COVERAGE |
| BP1007 | 07/02 | EXCLUSION YEAR 2000 COMPUTER RE |
| BP0514 | 01/03 | WAR EXCLUSION |
| 411-0504 | 05/98 | LA NOTICE Y2K ENDORSEMENT |
| 231-0475 | 06/89 | PILR NOTICE |
| BP0130 | 09/04 | LOUISIANA CHANGES |
| 391-1155 | 09/04 | LOUISIANA CHANGES |
| 391-1173 | 01/05 | ADVISORY NOTICE |
| 391-1163 | 08/04 | NOTICE TO POLICYHOLDERS |

Form 391-1016 (7-99
Date Issued: 06/13/2005

ORIGINAL/INSURED



**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE®**

09

### RENEWAL DECLARATION
# AC LF

RENEWAL OF POLICY   HNO 4498629

### H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| | FROM | TO | | |
| HNO 4498629 | 12/28/04 | 12/28/05 | THE HANOVER INSURANCE COMPANY | 040018700 |

NAMED INSURED AND ADDRESS                    AGENT

DORIS M.WARREN
1326 SEVILLE DRIVE.
NEW ORLEANS, LA  70122

TELEPHONE: 504-832-4161
STONE INSURANCE, INC.
111 VETERANS MEMORIAL BLVD
SUITE 1600
METAIRIE, LA  70005

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM. GROUP | NO. OF FAM. | TERR. | PROT. CODE | YR. CONST. | SECTION I LOSS DEDUCTIBLE | SEAS/SEC |
|---|---|---|---|---|---|---|---|
| VENEER | 112 | 1 | 36 | 02 | 80 | $1000 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $132,000 | $1,702.00 |
| B. OTHER STRUCTURES | $13,200 | |
| C. PERSONAL PROPERTY | $66,000 | |
| D. LOSS OF USE | $26,400 | |

SECTION II COVERAGE
E. PERSONAL LIABILITY               $100,000 EACH OCCURRENCE
F. MEDICAL PAY. TO OTHERS -           $1,000 EACH PERSON
               TOTAL BASIC PREMIUM - - - - - - - - - - -   $1,702.00

ADDITIONAL PREMIUMS
ADDITIONAL RESIDENCE RENTED TO OTHERS                      $22.00
               TOTAL ADDITIONAL PREMIUMS - - - - - - - - - -  $22.00

RATING CREDITS
OPTIONAL DEDUCTIBLE                                       $340.00CR
     TOTAL RATING CREDITS                                 $340.00CR

VALUED CUSTOMER CREDITS
CREDIT FOR PROTECTIVE DEVICES                              $85.00CR
NON-SMOKER DISCOUNT 7% CREDIT                             $119.00CR
10% CREDIT FOR INSURING BOTH YOUR AUTO AND HOME WITH US   $170.00CR
LOSS FREE CREDIT                                          $136.00CR
     TOTAL VALUED CUSTOMER CREDITS                        $510.00CR
               TOTAL CREDITS - - - - - - - - - - - - - - - -  $850.00CR

               TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - -  $828.00CR
                   TOTAL ANNUAL PREMIUM - - - - - - - - - - - -  $874.00

ADDITIONAL INSURED
ESTATE OF JAMES WARREN, JR.
1326 SEVILLE DRIVE
NEW ORLEANS, LA  70122

FORMS AND ENDORSEMENTS - HO0002 04/91, 231-0600 04/83, HO0117 01/04*,
   231-1340 12/91, HO0496 04/91, HO0441 04/91, HO2470 04/91, 391-0565 01/83.

10/24/04

**EXHIBIT**

tabbies®

D

09                          RENEWAL DECLARATION                    # AC LF
                                                      RENEWAL OF POLICY   HNO 4498629
                          H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
| | FROM | TO | | |
| HNO 4498629 | 12/28/04 | 12/28/05 | THE HANOVER INSURANCE COMPANY | 040018700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| DORIS M.WARREN<br>1326 SEVILLE DRIVE<br>NEW ORLEANS, LA   70122 | TELEPHONE: 504-832-4161<br>STONE INSURANCE, INC.<br>111 VETERANS MEMORIAL BLVD<br>SUITE 1600<br>METAIRIE, LA   70005 |

DESCRIPTION OF ADDITIONAL COVERAGES

LOSS FREE CREDIT
  PERCENTAGE IS 08.

ADDITIONAL INSURED
  NAME=ESTATE OF JAMES WARREN, JR.

ADDITIONAL RESIDENCE RENTED TO OTHERS
  NUMBER OF FAMILIES IS 2, MEDICAL PAYMENTS APPLY.
  623-625 DESIRE STREET
  NEW ORLEANS, LA 70122

CREDIT FOR PROTECTIVE DEVICES                    PERCENTAGE IS 05

AUTHORIZED COMPANY REPRESENTATIVE
STONE INSURANCE, INC.

10/24/04                        0023325180                   DIRECT BILLED
                            ORIGINAL/INSURED                  PAGE 02 OF 02



**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE®**

09                    RENEWAL DECLARATION                              WC WR LF
                                          RENEWAL OF POLICY   HVO 4222731
              H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| | FROM | TO | | |
| HVO 4222731 | 12/23/04 | 12/23/05 | MASSACHUSETTS BAY INSURANCE CO | 040419500 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| MR. & MRS. HAROLD J. BLAPPERT<br>4911 HICKERSON DRIVE<br>NEW ORLEANS, LA  70127 | TELEPHONE: 504-883-4111<br>APARICIO, WALKER<br>& SEELING, INC<br>PO BOX 95<br>METAIRIE,LA  70004 |

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM.<br>GROUP | NO. OF<br>FAM. | TERR. | PROT.<br>CODE | YR.<br>CONST. | SECTION I LOSS<br>DEDUCTIBLE | SEAS/SEC |
|---|---|---|---|---|---|---|---|
| VENEER | 112 | 1 | 36 | 02 | 70 | $ 250 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN
SECTION I COVERAGE                        LIMIT OF LIABILITY          PREMIUMS
  A. DWELLING                                $125,000               $1,357.00
  B. OTHER STRUCTURES                         $12,500
  C. PERSONAL PROPERTY                        $87,500
  D. LOSS OF USE                              $25,000
SECTION II COVERAGE
  E. PERSONAL LIABILITY                     $100,000 EACH OCCURRENCE
  F. MEDICAL PAY. TO OTHERS -                 $1,000 EACH PERSON
                    TOTAL BASIC PREMIUM - - - - - - - - - - - - -  $1,357.00
ADDITIONAL PREMIUMS
  EXTENDED DWELLING REPLACEMENT COST                                   $12.00
  REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY      $102.00
  OPTIONAL DEDUCTIBLE                                                  $68.00
                    TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - -   $182.00
VALUED CUSTOMER CREDITS
  CREDIT FOR PROTECTIVE DEVICES                                     $204.00CR
  NON-SMOKER DISCOUNT 7% CREDIT                                      $95.00CR
  LOSS FREE CREDIT                                                   $81.00CR
     TOTAL VALUED CUSTOMER CREDITS                                  $380.00CR
              TOTAL CREDITS - - - - - - - - - - - - - - - - - - -   $380.00CR

                 TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - - -   $198.00CR
                 TOTAL ANNUAL PREMIUM - - - - - - - - - - - - - -  $1,159.00

FORMS AND ENDORSEMENTS - HO0003 04/91, 231-0600 04/83, HO0117 01/04*,
  231-1340 12/91, HO0496 04/91, 231-1524 02/94, HO0490 04/91, HO0353 12/98,
  391-0565 01/83.

DESCRIPTION OF ADDITIONAL COVERAGES

EXTENDED DWELLING REPLACEMENT COST APPLIES

LOSS FREE CREDIT
  PERCENTAGE IS 06.

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

10/19/04                    CONTINUED ON NEXT PAGE              DIRECT BILLED
                               0022620533                       PAGE 01 OF 02
                            ORIGINAL/INSURED



**EXHIBIT**

09                 **RENEWAL DECLARATION**          **WC WR LF**

                                   **RENEWAL OF POLICY   HVO 4222731**

              **H O M E O W N E R S   P O L I C Y**

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| | FROM | TO | | |
| HVO 4222731 | 12/23/04 | 12/23/05 | MASSACHUSETTS BAY INSURANCE CO | 040419500 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| MR. & MRS. HAROLD J. BLAPPERT<br>4911 HICKERSON DRIVE<br>NEW ORLEANS, LA  70127 | TELEPHONE: 504-883-4111<br>APARICIO, WALKER<br>& SEELING, INC<br>PO BOX 95<br>METAIRIE,LA  70004 |

DESCRIPTION OF ADDITIONAL COVERAGES

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

SPECIAL HURRICANE DEDUCTIBLE IS 2%, MAXIMUM DEDUCTIBLE=$5000

CREDIT FOR PROTECTIVE DEVICES                PERCENTAGE IS 15

AUTHORIZED COMPANY REPRESENTATIVE
APARICIO, WALKER

IF THE BILL FOR YOUR POLICY IS NOT ENCLOSED, IT WILL BE SENT TO YOU SEPARATELY.

10/19/04                      0022620533                  DIRECT BILLED

                           ORIGINAL/INSURED                  PAGE 02 OF 02



**ALLMERICA FINANCIAL®**
HANOVER INSURANCE®

09

AMENDED DECLARATION                                    #

EFFECTIVE 02/28/05

H O M E O W N E R S   P O L I C Y

REASON FOR AMENDMENT: CHANGE REQUESTED BY LENDER

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| | FROM | TO | | |
| HVO 7069496 | 12/01/04 | 12/01/05 | MASSACHUSETTS BAY INSURANCE CO | 040429100 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| JOHN   GOLDEN<br>MARY   B GOLDEN<br>4121 LOVELAND ST<br>METAIRIE, LA   70002 | TELEPHONE: 985-624-3031<br>JOHN W DUSSOUY AND CO INC<br>PO BOX 9010<br>MANDEVILLE, LA   70470 |

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM.<br>GROUP | NO. OF<br>FAM. | TERR. | PROT.<br>CODE | YR.<br>CONST. | SECTION I LOSS<br>DEDUCTIBLE | SEAS/SEC |
|---|---|---|---|---|---|---|---|
| VENEER | 111 | 1 | 44 | 01 | 97 | $1000 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

| | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| SECTION I COVERAGE | | |
| A. DWELLING | $310,000 | $3,555.00 |
| B. OTHER STRUCTURES | $31,000 | |
| C. PERSONAL PROPERTY | $217,000 | |
| D. LOSS OF USE | $62,000 | |
| SECTION I I COVERAGE | | |
| E. PERSONAL LIABILITY | $500,000 EACH OCCURRENCE | |
| F. MEDICAL PAY. TO OTHERS - | $1,000 EACH PERSON | $22.00 |

TOTAL BASIC PREMIUM - - - - - - - - - - - -  $3,577.00

ADDITIONAL PREMIUMS
ADDITIONAL COVERAGE ENDORSEMENT                                         $14.00
EXTENDED DWELLING REPLACEMENT COST                                     $12.00
REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY          $267.00
                     TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - -   $293.00

RATING CREDITS
OPTIONAL DEDUCTIBLE                                                    $400.00CR
     TOTAL RATING CREDITS                                             $400.00CR

VALUED CUSTOMER CREDITS
CREDIT FOR PROTECTIVE DEVICES                                          $533.00CR
NEW HOME DISCOUNT                                                     $213.00CR
NON-SMOKER DISCOUNT 7% CREDIT                                          $249.00CR
     TOTAL VALUED CUSTOMER CREDITS                                    $995.00CR
          TOTAL CREDITS - - - - - - - - - - - - - - - - - - - -      $1,395.00CR

          TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - - - -        $1,102.00CR
               TOTAL ANNUAL PREMIUM - - - - - - - - - - - - - - -     $2,475.00
PREV PREMIUM  $2,475.00  CHANGE        $.00        CHANGE IN PREMIUM        $.00

MORTGAGEE
CITIMORTGAGE INC
ISAOA LN# 0770479643
PO BOX 7706
SPRINGFIELD, OH  45501

FORMS AND ENDORSEMENTS - HO0003 04/91, 231-0600 04/83, HO0117 01/04,
   231-1340 12/91, HO0496 04/91, 231-1442 05/93, 231-1524 02/94, HO0490 04/91,
   391-0565 01/83, 231-1949 12/02.



**EXHIBIT**

tabbies

4

0 9                           AMENDED DECLARATION                        #
                                              EFFECTIVE 02/28/05
                       H O M E O W N E R S   P O L I C Y

REASON FOR AMENDMENT: CHANGE REQUESTED BY LENDER

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
| | FROM | TO | | |
| HVO 7069496 | 12/01/04 | 12/01/05 | MASSACHUSETTS BAY INSURANCE CO | 040429100 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|

JOHN    GOLDEN                         TELEPHONE: 985-624-3031
MARY    B GOLDEN                       JOHN W DUSSOUY AND CO INC
4121 LOVELAND ST                       PO BOX 9010
METAIRIE, LA   70002                   MANDEVILLE, LA   70470

DESCRIPTION OF ADDITIONAL COVERAGES

POLICY CONTAINS ADDITIONAL COVERAGE ENDORSEMENT

EXTENDED DWELLING REPLACEMENT COST APPLIES

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

CREDIT FOR PROTECTIVE DEVICES                    PERCENTAGE IS 15


AUTHORIZED COMPANY REPRESENTATIVE
JOHN W DUSSOUY AND CO INC



ALLMERICA FINANCIAL®
HANOVER INSURANCE®

09                          AMENDED DECLARATION                          #
                                              EFFECTIVE 01/24/05
                       D W E L L I N G   P O L I C Y

REASON FOR AMENDMENT: CORRECT MORTGAGEE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| FVO 3822265 | 01/24/05 | 01/24/06 | MASSACHUSETTS BAY INSURANCE CO | 040417100 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| WALDO J WHITE JR<br>&/W MILDRED WHITE<br>7821 ALLISON RD<br>NEW ORLEANS, LA   70126 | TELEPHONE: 504-836-9600<br>EAGAN INSURANCE AGCY INC<br>2629 N CAUSEWAY BLVD<br>PO BOX 8590<br>METAIRIE, LA   70011 |

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT RESIDENCE PREMISES.
COVERAGE AT THE DESCRIBED LOCATION(S) IS PROVIDED ONLY WHERE A LIMIT OF
   LIABILITY IS SHOWN OR A PREMIUM IS STATED.
SECTION I DEDUCTIBLE-$ 250 PER LOCATION/PER OCCURRENCE.
   LOCATION 1- RT 3 BOX 359E BAYOU LIBERTY RD ST TAMMANY PH, SLIDELL, LA 70458.

   RATING INFORMATION- BRICK VENEER, 1 STORY, TENANT OCCUPIED, 1 FAMILY,
   DWELLING BUILT IN 1963, FIRE STATION 0 MILE(S), FIRE HYDRANT 1000 FT,
   CLASS 2, TERRITORY 38.

| SECTION I  COVERAGES | LIMIT OF LIABILITY | PERILS INSURED AGAINST | PREMIUMS |
|---|---|---|---|
| A. DWELLING | $90,000 | FIRE | $213.00 |
|  |  | EXTENDED COVERAGE | $294.00 |
|  |  | VANDALISM AND MAL MISCHIEF | $9.00 |
|  | TOTAL PREMIUM-SECTION I - - - - - - - - - - - - - - - - - | | $516.00 |

ADDITIONAL PREMIUMS
   INFLATION GUARD                                                          $1.00
                     TOTAL ADDITIONAL PREMIUM - - - - - - - - - - - - - -   $1.00

                  TOTAL ANNUAL PREMIUM-LOCATION 1 - - - - - - - - - - - -   $517.00
PREV PREMIUM       $517.00  CHANGE        $.00        CHANGE IN PREMIUM       $.00
    MORTGAGEE
       HIBERNIA NATIONAL BANK
       ISAOA
       PO BOX 61062
       NEW ORLEANS, LA   70161

FORMS AND ENDORSEMENTS- DWG-1 01/93, DWGE100 04/03, 2311133 01/93, 2310859 /.

                              AUTHORIZED COMPANY REPRESENTATIVE
                              EAGAN INSURANCE AGCY INC

**EXHIBIT**

tabbies

$L_1$


**ALLMERICA FINANCIAL®**
HANOVER INSURANCE®

09

RENEWAL DECLARATION                          # LF
                                  RENEWAL OF POLICY  HNO 2321429
H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| | FROM | TO | | |
| HNO 2321429 | 05/21/05 | 05/21/06 | THE HANOVER INSURANCE COMPANY | 040018700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| VIRGIL D. SORINA, SR. & WIFE<br>BRENDA R. SORINA<br>4311 VAN AVENUE<br>NEW ORLEANS, LA   70122 | TELEPHONE: 504-832-4161<br>STONE INSURANCE, INC.<br>111 VETERANS MEMORIAL BLVD<br>SUITE 1600<br>METAIRIE, LA   70005 |

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM. GROUP | NO. OF FAM. | TERR. | PROT. CODE | YR. CONST. | SECTION I LOSS DEDUCTIBLE | SEAS/SEC |
|---|---|---|---|---|---|---|---|
| VENEER | 112 | 1 | 36 | 02 | 49 | $ 250 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $123,000 | $1,901.00 |
| B. OTHER STRUCTURES | $12,300 | |
| C. PERSONAL PROPERTY | $86,100 | |
| D. LOSS OF USE | $24,600 | |

SECTION II COVERAGE

| E. PERSONAL LIABILITY | $300,000 EACH OCCURRENCE | |
|---|---|---|
| F. MEDICAL PAY. TO OTHERS - | $1,000 EACH PERSON | $16.00 |
| TOTAL BASIC PREMIUM - - - - - - - - - - - - - | | $1,917.00 |

ADDITIONAL PREMIUMS
| | |
|---|---|
| REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY | $143.00 |
| ADDITIONAL RESIDENCE RENTED TO OTHERS | $18.00 |
| ADDITIONAL RESIDENCE RENTED TO OTHERS | $18.00 |
| ADDITIONAL RESIDENCE RENTED TO OTHERS | $18.00 |
| ADDITIONAL RESIDENCE RENTED TO OTHERS | $27.00 |
| ADDITIONAL RESIDENCE RENTED TO OTHERS | $18.00 |
| OPTIONAL DEDUCTIBLE | $209.00 |
| TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - - - | $451.00 |

VALUED CUSTOMER CREDITS
| | |
|---|---|
| CREDIT FOR PROTECTIVE DEVICES | $95.00CR |
| NON-SMOKER DISCOUNT 5% CREDIT | $95.00CR |
| LOSS FREE CREDIT | $152.00CR |
| TOTAL VALUED CUSTOMER CREDITS | $342.00CR |
| TOTAL CREDITS - - - - - - - - - - - - - - - - - - | $342.00CR |

| TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - - - - | $109.00 |
|---|---|
| TOTAL ANNUAL PREMIUM - - - - - - - - - - - - - - | $2,026.00 |

MORTGAGEE
HIBERNIA NATIONAL BANK
PO BOX 61007
NEW ORLEANS, LA   70161

FORMS AND ENDORSEMENTS - HO0003 04/91, 231-0600 04/83, HO0117 01/04*,
  231-1340 12/91, HO0496 04/91, HO0490 04/91, HO2470 04/91, 391-0565 01/83.

03/17/05

**EXHIBIT**
tabbies®
N

CONTINUED ON NEXT PAGE
0012713601
RIGINAL/INSURED

DIRECT BILLED
PAGE 01 OF 02

09

**RENEWAL DECLARATION**                # LF
                                    **RENEWAL OF POLICY   HNO 2321429**
                     **H O M E O W N E R S   P O L I C Y**

| POLICY NUMBER | POLICY PERIOD | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
| | FROM | TO | | |
| HNO 2321429 | 05/21/05 | 05/21/06 | THE HANOVER INSURANCE COMPANY | 040018700 |

| NAMED INSURED AND ADDRESS | AGENT |
| --- | --- |

VIRGIL D. SORINA, SR. & WIFE          TELEPHONE: 504-832-4161
BRENDA R. SORINA                      STONE INSURANCE, INC.
4311 VAN AVENUE                       111 VETERANS MEMORIAL BLVD
NEW ORLEANS, LA    70122              SUITE 1600
                                      METAIRIE, LA    70005

DESCRIPTION OF ADDITIONAL COVERAGES

LOSS FREE CREDIT
 PERCENTAGE IS 08.

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

ADDITIONAL RESIDENCE RENTED TO OTHERS
 NUMBER OF FAMILIES IS 1, MEDICAL PAYMENTS APPLY.
 4315 VAN AVENUE, NEW ORLEANS, LA

NUMBER OF FAMILIES IS 1, MEDICAL PAYMENTS APPLY.
ROUTE 3, BOX 354, (63353 HWY 11), PEARL RIVER,
ST TAMMANY PARISH, LA 70452

NUMBER OF FAMILIES IS 1, MEDICAL PAYMENTS APPLY.
4346 VAN AVENUE,NEW ORLEANS, LA

NUMBER OF FAMILIES IS 2, MEDICAL PAYMENTS APPLY.
4109-11 N. CLAIBORNE, NEW ORLEANS, LA

NUMBER OF FAMILIES IS 1, MEDICAL PAYMENTS APPLY.
4344 VAN AVENUE, NEW ORLEANS, LA 70122

CREDIT FOR PROTECTIVE DEVICES                    PERCENTAGE IS 05

AUTHORIZED COMPANY REPRESENTATIVE
STONE INSURANCE, INC.

IF THE BILL FOR YOUR POLICY IS NOT ENCLOSED, IT WILL BE SENT TO YOU SEPARATELY.

03/17/05                    0012713601                    DIRECT BILLED
                          ORIGINAL/INSURED                PAGE 02 OF 02