UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN K. BAILEY, et al., | * |
| Plaintiffs, | * CIVIL ACTION NO.: |
| VERSUS | * SECTION: |
| | * MAGISTRATE: |
| ANPAC LOUISIANA INSURANCE COMPANY, et al., | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF SHERRY LAWRENCE IN SUPPORT OF NON-PARTIES ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, AND ENCOMPASS INSURANCE COMPANY'S CONSENT TO AND CONCURRENCE IN NOTICE OF REMOVAL**

**STATE OF FLORIDA**

**COUNTY OF SEMINOLE**

Sherry Lawrence, being duly sworn, deposes and states as follows:

1. I am over 18 years of age, and a resident of the State of Arkansas.

2. I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Allstate Insurance Company's records, made and kept in the regular course of Allstate's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. I am a representative for Allstate. I have held this position for 22 years.

4. I have reviewed Allstate's books and records that, among other things, show that Plaintiff Ethelee Hooker's homeowners insurance policy with Allstate Insurance

**EXHIBIT A**

Company has dwelling limits of $86,000, limits of $8,600 for other structures, and limits of $43,000 for personal property.

5. Allstate's books and records also show that Plaintiff Patricia Green's homeowners insurance policy with Allstate Indemnity Company has dwelling limits of $112,000, limits of $11,200 for other structures, and limits of $78,400 for personal property.

6. These records also show that Plaintiff Cecily Lambert's homeowners insurance policy with Allstate Indemnity Company has dwelling limits of $105,000, limits of $10,500 for other structures, and limits of $52,500 for personal property.

7. Allstate has tendered payments to these Plaintiffs under their respective policies, but more than $75,000 remains on each of those policy's limits.

8. Allstate Indemnity Company and Allstate Insurance Company are incorporated under the laws of the State of Illinois with their principal places of business in Illinois.

Dated: December 28, 2007

Sherry Lawrence

SUBSCRIBED AND SWORN to before me this 28 day of December, 2007.

Notary Public
My Commission Expires 6/4/2010

12349088



Notary Public State of Florida
Rasheeda Smith
My Commission DD559702
Expires 06/04/2010