UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNN K. BAILEY, et al., | * | |
| Plaintiffs, | * | CIVIL ACTION NO.: |
| | * | SECTION: |
| VERSUS | * | MAGISTRATE: |
| ANPAC LOUISIANA INSURANCE COMPANY, et al., | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF KATHY COLLARD IN SUPPORT OF NON-PARTIES
ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, AND
ENCOMPASS INSURANCE COMPANY'S
CONSENT TO AND CONCURRENCE IN NOTICE OF REMOVAL**

STATE OF VIRGINIA   )
                    ) ss
COUNTY OF ROANOKE   )

KATHY COLLARD, being duly sworn, deposes and states as follows:

1. I am over 18 years of age, and a resident of the State of Virginia.

2. I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Encompass Insurance Company of America's ("Encompass") records, made and kept in the regular course of Encompass's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. I am a Senior Field Support Representative for Encompass. I have held this position for thirty-four years.

**EXHIBIT B**

4. I have reviewed Encompass's books and records that, among other things, show that Plaintiff Henry Fonrenette's homeowners insurance policy with Encompass has dwelling limits of $165,800, limits of $17,000 for other structures, and limits of $116,060 for personal property.

5. Encompass has tendered payments to Plaintiff under his policy, but more than $75,000 remains under the policy's limits.

6. Encompass Insurance Company of America is incorporated under the laws of the State of Illinois with its principal place of business in Illinois.

Dated: December 28 2007

_____
Kathy Collard

SUBSCRIBED AND SWORN to before me
this 28 day of December, 2007.

_____
Notary Public
My Commission Expires  12/31/09

12349088

```
KIM FERGUSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2009
COMMISSION # 300172
```

- 2 -