UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN K. BAILEY, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> ANPAC LOUISIANA INSURANCE COMPANY, ET AL., <br><br> *Defendants.* | CIVIL ACTION 3:07-CV-00971-FJP-CN <br><br> JUDGE FRANK J. POLOZOLA <br><br> SECTION B-2 <br><br> MAGISTRATE CHRISTINE NOLAND |

### DECLARATION OF AARON D. LINDSTROM

Aaron D. Lindstrom, an attorney in the above-captioned matter for Lexington Insurance Company and American General Property Insurance Company (collectively "Defendants"), hereby states:

1. The statements in this declaration are made on my personal knowledge.

2. I am an associate at Gibson, Dunn & Crutcher LLP, counsel for Defendants in this action.

3. Gibson, Dunn & Crutcher LLP obtained from Lexington Insurance Company true and accurate copies of the declarations pages attached as Exhibits A through K to the Joinder in Removal, and Supplemental Bases for Removal, by Lexington Insurance Company and American General Property Insurance Company ("Joinder and Supplement").

4. The chart attached as Exhibit L to the Joinder and Supplement accurately reflects (1) the coverage amounts set out in the declarations pages attached as Exhibits A through K, (2) the amount of payments made under the respective policies (as reported by Lexington Insurance

Company based on a search of its claim files), and (3) the difference between the coverage and payment amounts.

5.  Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007

*[signature: Aaron A. Lindstrom]*