*Cell (713) 256-8895*
*(504) 309-6738*

## LEX Elite

| | |
|---|---|
| **Policy Number:** LE 0533513 04 | **Renewal of Policy Number:** LE 0533513 03 |

| **Name of Insured and Mailing Address:** | **Broker Name and Address:** |
|---|---|
| Vernon & Zanzer Argusta<br>3903 Pauger St<br>New Orleans, LA 70122 | Hull & Company, Inc. - New Orleans<br>111 Veterans Memorial Blvd<br>Ste 1030<br>Metairie, LA 70005 |

| **Policy Term:** 12 Month(s) | **Effective:** 06/24/2005 | **Expiration:** 06/24/2006 | 12:01 AM Standard Time at the<br>Insured's residence premises. |
|---|---|---|---|

**The residence premises covered by this policy is located at the above address, unless otherwise stated.**

Insurance is provided only with respect to those special limits of liability applicable thereto:

| **Coverage Part 1 – Homeowners** | | | **Coverage Part 2 – Personal Umbrella** | | |
|---|---|---|---|---|---|
| - Coverage A: | $ | 100,000 | - Umbrella Limit | $ | 0 |
| - Coverage B: | $ | 10,000 | - Self Insured Retention | $ | 0 |
| - Coverage C: | $ | 50,000 | **Coverage Part 3 – Excess Flood** | | |
| - Coverage D: | $ | 20,000 | - Building | $ 0 Excess of | $ 250,000 |
| - Loss Assessment: | $ | 1,000 | - Contents | $ 0 Excess of | $ 100,000 |
| - Ordinance or Law: | | 10% | **Coverage Part 4 – Scheduled Property** | | |
| - Coverage E: | $ | 100,000 | - Total Scheduled Property | $ | 0 |
| - Coverage F: | $ | 1,000 | | | |

| **Homeowners Deductibles** | | | **Annual Premium:** | $ | 1,642.00 |
|---|---|---|---|---|---|
| All Other Perils: | $ | 1000 | **Lexington Policy Premium:** | $ | 1,642.00 |
| Wind and Hail: | $ | 2500 | **Inspection Fee:** | $ | 30.00 |
| Earthquake: | | Excluded | **Policy Fee:** | $ | 132.00 |
| Special: Water Damage | $ | 2500 | **Surplus Lines Tax:** | $ | 90.20 |
| Special: None | $ | N/A | | | |
| **Minimum Earned Premium:** | 25% | | | | |

| **Mortgagee 1** Loan # | | **Total Due:** $ | 1,894.20 |
|---|---|---|---|

Decision One Mortgage Company LLC
ISAOA ATIMA
6060 J A Jones Dr #1600
Charlotte NC 28287

*AAMES NATIONAL LOAN SERVICING*
*4171 E. Grand Ave*
*350 S. Grand Ave*
*Los Angeles, CA 90071*

| **Mortgagee 2** Loan # | **Sub Broker Information** |
|---|---|
| | **Name:** MORRISON INS AGCY INC |
| | **Addr 1:** 4444 YORK ST, SUITE 201 |
| | **Addr 2:** BOX 8860 |
| | **City, St, Zip:** METAIRIE, LA 70001 |

**Homeowners Rating Information:**

| **Territory:** | 36 | **Year Built:** | 1955 |
|---|---|---|---|
| **County:** | Orleans(d) -LA | **Construction:** | Masonry |
| **PC:** | 3 | **EQ zone:** | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**

Please See Schedule of Forms and Endorsements

This special policy, together with your application and endorsements (if any) issued to form a part thereof completes the above numbered policy which shall...

| **Countersignature Date:** 09/15/2005 | |
|---|---|
| **Countersigned At:** Metairie, LA | **Countersignature:** *Madelyn M. Cohen, CPCU* |
| **Date Issued:** 06/15/2005 | |
| **LexElite 11/00** | **Authorized Representative:** *John T. Nixon* |

**EXHIBIT**

A

