# LEX*Elite*

## LEXINGTON INSURANCE COMPANY
## AMENDED HO3 HOMEOWNER DECLARATIONS PAGE — Broker Copy —

| Policy Number: LE 0595425 02 | Renewal of Policy Number:   LE 0595425 01 |
|---|---|
| **Reason for change:** Mortgagee Change | Change Effective Date:   03/21/2005 |

This amended declarations page replaces all prior declarations as of the effective date of the change.

| Name of Insured and Mailing Address: | Broker Name and Address: |
|---|---|
| David and Sharon Breland<br>2528 Prentiss Avenue<br>New Orleans, LA 70122 | Hull & Company, Inc. - New Orleans.<br>111 Veterans Memorial Blvd<br>Ste 1030<br>Metairie, LA 70005 |

| Policy Term:   12 Month(s) | Effective: 03/21/2005 | Expiration:   03/21/2006 | 12:01 AM Standard Time at the Insured's residence premises. |
|---|---|---|---|

**The residence premises covered by this policy is located at the above address, unless otherwise stated.**

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 - Homeowners**

| | | |
|---|---|---|
| - Coverage A: | $ | 105,000 |
| - Coverage B: | $ | 0 |
| - Coverage C: | $ | 52,500 |
| - Coverage D: | $ | 21,000 |
| - Loss Assessment: | $ | 1,000 |
| - Ordinance or Law : | | 10% |
| - Coverage E: | $ | 100,000 |
| - Coverage F: | $ | 1,000 |

**Coverage Part 2 – Personal Umbrella**

| | | |
|---|---|---|
| - Umbrella Limit | $ | 0 |
| - Self Insured Retention | $ | 0 |

**Coverage Part 3 – Excess Flood**

| | | | | |
|---|---|---|---|---|
| - Building | $ | 0 | Excess of $ | 250,000 |
| - Contents | $ | 0 | Excess of $ | 100,000 |

**Coverage Part 4 – Scheduled Property**

| | | |
|---|---|---|
| - Total Scheduled Property | $ | 0 |

| Annual Premium: | $ | 1,486.00 | Change Premium: | $ | 0.00 |
|---|---|---|---|---|---|

| **Homeowners Deductibles** | | | | **Lexington Policy Premium:** | $ | 0.00 |
|---|---|---|---|---|---|---|
| All Other Perils: | $ | 2500 | | Inspection Fee: | $ | 0.00 |
| Wind and Hail: | $ | 2500 | | Policy Fee: | $ | 0.00 |
| Earthquake: | | Excluded | | Surplus Lines Tax: | $ | 0.00 |
| Special: Water Damage | $ | 2500 | | | | |
| Special: None | $ | N/A | | | | |

Minimum Earned Premium:   25%

| Mortgagee 1 | Loan # | Total Due:   $   0.00 |
|---|---|---|

| WELLS FARGO BANK,NA<br>ISAOA<br>PO BOX 5708<br>SPRINGFIELD,OH 45501<br>LOAN#0135038636 | **Sub Broker Information** |
|---|---|
| | **Name:** KENNEDY LEWIS RENTON & ASSO |
| | **Addr 1:** 405 GRETNA BLVD, SUITE 210 |
| | **Addr 2:** |

| **Mortgagee 2** | Loan # |
|---|---|

| | City, St, Zip:   GRETNA , LA 70053 |
|---|---|

**Homeowners Rating Information:**

| Territory: | 36 | Year Built: | 1960 |
|---|---|---|---|
| County: | Orleans(d) -LA | Construction: | Frame |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent, unlicensed insurer.

| Countersignature Date: 09/04/2005 | Countersignature: *Madelyn M. Cohen, CPCU* |
|---|---|
| Countersigned At: Metairie, LA | |
| Date Issued: 03/24/2005 | |
| **LexElite 11/00** | Authorized Representative: *John T. Mann* |

**EXHIBIT**

C