# LEX*Elite*

## LEXINGTON INSURANCE COMPANY
## HO3 HOMEOWNER DECLARATIONS PAGE
-- Broker Copy --

| | |
|---|---|
| **Policy Number:** LE 7871510 01 | **Renewal of Policy Number:** |
| **Name of Insured and Mailing Address:**<br>Walter Todd & Celester Childs<br>596 E Marlin Ct<br>Gretna, LA 70056 | **Broker Name and Address:**<br>Hull & Company, Inc. - New Orleans.<br>111 Veterans Memorial Blvd<br>Ste 1030<br>Metairie, LA 70005 |
| **Policy Term:** 12 Month(s)   **Effective:** 08/03/2005 | **Expiration:** 08/03/2006   12:01 AM Standard Time at the Insured's residence premises. |

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 - Homeowners**
- Coverage A:          $ 130,000
- Coverage B:          $  13,000
- Coverage C:          $  65,000
- Coverage D:          $  26,000
- Loss Assessment:     $   1,000
- Ordinance or Law:        10%
- Coverage E:          $ 100,000
- Coverage F:          $   1,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit              $       0
- Self Insured Retention      $       0

**Coverage Part 3 – Excess Flood**
- Building    $   0   Excess of   $ 250,000
- Contents    $   0   Excess of   $ 100,000

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property              $       0

**Homeowners Deductibles**
| | |
|---|---|
| All Other Perils: | $ 1000 |
| Wind and Hail: | $ 2500 |
| Earthquake: | Excluded |
| Special: Water Damage | $ 2500 |
| Special: None | $ N/A |
| Minimum Earned Premium: | 25% |

| | |
|---|---|
| Annual Premium: | $ 1,519.00 |
| Lexington Policy Premium: | $ 1,519.00 |
| Inspection Fee: | $ 50.00 |
| Policy Fee: | $ 100.00 |
| Surplus Lines Tax: | $ 83.45 |
| **Total Due:** | **$ 1,752.45** |

**Mortgagee 1**   Loan #

**Mortgagee 2**   Loan #

**Sub Broker Information**
- Name: ALPHA INSURANCE LLC
- Addr 1: 23 5TH STREET
- Addr 2:
- City, St, Zip: GRETNA, LA 70053

**Homeowners Rating Information:**
| Territory: | 26 | Year Built: | 1974 |
|---|---|---|---|
| County: | Jefferson(b) -LA | Construction: | Frame |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent, unlicensed insurer.

Countersignature Date: 09/12/2005
Countersigned At: Metairie, LA            Countersignature: *Madelyn M. Cohen, CPCU*
Date Issued: 08/05/2005
                                          Authorized Representative: *John T. Nixon*
LexElite 11/00


EXHIBIT D