**LEXElite**

| | |
|---|---|
| Policy Number: LE 7871404 01 | Renewal of Policy Number: |

**Name of Insured and Mailing Address:**
Charles & Marie Drago
4516 Newport Drive
Meraux, LA 70075

**Broker Name and Address:**
Hull & Company, Inc. - New Orleans
111 Veterans Memorial Blvd.
Ste 1030
Metairie, LA 70005

Policy Term: 12 Month(s)    Effective: 08/03/2005    Expiration: 08/03/2006    12:01 AM Standard Time at the Insured's residence premises

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto.

**Coverage Part 1 - Homeowners**
- Coverage A:          $ 200,000
- Coverage B:          $ 20,000
- Coverage C:          $ 100,000
- Coverage D:          $ 40,000
- Loss Assessment:     $ 1,000
- Ordinance or Law:    10%
- Coverage E:          $ 300,000
- Coverage F:          $ 1,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit                 $ 0
- Self Insured Retention         $ 0

**Coverage Part 3 – Excess Flood**
- Building    $ 0   Excess of  $ 250,000
- Contents    $ 0   Excess of  $ 100,000

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property       $ 0

| | |
|---|---|
| Annual Premium: | $ 1,811.00 |
| Lexington Policy Premium: | $ 1,811.00 |
| Inspection Fee: | $ 50.00 |
| Policy Fee: | $ 112.00 |
| Surplus Lines Tax: | $ 98.65 |

**Homeowners Deductibles**
All Other Perils:       $ 1000
Wind and Hail:          $ 2500
Earthquake:             Excluded
Special: Water Damage   $ 2500
Special: None           $ N/A

Minimum Earned Premium: 25%

Total Due:    $ 2,071.65

Mortgagee 1    Loan #

**Sub Broker Information**
Name:    ESLAVA & CLEMENTS INC.
Addr 1:  429 BAYOU ROAD
Addr 2:  BOX 10
City, St, Zip: ST BERNARD, LA 70085

Mortgagee 2    Loan #

**Homeowners Rating Information:**
Territory: 44         Year Built: 1987
County: St. Bernard(f), LA    Construction: Masonry
PC: 2                 EQ zone: N/A

**Forms and Endorsements made part of this policy at time of issuance:**
Please See Schedule of Forms and Endorsements

Countersignature Date: 09/02/2005
Countersigned At: Metairie, LA    Countersignature: *Madilyn M. Owen, CPCU*
Date Issued: 08/04/2005
LexElite 11/00    Authorized Representative:

**EXHIBIT E**