# LEXElite — LEXINGTON INSURANCE COMPANY
## HO3 Homeowner Declarations Page — Broker Copy

| | |
|---|---|
| **Policy Number:** LE 0530206 04 | **Renewal of Policy Number:** LE 0530206 03 |
| **Name of Insured and Mailing Address:**<br>Katherine B. Jahncke<br>4241 General Pershing St<br>New Orleans, LA 70125 | **Broker Name and Address:**<br>Hull & Company, Inc. - New Orleans.<br>111 Veterans Memorial Blvd<br>Ste 1030<br>Metairie, LA 70005 |
| **Policy Term:** 12 Month(s)   **Effective:** 05/10/2005 | **Expiration:** 05/10/2006   12:01 AM Standard Time at the Insured's residence premises. |

The residence premises covered by this policy is located at the above address, unless otherwise stated. 4241-43 Gen Pershing, New Orleans, LA 70125

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 - Homeowners**
- Coverage A: $ 133,477
- Coverage B: $ 13,348
- Coverage C: $ 66,739
- Coverage D: $ 26,695
- Loss Assessment: $ 1,000
- Ordinance or Law: 10%
- Coverage E: $ 100,000
- Coverage F: $ 1,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit: $ 0
- Self Insured Retention: $ 0

**Coverage Part 3 – Excess Flood**
- Building: $ 0   Excess of $ 250,000
- Contents: $ 0   Excess of $ 100,000

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property: $ 0

**Homeowners Deductibles**
- All Other Perils: $ 1000
- Wind and Hail: $ 2500
- Earthquake: Excluded
- Special: Water Damage $ 2500
- Special: None $ N/A

**Minimum Earned Premium:** 25%

| | |
|---|---|
| Annual Premium: | $ 1,800.00 |
| Lexington Policy Premium: | $ 1,800.00 |
| Inspection Fee: | $ 30.00 |
| Policy Fee: | $ 132.00 |
| Surplus Lines Tax: | $ 98.10 |
| **Total Due:** | **$ 2,060.10** |

**Mortgagee 1**   Loan #
WELLS FARGO FINANCIAL LOUISIANA,INC
3100 KINGMAN STREET
SUITE 109
METAIRIE,LA 70006

**Mortgagee 2**   Loan #
WELLS FARGO FINANCIAL BANK
3201 N. FOURTH AVE.
SIOUS FALLS,SD 57104

**Sub Broker Information**
Name: MARQUEZ INSURANCE AGENCY IN
Addr 1: 4607 Jefferson Highway
Addr 2:
City, St, Zip: Jefferson, LA 70121

**Homeowners Rating Information:**
| Territory: | 36 | Year Built: | 1941 |
| County: | Orleans(d) -LA | Construction: | Frame |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of Issuance:**
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Countersignature Date: 09/14/2005
Countersigned At: Metairie, LA            Countersignature: *Madelyn M. Cohen, CPCU*
Date Issued: 05/06/2005
LexElite 11/00                              Authorized Representative: *John T. Nixon*



EXHIBIT F