**LEXINGTON INSURANCE COMPANY**
**HO3 HOMEOWNER DECLARATIONS PAGE** — Broker Copy —

LEXElite

| Policy Number: LE 6800794 01 | Renewal of Policy Number: |
|---|---|
| **Name of Insured and Mailing Address:**<br>Troy A. & Kelly M. Jessie<br>7539 Lady Gray Street<br>New Orleans, LA 70127 | **Broker Name and Address:**<br>Burns & Wilcox of LA, Ltd.<br>3850 N. Causeway Blvd.<br>Suite 500<br>Metairie, LA 70002 |
| Policy Term: 12 Month(s)   Effective: 11/04/2004 | Expiration: 11/04/2005 | 12:01 AM Standard Time at the Insured's residence premises. |

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

| **Coverage Part 1 - Homeowners** | | | **Coverage Part 2 – Personal Umbrella** | | | |
|---|---|---|---|---|---|---|
| - Coverage A: | $ | 137,500 | - Umbrella Limit | | $ | 0 |
| - Coverage B: | $ | 13,750 | - Self Insured Retention | | $ | 0 |
| - Coverage C: | $ | 68,750 | **Coverage Part 3 – Excess Flood** | | | |
| - Coverage D: | $ | 27,500 | - Building   $   0   Excess of | | $ | 250,000 |
| - Loss Assessment: | $ | 1,000 | - Contents   $   0   Excess of | | $ | 100,000 |
| - Ordinance or Law: | | 10% | **Coverage Part 4 – Scheduled Property** | | | |
| - Coverage E: | $ | 100,000 | - Total Scheduled Property | | $ | 0 |
| - Coverage F: | $ | 1,000 | | | | |

| | | | Annual Premium: | $ | 1,915.00 |
|---|---|---|---|---|---|
| **Homeowners Deductibles** | | | Lexington Policy Premium: | $ | 1,915.00 |
| All Other Perils: | $ | 1000 | Inspection Fee: | $ | 50.00 |
| Wind and Hail: | $ | 2500 | Policy Fee: | $ | 125.00 |
| Earthquake: | | Excluded | Surplus Lines Tax: | $ | 104.50 |
| Special: Water Damage | $ | 2500 | | | |
| Special: None | $ | N/A | | | |
| Minimum Earned Premium: | 25% | | | | |
| **Mortgagee 1**   Loan # | | | Total Due: | $ | 2,194.50 |

Star Mortgage Services
ISAOA, ATIMA
P.O. Box 2000-9246
Kennesaw, GA 30156

**Sub Broker Information**
Name: Third Millenium Insurance
Addr 1: 1001 Lake Forest Blvd
Addr 2: Ste 814 PO Box 870790
City, St, Zip: New Orleans, LA 70127

**Mortgagee 2**   Loan #

**Homeowners Rating Information:**

| Territory: | 36 | Year Built: | 1990 |
|---|---|---|---|
| County: | Orleans(d) -LA | Construction: | Frame |
| PC: | 2 | EQ zone: | N/A |

Forms and Endorsements made part of this policy at time of issuance:
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent, unlicensed insurer.

Countersignature Date: 09/08/2005
Countersigned At: Metairie, LA         Countersignature:
Date Issued: 11/30/2004

LexElite 11/00                    Authorized Representative:


EXHIBIT G