# LEXElite
## PERSONAL LINES INSURANCE

### LEXINGTON INSURANCE COMPANY
### HO3 HOMEOWNER DECLARATIONS PAGE — Broker Copy

**Policy Number:** LE 8121217 01  **Renewal of Policy Number:**

**Name of Insured and Mailing Address:**
Ron & June Lemoine
3504 Mumphrey Rd
Chalmette, LA 70043

**Broker Name and Address:**
Hull & Company, Inc. - New Orleans.
111 Veterans Memorial Blvd
Ste 1030
Metairie, LA 70005

**Policy Term:** 12 Month(s)   **Effective:** 01/14/2005   **Expiration:** 01/14/2006   12:01 AM Standard Time at the Insured's residence premises.

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 - Homeowners**
- Coverage A: $ 127,000
- Coverage B: $ 12,700
- Coverage C: $ 63,500
- Coverage D: $ 25,400
- Loss Assessment: $ 1,000
- Ordinance or Law: 10%
- Coverage E: $ 100,000
- Coverage F: $ 1,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit $ 0
- Self Insured Retention $ 0

**Coverage Part 3 – Excess Flood**
- Building $ 0  Excess of $ 250,000
- Contents $ 0  Excess of $ 100,000

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property $ 0

**Homeowners Deductibles**
All Other Perils: $ 1000
Wind and Hail: $ 2500
Earthquake: Excluded
Special: Water Damage $ 2500
Special: None  $ N/A

**Minimum Earned Premium:** 25%

**Annual Premium:** $ 1,476.00
**Lexington Policy Premium:** $ 1,476.00
**Inspection Fee:** $ 50.00
**Policy Fee:** $ 100.00
**Surplus Lines Tax:** $ 81.30

**Total Due:** $ 1,707.30

**Mortgagee 1** Loan #
Citi Mortgage Inc ISAOA ATIMA
PO Box 7706
Springfield OH 45501   PAID 01/5/-
Loan #0122525695
Sig. Papers in File

**Mortgagee 2** Loan #

**Sub Broker Information**
Name: BURGHARDT, DAN INS AGENCY
Addr 1: 3008 DAVID DRIVE
Addr 2:
City, St, Zip: METAIRIE, LA 70003

**Homeowners Rating Information:**
| Territory: | 38 | Year Built: | 1972 |
| County: | St. Bernard(f) - LA | Construction: | Veneer Mas. |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part thereof completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Countersignature Date: 09/10/2005
Countersigned At: Metairie, LA     Countersignature: *Madelyn M. Cohen, CPCU*
Date Issued: 01/18/2005

LexElite 11/00       Authorized Representative: *John T. Nixon*


EXHIBIT H