**LEX**Elite
**LEXINGTON INSURANCE COMPANY**
**AMENDED HO 3 HOMEOWNER DECLARATIONS PAGE** — Broker Copy

| | |
|---|---|
| **Policy Number:** LE 0574405 03 | **Renewal of Policy Number:** LE 0574405 02 |
| **Reason for change:** Mortgagee Change | **Change Effective Date:** 07/05/2005 |

This amended declarations page replaces all prior declarations as of the effective date of the change.

| Name of Insured and Mailing Address: | Broker Name and Address: |
|---|---|
| Roger & Earline Mcconnell<br>125 Mound Ave<br>New Orleans, LA 70124 | Hull & Company, Inc. - New Orleans.<br>111 Veterans Memorial Blvd<br>Ste 1030<br>Metairie, LA 70005 |

| | | | |
|---|---|---|---|
| **Policy Term:** 12 Month(s) | **Effective:** 06/04/2005 | **Expiration:** 06/04/2006 | 12:01 AM Standard Time at the Insured's residence premises. |

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

| **Coverage Part 1 - Homeowners** | | **Coverage Part 2 – Personal Umbrella** | |
|---|---|---|---|
| - Coverage A: | $ 171,000 | - Umbrella Limit | $ 0 |
| - Coverage B: | $ 17,100 | - Self Insured Retention | $ 0 |
| - Coverage C: | $ 85,500 | **Coverage Part 3 – Excess Flood** | |
| - Coverage D: | $ 34,200 | - Building  $ 0  Excess of | $ 250,000 |
| - Loss Assessment: | $ 1,000 | - Contents  $ 0  Excess of | $ 100,000 |
| - Ordinance or Law: | 10% | **Coverage Part 4 – Scheduled Property** | |
| - Coverage E: | $ 100,000 | - Total Scheduled Property | $ 0 |
| - Coverage F: | $ 1,000 | | |

| **Annual Premium:** | $ 1,993.00 | **Change Premium:** | $ 0.00 |
|---|---|---|---|
| **Homeowners Deductibles** | | **Lexington Policy Premium:** | $ 0.00 |
| All Other Perils: | $ 1000 | **Inspection Fee:** | $ 0.00 |
| Wind and Hail: | $ 2500 | **Policy Fee:** | $ 0.00 |
| Earthquake: | Excluded | **Surplus Lines Tax:** | $ 0.00 |
| Special: Water Damage | $ 2500 | | |
| Special: None | $ N/A | | |
| **Minimum Earned Premium:** 25% | | | |

| **Mortgagee 1**       Loan # | | **Total Due:** | $ 0.00 |
|---|---|---|---|

Sun Finance Co LLC
ISAOA ATIMA
3525 N Causeway Blvd Ste 900
Metairie LA 70002
Loan #810061

| **Sub Broker Information** | |
|---|---|
| Name: | BURGHARDT, DAN INS AGENCY |
| Addr 1: | 3008 DAVID DRIVE |
| Addr 2: | |
| City, St, Zip: | METAIRIE, LA 70003 |

**Mortgagee 2**       Loan #

| **Homeowners Rating Information:** | | | |
|---|---|---|---|
| Territory: | 36 | Year Built: | 1975 |
| County: | Orleans(d) -LA | Construction: | Frame |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent, unlicensed insurer.

Countersignature Date: 09/15/2005
Countersigned At: Metairie, LA            Countersignature: *Madelyn M. Cohen, CPCU*
Date Issued: 07/12/2005
LexElite 11/00                              Authorized Representative: *John F. Nixon*

**EXHIBIT I**