# LEXINGTON INSURANCE COMPANY
## LEX Elite — PERSONAL LINES INSURANCE
### HO3 HOMEOWNER DECLARATIONS PAGE — Broker Copy

**Policy Number:** LE 0543572 03  
**Renewal of Policy Number:** LE 0543572 02

**Name of Insured and Mailing Address:**  
Rilma M. Patt  
4610 Galahad Drive  
New Orleans, LA 70127

**Broker Name and Address:**  
Hull & Company, Inc. - New Orleans.  
111 Veterans Memorial Blvd  
Ste 1030  
Metairie, LA 70005

**Policy Term:** 12 Month(s)   **Effective:** 09/29/2004   **Expiration:** 09/29/2005   12:01 AM Standard Time at the Insured's residence premises.

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 - Homeowners**
- Coverage A: $ 100,000
- Coverage B: $ 10,000
- Coverage C: $ 50,000
- Coverage D: $ 20,000
- Loss Assessment: $ 1,000
- Ordinance or Law: 10%
- Coverage E: $ 300,000
- Coverage F: $ 1,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit: $ 0
- Self Insured Retention: $ 0

**Coverage Part 3 – Excess Flood**
- Building: $ 0   Excess of   $ 250,000
- Contents: $ 0   Excess of   $ 100,000

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property: $ 0

**Homeowners Deductibles**
- All Other Perils: $ 1000
- Wind and Hail: $ 2500
- Earthquake: Excluded
- Special: Water Damage $ 2500
- Special: None $ N/A

**Minimum Earned Premium:** 25%

| | |
|---|---|
| Annual Premium: | $ 1,545.00 |
| Lexington Policy Premium: | $ 1,545.00 |
| Inspection Fee: | $ 30.00 |
| Policy Fee: | $ 120.00 |
| Surplus Lines Tax: | $ 84.75 |
| **Total Due:** | **$ 1,779.75** |

**Mortgagee 1**   Loan #  
Wells Fargo Home Mortgage Inc  
Isaoa Atima Hazard Insurance Processing Center  
Springfield OH 45501  
Loan #191971726

**Mortgagee 2**   Loan #

**Sub Broker Information**  
Name: STONE INSURANCE INC  
Addr 1: 111 VETERANS BLVD., STE 1600  
Addr 2:  
City, St, Zip: METAIRIE, LA 70005

**Homeowners Rating Information:**

| Territory: | 36 | Year Built: | 1968 |
|---|---|---|---|
| County: | Orleans(d) -LA | Construction: | Veneer Mas. |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**  
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

**Countersignature Date:** 09/14/2005  
**Countersigned At:** Metairie, LA  
**Date Issued:** 09/28/2004

**Countersignature:** *Madelyn M. Cohen, CPCU*

**Authorized Representative:** *John T. Nixon*

LexElite 11/00

EXHIBIT J