504 362-7172   211984

# LEXINGTON INSURANCE COMPANY
## HO3 HOMEOWNER DECLARATIONS PAGE

**LEXElite** — Personal Lines Insurance

— Broker Copy —

**Policy Number:** LE 7864403 01  
**Renewal of Policy Number:**

**Name of Insured and Mailing Address:**  
Chunary Turnage Robinson  
4252 Lac Blenville  
Harvey, LA 70058

**Broker Name and Address:**  
Hull & Company, Inc. - New Orleans  
111 Veterans Memorial Blvd  
Ste 1030  
Metairie, LA 70005

**Policy Term:** 12 Month(s)   **Effective:** 05/31/2005   **Expiration:** 05/31/2006   12:01 AM Standard Time at the Insured's residence premises.

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 – Homeowners**
- Coverage A: $ 106,000
- Coverage B: $ 10,600
- Coverage C: $ 31,800
- Coverage D: $ 10,600
- Loss Assessment: $ 1,000
- Ordinance or Law: 10%
- Coverage E: $ 100,000
- Coverage F: $ 1,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit: $ 0
- Self Insured Retention: $ 0

**Coverage Part 3 – Excess Flood**
- Building: $ 0   Excess of $ 250,000
- Contents: $ 0   Excess of $ 100,000

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property: $ 0

| | |
|---|---|
| Annual Premium: | $ 1,057.00 |
| Lexington Policy Premium: | $ 1,057.00 |
| Inspection Fee: | $ 50.00 |
| Policy Fee: | $ 112.00 |
| Surplus Lines Tax: | $ 60.95 |

**Homeowners Deductibles**
- All Other Perils: $ 1000
- Wind and Hail: $ 2500
- Earthquake: Excluded
- Special: Water Damage  $ 2500
- Special: None  $ N/A
- Minimum Earned Premium: 25%

**Total Due:** $ 1,279.95

**Mortgagee 1**   Loan #  
Countrywide Home Loans, Inc.  
ISAOA/ATIMA MSN-SV22  
P.O. Box 10212  
Van Nuys, CA 91410-0212

**Sub Broker Information**  
Name: Pharm & Associates  
Addr 1: 3715 Westbank Expressway  
Addr 2: Suite 14  
City, St, Zip: Harvey, LA 70058

**Mortgagee 2**   Loan #

**Homeowners Rating Information:**
| Territory: | 26 | Year Built: | 2005 |
| County: | Jefferson(b) -LA | Construction: | Frame |
| PC: | 2 | EQ zone: | N/A |

**Forms and Endorsements made part of this policy at time of issuance:**  
Please See Schedule of Forms and Endorsements

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

This insurance is issued pursuant to the LA surplus lines law. Persons insured by surplus lines carriers do not have the protection of the LA Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent, unlicensed insurer.

Countersignature Date: 11/14/2005  
Countersigned At: Metairie, LA  
Date Issued: 06/06/2005  
Countersignature: *Madelyn M. Cohen, CPCU*  
Authorized Representative: *John T. Pharm*  
LexElite 11/00


EXHIBIT K