Exhibit L
Amount-In-Controversy Chart For Lexington Insureds

| Last Name | First Name | Address | Policy No. | Coverage A | Coverage B | Coverage C | Coverage D | Total | Amounts Paid | Amount in Controversy |
|---|---|---|---|---|---|---|---|---|---|---|
| Argusta | Zanzer | 3903 Faugers St., New Orleans, LA 70122 | LE 05351304 | $ 100,000.00 | $ 10,000.00 | $ 50,000.00 | $ 20,000.00 | $ 180,000.00 | $ 15,789.88 | $ 164,210.12 |
| Ates | Wiley | 2133 Pine St., New Orleans, LA 70118 | LE 0601863 02 | $ 243,000.00 | $ 24,300.00 | $ 121,500.00 | $ 48,600.00 | $ 437,400.00 | $ 2,826.13 | $ 434,573.87 |
| Breland, Jr. | David | 2528 Prentiss Ave., New Orleans, LA 70122 | LE 0595425 01 | $ 105,000.00 | $ - | $ 52,500.00 | $ 21,000.00 | $ 178,500.00 | $ 2,500.00 | $ 176,000.00 |
| Cameron | Kevin | 596 E. Marlin Ct., Gretna, LA 70056 | LE 7871510* | | | | | $ - | | $ - |
| Childs | Celester | 596 E. Marlin Ct., Gretna, LA 70056 | LE 7871510** | $ 130,000.00 | $ 13,000.00 | $ 65,000.00 | $ 26,000.00 | $ 234,000.00 | $ 14,768.72 | $ 219,231.28 |
| Childs | Joshua | 596 E. Marlin Ct., Gretna, LA 70056 | LE 7871510*** | | | | | $ - | | $ - |
| Childs | Walter | 596 E. Marlin Ct., Gretna, LA 70056 | LE 7871510** | $ 130,000.00 | $ 13,000.00 | $ 65,000.00 | $ 26,000.00 | $ 234,000.00 | $ 14,768.72 | $ 219,231.28 |
| Drago | Charles | 4516 Newport Drive, Meraux, LA 70075 | LE 7871404 01 | $ 200,000.00 | $ 20,000.00 | $ 100,000.00 | $ 40,000.00 | $ 360,000.00 | $ 59,032.34 | $ 300,967.66 |
| Jahncke | Katherine | 4241 General Pershing Street, New Orleans, LA 70125 | LE 0530206 04 | $ 133,477.00 | $ 13,348.00 | $ 66,739.00 | $ 26,695.00 | $ 240,259.00 | $ 11,930.41 | $ 228,328.59 |
| Jessie | Kelly | 7539 Lady Gray St., New Orleans, LA 70127 | LE 6800794 01 | $ 137,500.00 | $ 13,750.00 | $ 68,750.00 | $ 27,500.00 | $ 247,500.00 | $ 23,950.08 | $ 194,962.73 |
| Lemoine, Sr. | Ron | 3504 Mumphrey Road, Chalmette, LA 70043 | LE 812121701 | $ 127,000.00 | $ 12,700.00 | $ 63,500.00 | $ 25,400.00 | $ 228,600.00 | $ 21,478.29 | $ 207,121.71 |
| McConnell | Roger | 125 Mound Ave., New Orleans, LA 70124 | LE 0574405-03 | $ 171,000.00 | $ 17,100.00 | $ 85,500.00 | $ 34,200.00 | $ 307,800.00 | $ 11,595.06 | $ 296,204.94 |
| Patt | Rilma | 4610 Galahad Dr., New Orleans, LA 70127 | LE 0543572 03 | $ 100,000.00 | $ 10,000.00 | $ 50,000.00 | $ 20,000.00 | $ 180,000.00 | $ 18,118.88 | $ 161,881.12 |
| Robinson | Chumary | 4252 Lac Bienville Dr., Harvey, LA 70058 | LE 7864403 01 | $ 106,000.00 | $ 10,600.00 | $ 31,800.00 | $ 10,600.00 | $ 159,000.00 | $ 2,385.18 | $ 156,614.82 |

\* Lexington was unable to locate policy information for Kevin Cameron. The Amended Petition appears to erroneously duplicate the address and policy information for the Childs, instead of including the information for Kevin Cameron.

\*\* Both Celester and Walter Childs list the same address and policy number. While they would not each be able to recover separate amounts under the same policy, each, if suing alone on the policy, meets the jurisdictional amount.

\*\*\* Lexington was unable to locate policy information for Joshua Childs. He is not named on the policy identified in the Amended Petition. See Ex. D.


EXHIBIT
L
tabbies