UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNN K. BAILEY, *et al.*, | * | CIVIL ACTION NO. 07-971 |
| | * | |
| | * | SECTION: "B" (2) |
| VERSUS | * | |
| | * | JUDGE POLOZOLA |
| ANPAC LOUISIANA INSURANCE | * | |
| COMPANY, *et al.*, | * | MAGISTRATE NOLAND |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**METROPOLITAN INSURANCE COMPANY'S NOTICE OF
CONSENT TO AND CONCURRENCE IN NOTICE OF REMOVAL**

Defendant Metropolitan Insurance Company ("Metropolitan") hereby submits this Consent to and Concurrence in Notice of Removal filed by State Farm Fire and Casualty Company ("State Farm") pursuant to 28 U.S.C. §1446(b). Metropolitan concurs in State Farm's Notice of Removal that establishes Plaintiffs' claims are removable to this Court under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1453.

Respectfully submitted,

*Susan M. Rogge*
H. Minor Pipes, III, 26403
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
*Attorneys for Metropolitan Insurance Company*

100856

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the foregoing Consent to and Concurrence in Notice of Removal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Susan M. Rogge*

100856