### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN K. BAILEY, ET AL., | CIVIL ACTION 3:07-CV-00971-FJP-CN |
| *Plaintiffs*, | JUDGE FRANK J. POLOZOLA |
| v. | SECTION B-2 |
| ANPAC LOUISIANA INSURANCE COMPANY, ET AL., | MAGISTRATE CHRISTINE NOLAND |
| *Defendants*. | |

### CORPORATE DISCLOSURE STATEMENT OF
### LEXINGTON INSURANCE COMPANY AND
### AMERICAN GENERAL PROPERTY INSURANCE COMPANY

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Lexington Insurance Company and American General Property Insurance Company hereby state as follows:

1. Lexington Insurance Company is 70% owned by National Union Fire Insurance Company of Pittsburgh, PA; 20% owned by The Insurance Company of the State of Pennsylvania; and 10% owned by AIG Casualty Company—formerly known as Birmingham Fire Insurance Company of Pennsylvania. National Union Fire Insurance Company of Pittsburgh, PA, The Insurance Company of the State of Pennsylvania, and AIG Casualty Company are each 100% owned by AIG Commercial Insurance Group, Inc. AIG Commercial

Insurance Group, Inc. is 100% owned by AIG Property Casualty Group, Inc. AIG Property Casualty Group, Inc. is 100% owned by American International Group, Inc., a publicly traded corporation. No parent corporation or publicly held corporation owns 10% or more of the stock of American International Group, Inc.

2. American General Property Insurance Company is jointly owned by AGC Life Insurance Company and American General Life and Accident Insurance Company. American General Life and Accident Insurance Company is a wholly owned subsidiary of AGC Life Insurance Company, which is a wholly owned subsidiary of AIG Life Holdings (US), Inc., which is a wholly owned subsidiary of American International Group, Inc.

Respectfully submitted,

/s/ Robert I. Siegel
Robert I. Siegel
GIEGER, LABORDE & LAPERHOUSE, LLC
One Shell Square
701 Poydras St., Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 654-1307
*Attorney for Lexington Insurance Company and American General Property Insurance Company*

## **CERTIFICATE**

I hereby certify that I caused a copy of the foregoing Corporate Disclosure Statement of Lexington Insurance Company and American General Property Insurance Company to be served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, on this 28th day of December 2007.

/s/ Robert I. Siegel