UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNN K. BAILEY, *et al.*, | * | CIVIL ACTION NO. 07-971 |
| | * | |
| | * | SECTION: "B" (2) |
| VERSUS | * | |
| | * | JUDGE POLOZOLA |
| ANPAC LOUISIANA INSURANCE | * | |
| COMPANY, *et al.*, | * | MAGISTRATE NOLAND |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NON-PARTY LIBERTY MUTUAL FIRE INSURANCE COMPANY'S NOTICE OF CONSENT TO AND CONCURRENCE IN NOTICE OF REMOVAL**

Non-party Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby submits this Consent to and Concurrence in Notice of Removal filed by State Farm Fire and Casualty Company ("State Farm") pursuant to 28 U.S.C. §1446(b).[1] Liberty Mutual concurs in State Farm's Notice of Removal that establishes Plaintiffs' claims are removable to this Court under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1453.

---

[1] Liberty Mutual was served with process for this suit on or about November 30, 2007. Liberty Mutual, however, is not properly named as a Defendant or Party to the lawsuit. The only mention of Liberty Mutual is found in a document attached to the Amended Petition as Exhibit B. That Exhibit is not referenced in the pleading as a source for the identification of Defendants; rather only Exhibit A is mentioned and Liberty Mutual does not appear in that Exhibit.

Respectfully submitted,

*Susan M. Rogge*
H. Minor Pipes, III, 26403
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the foregoing Consent to and Concurrence in Notice of Removal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Susan M. Rogge*