3737-20686

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LYNN K. BAILEY,** *et al.* | * | CIVIL ACTION |
| | * | NO: 07-971 |
| | * | SECTION "B" (2) |
| **VERSUS** | * | JUDGE POLOZOLA |
| **ANPAC LOUISIANA INSURANCE COMPANY,** *et al.* | * | MAG. DIV. NOLAND |

\* \* \* \* \* \* \* \*

**CONSENT TO AND CONCURRENCE IN NOTICE OF REMOVAL**

Defendant, American Security Insurance Company ("American Security"), hereby submits this Consent to and Concurrence in the Notice of Removal filed by State Farm Fire and Casualty Company ("State Farm") pursuant to 28 U.S.C. § 1446(b). American Security concurs in State Farm's Notice of Removal that establishes the claims of Plaintiffs are removable to this Court under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1453.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**DAVID P. SALLEY (T.A. 19770)**
**A. JACOB CULOTTA, JR. (26856)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828

**BY: /s/ A. Jacob Culotta, Jr.**
         **A. JACOB CULOTTA, JR.**
**ATTORNEYS FOR AMERICAN SECURITY INSURANCE COMPANY**

---

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 2nd day of January, 2008, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties using this process in this matter.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

          /s/ A. Jacob Culotta, Jr.
          A. JACOB CULOTTA, JR