**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LYNN K. BAILEY,** *ET AL.* | * | **CIVIL ACTION NO.: 3:07-cv-00971** |
| **Plaintiffs** | * | **JUDGE: Frank J. Polozola** |
| **VERSUS** | * | **MAGISTRATE: Christine Noland** |
| **AUDOBON INSURANCE COMPANY,** *ET AL.* | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * *

## JOINDER IN AND CONSENT TO REMOVAL

NOW INTO COURT comes, The Standard Fire Insurance Company, improperly named as "Travelers" and any of its affiliated companies ("Standard Fire") - to the extent they are proper defendants in the captioned matter - hereby joins in and consents to the removal of this action as filed by State Farm Fire and Casualty Company [Rec. Doc. No. 1], and further adopts herein as if reprinted *in extenso* the arguments set forth by State Farm Fire and Casualty Company as may be applicable.

Plaintiffs filed this putative action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on August 27, 2007. Plaintiffs filed its First Amended Petition For Damages on November 26, 2007. Standard Fire was served through the Louisiana Secretary of State on November 30, 2007. This joinder and consent is filed within thirty days of service on Standard Fire or any other defendant to the instant action.

Standard Fire also consents to the removal of this action by any other defendant filing a separate notice. Standard Fire reserves the right to file a supplemental statement in support of removal.

Respectfully submitted,

**/s/ Seth A. Schmeeckle**

| | |
|---|---|
| **OF COUNSEL:** | **RALPH S. HUBBARD, III, T.A., Bar. # 7040** |
| **Stephen E. Goldman** | **SETH A. SCHMEECKLE, Bar #27076** |
| **Wystan M. Ackerman** | **LUGENBUHL, WHEATON, PECK, RANKIN** |
| **ROBINSON & COLE LLP** | **& HUBBARD** |
| 280 Trumbull Street | 601 Poydras Street, Suite 2775 |
| Hartford, Connecticut 06103-3597 | New Orleans, Louisiana 70130 |
| Telephone:    (860) 275-8200 | Telephone:  (504) 568-1990 |
| Facsimile:      (860) 275-8299 | Telefax:  (504)310-9195 |
| | E-Mail:  rhubbard@lawla.com |
| | sschmeeckle@lawla.com |

Attorneys for The Standard Fire Insurance Company and its affiliated companies

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle