

#### UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Nick J. Lorio**  **Telephone: 225-389-3500**
**Clerk of Court**  **Facsimile: 225-389-3501**

January 3, 2008

**Re:   Civil Action 07-971-JVP-DLD**
**Lynn Bailey, et al vs State Farm Fire and Casualty Company, et al**

Dear Sirs,

This letter is to notify you that the above captioned case has been reassigned to **District Judge John V. Parker.**  Please reflect this change on all future pleadings and correspondence with the court.

Sincerely,

NICK J. LORIO, CLERK

By:  Janice LeBlanc
      Deputy Clerk

c: **JVP**, **PH**, **FJP, KC, CN, JP**
    Counsel of record

777 FLORIDA STREET, ROOM 139 • BATON ROUGE, LA 70801