UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN BAILEY | CIVIL ACTION |
| VERSUS | NO. 3:07-cv-00971 |
| ANPAC LOUISIANA INSURANCE COMPANY, ET AL. | JUDGE PARKER |
| | MAGISTRATE NOLAND |

## CONSENT TO REMOVAL

Defendant, Electric Insurance Company, at the time of the filing of the Notice of Removal, and now, a corporation organized and existing under the laws of the State of Massachusetts with its principal place of business in the State of Massachusetts, consents to and concurs in the removal of the above-captioned case. Electric was first served with process in the above captioned action on December 7, 2007 and this Consent has accordingly been filed within thirty (30) days of service of suit on Electric.

        Respectfully Submitted,

        *s/ Alan Dean Weinberger*
        Dominic J. Gianna, Esq. (Bar No. 6063)
        Alan Dean Weinberger, Esq. (Bar No. 13331)
        **Middleberg, Riddle & Gianna**
        201 St. Charles Ave., Ste. 3100
        New Orleans, Louisiana 70170-3100
        Tel.: 504-525-7200
        Fax: 504-581-5983

        ***COUNSEL FOR ELECTRIC INSURANCE***

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing Consent to Removal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are known not to be participants in the CM/ECF system.

        *s/Alan Dean Weinberger*

ND: 4812-4102-1954, v. 1