UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNN BAILEY | CIVIL ACTION |
| VERSUS | NO. 3:07-cv-00971 |
| ANPAC LOUISIANA INSURANCE COMPANY, ET AL. | JUDGE PARKER |
| | MAGISTRATE NOLAND |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant, Electric Insurance Company ("EIC"), pursuant to Fed. R. Civ. P. 7.1(a), states that:

(1) One hundred percent (100%) of Electric Insurance Company's common stock is owned by Wilmington Trust Company, a Delaware banking corporation ("Wilmington"), solely in its capacity as Trustee, under a Trust Agreement entered into between Electric Mutual Liability Insurance Company, Ltd, a Bermuda insurance company ("EMLICO") and Wilmington, dated July 1, 1995 ("Trust Agreement").

and

(2) General Electric Company, a New York corporation, is sole beneficiary under the Trust Agreement.

                                    Respectfully submitted,

                                    *s/ Alan Dean Weinberger*
                                    Dominic J. Gianna, #6063
                                    Alan Dean Weinberger # 13331
                                    **MIDDLEBERG, RIDDLE & GIANNA**
                                    201 St. Charles Avenue, Suite 3100
                                    New Orleans, Louisiana  70170-3100
                                    Telephone:  (504) 525-7200
                                    Fax: (504) 581-5983
                                    ***Attorneys for Electric***

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are known not to be participants in the CM/ECF system.

                                    *s/ Alan Dean Weinberger*

ND: 4845-6297-6258, v.  1