UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN BAILEY, ET AL

VERSUS

STATE FARM FIRE AND CASUALTY, ET AL

CIVIL ACTION

NO. 07-971-JVP-CN

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, National Lloyds Insurance Company, and hereby gives notice of its appearance and requests that all notices in the said proceeding be copied to its counsel of record at the following address:

> John R. Walker
> Allen & Gooch
> 3900 North Causeway Blvd., Suite 1450
> Metairie, Louisiana, 70002
> (504) 836-5210 (Direct Dial)
> (504) 836-5215 (Direct Fax)
> Email: johnwalker@allengooch.com

Respectfully Submitted,

ALLEN & GOOCH
A Law Corporation

_____
**John R. Walker  #2165**
3900 N. Causeway Suite 1450
Metairie LA 70002
Ph:  504.836.5210
Fax: 504.836.5215
Email: johnwalker@allengooch.com
Attorneys for National Lloyds
Insurance Company

## Certificate of Service

**I hereby certify** that a copy of the above and foregoing has been or was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record, by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 30th day of January, 2008.

John R. Walker