UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN BAILEY, ET AL

VERSUS

STATE FARM FIRE AND CASUALTY, ET AL

CIVIL ACTION

NO. 07-971-JVP-CN

**MOTION TO ENROLL AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes defendant, National Lloyds Insurance Company, who respectfully moves the Court for an Order enrolling John R. Walker, and the firm of Allen & Gooch, A Law Corporation, 3900 North Causeway Blvd., Suite 1450, Metairie, LA 70002, as counsel of record.

Respectfully Submitted,

ALLEN & GOOCH
A Law Corporation

John R. Walker #2165
3900 N. Causeway Suite 1450
Metairie LA 70002
Ph:  504.836.5210
Fax: 504.836.5215
Email: johnwalker@allengooch.com
Attorneys for National Lloyds
Insurance Company

## Certificate of Service

**I hereby certify** that a copy of the above and foregoing has been or was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record, by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 7th day of February, 2008.

_____
John R. Walker