UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN BAILEY, ET AL

VERSUS

STATE FARM FIRE AND CASUALTY, ET AL

CIVIL ACTION

NO. 07-971-JVP-CN

### ORDER

Considering the above and foregoing Motion to Enroll as Counsel of Record;

**IT IS HEREBY ORDERED** that John R. Walker and the law firm of Allen & Gooch, A Law Corporation, 3900 North Causeway Blvd., Suite 1450, Metairie, LA 70002, be and is hereby enrolled as Counsel of Record for defendant, National Lloyds Insurance Company

_____, Louisiana, this \_\_\_\_\_ day of February, 2008.

_____
**J U D G E**