UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN BAILEY, ET AL

VERSUS

STATE FARM FIRE AND CASUALTY, ET AL

CIVIL ACTION

NO. 07-971-JVP-CN

**ORDER**

Considering the above and foregoing Motion to Enroll as Counsel of Record;

**IT IS HEREBY ORDERED** that the motion is GRANTED and John R. Walker of the law firm of Allen & Gooch, A Law Corporation, 3900 North Causeway Blvd., Suite 1450, Metairie, LA  70002, is hereby enrolled as Counsel of Record for defendant, National Lloyds Insurance Company.

Signed in Baton Rouge, Louisiana, on February 7, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**