UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
2008 FEB -8  A 10: 28

LYNN BAILEY, ET AL

VERSUS                                         CIVIL ACTION NO.: 07-971-JVP-CN

STATE FARM FIRE AND CASUALTY
COMPANY, ET AL

## ORDER OF TRANSFER

On the court's own motion and in the interest of justice and judicial economy,

**IT IS ORDERED** that this case is transferred to the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, February 8, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA