

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

**Nick J. Lorio**  **Telephone: 225-389-3500**
**Clerk of Court**  **Facsimile: 225-389-3501**

February 8, 2008

Mrs. Loretta Whyte, Clerk
United States District Court - EDLA
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: Civil Action 07-971-JVP-CN
    Lynn Bailey, et al vs ANPAC Louisiana Insurance Company, et al

Dear Mrs. Whyte:

On February 8, 2008, the Honorable John V. Parker, United States District Judge for this district, entered an order transferring the above captioned case to the Eastern District of Louisiana.

The official court record for the Middle District of Louisiana is in the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: http://ecf.lamd.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 225-389-3552.

                                        Sincerely,
                                        NICK J. LORIO, CLERK

                                        By:   Janice LeBlanc
                                              Deputy Clerk

Enclosures

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files:

                Received by:_____

                        Date:_____

            EDLA Case Number:_____